James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants

Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Marcel F. Sincich, SBN 319508
msincich@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>         Plaintiffs,<br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: CV23-00266 JGB (SP)<br>Judge:    *Hon. Judge Jesus G. Bernal*<br><br>**JOINT STIPULATION TO PERMIT CERTAIN EXPERT DISCOVERY TO OCCUR AFTER EXPERT DISCOVERY CUT-OFF**<br><br>**[FRCP 26(b); CD-LR 26-1]** |

- 1 -
JOINT STIPULATION TO PERMIT CERTAIN EXPERT DISCOVERY TO OCCUR AFTER EXPERT DISCOVERY CUT-OFF

# JOINT STIPULATION TO PERMIT CERTAIN EXPERT DISCOVERY TO OCCUR AFTER EXPERT DISCOVERY CUT-OFF

WHEREAS, per this Court's Scheduling Order, the Expert Witness Discovery Cut-Off is March 1, 2024;

WHEREAS, the Parties have been diligent in conducting discovery including expert discovery; and

WHEREAS, all expert depositions will be completed by March 1, 2024, except for Plaintiff's use of force expert Roger Clark. Defense counsel was not available for deposition prior to the March 1st cut-off for that deposition. Mr. Clark and all Parties are available March 13, 2024, and the Parties have agreed to that date.

The parties, by and through their respective counsel of record, hereby stipulate that:

(1) The Deposition of Roger Clark may occur on March 13, 2024, after the March 1, 2024, Expert Discovery Cut-Off.

Dated: February 23, 2024

Respectfully submitted,

JONES MAYER

By: /s/ *Denise Lynch Rocawich*
JAMES R. TOUCHSTONE
DENISE L. ROCAWICH
Attorneys for Defendants

Dated: February 23, 2024

LAW OFFICES OF DALE K. GALIPO

By: /s/ *Marcel Sincich*
MARCEL SINCICH
Attorneys for Plaintiff Herman Laws