1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   FRANK BENEVENTE; and                    Case No.:  CV23-00266 JGB (SP)
     NICOLE VENTRESS,                         Judge:    *Hon. Judge Jesus G. Bernal*
12
                                              **[PROPOSED] ORDER ON**
13              Plaintiffs,                   **STIPULATION TO PERMIT**
                                              **CERTAIN EXPERT DISCOVERY TO**
14        vs.                                 **OCCUR AFTER EXPERT**
                                              **DISCOVERY CUT-OFF**
15   ALBERT ALVARADO; CITY OF
     ONTARIO; and DOES 1-10,
16   inclusive,

17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28
                              -1-

1    Upon consideration of the Parties' Stipulation to Permit Certain Expert

2  Discovery to Occur After Expert Discovery Cut-Off and good cause appearing to

3  the satisfaction of the Court therefrom:

4

5  **IT IS HEREBY ORDERED THAT:**

6    1.    The Deposition of Roger Clark will be permitted to occur on March

7  13, 2024, after the Expert Discovery Cut-Off; and

8    2.    That all related Expert Discovery Cut-Off dates shall remain the

9  same.

10

11  **IT IS SO ORDERED.**

12

13  Dated: _____, 2024           _____

14                                       HONORABLE JESUS G. BERNAL
                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION TO PERMIT CERTAIN EXPERT DISCOVERY TO OCCUR AFTER
EXPERT DISCOVERY CUT-OFF