UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENEVENTE; and NICOLE VENTRESS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: EDCV23-00266-SSS (SPx)<br>Judge:   *Hon. Judge Sunshine S. Sykes*<br><br>**ORDER ON STIPULATION TO PERMIT CERTAIN EXPERT DISCOVERY TO OCCUR AFTER EXPERT DISCOVERY CUT-OFF** |

Upon consideration of the Parties' Stipulation to Permit Certain Expert Discovery to Occur After Expert Discovery Cut-Off and good cause appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED THAT:**

    1.    The Deposition of Roger Clark will be permitted to occur on March 13, 2024, after the Expert Discovery Cut-Off; and

    2.    That all related Expert Discovery Cut-Off dates shall remain the same.

    **IT IS SO ORDERED.**

Dated: February 28, 2024

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE