## DECLARATION OF SCOTT WM. DAVENPORT

I, Scott Wm. Davenport, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an attorney in the law firm of Jones Mayer, counsel of record for Defendants in this matter. This Declaration is submitted in support of Defendants' Motion for Summary Judgment and/or Partial Summary Judgment of Issues. If called as a witness, I would and could competently testify to all of the facts contained within this declaration based upon my personal knowledge.

2. Attached hereto as *Exhibit* "A" is a true and correct copy of Plaintiffs' First Amended Complaint dated February 21, 2023, which was filed in this matter.

3. Attached hereto as *Exhibit* "B" is a true and correct copy of excerpts of the Deposition of Plaintiff Frank Benavente dated January 8, 2024, which was taken in this matter.

4. Attached hereto as *Exhibit* "C" is a true and correct copy of excerpts of the Deposition of Albert Alvarado dated July 28, 2023, which was taken in this matter.

5. Attached hereto as *Exhibit* "D" is a true and correct copy of excerpts of the Deposition of Kevin Vasquez Lopez dated January 11, 2024, which was taken in this matter.

6. Attached hereto as collectively as *Exhibit* "E" are true and correct copies of Exhibits which were attached to the Deposition of Kevin Vasquez Lopez dated January 11, 2024, which was taken in this matter. These Exhibits are authenticated in *Exhibit* "D" at 36-38.

7. Attached hereto as *Exhibit* "F" is a true and correct copy of excerpts of the Deposition of Andres Varela dated January 12, 2024, which was taken in this matter.

8. Attached hereto collectively as *Exhibit* "G" are three hypertext links to videos which were produced during the course of discovery and which have

-1-

been separately authenticated. See Declarations of Eric Quinones, Justin Marszalek and Kevin Vasquez Lopez. In addition, true and correct copies of these videos are also being physically lodged with the Court concurrent with the filing of this pleading.

9. Attached hereto as *Exhibit* "K" is a true and correct copy of the first 16 pages of a 108 page Expert Reconstruction Report prepared by Michael Callahan dated January 31, 2024, which was prepared in this matter. Counsel notes that 92 pages of this report (pages 17-108) consist of photographs only. A copy of the full report can be lodged with the Court upon request of either the Court or counsel.

10. Prior to bringing this motion, Defendants attempted to meet and confer regarding the issues presented herein as required by Local Rule 7-3. However, these attempts were unsuccessful, thereby making this motion necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of March, 2024, at Chula Vista, California.

/s/ Scott Wm. Davenport
_____
Scott Wm. Davenport,
Declarant