```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA


FRANK BENAVENTE; and NICOLE VENTRESS,  )
                                       )
            Plaintiffs,                )      Certified Copy
                                       )
       v.                              )   Case No.
                                       )   5:23-cv-00266
ALBERT ALVARADO; CITY OF ONTARIO; and  )
DOES 1-10, inclusive,                  )
                                       )
            Defendants.                )
_____)



             VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

                           FRANK BENAVENTE



Date and Time:        Monday, January 8, 2024
                      2:41 p.m. - 4:23 p.m.



Location:             Remotely
                      (Via Videoconference)



Reporter:             Christianne Lee Fong, CSR, CCRR
                      Certificate Number 7559


Job No: 28317B
```

1

```
         1    little bit louder, these microphones that we have
         2    sometimes don't pick things up too well.
         3           Okay.  Your name is Frank Benavente?
         4      A    Frank Vincent Benavente.
02:50    5      Q    And first name Frank, that's your legal name?
         6      A    Yes.
         7      Q    All right.  And have you ever gone by any other
         8    names, sir?
         9      A    No.
02:50   10      Q    What is your date of birth, sir?
        11      A    8/2/66.
        12      Q    And your current age?
        13      A    I'm 57.
        14      Q    Do you recall the date of the shooting incident
02:50   15    underlying this lawsuit?
        16      A    Do I recall it?
        17      Q    Yes, sir.
        18      A    I -- yes, I do.
        19      Q    What date is that?
02:51   20      A    Oh, the date?
        21      Q    Yes, sir.
        22      A    Oh.  Like I said, I was bad on dates.
        23      Q    Does February 23, 2021, sound familiar to you?
        24      A    That sounds about right.
02:51   25      Q    Okay.
```

12

```
          1    thousand.
          2         Q    Okay.  To your knowledge, was Joseph employed
          3    full time in the five years prior to his death?
          4         A    He was on call as needed.
03:25     5         Q    On call where?
          6         A    Pardon me?
          7         Q    On call where?  With you?  Working with you or
          8    some other place?
          9         A    With me.  And then he also did his tattooing.
03:26    10    And that's really as far as I knew that he -- that he
         11    wanted to follow up on what he was doing.
         12         Q    Do you know where he worked doing his tattoo
         13    artist work?
         14         A    You mean his residence of his jobs?  No, I
03:26    15    don't.
         16         Q    Do you know how much money Joseph earned doing
         17    his tattoo work?
         18         A    Oh, no, I don't.  I mean, he -- no, I don't.
         19         Q    Now, it's my understanding that Joseph was in
03:26    20    prison in Nevada for about two and a half, three years at
         21    High Desert State Prison.
         22              Are you aware of that?
         23         A    Yes.
         24         Q    While he was -- strike that.
03:26    25              Do you know when that time period was that he
```

32

```
    1       A    I tried to find his mother, but there was no way
    2   that I could get -- to the point where I went to the CPS
    3   people to give me some type of direction.  But they were
    4   not allowed to give out information.
03:28
    5       Q    Gotcha.
    6            To your knowledge, did Joseph ever try to call
    7   you while he was in prison, like leave a voicemail or
    8   anything?
    9       A    That -- no, sir.  We lost communication at that
03:28 10   time.
   11       Q    Did Ms. Ventress ever tell you where Joseph was
   12   while he was incarcerated in prison?
   13       A    No, she didn't.
   14       Q    Did you ever reach out to ask her, his mother,
03:28 15   where he might be?
   16       A    I did not know where she was at, to be -- honest
   17   with you.
   18       Q    Okay.  Were you aware that Joseph was in jail
   19   for approximately 60 days immediately preceding his
03:28 20   passing?
   21       A    Yes, I -- yes.
   22       Q    Did you visit Joseph while he was in jail in
   23   Nevada during that 60-day period?
   24       A    I didn't go visit him, but we talked before and
03:29 25   after.
```

34

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | 60-day jail sentence, did you take him to Nevada to do         |
|       | 2  | that?                                                          |
|       | 3  | A    I did not.                                                |
|       | 4  | Q    Do you know how he got there?                             |
| 03:30 | 5  | A    As far as my knowledge, he got himself there.             |
|       | 6  | Q    Do you know how, whether he drove, took a bus,            |
|       | 7  | took a flight?                                                 |
|       | 8  | A    I honestly do not recall.  I was just happy that          |
|       | 9  | he did -- was there.                                           |
| 03:30 | 10 | Q    It's my understanding that Ms. Ventress picked            |
|       | 11 | up Joseph from jail in Nevada and brought him back to          |
|       | 12 | California.                                                    |
|       | 13 | Is that your understanding?                                    |
|       | 14 | A    Yes, it is.                                               |
| 03:31 | 15 | Q    And did you have any contact with Joseph in that          |
|       | 16 | six-day period before his passing after he came back to        |
|       | 17 | California?                                                    |
|       | 18 | A    Yes.                                                      |
|       | 19 | Q    Was he staying with you at your house during any          |
| 03:31 | 20 | of that time period?                                           |
|       | 21 | A    Yes.                                                      |
|       | 22 | Q    On how many days did he sleep there, for                  |
|       | 23 | example?                                                       |
|       | 24 | A    How many what, sir?                                       |
| 03:31 | 25 | Q    How many days did he sleep at your house in the           |

36

```
         1    residency.  You subsequently took Joseph and Annmarie
         2    back into your house and started caring for them.
         3            Is that correct?
         4       A    Yes.
03:41    5       Q    Okay.  And from the time that you took Joseph
         6    back into your residence and away from Ms. Ventress, did
         7    he go into the foster care system after that or before?
         8       A    That was after.
         9       Q    Okay.  Did you have somebody, whether Child
03:41   10    Protective Services or some other governmental agency,
        11    remove Joseph from your care and custody?
        12       A    It was the agency.  Foster care.
        13       Q    Foster care?
        14       A    I don't know why.
03:41   15       Q    You don't know why Joseph was removed from your
        16    custody?
        17       A    No.
        18       Q    You were never given any paperwork, never
        19    told --
03:42   20       A    No.
        21       Q    -- why they were taking your child away?
        22       A    No.  I had no -- to this day.
        23       Q    Did you ever have to go and testify in any kind
        24    of child dependency proceedings, Mr. Benavente?
03:42   25       A    I don't understand the question.
```

44

```
 1          Q    Well, normally there's a process when someone's
 2    child gets removed from their custody --
 3          A    Very --
 4          Q    -- and it involves typically a court and/or, at
 5    a minimum, a governmental agency.  They usually provide
 6    you with notice, "This is why I'm taking your child away.
 7    Do you have anything to say about it?"
 8               I.e., "I don't want you to take my child away."
 9               So what I'm trying to get at is, did anything
10    like that to your knowledge ever occur?
11          A    Well, of course.  And the reason -- I mean, I
12    gave them absolutely everything that they demanded.
13          Q    Okay.  When Joseph was in the foster care
14    system, did you ever go visit him with any of his foster
15    parents?
16          A    Of course.
17          Q    How often would you do that?
18          A    Well, when they allowed it.
19          Q    How frequently were you allowed to see Joseph
20    when he was in the foster care system?
21          A    Well, it was on their call.  I just couldn't
22    just pop up over there, 'cause that's against their
23    policy.
24          Q    Understood.
25               How old was Joseph when he was taken away from
```

45

1  you and put in the foster care system?
2      A   He was about six.
3      Q   And from the time he was taken away from you,
4  put in the foster care system, how long was it before he
03:43  5  was able to come back and live with you again?
6      A   Okay.  Like you said, there's channels that you
7  have to go through in order for them to see -- in order
8  for us to see each other more frequent.  Well, it
9  didn't -- 'cause he would run.  So it never got on top
03:44 10  and finished it, because he would run away from them and
11  he'd come visit me or his mom.
12     Q   When he did that, ran away from his foster care
13  parents and came to visit you, did you ever have Child
14  Protective Services come and pick him up and take him
03:44 15  back to the foster care system?
16     A   No.  No.
17     Q   Would you take him back to his foster parents
18  voluntarily?
19     A   I'm going to say no.  What he allowed me to see
03:44 20  is that he would turn himself in.
21     Q   So he'd run away, come and visit you or go and
22  visit his mother.  Then he'd go back to his foster
23  parents voluntarily?
24     A   Yeah.  Whatever -- yes.  In betweens.
03:45 25     Q   How long did that kind of behavior go on?

46

```
 1     A    Pretty much quite a bit.  I'm not going to --
 2     Q    Until what age?
 3     A    I'm going to say till he was 18.
 4     Q    To your knowledge was Joseph ever put in any
 5  kind of a juvenile detention facility?
 6     A    Uh, yes.
 7     Q    How often did that happen?
 8     A    And the reason why he was at a juvenile
 9  detention, because he ran.  So, until they found another
10  place for him that will accept him, that's where they
11  knew he would be.  You know, he would stay.  There's no
12  way he could run from a facility.
13     Q    Right.  These were lockdown facilities?  That --
14          MR. APODACA:  Objection.  Lacks foundation,
15  calls for speculation.
16          Sorry, Counsel.  Go ahead.
17          THE WITNESS:  I don't recall.  I don't know.
18  BY MR. TOUCHSTONE:
19     Q    Well, counsel's objections are well taken.
20          Did you ever go and visit Joseph while he was in
21  the juvenile detention facility?
22     A    I did in Riverside.
23     Q    When you went to the facility in Riverside, were
24  you required to check in, go behind locked gates, things
25  of that sort?
```

47

```
          1      A      Of course.
          2      Q      Were you free to take Joseph out of that
          3   facility if you chose to do so?
          4      A      No.  By that time he was -- no.
03:46     5      Q      How many times did you visit Joseph in the
          6   juvenile detention facility in Riverside?
          7      A      Before he got into a place, it would be every
          8   other weekend.
          9             (Reporter requests clarification.)
03:46    10             THE WITNESS:  Before he got accepted to a place.
         11   BY MR. TOUCHSTONE:
         12      Q      Did Joseph ever live with you from the time that
         13   he was removed in approximately third grade to be put in
         14   the foster care system until he was 18?  Did he ever live
03:47    15   with you without being --
         16      A      That's --
         17      Q      -- absconding from a foster care home?  Let me
         18   put it that way.
         19             MR. APODACA:  Did you hear his question?
03:47    20             THE WITNESS:  I didn't understand it.
         21   BY MR. TOUCHSTONE:
         22      Q      All right.  Let me try to rephrase it.
         23             So, roughly third grade, Joseph was put in the
         24   foster care system; true?
03:47    25      A      Yes.
```

48

1          Q     And he also during some periods of time until he
2    was 18 was placed in juvenile detention facilities; true?
3          A     Yes.
4          Q     In the time he was taken from your custody, put
03:47  5    in the foster care system, was he ever legally permitted
6    to come back and live with you full time?
7          A     No.
8                (Reporter requests clarification.)
9                THE WITNESS:  That's my answer, is no.
03:48 10    BY MR. TOUCHSTONE:
11         Q     To your knowledge was Joseph ever diagnosed with
12   ADHD?
13         A     Yes.
14         Q     Was he ever prescribed a drug, Adderal, to take
03:48 15   for ADHD?
16         A     I never consented.
17         Q     My question was, was he ever prescribed that
18   drug, sir?
19         A     No.  Not that I know of.
03:48 20         Q     Was he ever prescribed any drugs to treat him
21   for ADHD to your knowledge?
22         A     No.
23         Q     After Joseph turned 18 and was free to make his
24   own living choices, did he ever come and live with you
03:49 25   for any period of time?

49

|   |   |   |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | When's the first time that happened after he |
| 3 | turned 18? | |
| 4 | A | I'm going to say -- the early moments of his 18. |
| 03:49  5 | Q | Okay. And where were you living at the time? |
| 6 | A | In Highland. |
| 7 | Q | So he came and lived with you for a period of |
| 8 | time at the Highland address after he turned 18? | |
| 9 | A | Well, after we made -- when they found my work, |
| 03:49 10 | and that's when we started discussing living -- | |
| 11 | Q | When you say "after they found my work," who are |
| 12 | you referring to? | |
| 13 | A | Joseph and his mom. |
| 14 | Q | So you were tracked down. They found you at |
| 03:50 15 | your work -- | |
| 16 | A | Yes. |
| 17 | Q | -- started talking about options for Joseph to |
| 18 | live with you? | |
| 19 | A | Yes. |
| 03:50 20 | Q | Okay. And did he in fact begin living with you |
| 21 | at your Highland address? | |
| 22 | A | Not quite as soon as I wanted it to be, but he |
| 23 | ended up living with me, yes. | |
| 24 | Q | Okay. When did he end up living with you at |
| 03:50 25 | your Highland address? | |

50

```
         1   mom located me at work.
         2   BY MR. TOUCHSTONE:
         3       Q   When he turned 18 or some other time?
         4       A   He was already 18 when he found where I was
03:52    5   working.
         6       Q   Okay.  The reason I ask you that is this,
         7   Mr. Benavente:  So he was involved in the foster care
         8   system up until around the age of 18, foster and juvenile
         9   care system; true?
03:53   10       A   True.
        11       Q   Then he found you again.  You guys reunited
        12   while he was 18.  And at some point in time after that,
        13   he disappears for two and a half, three years.
        14           You find out later that he ended up going to
03:53   15   prison; correct?
        16       A   Yes.
        17       Q   Okay.  So I'm just trying to get a timeline of
        18   how long was he living with you when he started living
        19   with you at 18 until he kind of disappeared for this
03:53   20   two-and-a-half, three-year period?
        21       A   I'm going to say off and on for three years.
        22       Q   So roughly 20, 21?
        23           MR. APODACA:  Objection.  Asked and answered.
        24   Vague.
        25   ///
```

53

```
      1              If you answered, we couldn't hear you, sir.  I'm
      2   sorry.
      3        A    No.  I --
      4        Q    Did Joseph smoke?
04:14 5        A    Cigarettes?
      6        Q    Yes, sir.
      7        A    Yes, he did.
      8        Q    Do you know how much he smoked per day?
      9        A    I don't know that exactly, sir.  Never really
04:14 10  counted.
      11       Q    Prior to this incident did Joseph -- strike
      12  that.
      13            Prior to this incident was Joseph ever arrested
      14  by any Ontario PD officers to your knowledge?
04:15 15       A    Not to my knowledge.
      16       Q    To your knowledge, was Joseph ever at West
      17  Valley Detention Center in San Bernardino County?
      18       A    I'm sorry, I didn't understand the question.
      19       Q    Yes, sir.
04:15 20            To your knowledge, was Joseph ever in the San
      21  Bernardino County jail facility known as West Valley
      22  Detention Center?
      23       A    I'm going to say yes, he was.
      24       Q    Do you know why?
04:15 25       A    That I don't.
```

60

```
 1  STATE OF CALIFORNIA    )
                           ) SS.
 2  COUNTY OF LOS ANGELES  )
 3          I, Christianne Lee Fong, CSR Number 7559, CCRR,
    Certified Shorthand Reporter, hereby certify that:
 4
            I am authorized to administer oaths or
 5  affirmations (Cal. Code of Civ. P. Sec. 2093(b) and Fed.
    R. Civ. P. 28(a)).
 6
            The foregoing proceedings were taken before me
 7  at the time and place therein set forth, at which time
    the witness was duly sworn by me (Cal. Code Civ. Proc.
 8  2025.330(a), 2025.540(a) and Fed. R. Civ. P. 30(f)(1)).
 9          The foregoing pages contain a full, true and
    accurate record of all proceedings and testimony (Cal.
10  Code Civ. Proc. 2025.540(a) and Fed. R. Civ. P.
    30(f)(1)).
11
            I am not a relative or employee of the parties,
12  nor financially interested in the action (Cal. Code Civ.
    Proc. 2025.320(a)).
13
            Before completion of the proceedings, review of
14  the transcript [ X ] was [   ] was not requested.  If
    requested, any changes made by the witness (and provided
15  to the reporter) during the period allowed, are appended
    hereto (Fed. R. Civ. P. 30(e)).
16
            I declare under penalty of perjury under the
17  laws of California that the foregoing is true and
    correct.
18
            Dated January 18, 2024.
19
20
21          _____
            CERTIFIED SHORTHAND REPORTER
22          IN AND FOR THE COUNTY OF
            LOS ANGELES
23          STATE OF CALIFORNIA
24
25
```

68