# DECLARATION OF OFFICER ERIC QUINONES

I, Eric Quinones, declare:

1.      I am a Detective with the Ontario Police Department and was at all times relevant to this Declaration. At all times relevant to this Declaration, I was assigned to the Investigations Division. I have personal knowledge of the facts sent forth herein and, if called upon as a witness, I could and would competently testify under oath thereto.

2.      On February 24, 2021, I drove the area of the vehicle pursuit involving Joseph Benavente to locate any other video footage which could have captured the incident. I noticed the residence at 637 W. 6th had surveillance cameras which faced 6th St. I knocked on the door to the residence however, no one answered the door. I left a business card requesting the homeowners to contact me. Later that day, I received a voice message from the homeowner who identified himself as Daniel.

3.      On February 25, 2021, I spoke with Daniel who told me he and his wife did not see or hear anything, but that his cameras captured the police cars drive passed his house. That same day, Daniel emailed me the video footage from his residence on taken on February 22, 2021. According to the time stamp on the video footage, which per Daniel is correct, at 11:56:23 PM on February 22, 2021, the red Hyundai is seen driving east on 6th St. with three pursuing police vehicles. The video has no sound. A hypertext link to a true and correct copy of this video is attached hereto as *Exhibit* "G-1".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed the 28th day of March 2024, at Ontario, California.

_____
Detective Eric Quinones,
Ontario Police Department