## DECLARATION OF DETECTIVE JUSTIN MARSZALEK

I, Justin Marszalek, declare:

1. I am a Sergeant with the Ontario Police Department. I was a Detective at the Ontario Police Department at all times relevant to this Declaration. At all times relevant to this Declaration, I was assigned to the Detective Bureau. I have personal knowledge of the facts sent forth herein and, if called upon as a witness, I could and would competently testify under oath thereto.

2. I am informed and believe that Detective Jeremy Phillips authored a search warrant to retrieve video surveillance from a residence at 1522 N. Beverly Court, Ontario California that captured events during the officer involved shooting at issue in this case. On February 23, 2021, I assisted in serving the warrant and conducting the search at 1522 N. Beverly. The video surveillance system was recovered during the search.

3. The following day, February 24, 2021, OPD Det. Lauritzen asked that I arrange to search the DVR system. Det. Lauritzen provided me with the DVR system. I coordinated with the Orange County Regional Computer Forensics Laboratory (OCRCFL) to have the DVR system forensically searched for any video that may cover the shooting. I was contacted later that day by Investigator L. Pool from the OCRCFL. Inv. Pool showed me a video clip from Camera 1 at 1522 N. Beverly, which showed the officer-involved shooting incident on Beverly Court on February 22, 2021. Inv. Pool provided me with a copy of the video from Camera 1 on a USB drive. A hypertext link to a true and correct copy of this video is attached hereto as Exhibit "G-2" taken from the surveillance system at 1522 N. Beverly Court captured on February 22, 2021 depicting the incident involving Decedent Benavente (BATES stamped 01745).

4. I also asked that Inv. Pool create a "clone" of the entire DVR hard drive for any and all video during the time period covered in the search warrant. Later, I provided Det. Lauritzen with the USB drive I received from Inv. Pool.

-1-

1     I declare under penalty of perjury under the laws of the United States that
2 the foregoing is true and correct. Executed this 28th day of March, 2024, at Ontario,
3 California.

                                                      Sgt. Justin Marszalek,
                                                     Ontario Police Department