## DECLARATION OF OFFICER KEVIN VASQUEZ LOPEZ

I, Kevin Vasquez-Lopez, declare:

1.    I am an Officer with the Ontario Police Department and was at all times relevant to this Declaration. At all times relevant to this Declaration, I was assigned to the Patrol Division.  I have personal knowledge of the facts sent forth herein and, if called upon as a witness, I could and would competently testify under oath thereto.

2.    On February 22, 2021, I was wearing my Department issued Axon Boy Worn Camera. At some point enroute to the call involving Decedent Benevente on Beverly Court, I activated my camera.

3.    A hypertext link to a true and correct copy of this video is attached hereto as *Exhibit* "G-3".  I have reviewed this video and it is a fair and accurate depiction of what my body worn camera captured during the events of February 22, 2021.

4.    On February 22, 2021, I was driving Ontario Police cruiser numbered 1883. Cruiser 1883 was impacted by the red Hyundai Accent driven by Decedent. Attached hereto collectively as *Exhibit* "H" are two photographs taken at the scene of the incident involving Decedent Benavente, BATES stamped 001271 and 001273, of Cruiser 1883 showing red paint on the front push bumper from the impact of the red Hyundai with Cruiser 1883. The photographs are a fair and accurate depiction of what Cruiser 1883 looked like at the scene after the impact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _28th_ day of March _____, 2024, at Ontario, California.

_____

Officer Kevin Vasquez-Lopez,
Ontario Police Department