# DECLARATION OF CORPORAL ALBERTO ALVARADO

I, Alberto Alvarado, declare:

1. I am a Corporal with the Ontario Police Department and was at all times relevant to this Declaration. At all times relevant to this Declaration, I was assigned to the Patrol Division. I have personal knowledge of the facts sent forth herein and, if called upon as a witness, I could and would competently testify under oath thereto.

2. On February 22, 2021, I was the passenger of Ontario Police cruiser numbered 1024 driven by Officer Escobar. Cruiser 1024 was impacted by the red Hyundai Accent driven by Decedent when Decedent reversed into Cruiser 1024 damaging portions of the front, front fender and front passenger door of Cruiser 1024.

3. Attached hereto collectively as *Exhibit "I"* are four photographs taken at the scene of the incident involving Joseph Benavente, BATES stamped 001278, 1279, 1280, 1282 and 1283, of Cruiser 1024 showing damage done to the passenger side push bumper, passenger side front fender and passenger side headlight from the impact of the red Hyundai with Cruiser 1024. The photographs are a fair and accurate depiction of what the front and fender of Cruiser 1024 looked like at the scene after the impact.

4. Attached hereto collectively as *Exhibit "J"* are five photographs of the front passenger door of Cruiser 1024 taken during daylight hours at the Ontario Police Department secured lot, BATES stamped 001145-1149. These photographs are a true and correct reflection of the damage done to the front passenger door of Cruiser 1024 on February 22, 2021 when Decedent Benavente reversed into Cruiser 1024 and the door I was standing immediately behind.

///

///

///

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct. Executed this __27__ day of March _____, 2024,
3  at Ontario, California.

_____
Cpl. Alberto Alvarado
Ontario Police Department