# *EXHIBIT "G"*

## HYPERTEXT LINKS TO VIDEOS

### G-1: RING VIDEO NUMBER 1

### G-2: RING VIDEO NUMBER 2

### G-3: BODY WORN CAMERA VIDEO