

001279



001280





001283