

ONTARIO
POLICE
1024

001145



001146



001147



001148



001149