Name & Address:
Scott Wm. Davenport, SBN 159432
JONES MAYER
3777 North Harbor Blvd.
Fullerton, CA 92835
Tel: 714-446-1400 / Fax: 714-446-1448

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FRANK BENAVENTE, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-CV-00266-SSS |
| v. | |
| ALBERT ALVARADO, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit G-1- Ring Video 1; Exhibit G-2 - Ring Video 2; Exhibit G-3 - BWC Video

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

03/29/24
Date

Scott Wm. Davenport
Attorney Name

City of Ontario and Albert Alvarado
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**