UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>    Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 5:23-CV-00266-SSS<br><br>*Judge:* Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  May 17, 2024<br>Time:  2:00 p.m.<br>Ctrm:  2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants' motion for summary judgment or, in the alternative, partial summary judgment came before the Court on regular notice at the above-stated date and time. After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their first cause of action for detention and arrest;
2. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their second cause of action for excessive force;
3. Plaintiffs have failed to carry their burden of demonstrating that they are

entitled to relief on their third cause of action for denial of medical care;

4. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their fourth cause of action for denial of familial relationship;

5. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their fifth cause of action for a *Monell* violation;

6. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their sixth cause of action for failure to train; and

7. Plaintiffs have failed to carry their burden of demonstrating that they are entitled to relief on their seventh cause of action for ratification.

Accordingly, Defendants' motion for summary judgment is GRANTED in its entirety as to Defendants CITY OF ONTARIO and ALBERT ALVARADO.

**IT IS SO ORDERED.**

Dated: _____       _____
                                   HON. SUNSHINE S. SYKES,
                                   UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
Scott Wm. Davenport, SBN 159432
   swd@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
CITY OF ONTARIO and ALBERT ALVARADO