**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>               Plaintiffs,<br><br>  vs.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No.: 5:23-cv-00266-SSS-DTBx<br><br>[*Honorable Sunshine S. Sykes*]<br>*Magistrate Judge David T. Bristow*<br><br>**PROPOSED ORDER REGARDING PLAINTIFFS' EVIDENTIARY OBJECTIONS**<br><br>[*Filed concurrently:* Plaintiffs' Opposition to Defendants' Motions for Summary Judgment; Memorandum of Points and Authorities in support thereof; Plaintiffs' Statement of Genuine Disputes of Material Fact; Plaintiffs' Statement of Evidentiary Objections, *and Proposed Order thereto*; Plaintiffs' Additional Material Facts; Declaration of Marcel F. Sincich *and exhibits thereto*; Declaration of Roger Clark *and exhibits thereto*]<br><br>MSJ Date:  May 17, 2024<br>Time:        2:00 p.m.<br>Dept.:        2, 2nd Floor |

# [PROPOSED] ORDER RE. PLAINTIFFS' EVIDENTIARY OBJECTIONS

Upon consideration of Plaintiffs' Separate Statement of Evidentiary Objections, and GOOD CAUSE appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED AS FOLLOWS**:

**A.i.**   In violation of Local Rule 56-1 and this Court's Civil Standing Order at 17-18, Defendants did not provide support that the vehicle speed was estimated to be between 14 and 16 mph, and failed to specify with clarity at which time the vehicle may have reached that speed. Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and vague alleged fact.

**A.ii.**   Defendants failed to provide adequate support for their claim that Benavente reversed at maximum acceleration as phrased and it is vague as to when the car reached maximum acceleration, according to Defendants, in relation to when the shots were fired. Pursuant to FRE 403 and 611, Defendants' statement is vague, misstates evidence, and is misleading. Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and vague alleged fact.

**A.iii.**   In violation of Local Rule 56-1 and this Court's Civil Standing Order at 17-18, Defendants did not provide support for that the car continued on and struck another cruiser. Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and vague alleged fact.

**A.iv.**   Defendants failed to provide adequate support for their claim that Alvarado was mere inches from being crushed by the vehicle driven by Benavente. Defendants' assertion appears to be contradicted by Alvarado's testimony and is not supported by Defendants' evidence in violation of Local Rule 56-1 and this Court's Civil Standing Order at 17-18. The evidence is greatly outweighed by its unfair prejudice; thus, Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and vague alleged fact.

**A.v.**   Defendants statement in the alternative belies their entire argument presented in their Motion and illustrates the disputed issues of material fact in this

matter, where Defendants state that even if Alvarado fired upon Benavente after the car stopped, that Benavente continued to press the accelerator. The Court finds that it is obvious from the objective evidence, the videos in this matter including the audio therefrom, that the car was stopped at the time of the shots, and that the car was not continuing to accelerate at the time of the shots. Defendants' argument misstates the facts, is misleading, and the probative value is greatly outweighed by the risk of unfair prejudice. Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and vague alleged fact.

  **B.** Defendants' use of an image imbedded in their Motion, while permissible, is nevertheless misleading and implies a misstatement of fact. The evidence is greatly outweighed by its unfair prejudice; thus, Plaintiffs' objections are sustained, and the Court will disregard Defendants' use of this unsupported and misleading image as used in the Motion.

  **C.** Throughout Defendants' Statement of Uncontroverted Facts, Defendants fail to add a line number to any of their citations, in violation of Local Rule 56-1. "Judges are not like pigs, hunting for truffles buried in briefs." *United States v. Dunkel*, 927 F.2d 955, 956 (7th Cir. 1991). Plaintiffs' objections are sustained.

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| 1. | Shortly before midnight on February 22, 2021, members of the Ontario Police Department attempted to initiate a traffic stop of Joseph Benavente who was driving a car with what appeared to be illegally tinted windows. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 403<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Assumes Facts. FRE 611(a)(1) | ____ **Sustained**<br><br>____ Overruled |

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| | Moving Party's Evidence: Benavente Depo at 12; Alvarado Depo at 6, 30; Vasquez Lopez Depo at 6; Varela Depo at 9, 26, 30. | | |
| 2. | Unbeknownst to the officers, Benavente was a recent parolee who had been in-and-out of both the juvenile justice and adult incarceration systems for most of his life and had only been in California for six days.<br><br>Moving Party's Evidence: Benavente Depo at 32, 34, 36, 44-50, 53, 60. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 403, FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Impermissible Information Unknown, irrelevant. FRE 401, FRE 403, FRE 602<br>**Objection**: Unduly Prejudicial. FRE 403<br>**Objection**: Hearsay. FRE 802/801 | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |
| 3. | Rather than pulling over, Benavente led the officers on a five to seven minute high-speed chase in which he drove on the wrong side of the road, almost t-boned a civilian motorist at an intersection, stopped and then performed a U-turn in an attempt to escape.<br><br>Moving Party's Evidence: Alvarado Depo at 33, 35; Vasquez Lopez Depo at 11; Varela Depo at 32, 34, 43, 45; *Exhibit* G-1 at | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 403, FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Impermissible Information Unknown, irrelevant. FRE 401, FRE 403, FRE 602<br>**Objection**: Impermissible Character Evidence. FRE 404<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3) | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |

| | **Defendants' Undisputed Material Fact and Supporting Evidence** | **Plaintiffs' Statement of Evidentiary Objections** | **Court's Order** |
|---|---|---|---|
| | 0:13-0:30), *Exhibit* G-3 at 0:45. | **Objection**: Improper Opinion. FRE 701, FRE 702 | |
| 4. | After attempting to evade the officers for approximately five to seven minutes, Benavente pulled into a cul-de-sac, found himself trapped, and came to an abrupt halt.<br><br>Moving Party's Evidence: Varela Depo at 32, 49, 52; *Exhibit* "G-2" at 0:01-0:06. | **Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Improper Opinion. FRE 701, FRE 702 | ____ **Sustained**<br><br>____ Overruled |
| 5. | Believing that a foot pursuit was about to ensue, Corporal Albert Alvarado, an experienced field training officer, opened his car door and started to exit his vehicle.<br><br>Moving Party's Evidence: Alvarado Depo at 20; Varela Depo at 20. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Improper Opinion. FRE 701, FRE 702 | ____ **Sustained**<br><br>____ Overruled |
| 6. | When Benavente stopped for the second time, Corporal Alvarado did not know if he was going to run, surrender, or drive off again. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403 | ____ **Sustained**<br><br>____ Overruled |

[PROPOSED] ORDER RE. PLAINTIFFS' EVIDENTIARY OBJECTIONS

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| | Moving Party's Evidence: Alvarado Depo at 39. | **Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1) | |
| 7. | However, instead of surrendering himself, Benavente threw his car into reverse, revved his engine, accelerated backwards at a high rate of speed while significantly turning his vehicle directly toward Corporal Alvarado's patrol vehicle, striking both the front of Corporal Alvarado's patrol vehicle as well as the door Corporal Alvarado was standing behind.<br><br>Moving Party's Evidence: Alvarado Depo at 12-13, 27; Vasquez Lopez Depo at 18-19; Varela Depo at 49, 52, 56, 58-59; *Exhibit* "G-2" at 0:01-0:06; see Exhibits "H", "I", and "J"; *Exhibit* "K" at 8-9. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Improper Opinion. FRE 701, FRE 702 | ____ **Sustained**<br><br>____ Overruled |
| 8. | As Corporal Alvarado stepped out of his car, he saw Benavente's reverse lights come on, but he had no time to get back in the car.<br><br>Moving Party's Evidence: | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403 | ____ **Sustained**<br><br>____ Overruled |

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| | Alvarado Depo at 26, 46-48. | **Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1) | |
| 9. | Finding himself sandwiched between his open patrol car door and the frame of his vehicle, and believing he was about to be crushed to death, Corporal Alvarado fired three shots in rapid succession at Benavente's car from a distance of approximately one to four feet.<br><br>Moving Party's Evidence: Alvarado Depo at 6, 8, 12, 29, 48-49; Vasquez Lopez Depo at 6-7, 9, 36-38; Exhibit E; Varela Depo at 9-10; *Exhibit* "G-2" at 0:01-0:06; *Exhibit* "G-3" at 0:58-1:00; see *Exhibit* "K" at 8-9. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1) | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |
| 10. | Corporal Alvarado fired because he was trying to stop the threat.<br><br>Moving Party's Evidence: Alvarado Depo at 8. | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Assumes Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3) | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |

[PROPOSED] ORDER RE. PLAINTIFFS' EVIDENTIARY OBJECTIONS

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| | | **Objection**: Misstates Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Improper Opinion. FRE 701, FRE 702 | |
| 11. | Benavente's car continued backwards and struck a second patrol care almost simultaneously.<br><br><u>Moving Party's Evidence</u>: Alvarado Depo at 27, 63; Lopez Depo at 7, 19; see *Exhibits* "H", "I", and "J". | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 611(a)(1)<br>**Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1)<br>**Objection**: Improper Opinion. FRE 701, FRE 702<br>**Objection**: Lack Personal Knowledge. FRE 602 | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |
| 12. | At this point, Benavente appeared hurt and slumped forwards toward the steering wheel.<br><br><u>Moving Party's Evidence</u>: Alvarado Depo at 15. | **Objection**: Vague as to time as phrased. FRE 611(a)(1) | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |
| 13. | Benavente's car, however, was still operation, was placed in drive, and began to roll forward before coming to rest against a sidewalk curb and tree.<br><br><u>Moving Party's Evidence</u>: | **Objection**: Vague and Ambiguous. FRE 611(a)(1)<br>**Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403 | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |

| | Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|---|
| | Vasquez Lopez Depo at 23; *Exhibit* "G-2" at 0:14-0:21; *Exhibit* "G-3" at 1:08-1:15. | **Objection**: Argumentative. FRE 403, FRE 611(a)(3)<br>**Objection**: Impermissible Information Unknown, irrelevant. FRE 401, FRE 403, FRE 602 | |
| 14. | After clearing Benavente's car of a passenger and securing the scene, Officers made repeated calls for Benavente to exit the vehicle.<br><br>Moving Party's Evidence: *Exhibit* "G-3" at 2:04-6:04. | **Objection**: Relevance. FRE 401<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1) | ____ **Sustained**<br><br>____ Overruled |
| 15. | After approximately four minutes and seeing no response from Benavente, the officers approached and observed that Benavente had been shot through the neck.<br><br>Moving Party's Evidence: Vasquez Lopez Depo at 28-30; *Exhibit* "G-3" at 7:37-8:29. | **Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Incomplete. FRE 403<br>**Objection**: Misstates Facts. FRE 403, FRE 611(a)(1) | ____ **Sustained**<br><br>____ Overruled |
| 16. | Benavente was removed from the car, handcuffed, and searched for weapons.<br><br>Moving Party's Evidence: Lopez Depo at 31; Varela Depo at 69; *Exhibit* "G-3" at 8:40-9:29. | **Objection**: Compound. FRE 611(a)(1)<br>**Objection**: Vague as to time as phrased. FRE 611(a)(1) | ____ **Sustained**<br><br>____ Overruled |

[Proposed] Order re. Plaintiffs' Evidentiary Objections

| Defendants' Undisputed Material Fact and Supporting Evidence | Plaintiffs' Statement of Evidentiary Objections | Court's Order |
|---|---|---|
| **17.** Benavente was subsequently pronounced dead at the scene by responding paramedics.<br><br><u>Moving Party's Evidence</u>: Alvarado Depo at 49-50; *Exhibit* "G-3" at 11:46-17:08. | **Objection**: Vague as to time as phrased. FRE 611(a)(1) | \_\_\_\_ **Sustained**<br><br>\_\_\_\_ Overruled |

**IT IS SO ORDERED**

Dated: _____      _____
HONORABLE SUNSHINE S. SYKES
United States District Judge