**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00266-SSS-DTBx<br><br>[*Honorable Sunshine S. Sykes*]<br>*Magistrate Judge David T. Bristow*<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently:* Plaintiffs' Opposition to Defendants' Motions for Summary Judgment; Memorandum of Points and Authorities in support thereof; Plaintiffs' Statement of Genuine Disputes of Material Fact; Plaintiffs' Statement of Evidentiary Objections, *and Proposed Order thereto*; Plaintiffs' Additional Material Facts; Declaration of Marcel F. Sincich *and exhibits thereto*; Declaration of Roger Clark]<br><br>MSJ Date:  May 17, 2024<br>Time:  2:00 p.m.<br>Dept.:  2, 2nd Floor |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Doc. 32). I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the July 28, 2023, Deposition Transcript of Defendant Corporal Albert Alvarado (**"Exh 1, Alvarado Depo"**).

2. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the January 11, 2024, Deposition Transcript of Officer Kevin Vasquez-Lopez (**"Exh 2, Vasquez-Lopez Depo"**).

3. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the January 12, 2024, Deposition Transcript of Officer Andres Varela (**"Exh 3, Varela Depo"**).

4. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the February 19, 2024, Deposition Transcript of defense police practices expert Robert Handy (**"Exh 4, Handy Depo"**).

5. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the March 1, 2024, Deposition Transcript of defense video expert Michael Callahan (**"Exh 5, Callahan Depo"**).

6. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the February 25, 2021, Transcript of the Homicide Interview of Corporal Albert Alvarado (**"Exh 6, Alvarado Interview"**), produced by Defendants during discovery as BATES 209-233.

7. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the February 25, 2021, Transcript of the Homicide Interview of Officer Kevin Vasquez-Lopez (**"Exh 7, Vasquez-Lopez Interview"**), produced by Defendants during discovery as BATES 1869-1915.

8. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the February 25, 2021, Transcript of the Homicide Interview of Officer Andres Varela (**"Exh 8, Varela Interview"**), produced by Defendants during discovery as BATES 105-129.

9. Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant portions of the February 25, 2021, Transcript of the Homicide Interview of Officer Alex Escobar (**"Exh 9, Escobar Interview"**), produced by Defendants during discovery as BATES 132-161.

10. Attached hereto as "**Exhibit 10**" is a true and correct copy of the relevant portions of the February 21, 2021, Surveillance Video of the Incident **("Exh 10, Surveillance Video")**, produced by Defendants during discovery as BATES 1745. The original video is 3 minutes and 15 seconds long. However, only the first ten (30) seconds are material to this matter. This Exhibit is the first 30 seconds of the video, which was also attached as exhibit 3 to the deposition transcript of defense police practices expert Robert Handy. Manually lodged with the Court.

11. Attached hereto as "**Exhibit 11**" is a true and correct copy of the February 21, 2021, Body-Worn Camera Video of Officer Kevin Vasquez-Lopez (**"Exh 11, Vasquez-Lopez Video"**), produced by Defendants during discovery as BATES 1669. Manually lodged with the Court.

12. Attached hereto as "**Exhibit 12**" is a true and correct copy of the relevant portions of the February 22, 2021, Ontario Fire Department Prehospital Care Report for Joseph Benavente (**"Exh 12, OFD Report"**), produced by Defendants during discovery as BATES 258-61.

13. Attached hereto as "**Exhibit 13**" is a true and correct copy of the relevant portions of the April 4, 2021, Autopsy Report for Joseph Benavente (**"Exh 13, Autopsy Report"**), produced by Defendants during discovery as BATES 262-69.

14. Attached hereto as "**Exhibit 14**" is a true and correct copy of select Autopsy Photographs of Joseph Benavente (**"Exh 14, Autopsy Photos"**), produced by Defendants during discovery.

15. Attached hereto as "**Exhibit 15**" is a true and correct copy of select Incident Investigatory Photographs **("Exh 15, Incident Photos")**, produced by Defendants during discovery.

16. Attached hereto as "**Exhibit 16**" is a true and correct copy of select screenshots from the Vasquez-Lopez Video (**"Exh 16, Screenshots from Vasquez-Lopez Video"**).

17. Attached hereto as "**Exhibit 17**" is a true and correct copy of the relevant portions of the February 22, 2021, Event Data Retrieval Report for the Hyundai (**"Exh 17, EDR Report"**), produced by Defendants during discovery as BATES 1953-1973.

18. Attached hereto as "**Exhibit 18**" is a true and correct copy of a digital overlay on the surveillance video created by Defendants' video expert Michael Callahan (**"Exh 18, Callahan Overlay"**).

19. Attached hereto as "**Exhibit 19**" is a true and correct copy of slides created by Defendants' video expert Mr. Callahan produced with his report (**"Exh 19, Callahan Slides"**).

20. Attached hereto as "**Exhibit 20**" is a true and correct copy of aerial stills of an incident recreated created by Defendants' video expert Mr. Callahan (**"Exh 19, Callahan Stills"**).

21. Attached hereto as "**Exhibit 21**" is a true and correct copy of the relevant portions of an OPD Report regarding the transcripts and descriptions of the

February 22, 2021, audio and video of the incident (**"Exh 21, Audio Video Report"**), produced by Defendants during discovery as BATES 184-207.

22. Attached hereto as "**Exhibit 22**" is a true and correct copy of the relevant portions of the May 5, 2014, Defendant City of Ontario Policy 300 – Use of Force (**"Exh 22, Use of Force Policy"**), produced by Defendants during discovery as BATES 276-383.

23. Attached hereto as "**Exhibit 23**" is a true and correct copy of the relevant portions of the May 5, 2014, Defendant City of Ontario Policy 451 – Body Worn Video System (**"Exh 23, BWC Policy"**), produced by Defendants during discovery as BATES 721-722.

24. Attached hereto as "**Exhibit 24**" is a true and correct copy of the relevant portions of the May 5, 2014, Defendant City of Ontario Policy 458 – Medical Aid and Response (**"Exh 24, Medical Aid Policy"**), produced by Defendants during discovery as BATES 763.

25. Attached hereto as "**Exhibit 25**" is a true and correct copy of the February 21, 2021, Body-Worn Camera Video of Officer Alex Escobar (**"Exh 25, Escobar Video"**), produced by Defendants during discovery as BATES 1657. Manually lodged with the Court.

26. Attached hereto as "**Exhibit 26**" is a true and correct copy of the February 21, 2021, Body-Worn Camera Video of Officer Andres Varela (**"Exh 26, Varela Video"**), produced by Defendants during discovery as BATES 1670. Manually lodged with the Court.

27. Attached hereto as "**Exhibit 27**" is a true and correct copy of the February 21, 2021, Body-Worn Camera Video of Corporal Albert Alvarado (**"Exh 27, Alvarado Video"**), produced by Defendants during discovery as BATES 1672. Manually lodged with the Court.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.  Executed this 12th day of April 2024.
3  _____

_____
Marcel F. Sincich