# "EXHIBIT 6"

**210200936**    Supplement No 0066

## Ontario Police Department

**Narrative**

1 Escobar was conducted on 02/25/2021, at the Ontario Police Department. The interview was audio recorded.
2 The interview was transcribed by Records Specialist Serrato. Please see Detective Woolweaver's supplemental
3 report for further. I monitored the interview via speakerphone from a separate room. The individuals monitoring
4 the interview were: Lt. Vicente Carrillo, Lt. John Gonzalez, Sgt. Miguel Chavez, Sgt. Jason Gandy, Det. Gary
5 Naranjo, Inv. Todd Grimm (SBCDA), Inv. Andrew Reyes (SBCDA), Attorney Denise Rocawich with Jones &
6 Mayer law Firm.  Everyone who monitored the interview via speaker phone printed and signed their name on a
7 form.  A copy of the form is attached to this report and the original was booked into evidence.
8
9 After the interview, Officer Escobar was provided his equipment which had been recovered from his patrol vehicle
10 after the incident.  Refer to Detective Sadeghian's supplemental report for further on this transaction.  Officer
11 Escobar left Ontario PD and resumed his administrative leave time.
12 **Officer Varela's Interview:**
13 Detectives Zeen and Woolweaver conducted the interview with Officer Varela. The interview with Officer Varela
14 was conducted on 02/25/2021, at the Ontario Police Department.  The interview was audio recorded.  The
15 interview was transcribed by Records Specialist Serrato. Please see Detective Zeen's supplemental report for
16 further.  I monitored the interview via speakerphone from a separate room.  The individuals monitoring the
17 interview were: Lt. Vicente Carrillo, Lt. John Gonzalez, Sgt. Miguel Chavez, Sgt. Jason Gandy, Det. Gary Naranjo,
18  Det. Nick Lefler, Det. Kyle Mena, Inv. Todd Grimm (SBCDA), Inv. Andrew Reyes (SBCDA), Attorney Denise
19 Rocawich with Jones & Mayer law Firm.  Everyone who monitored the interview via speaker phone printed and
20 signed their name on a form.  A copy of the form is attached to this report and the original was booked into
21 evidence.
22
23 After the interview, Officer Escobar was provided his equipment which had been recovered from his patrol vehicle
24 after the incident.  Refer to Detective Sadeghian's supplemental report for further on this transaction.  Officer
25 Escobar left Ontario PD and resumed his administrative leave time.
26 **Corporal Alvarado's Interview:**
27 The interview with Corporal Alvarado was conducted on 02/25/2021, at the Ontario Police Department.  The
28 interview was audio recorded.  The interview was later transcribed by Records Specialist Serrato.  I emailed a
29 copy to Corporal Alvarado to review for content accuracy.  Corporal Alvarado responded to my email several
30 weeks later and indicated that some grammar changes needed to be made in the transcription.  I reviewed the
31 audio and the transcript and made any necessary corrections.  Please refer to the audio for accuracy.  Corporal
32 Alvarado came to OPD with his attorneys John Bakhit and Samuel Siavoshi from Mastagni Holstedt Law Firm.
33 Prior to beginning the interview, Corporal Alvarado was given an opportunity to review his body worn video.
34 Corporal Alvarado consulted with his attorney and decided to review his video.  He was read an admonishment
35 which was also recorded and transcribed.
36
37 (**Transcription of the admonishment**)
38
39 DR #210200936 / Transaction # 103774
40 February 25th, 2021, at 16:24
41 CA- Corporal Albert Alvarado
42 JB- John Bakhit - Law Firm of Mastagni Holstedt
43 SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
44 DL- Detective Darryl Lauritzen
45 DN- Detective Gary Naranjo
46 DS- Detective Shahrouz Sadeghian
47
48 DL. Now. Alright so the admonishment to view the video or videos says you are about to view a camera recording
49 of a use of force event. Understand that while this recording depicts visual information from the scene, the human
50 eye and brain are highly likely to perceive some things in stressful situations differently than the camera recorded,
51 then the camera recording them. With that in mind, the video may not reflect how an officer actually perceives the
52 event. The recording may depict things that the officer did not see or hear. In that, in the same regard, the officer
53 may have seen or heard things that were not recorded by the camera. Depending on the cameras speed, some

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 26 of 58 |

**210200936**   Supplement No 0066

# Ontario Police Department

**Narrative**

1 action elements may not have been recorded or may have happened faster than an officer could perceive and
2 absorb them. The camera has captured a two-dimensional image which may be different from an officers three
3 dimensional observations. Lighting and angles may have contributed to different perceptions and of course the
4 camera did not view the scene with the officer's unique experience and training. Hopefully this recording will
5 enhance your understanding of the incident. Keep in mind the video or videos that you watch are only one piece
6 of evidence to be considered in the reconstruction and evaluating of the totality of the circumstances. Okay, do
7 you understand that?
8
9 CP- I understand.

10 DL- Okay. Also we just want to remind you that while you're in here watching the videos, we ask that you don't
11 photograph, record or duplicate any of the videos that you are shown in any way. And this room, when we are not
12 in here is not video or audio recorded to protect your attorney-client privileges, okay? When we come back in to
13 actually do the interview, we'll have recordings, recorders out that we'll use at that point. Okay?
14 CA- I understand.
15
16 DL- Alright.
17 DN- The date is Thursday, February 25th, it's 16:24 hours. This is for Alvarado. Alright.
18
19 (**End of Transcription of Admonishment**)
20
21 After Corporal Alvarado viewed his body worn video, Detective Naranjo and I joined Corporal Alvarado and his
22 attorneys to conduct the interview.   The interview was monitored via speakerphone.  The individuals monitoring
23 the interview were: Lt. Vicente Carrillo, Lt. John Gonzalez, Sgt. Miguel Chavez, Sgt. Jason Gandy, Det. Shahrouz
24 Sadeghian, Det. Jeff Zeen, Det. Nick Lefler, Inv. Todd Grimm (SBCDA), Inv. Andrew Reyes (SBCDA), Attorney
25 Denise Rocawich with Jones & Mayer law Firm.   Everyone who monitored the interview via speaker phone
26 printed and signed their name on a form.  A copy of the form is attached to this report and the original was booked
27  into evidence.
28 (**Transcription of the interview**)
29
30 DR #210200936 / Transaction # 103775
31 February 25th, 2021, at 17:03
32 CA- Corporal Albert Alvarado
33 JB- John Bakhit - Law Firm of Mastagni Holstedt
34 SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
35 DL- Detective Darryl Lauritzen
36 DN- Detective Gary Naranjo
37 DS- Detective Shahrouz Sadeghian
38
39
40 DL- I'm going to make a call to them here.
41 DS- We're up.
42 DL- Alright if you can go on mute.
43 DS- Alright.
44 DL- Thanks. Alright so today's date is February 25th, 2021. It is 17:03 or 5:03 P.M. We are currently at the Ontario
45  Police Department in a conference room labeled room 2115 in the Detective Bureau. Myself, Detective Lauritzen,
46  my first name is Darryl. D-A-R-R-Y-L, last of L-A-U-R-I-T-Z-E-N and Detective Gary Naranjo. G-A-R-Y
47 N-A-R-A-N-J-O are present and we're going to go around the room and have everybody just state your
48 name and spell it.
49 JB- Sure. John Bakhit with Mastagni Holstedt. J-O-H-N, B as in boy, A-K-H-I-T on behalf of Corporal Albert
50 Alvarado.
51 CA- My name's Albert Alvarado. A-L-B-E-R-T, A-L-V-A-R-A-D-O.
52 SS- Samuel Siavoshi with Mastagni Holstedt. S-A-M-U-E-L, S-I-A-V-O-S-H-I.
53 DL- Great. So there are others who are monitoring in a separate room. Detective Sadeghian, can you hear us?
54 DS- I can hear you.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 27 of 58 |

**210200936**  <span style="font-size:small">Supplement No 0066</span>

## Ontario Police Department

**Narrative**

1 DL- Alright, thank you. The persons.
2 DN- Mute.
3 DL- The persons listening will sign in on a list and the list will be provided to your representative.
4 CA- Okay.
5 DL- The only recording devices in this room are the audio recording devices you see in front of you. Myself,
6 Detective Naranjo and then your attorney Bakhit has one as well. Detective or Corporal Alvarado, has anyone
7 ordered you to give a statement?
8 CA- No.
9 DL- Okay. We are going to get started by stating we are currently conducting a criminal investigation from an
10 incident that happened on February 22nd, 2021 and this is regarding report number 210200936 and in this report,
11 you are considered a victim. Corporal Alvarado I understand that you have had the opportunity to speak to your
12 attorney and are willing to give a voluntary statement, is that correct?
13 CA- Yes.
14 DL- If at any time you want to end this interview, please let me know. During the interview I will be asking you to
15 tell us the details of the events that took place and if you don't remember something it's okay to okay to tell me
16 you don't remember. If you need time to think about how you're going to answer a question, I will wait for you to
17 answer. If you don't understand a question I'm asking, please let me know you don't understand, and I will ask the
18 question in a different way. If at any point during this interview you feel you need to take a break or go to the
19 restroom, please let me know and we can take a break. Are you okay if I refer to you by your first name Albert
20 throughout the interview?
21 CA- Yes.
22 DL- Okay. Okay. The first part of this, we're going to get into some introductory questions, then we'll transition into
23 some more cognitive questions. After that there will be a number of follow up questions and that number may
24 differ as we, as we go along, okay?
25 CA- Absolutely.
26 DL- Albert, how many total years have you been a peace officer?
27 CA- I've been a police officer for approximately 11 years.
28 DL- How many years have you been a police officer with the Ontario Police Department?
29 CA- Eleven years.
30 DL- Based on your answer, I'm just gunna still ask this though. Are there any other departments that you
31 previously worked for?
32 CA- No.
33 DL- Okay. What is your current rank?
34 CA- I'm a police Corporal.
35 DL- Okay. What is your employee ID number?
36 CA- It is 80330.
37 DL- What is your current assignment?
38 CA- I'm assigned to graveyard patrol.
39 DL- Okay. What is the, you said it's a graveyard patrol. What are the hours and days of that patrol?
40 CA- So I work from Monday through Thursday from 9:00 P.M. to 7:00 A.M.
41 DL- Okay. On the date that we've already mentioned, Monday, February 22nd, 2021, what shift were you
42 assigned to work?
43 CA- I was assigned to work graveyard.
44 DL- Okay. What time did you start your shift on Monday, February 22nd, 2021?
45 CA- I started at 9:00 P.M. then briefing at 09:15.
46 DL- When you were, when were you scheduled to end your shift?
47 CA- At 7:00 A.M.
48 DL- Okay. What is your current height and weight?
49 CA- I'm about 5'07 weighing about 180.
50 DL- Okay. On this day in question, Monday February 22nd, 2021 were you wearing a police uniform?
51 CA- I was.
52 DL- Can you please describe the uniform you were wearing. If you can maybe just start from your head down to
53 your toes.
54 CA- Yeah. I was wearing a Class B short sleeve uniform and I, on top of my uniform I was using my department

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 28 of 58 |

**210200936**  Supplement No 0066

## Ontario Police Department

### Narrative

1 issued jacket.
2 DL- Okay what color is your Class B short sleeve uniform?
3 CA- It's a dark blue.
4 DL- Okay. What color is the jacket you were wearing over that?
5 CA- Like a faded black now.
6 DL- Okay. On your Class B department uniform, do you wear patches that signify you represent the Ontario Police
7 Department?
8 CA- I do.
9 DL- Okay. Where are those located?
10 CA- They're located both on my left and right shoulder.
11 DL- Okay. What else if anything do you wear on that uniform?
12 CA- So I wear my department badge on my left chest, I wear a name plate on my right chest and I also have my
13 Corporal stripes on each of my left and right arm.
14 DL- Okay. On the black jacket that you were wearing over it, please describe what that jacket looks like.
15 CA- So it's a pretty heavy-duty jacket, but on the left breast it has the department, Ontario Police Department
16 patch, it's like a cloth patch and then on my left and right arm it also has the Ontario Police Department badge, I
17 mean patches and then below my patches are my, were my Corporal Stripes also.
18 DL- Okay thank you. If you can remember, let's start at your belt buckle, your, we sometimes refer to it as our
19 Sam Brown.
20 CA- Okay.
21 DL- Alright and let's go clockwise to the right and I want you to describe to me the equipment that you were
22 carrying on the duty belt at the time of the incident.
23 CA- Alright so going to my right, I have a set of department issued keys, and then it goes, transitions into my side
24 arm. After my side arm I've got two handcuffs and after my handcuffs I've got pepper spray and then I have my
25 department issued radio. Do you want me to go to my drop down? Okay.
26 DL- Yes.
27 CA- And then I have a drop down that's on my left leg which has my department issued taser. On my taser I have
28 a tourniquet and also a secondary flashlight. After my taser I have a ASP which is a collapsible baton and then I
29 have my two extra sets of magazines.
30 DL- On this day in question and during this incident, were you wearing a radio earpiece?
31 CA- No I was not.
32 DL- Okay. How do you, what do you use as a means of communicating to your radio, to dispatch through your
33 radio?
34 CA- I have a lapel microphone attached to my chest.
35 DL- Okay. Were you carrying any other equipment on you?
36 CA- Yes, I did forget. I have a department issued knife that's in my right pocket and then I carry a large stream
37 light flashlight in my left sap pocket so like my pocket behind my left leg. That's, I think that's about it.
38 DL- Okay. Were you wearing any hearing protection at the time of the incident?
39 CA- No.
40 DL- Okay. Were you wearing any eye protection or glasses at the time of the incident?
41 CA- No.
42 DL- Do you wear any prescription glasses?
43 CA- I, I do wear contacts.
44 DL- Okay. Were you wearing contacts at the time of the incident?
45 CA- Yes.
46 DL- Okay. Do you know the make and model of your handgun?
47 CA- Yes.
48 DL- What is it?
49 CA- It's a Glock 17.
50 DL- Okay. What caliber would that be?
51 CA- 9-millimeter.
52 DL- Okay. Do you have any accessories attached to your handgun and if so, what are they?
53 CA- I do. I have a stream light tactical light attached to the bottom of, or front bottom of the handgun.
54 DL- Would you say that lights attached below the slide but in front of your trigger guard?

**210200936**  Supplement No 0066

# Ontario Police Department

**Narrative**

1 CA- Yes sir.
2 DL- Okay. Any other attachments onto your handgun?
3 CA- No, nothing.
4 DL- Okay. How many magazines do you carry on your person?
5 CA- Just two, on my actual belt and then the third one's in the actual handgun.
6 DL- Okay. Do you know how many bullets your magazine is capable of holding?
7 CA- Yes.
8 DL- How many?
9 CA- Seventeen.
10 DL- Okay. As it relates to your handgun, as it relates to the magazine that you load into your handgun, do you
11 carry a, a bullet in the chamber?
12 CA- Yes.
13 DL- I'm going to clarify that just a little bit, okay? You, you let me know that your magazine holds seventeen
14 rounds. When you load your magazine, do you rack a round after that into the chamber?
15 CA- I do.
16 DL- Okay. Do you then extract the magazine and add another round in to the magazine to make it seventeen in
17 the magazine?
18 CA- I do.
19 DL- Okay so would it be fair to say that when your gun is loaded, there's eighteen rounds in that gun?
20 CA- Yes.
21 DL- Okay. Do you recall how many bullets you carry in the magazine attached to your gun on the day of the
22 incident?
23 CA- How many bullets I had in my magazine, or?
24 DL- Yeah so what I just talked about, right? But actually on the day of the incident, what was inside of your
25 magazine and loaded into your gun? How many rounds were in there?
26 CA- All together?
27 DL- Yes.
28 CA- Eighteen.
29 DL- Okay. Do you recall how many bullets you carried in each magazine, additional magazine on the day of the
30 incident?
31 CA- Yes.
32 DL- How many?
33 CA- Seventeen in each one.
34 DL- Okay. Were all of your magazines loaded with department issued duty ammunition?
35 CA- Yes.
36 DL- Do you know what kind of ammunition that is?
37 CA- No.
38 DL- Okay. Do you carry a backup firearm?
39 CA- No I do not.
40 DL- Okay. Are you right of left-handed?
41 CA- Right handed.
42 DL- Do you recall your call sign on Monday, February 22nd, 2021?
43 CA- I do.
44 DL- What was it?
45 CA- Victor 8.
46 DL- Okay. Were you working as a solo officer or did you have a partner in your police vehicle?
47 CA- I had a partner.
48 DL- Who was your partner?
49 CA- So he's my, he's currently my trainee. Alex Escobar.
50 DL- Okay. Did you check out the police vehicle at the beginning of the shift that day?
51 CA- No I did not.
52 DL- Who did?
53 CA- He did, Alex Escobar.
54 DL- Do you remember the police unit number of the, of the unit?

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 30 of 58 |

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1. CA- I would be guessing.
2. DL- This unit that was checked out, is it a marked black and white police Ford Explorer equipped with emergency
3. lights?
4. CA- Yes.
5. DL- Did you inspect your police vehicle at the end of your shift?
6. CA- No.
7. DL- Who, who would have inspected it?
8. CA- My trainee Officer Alex Escobar.
9. DZ- Okay. Do you know if all of your police unit lights and equipment were working properly?
10. CA- Yes because of a previous stop we had done.
11. DL- Okay. On this day, February 22nd, 2021 who was the assigned driver of the unit?
12. CA- Officer Escobar.
13. DL- Did Officer Escobar drive, was he the driver the entire shift?
14. CA- Yes.
15. DL- Okay. On this day was your mobile data computer also known as the "MDC" working properly?
16. CA- Yes.
17. DL- Who signed onto it?
18. CA- Officer Escobar.
19. DL- Okay. Were you assigned on this day a department issued body worn camera?
20. CA- Yes.
21. DL- Were you wearing your camera on this day?
22. CA- Yes.
23. DL- Did you at some point during this incident begin recording with your department issued body worn camera?
24. CA- Yes.
25. DL- Can you explain to me how is this device activated?
26. CA- You just press a button that's in the center of the device which is, the device is a square an then it's, you
27. button, hit twice.
28. DL- Have you had the opportunity to review a video recording to refresh your recollection about the incident that
29. occurred on Monday, February 22,2021 prior to our interview?
30. CA- Yes.
31. DL- Alright. We're going to get into a little more of the cognitive portion of the interview, okay?
32. CA- Okay.
33. DL- On Monday, February 22nd, 2021, at about 23:55 hours, was there a vehicle pursuit?
34. CA- Yes.
35. DL- Can you tell me about this?
36. CA- Yes.
37. DL- Go ahead.
38. CA- Go into it? So Officer Escobar's driving and I'm in the passenger seat of our police unit and we're going north
39. bound Mountain towards 4th Street. Officer Escobar's about to go into the westbound turn lane to go west bound
40. on 4th Street and before he does that, I already see that there is another Ontario Police unit stopped in the
41. number one lane for 4th of Mountain for a red light. So as Officer Escobar's continuing to drive into that turn lane, I
42. see a red compact sedan to my right and as I look over I make...., me and the, me and the driver we, we look at
43. each other, we see each other, and I see that he was in the number one lane coming up behind who now I know
44. to be Officer Varela in that number one lane. He was going to come up behind him and pretty much stop for the
45. red light well, when he sees me, I see him going to the number two lane and then take the red light to go east
46. bound number four. So seeing what I saw, I tell my partner Officer Escobar to pull up to Officer Varela. So I had
47. already had my window down and then Officer Varela starts rolling down his window and I'm like, I, I direct him I'm
48. like, "Hey that red car that's going east bound," I'm like, "that's a good stop." So he looks over, he sees the car
49. he's like "Alright," and then he starts proceeding, tried to go east bound number four, east bound number four for
50. Mountain on the red light too. Well, we still have, he has his window down and I have my window down and then I
51. hear a car coming up in the number, another car coming up in the number two lane because they, the light turns
52. green and I had to yell at Varela I'm like, "Hey stop", because a, to prevent an accident. So that car's honking and
53. comes to a stop. And so then after, no accident happened thank god, Officer Varela goes to get behind that
54. red sedan and then my partner, Officer Escobar I tell him, "Hey follow him." So we follow behind him. So we're

**210200936**    Supplement No 0066

# Ontario Police Department

**Narrative**

1  going east bound 4th Street from Mountain, we pass Palmetto and then after we pass Palmetto, that's when I hear
2  Officer Varela call out the traffic stop. So he calls out the traffic stop, and dispatch does their whole thing and then
3  they send another unit to back him and then my partner's pretty much waiting to get on the radio. I can, he has
4  the radio in his hand and he's waiting to get on the radio to say, "Hey we're here with him." At that time we're
5  passing Boulder continuing east bound and I can see the car's not stopping so I tell, I'm my partner, "Hey this
6  guy's, it doesn't look like this guy's going to stop." And then we're still continuing east bound and this is when I
7  start becoming more observant of what's happening with the red car other than just Officer Varela continuing to
8  drive and I could see the red car just the, the reason I can see the red car is because he's now not just driving
9  straight, he's making fidgeting moment, movements with the car. So when I say that it's like, he turning the
10  steering wheel like left and right and it just like, that's what catches my attention. And then to me I was like that,
11  the, I knew something was wrong and I knew that, okay something's, something's happening and then two, we're
12  going to go in pursuit. So then knowing that my partner is trying to get on the radio, he, he doesn't really know the
13  city very well. That was kind of one of his flaws for his training right now, but he comes from a very small agency
14  so learning our city's a different story. So I start to, helping him out I'm like, "Hey get ready to start calling this out."
15  So I start activating the emergency lights to, Code Three lights, and then I start activating the siren and I do it just
16  real quick and then I turn it off and I can see Officer Varela's still continuing we're still, we haven't stopped and
17  we're coming up to, we have to be coming up to San Antonio and then it wasn't until San Antonio that, that's when
18  I turn on the Code Three lights on because by that time the red compact sedan is already, he took the red light,
19  I'm sorry the stop sign at 4th Street to go north bound to San Antonio and that's when, okay we're, we're going to
20  be in pursuit. So as we're in pursuit north bound San Antonio now, my partner's calling it out, I'm letting him know
21  like the, where we're at. I can hear him calling it out, like the direction of travel, the speed, road conditions, but I
22  know that he doesn't know what streets we're passing so I'm like, I'm telling him, "Hey, we're coming up to Fifth,
23  we're coming up to Sixth," but then I can also hear him calling out small side streets because he's, he's looking at
24  them. I imagine he's looking at them, but I can hear him calling them out and I'm like, "No, the, I need you to call
25  out like Fifth or Sixth," because that's, we're going north bound. So we pass Fifth and Sixth and guy, the, the red
26  compact sedan doesn't stop for any of the stop signs and then at one point it had to be either Fifth or Sixth, that
27  there's a vehicle, like a truck, like a grey truck that's going west bound on one of those streets and then I thought
28  that they were, there was going to be a collision. Luckily there wasn't and then we continued on north bound.
29  When we, we passed Sixth, that's when I again start seeing that, that movement of the vehicle again where it's
30  like side to side and it's just real back and forth and it's, it's not flowing. It's not like he's it just looks like he's doing
31  something and I'm trying to understand like what he's doing but then he takes off and then he speeds up and he
32  gets all the way to the 10-freeway bridge and he stops along the, the east curb line more towards like the north
33  side of the freeway. So he stops and that's when I'm like okay it's going to be a foot bail or he's going to give up,
34  whatever, and I see that Officer Varela's car stopped behind him and then one of the things about when we're in
35  pursuit being the number two car, my partner wasn't driving fast enough so there was a gap between Officer
36  Varela's car and our car. So I'm telling him, I'm like, "Hey, speed up." Because I can see all this and we're not up
37  there to help him so we're like, we're trying to get up there to, and that's why I can't determine what this guy's
38  doing, whether he's giving up or, and I'm assume, and the only reason I knew it wasn't a foot bail at that time
39  because I can see that Officer Varela hasn't gotten out of his car. Well as we're getting up to Officer Varela's car
40  and they're stopped, the guy does a U-turn or, the I want to say the guy but at the time the car does a U-turn and I
41  could see he's starting to go south bound. He passes me and that's when I see there's two occupants in the car.
42  So Officer Varela does a U-turn, we do the U-turn right behind Officer Varela and then this is when I start seeing
43  that, that the red compact sedan was speeding up and then it would suddenly slam on its brakes and that's when I
44  was like oh he's trying to get Officer Varela to slam into his car. So at, I'm trying to express that to him, I'm like, to,
45  so he can put it over the radio, like to say, "Hey he's trying to get us to ram his car," and I don't think he puts
46  anything out to that effect because I didn't hear him because at the same time I'm still giving him, "Hey we're south
47  bound San Antonio we're going to be coming to Sixth," so I'm giving him direction of travel but it doesn't just
48  happen like once, it happens like two or three times but it happened very quickly. So he speeds up and he stops,
49  he speeds up, stops, but then the movement of the cars, what like, what, is really, what's catching my eye that
50  he's trying to use his car to dis...., to me disable Officer Varela's car for whatever reason. And then he, the suspect
51  does stop at Sixth Street and again he speeds up and he just suddenly stops at Sixth Street and then we come to
52  a stop for a split second. It wasn't very long and then again that's when I'm like he's, he's still trying to get Officer
53  Varela to, to slam into him and then that's when I thought that I could, I thought that I saw reverse lights come on
54  and that's when I thought he was going to initially hit Officer Varela for the first time, but then I saw him speed off

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 32 of 58 |

000215

**210200936**  Supplement No 0066

# Ontario Police Department

**Narrative**

1. to go continuing east bound Sixth Street. And then this time he took off and he was driving on the wrong side of
2. the road. So now he's going east bound in the west bound lanes on Sixth Street. So we're still following behind,
3. again I'm still giving my partner directions to let him know where we're at so he can let dispatch know but his
4. speed's still not there so Officer Varela's taking off, we're not taking off with him. There, there's a gap but I can see
5. the streets, I can, I'm very, I'm pretty familiar with majority of the streets in the city so I'm, "Hey this is coming up
6. next," and then I see the guy shooting up Beverly. So he goes up Beverly, I see Officer Varela behind him, and
7. then....we don't go mid-block, but we go past, I mean we go three, four houses north of Sixth Street. I want to say
8. we, the suspect drives three, four houses north of Sixth Street and he stops along the east curb line again facing
9. north and I can see Officer Varela's car stopping behind him again, and this is going to be a lot to describe in this
10. one. And that's when we start driving in and they're stopped. So again, I can't tell whether he's giving up, whether
11. he's going to be foot bail or what's going on because we're still trying to get up there. The way that Officer Varela
12. had his car positioned was as if he was setting a felony car stop. He was not directly behind the suspect vehicle
13. so I would say that the passenger side of his vehicle was almost directly behind the, so the passenger side of
14. Officer Varela's vehicle was directly behind the driver side of the suspect vehicle if that makes sense, offset.
15. DL- Mhm.
16. CA- So there's some distance between the curb and Officer Varela. So we're driving up, I start popping my door
17. already because I see that they're both stopped and I'm like okay something's happening so I knew that we were
18. going to drive up I was, we need, I need to get out of the car because that's just, going back to my training, but my
19. partner, my partner's not driving fast enough and so we get about, I would say almost two car lengths away from
20. Officer Varela's vehicle so I would say two car lengths from Officer Varela's vehicle, when Officer Escobar comes
21. almost to a stop. I, I don't know why but he, he comes to a stop where I was able to get out of the car. We're out,
22. now I'm outside the passenger door. I already had it popped because I could see what I see. I already had it
23. opened and I'm out and then I see the reverse lights to the red compact sedan turn on. And then it happened, just
24. hap, this is what happens very quickly is, the red compact sedan puts in reverse and then he just starts
25. accelerating at a high rate of speed and I can hear and I can see that he's hitting Officer Varela's car and he was
26. pretty much able to get completely past Officer Varela's vehicle on the passenger side but then it doesn't stop
27. there, he and then the the, the vehicle, I'm outside the passenger door and I have a clear view of the car as he's going
28. along the passenger side and then now I see the car coming stra....., coming directly towards our car and I, I can,
29. I know it's going to hit our car, I, it's just I see, I could see the, the taillight, I could see the reverse lights, I could
30. see the taillights, everything about that car's going to hit our car. And all I hear when I'm standing outside the door,
31. I hear Officer Escobar say, "Oh shit." Like that, that's all I remember from, from him at least and then me standing
32. outside the, the door, passenger door of my car, I remember the car hitting. I'm standing in between the
33. passenger door and the car, and I, that's when I was like, I'm gunna get smashed by this car, this like, that's when
34. everything went not good. I was like I'm going to get ran over by this car right now because I'm out, I'm standing
35. outside of it and his car's hitting our police car, I can hear the sounds, I can see, you can hear the impact of the
36. crash and then when he hits my car that's when I'm thinking that, okay the, he's the car's going to crush my
37. passenger door and I'm going to get crushed in between the door and my police car and, you know that's when I
38. believing that I was going to get killed or seriously injured and after everything, about me at that time was my legs.
39. I was worried about legs. I don't know why, I was worried about my legs but that's when I'm like okay I'm going to
40. get, I'm, I, that, I was like I'm going to get hurt right here. This is where I'm going to get hurt. So it happened where
41. I just, I, it ended up outside of the passenger door, and then that's when I started discharging my firearm into the
42. car and I remember discharging my firearm into the driver's door area and I remember that I can, started
43. discharging it from, towards the backseat, so the, his back driver's door and then at one point his, I, I, his driver's
44. window was right next to me like within hands reach. I can, I can reach his car and I then think that was the last
45. time I discharged it. As I'm believing I'm getting crushed by the car, that's when I was like, that's when I, that's
46. when I'm discharging my, my handgun when I'm believing I'm getting crushed by the car. So much adrenaline's
47. going on that, that happened. It, I don't know it passes me, I don't know what happens behind me, I just
48. know I just kept my eye on the passenger, I'm sorry the driver's door window and I can see the driver and then I
49. knew that something happened to him because he's slumped over and then his vehicle started going forward
50. again and then at that time it just started rolling away from me and as it rolls away from me, I remember looking
51. down at my legs because I was, I, I was just, again I was worried about my legs. I looked down my legs and I
52. looked and I was just, okay I'm alright so I looking, I looked at my door real quick and I was like alright and just,
53. and all that happened, he, he hits a tree and then I start approaching the car, the red compact car and then
54. Officer Vasquez ended up on the passenger side. So I know that we started giving out commands to, pretty much

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 33 of 58 |

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1  anybody in the car, but because of just what happened, believe, knowing that this guy just used his vehicle to,
2  believe that he was going to run me over with this car, I, I didn't feel like we had a position in advantage or to use
3  his car as cover or concealment. I was like this, this is terrible. I was like, so I told Officer Vasquez, I was like we
4  need to go to our car. I was like, to me that was his weapon, his weapon of choice so I was like no we need to go
5  to, like yes we have, we bought this, we bought this real estate but I was like we're giving it up. We're going back
6  to our car until we figure out what's going on. Go back to my car, that's when the troops start showing up and
7  pretty much, I want to call it a little bit of chaos but we're trying to bring it back in to determine if this guy needs
8  help and who this passenger is. So then I start telling, coordinating with the folks, I may get this all wrong with who
9  I told what but you know I'm, start coordinating I'm like we need to get, give commands get that pers, the
10  passenger out. Luckily the passenger comes out on her own. I think there was some commands given, "If you
11  want help, you need to come out of the car." It ends up being a female. She comes out of the car and the first
12  thing she starts yelling, "His moms on the phone. His moms on the phone." And then I can hear the Bluetooth of
13  the car on and you can hear somebody yelling. It sounds like a female voice. So we take her, put her into custody.
14  We get her into a car and, you know who, I know I assigned Officer Vasquez to take her into custody and then
15  get her. I set everybody up along the driver side of our car just because we still had the engine block for coverage.
16  He's going to ram our vehicle again we have the, we can move back, and we can gain some of that distance, but
17  the car started accelerating, the tires are smoking, I, I don't know what's going on. It just, it, it, and then it finally
18  just stops so started getting Officer Escobar, hey you doing commands. Start giving commands to the car. I asked
19  for somebody to call for, to have fire staged so I know, had Officer Vasquez asking for fire, Burnette, Officer
20  Burnette grabbed his long rifle, he starts doing, having a long rifle. I told I think Officer Wilburn, "Hey I need you for
21  custody," and then it just turned into getting a team set up to go, to take him into custody and figure out what's
22  going on but then at one point I was like hey well, we can try to get a little bit information about what's, what's
23  going on there so I tell Officer Acosta I'm like go interview the female real quick. Figure out any weapons or what's
24  going on and the only thing he comes out with is his name, and I don't even remember the person's name, the
25  name and then he just says he's, "Okay no weapons." Alright because we're not getting a response, believing that
26  he was shot, that's when I made the decision to have the guys set up a contact and arrest team and, so we can
27  get up there to one, safely take him into custody then two get him medical attention at the time. Once we got him
28  out, we handcuffed him, made sure he had no weapons. He had, I assigned two guys on him and then after that
29  start, making sure that everything was, integrity of the crime scene, stayed in place so make sure that the guys
30  were not walking around on everything and then I pretty much got relieved from there. I got told to stand down by,
31  I think Of..., Sergeant Melendez, Melendez.
32  DL- Okay.
33  CA- So.
34  <mark>DL- That was a lot of good detail in that statement right there. During this whole time, how'd you feel?</mark>
35  <mark>CA- Well, well I was in shock.</mark> I was scared and then I kept checking my pants. Remember I kept grabbing my
36  pants and I kept checking my legs because I thought I was going to, I thought I was crushed, and I just didn't
37  realize it yet. I thought the adrenaline got the best of me and I was still going through it. <mark>So I remember I kept</mark>
38  <mark>grabbing my, both my legs and then I had to even go down to my, my, towards my boots and I was checking my</mark>
39  <mark>legs and I was checking to see if there was any blood or anything, any, any scuffs or any marks on my pants and</mark>
40  <mark>there was nothing and I just kept thinking, I was like I should have been ran over by this car. And then you know, I,</mark>
41  <mark>I still don't know if, I don't know what, like what happened right there. I, I should have been hit by the car.</mark>
42  DL- I completely understand. I want to, I want to go back, and this was great. Great information, great detail but I
43  want to go back and then I'm going to, I'm going to chop it all up a little bit.
44  CA- That's fine.
45  DL- Alright? We'll go through, we'll chop it all up. Some of these questions might seem redundant.
46  DL- Mhm.
47  DL- Because you may have already answered them. Some of them will be additional to, to maybe get some more
48  clarity from you about it, okay? We're, I'm going to back up to the, to the pursuit. Okay? Some clarification here.
49  You were coming north bound on Mountain, correct?
50  CA- Yeah.
51  DL- You said you saw a unit in front of you, you later learned it was Varela, Officer Varela. You were in what lane
52  at that point?
53  CA- So we were coming up on the number one lane going into the turn lane for west bound 4th Street.
54  DL- Okay. You mentioned that the sus, I'm going to call it the suspect vehicle, the compact red sedan. Is that okay

000217

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1 if I...
2 CA- Yeah.
3 DL- ...use suspect vehicle? The suspect vehicle comes up and is like parallel to you when you described like next
4 to you?
5 CA- Yes.
6 DL- Right? So at that moment, what lane is the suspect in and what lane are you in?
7 CA- So he's in the number one lane as we're in, now coming, we're in the turn lane for west bound 4th Street.
8 DL- Okay.
9 CA- Cause there's no like aisle in or turnabout. It's just an, double yellows and he's driving there. Driving from the
10 whole, the whole way from I Street, I think.
11 DL- So it's a...., you describe it more as like a, when you say it's a, it's a turn lane, it's not just a turn lane for 4th
12 Street, is that what you're saying?
13 CA- Yeah, you can cross that intersection from anywhere from I Street to 4th Street.
14 DL- Okay. So it's more like a, it's got yellow lines in the middle but a center divider where you can drive in that
15 center divider...
16 CA- Yes.
17 DL- ...at any point?
18 CA- Yes.
19 DL- Okay, gotcha. You said you see the driver and you, as you drive up and get closer to Varela, you tell Varela,"
20 Hey, that's a good stop." Is that true?
21 CA- Yes.
22 DL- Okay. What made you believe it was a good stop?
23 CA- One is just by his actions when he make eye contacts with me, it was a, we call it the "deer in the headlight"
24 look. He saw me and it was, he didn't want to be there no more so to me took some evasive actions that he's
25 going to get out of there and pretty much anywhere where we weren't going to go, that's where he was going to
26 go. So, we were determined to go west bound, Varela's determined to go north bound and he cuts over into the
27 number two lane and then he takes the light to go east bound 4th Street.
28 DL- Okay. When he, when you said he took that light, did he make a legal right turn or was it?
29 CA- No. He, he went from the number one lane to the number two lane and then he just ran the red light because
30 we were all stopped for the red light. Because even when I drove up to, when we drove up to Officer Varela, we
31 were stopped for the red light still.
32 DL- Okay.
33 DN- So in other words, you're in the left turn pocket north bound on Mountain at 4th Street. Escobar's preparing to
34 make a left turn to go west bound on 4th Street. Officer Varela is north bound, stopped north bound in the number
35 one lane of Mountain Avenue at 4th Street and the suspect vehicle is actually approaching behind Varela's unit
36 then?
37 CA- Yes.
38 DN- In the number one lane?
39 CA- Yeah.
40 DN- And then you make eye contact because you're sitting in the passenger seat of the unit. You make eye
41 contact with the driver of the suspect vehicle and then at that point the suspect vehicle goes from the number one
42 north bound lane of Mountain, crosses the number two lane of north bound Mountain at 4th Street and then
43 makes a right turn east bound on 4th Street?
44 CA- Yes sir.
45 DN- Is that correct?
46 CA- Yes.
47 DN- Okay.
48 DL- Driving through the red light failing to stop?
49 CA- Yes.
50 DL- At the intersection?
51 CA- Yes.
52 DL- Okay. When you drove up next to Varela, did, did he, do you know if he heard you say, "It's a good stop?" Did
53 he ever acknowledge or anything like that?
54 CA- Yeah because we were talking. It was, it was like, "Hey that's a good stop," and he was like, "Oh, where?"

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1   And I was like, "That red car." And he looks over, he sees it and then that's when the light had turned green and
2   there's another car in the number two lane and then that, where I described that accident almost happens.
3   DL- Right. Officer Varela was trying to make a right or east bound turn to catch up to this suspect vehicle?
4   CA- Yes.
5   DL- Okay.
6   DN- And in essence cut off the other vehicle that was approaching the number two lane?
7   CA- Yes.
8   DN- Avoided a collision but was able to continue on east bound on 4th Street from Mountain?
9   CA- Yes.
10  DN- Okay.
11  DL- Okay. Where were you seated in your vehicle?
12  CA- The passenger seat.
13  DL- Who was operating the radio in your vehicle?
14  CA- Officer Escobar.
15  DL- Okay. You said as, after you both got over onto 4th Street to follow after this suspect vehicle, you said I didn't,
16  I didn't really, I don't want to put words in your mouth but I'm kind of paraphrasing here, you know, "I didn't really
17  think much of it until I saw him making fidgeting movements."
18  CA- Yes.
19  DL- Okay. What, how did you feel, what were you thinking in that moment when you saw him make fidgeting
20  movements?
21  CA- Well it, it's one of those things that when typically somebody wants to get away, they're just going to take off
22  at a high rate of speed and it's on. I guess that's, best way to it say it. You're just going to chase him while him not
23  stopping and just continuing driving and then his car going side to side, it just starts, brings up a lot of things that
24  what this guy could be doing in the car and then that just goes back like to like my training. I've had guys that
25  they're starting to reach for things and they're gunna, they're, they're in their backseat and now they can't control
26  their car so it's making those movements or they're doing something that's when I'm like hey, something, that's
27  when in my mind I'm thinking something's not right and I, and I keep seeing it over and over and I keep seeing this
28  car come to the left and then it go to the right and then it just, so to me I'm like okay something's not right with
29  that car because he's not just taking off yet. And then eventually there's a point that, yeah, he does take off so
30  then to me it could be like, okay he accomplished whatever he needed to do in that car. Grabbed a gun, starting to
31  get rid of stuff, he's going to roll down his window, start throwing dope out the window, whatever. Those are the
32  things that are kind of going in my mind.
33  DL- Okay. You said that you, you activated your lights and siren, like, again I'm paraphrasing, like for a second
34  and then you turned it off. Is that, that true?
35  CA- Yes, yes.
36  DL- At what point did you reactivate your or did you reactivate your lights and siren?
37  CA- So I left. Once I did my Code Three lights on, I left those on. It was my siren that I, I played for a second, just
38  because I was trying to, I was almost trying to get Officer Varela's attention to like hey,  you do that too to see if
39  this guy's going to stop. And at that time we weren't going to stop. It just, once I did that and I turned it off, I think
40  we were already into San Antonio and then that's when he just took, took through the stop sign and we were going
41  north bound and it was on.
42  DL- Okay. Prior to you hitting San Antonio then, did Officer Varela not have his lights and siren on yet to, to initiate
43  a stop?
44  CA- He had his lights on.
45  DL- Okay.
46  CA- But I didn't hear a siren.
47  DL- Okay.
48  CA- So I, or he could have had his siren on, and I didn't hear it.
49  DL- Okay. Alright. When, when you said you got to San Antonio, you said he made a left or north bound turn,
50  right, and took off. And I just want to clarify because the reason that you said, you said he took the red light at San
51  Antonio. What does that mean?
52  CA- Oh I'm sorry. It, there's a stop sign, San Antonio.
53  DL- Okay.
54  CA- All, everything on San Antonio is stop signs.

210200936   Supplement No 0066

# Ontario Police Department

**Narrative**

1  DL- So what would it mean in your mind then when you said he took the red light?
2  CA- He drove through the stop sign at San Antonio and 4th Street and he just ro..., didn't even stop at all.
3  DL- Okay. You also mentioned that as this pursuit started that you knew your partner didn't know the city.
4  CA- Yes.
5  DL- How new is your partner to our city?
6  CA- So this is his third week on training actually on the field but we've only been, he's only had, had this was his
7  sixth act, sixth active day of patrol in the city and it's because he had some medical stuff the week before so he
8  had to take time off and then this was, this last Monday was going to be day six.
9  DL- Okay.
10 CA- So then he, he did complete his first week, second week he only worked one day, and then three days off.
11 And then obviously this Monday we only worked Monday.
12 DL- Okay. You've, you've been a training officer for some time now?
13 CA- Yes.
14 DL- You've trained other officers?
15 CA- Yes.
16 DL- Would you say it's typical for a new officer to be unfamiliar with the city when they've only been here for six
17 days?
18 CA- Yes.
19 DL- Okay. You, you emphasized that you wanted to get him, when I say him I mean your partner Officer Escobar,
20 to call out Fifth and Sixth Street as you're driving north bound on San Antonio. Why did you feel like that was so
21 important for him to call those streets out, not you said he was looking at small side streets, or you thought he
22 was?
23 CA- Just familiarity for the other guys for majors, major streets in the city that they, they know where we're at. I'm
24 not saying that they're going to, they're not going to know La Deney or stuff like that but same time guys that have
25 been working patrol that are, that probably off training, they're going to know, they're going to recognize those
26 streets and know where we're at or where we're going. So that, that's the reason I'm like hey call out these big
27 streets instead of these small ones.
28 DL- Got it. Okay. Now the suspect you said almost collided with a vehicle and you weren't sure if it was Fifth or
29 Sixth Street. Can you explain a little more about that? How did, how did the suspect vehicle avoid this collision?
30 CA- So we're going north bound San Antonio and then I see a, like I said I believe it's a silver truck starting to go
31 west bound on one of those streets because he sees that the intersection's clear it's his turn to go and he going
32 but the red compact sedan, to me the, just from my angle it just looked like he was going to go and T-bone it. And
33 then how the collision got avoided, I'm not sure. ==He didn't go behind it so I'm assuming he went in front of it. So==
34 ==my assumption is that that truck just stopped.==
35 ==DL- Okay.==
36 ==CA- And then yeah, so we ended up just going around the truck too.==
37 DL- Okay. At any point during the pursuit, did you fear for anyone else's safety?
38 CA- Well at that point, yeah. When he was about to T-bone that car I was like yeah, he's going to hurt somebody.
39 He's going to hurt the public.
40 DL- Okay.
41 CA- So it was going to be bad news if that happened.
42 ==DL- What were traffic, generally traffic conditions like during the pursuit?==
43 ==CA- Light traffic just because the time of day.== We, we don't commonly get a lot of pedestrian traffic in that area but
44 there, there is vehicle traffic for sure and obviously there's a case and point that one truck was just in, yeah it
45 could have been, could have result in something bad.
46 ==DL- Okay. Did you, were there any pedestrians that you noticed in the area during the pursuit?==
47 ==CA- No I didn't notice any pedestrians.==
48 ==DL- Okay. Could you, would you be able to estimate the speeds you were traveling during the pursuit?==
49 ==CA- So we were going from like I'm going to estimate from like fifty to seventy miles per hour throughout the whole==
50 ==pursuit.==
51 DL- Was that significant for the areas you were traveling in?
52 CA- Yes, that, the whole area we were in is all residential. Highly populated residential.
53 DL- Okay. So you mentioned a couple times during the pursuit that your partner, there was a gap.
54 CA- Yes.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 37 of 58 |

**210200936**  Supplement No 0066

# Ontario Police Department

**Narrative**

1  DL- I think you said at one point referenced it as there was a gap, another time you referenced it saying
2  something to the effect of he wasn't driving fast enough.
3  CA- Yes.
4  DL- Right? Explain why was that significant in your mind?
5  CA- Well to me obviously we do want to have some space for reactionary time but the same time too much space
6  to me is just like we, we need to be closer to Officer Varela for any assistance that he needs, we're, we're then,
7  we're his back. And given that space and the speeds and what, where we're traveling at. It' s like okay if you don't
8  know, like, that's why I'm like I'm here to help you so just get up to him and I'll help you out. There are times and
9  the time and point is like when he did stop at San Antonio and the 10 freeway, we weren't there fast enough and
10  they, they were stopped and to me it's like actions could have been done, something could have, we could have
11  helped or done some, maybe done something to get this thing to stop. But we weren't there fast enough, we were
12  still getting there. So I was like dude get, like get up there drive faster.
13  DL- Okay.
14  CA- And it was just one of those things that is, I think he had a lot of things going on and he does have experience
15  but I think it's just unfa..., he's unfamiliar with the city and then this policy's new to him so, I'm there to obviously
16  help him out and guide him, so.
17  DL- Very good. During the pursuit you said it came up towards around Sixth Street and it looked like the suspect
18  was gunna like, or did pull over. It looked like he was going to stop or, or do something at that point.
19  CA- Yeah, he did stop.
20  DL- Okay. Tell me about, you know what were some tactical considerations that you were thinking of in that
21  moment in the pursuit.
22  CA- Well given that I don't see Officer Varela chasing after anybody, I was, okay this is going to be a felony car
23  stop. We're going to order the occupants out of the car. Obviously, something like that we'd wait for the calvary.
24  Hey, get more people up here. Let's get all our options in play. Less lethal, negotiators, whatever if it comes to, if
25  we get level cooperation then we're going to get him out of the car. If we don't get level cooperation, then we're
26  going to go to other tactical considerations. Bear cat, we can get ofic..., or a negotiator, whatever, what K-9, you
27  know we, we have a lot of tools that, that we can play with. So knowing that Officer Varela wasn't chasing after
28  anybody, you know my first thought process was okay we're going to do a felony car stop and then we're going to
29  get some type of level cooperation from them to get them to exit the vehicle or turn it off simply.
30  DL- Okay, alright. During the pursuit how, how was dispatch notified?
31  CA- So dispatch was, there, I think there was some level of confusion there because Officer Varela called out the
32  traffic stop and again, they dispatched somebody else to back Officer Varela. Well my partner was waiting for
33  them to stop talking, nothing on their part, they're just going through their, their motions and then my partner's still
34  waiting to, to say something and it wasn't until essentially the pursuit started that my partner called it out but I think
35  if I remember correctly, he calls it out like a failure to yield so I'm almost thinking there was kind of confusion that
36  dispatch is thinking that we're in pursuit and Officer Varela's on his own truck stop. Could be wrong but that's
37  what, I think there was some radio communication. And it's just because he's still learning our system. Well the
38  way we communicate on our radio.
39  DL- Alright. Okay. Did you receive any additional information during the pursuit? Maybe I'll clarify that like did you
40  receive dispatch updates during the pursuit?
41  CA- No. I, I the only thing that I was I hearing was pretty much them, I don't even want to say mirroring what, they
42  were just parroting us.
43  DL- Parroting.
44  CA- They were parroting what my partner was saying so that's, I can hear that but as far as like any additional
45  information, I wasn't hearing anything.
46  DL- Okay. You mentioned that after it stopped somewhere around Sixth Street on San Antonio, it made a U-turn.
47  CA- Yes.
48  DL- The suspect vehicle.
49  CA- Yes.
50  DL- And you said at that moment you noticed another occupant in the car.
51  CA- Yes.
52  DL- Can you describe what the driver and the occupant looked like at that point.
53  CA- So not that passenger but I knew that the, the driver was a male Hispanic. Male Hispanic and then probably
54  late twenties, early thirties.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 38 of 58 |

**210200936**   Supplement No 0066

# Ontario Police Department

## Narrative

1   DL- Okay.
2   CA- That was it. And then I could see that he had like visible tattoos on his, on his face and it was, it would be the,
3   left side of his face or something like that, or something on his face.
4   DL- Okay. You couldn't describe the passenger at that point?
5   CA- No because we were going, he's just straight passing us.
6   DL- Could you tell what seat they, the passenger was in?
7   CA- Just the front.
8   DL- Okay.
9   CA- Front.
10   DL- So you, you entered into this, it started the pursuit. You said it took off, right, you knew that Officer Varela was
11   in front of you during this pursuit. You talked about activating your emergency lights and siren. Do you know if
12   anyone else was involved in the pursuit besides you and Officer you, you, your, your unit I should say and Officer
13   Varela?
14   CA- No. I thought we were the only ones in it.
15   DL- Okay and it, you were positioned, what was your position in the pursuit?
16   CA- We were number two.
17   DL- Okay. During the pursuit you talked about the suspect speeding up and slamming on his brakes and you felt
18   like he was doing that on purpose to get Officer Varela to slam him into him.
19   CA- Yes.
20   DL- How did you feel about that?
21   CA- That's when I knew that this was going into a much more dangerous situation rather then him just trying to
22   elude us because the action didn't just happen once. It happened multiple times and this was just going down
23   south bound San Antonio and that's when I, I don't remember if I told my partner but I'm like he's trying to get him
24   to ram him and that's what, I feel like I said that because I was trying to get him to say that over, over the radio
25   and that's when I was like okay this is going into a much different direction now then, rather than this guy trying to
26   get away. So he was, for one he's trying to get Officer Varela to smash his car into to get him hurt and then now
27   it's, I, I don't know I feel like he saw both of us, so he wasn't. I feel like the suspect when he made that U-turn, he
28   saw both of our units. He knew Officer Varela was behind him since because they were stopped and then when
29   he made the U-turn, he saw us, it was like there was no missing our lights and sirens so.
30   DL- Okay. I'm going to move a little forward now to near the end of the pursuit.
31   CA- Yeah.
32   DL- You said that, you've entered the pursuit, turned north on Beverly.
33   CA- Yes.
34   DL Alright. Are you familiar with that area in the city?
35   CA- Yes. Yes.
36   DL- Is there anything significant about that street?
37   CA- It's a dead-end cul-de-sac.
38   DL- Okay.
39   CA- A residential.
40   DL- Okay.
41   CA- All houses.
42   DL- Can you describe the lighting conditions in that area where the pursuit ended?
43   CA- Well I knew Sixth Street was pretty well lit, right at that time. By the time we got up to, we were going north
44   bound Beverly, my attention was solely on suspect vehicle and Officer Varela so I'm not real sure about the
45   lighting.
46   DL- Okay, alright. You described it as a dead-end street, residential area. So when the suspect vehicle turns north
47   onto Beverly, at what, where is the suspect vehicle once your unit turns north onto Beverly?
48   CA- So from Sixth Street when he goes on Beverly, he, for one he's going at a high rate of speed. I remember he,
49   he took the north bound turn going pretty fast so then we're following behind and then he's coming to a stop along
50   the east curb line. Again like, three, four houses up.
51   DL- Okay. When it came to a stop, and you, I know you kind of explained this already. When it came to a stop,
52   what was your position, what was the position of your unit in relation to his vehicle, the suspects' vehicle when it
53   came to a stop?
54   CA- So I think I described that Officer Varela's vehicle was kind of offset to the suspect vehicle. Well, we were

**210200936**  Supplement No 0066

## Ontario Police Department

**Narrative**

1  offset to Officer Varela's vehicle. So it's almost like the driver side, we were, my passenger side was behind the
2  driver side of Officer Varela's vehicle and it's almost like as we were, this is, my beliefs that Officer Escobar was
3  probably setting himself up to do a felony car stop to go up but then he stopped. He stopped or he's what, real
4  slow, one of the two.
5  DL- Okay. You...
6  CA- But by that time I was already popping my door open.
7  DL- Okay that was my next question. Now you said at that time, your door's open and you're exiting the vehicle?
8  CA- Yes.
9  DL- Explain to me the significance of why you would feel the need to exit your vehicle so quickly.
10  CA- Well, for, for one it's the, the totality of the circumstances. So one it is the, the fact that this guy will, is evading
11  our police cars so we're in pursuit of this guy. The two was the initial observation when I saw him fidgeting and
12  maybe he could be reaching for a weapon and he already, again, once he had it, now he's driving like a mad man
13  again fast and doing what he's doing. And lastly was when he's trying to get Officer Varela's car to slam into him.
14  He's trying to close the gap. Typically guys that want to get away, they want to get away, but this guy wanted to
15  hit, Officer Varela to hit him. So to close that gap to attack him, ambush him, whatever. To me, I was ready to help
16  Officer Varela in any way that he needed to be helped. That's why me and Officer Escobar were there. So I was
17  like I wasn't going to let Officer Varela get ambushed, you know. Me getting out of that car, that's I, I'm no good in
18  the car. I'm better outside the car. I, I have more options. I, I have, I have, I am capable of assisting him in
19  different ways.
20  DL- Okay.
21  CA- The less lethal option is communication and a tactful. There could be a lot of different things, but this guy
22  didn't give us the opportunity to do that.
23  DL- Okay, alright. So you get to that point he's stopped right, you're popping your door, you're jumping out. You
24  explain to me that the vehicle, the suspect vehicle starts to back up. Tell me what is your body position exactly
25  when you, start to see that suspect vehicle back, start to back up?
26  CA- Well I guess I don't want to call it backing up because he wasn't backing up he was hitting everything in his
27  way, so he's ram, he starts, he put the thing in reverse and just slammed on the gas. So my body positioning was
28  outside the passenger door with my door open, so it wasn't, I never closed it. So I had it open for a reason and
29  then it was the bright white, reverse lights that drew my attention and I knew he was coming. And I heard, I heard
30  the crash, I saw the crash of Varela's car, I can hear it coming from the moment he hit it to the moment he passes
31  it. And then I, once he passes Officer Varela's car, it, he wasn't stopping, and he wasn't slowing down either.
32  That's when I, my body positioning was still at my passenger door. So I'm between my back door and the front
33  door.
34  DL- Okay.
35  DN- In other words you're in the V of the door?
36  CA- Yeah.
37  DN- The passenger door?
38  CA- Yeah. So the, like I believe it's called the apex right or am I wrong?
39  DL- Yeah, you can reference that. That front pillar is your "A" pillar and then the next pillar between the front door
40  and the rear door is your "B" pillar.
41  CA- Okay so I'm at the, like right at the "B" pillar then.
42  DL- Okay.
43  CA- So I'm in, I'm in between those two so I probably have one foot in and one foot back, you know?
44  DL- Okay. At that moment was your passenger door fully extended open or was it just partially?
45  CA- I think it was open because I have, I'm pretty habitual about how I open my door. I'm pretty aggressive with, I
46  kick it open with my, with my boot. And I'll have the door completely extended.
47  DL- Okay. In that moment when the vehicle begins to accelerate backwards, can you see the driver? Do you have
48  a view of the driver?
49  CA- No, it's dark.
50  DL- Okay. At the moment it's accelerating backwards, and you described you're standing outside the passenger
51  door kind of in between the "A" and "B" pillar, what are, what are you thinking in that moment is, are your tactical
52  options?
53  CA- None. It, it was horrible. I had nowhere to go. It was, it was. It felt like life's I guess it's like, almost like you're
54  seeing crash, everything crash in front of you. This is what I'm seeing crash in front of me. There's, there is

**210200936**  Supplement No 0066

## Ontario Police Department

**Narrative**

1  nothing I could do. It, that was it.
2  DL- Okay.
3  CA- So that expression came into fruition, I was seeing it in front of me now.
4  DL- Got it. Was your passenger window, what was the position of your passenger window?
5  CA- I think I put it up. I could be wrong though, so I don't remember.
6  DL- Okay. So we'll move forward a little bit. This vehicle, the suspect vehicle's now accelerating towards you.
7  You've mentioned you've already seen in collide with Officer Varela's unit. Talk about its path of travel from that
8  moment on.
9  CA- So it's almost like he had to go in a south bound direction just straight to hit Officer Varela's vehicle to get
10 past it and then we're offset a little further west so he had to turn, so he turned his vehicle west and continued in a
11 south west direction and that's how it hit the front passenger side of mine and Officer Escobar's vehicle.
12 DL- Did you feel like the suspect vehicle was intentionally trying to hit your unit or you?
13 CA- At that time, absolutely. Yes.
14 DL- Okay.
15 CA- There was no doubt about it.
16 DL- At the point it impacts your unit, the suspect vehicle, what is your body position? Do you remember?
17 CA- It's almost like a, it's probably like it was frozen. Like, it's almost like, again, I'm seeing it happen and now it's
18 like, it's happening and it's happening so fast and, and it's the realization I have nowhere to go. Nowhere and then
19 there now just, I was waiting to be crushed by my door and in between my door and the car. That's what I was
20 waiting for. So I was waiting for the hurt, really. I was waiting for the hurt and then ready to be ran over like, but
21 you know, that didn't hap, well I was able to do something before that.
22 DL- Mhm.
23 CA- I think and I think what kind of tri. I'm sorry.
24 DL- Yup. Go ahead.
25 CA- What kind of triggered that was while I was waiting for the hurt, like for me to be hurt or ran over by this car is
26 because Officer Escobar said, "Oh shit." And then that's when it like happened right there with us. That's, that was
27 it.
28 DL- Okay. At the time the suspect vehicle impacted your vehicle, could you see the driver of the suspect vehicle?
29 Did you have a view of the driver?
30 CA- It was a silhouette. So it was just, I could see him, I could see there's a person in the driver's seat.
31 DL- Okay. Did you at that moment have a view of the passenger?
32 CA- No. They, they weren't my focus.
33 DL- Up to that point could you and I know earlier you said you couldn't describe the passenger, up to this point,
34 would you have been able to describe the passenger?
35 CA- Once the, the, the driver's window was right next to me when me within hands reach, I saw him slump over,
36 that's when I saw that there was a female because she started yelling.
37 DL- Okay so that was before or after you fired your?
38 CA- That was after.
39 DL- Okay after, alright so before that, were you able to...
40 CA- No.
41 DL- ...have a description of the passenger?
42 CA- Sorry. I jumped the gun but no I did not.
43 DL- Okay. No problem. Describe the force of the impact when the suspect vehicle impacted your unit.
44 CA- It was very loud. I've been in a pretty bad accident here at work and then that's one thing you remember is
45 the sound. It's very, very loud and it's, it's a, I got hurt in that. And that's why I said I was waiting from the hurt
46 because I remember how loud it was and then I remember I was hurt right after and I didn't realize I was hurt until,
47 by the time, and I'm talking about the accident.
48 DL- The previous accident.
49 CA- Yeah.
50 DL- Okay.
51 CA- So being so loud and at his speed, that's why I was like waiting. I was, I was just waiting to know that either I
52 was going to get dragged by this car or I was going to get hit by it somehow. I was going to get hit by the car or I
53 was going to be crushed by my door. That's what I was waiting for.
54 DL- Okay. As the suspect vehicle was accelerating backwards towards you, let me, let me back that up. As the

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 41 of 58 |

210200936    Supplement No 0066

## Ontario Police Department

**Narrative**

1  suspect vehicle was accelerating backwards, from the point before it hit Officer Varela's unit to the point where it
2  hit your unit, did you give any commands or warnings to the suspect?
3  CA- No, I don't believe I did.
4  DL- Why not?
5  CA- There, there was no time and for one I don't believe it would have been effective in the first place.
6  DL- Was the suspect vehicles driver window up or down?
7  CA- It was after the fact that I realized it was up.
8  DL- Okay.
9  CA- Well once it came next to me and I saw the, the bullet strikes, that's when I knew it was up.
10  DL- Okay. Okay so when this, when suspect vehicle was colliding with your unit, was there anyone else around
11  that you noticed, besides yourself. You said you're standing outside the vehicle in between the "A" and "B" pillar
12  with your door open, was there anyone else...
13  CA- No.
14  DL- ...in the vicinity?
15  CA- I didn't, no. As far as Officers, no. The only officers I thought that were there were Officer Varela and Officer
16  Escobar and myself. I thought that was the only people there.
17  DL- Okay.
18  CA- And then as far as like pedestrians, no. I didn't see any pedestrians. I didn't see any other vehicle traffic. It
19  was just our three cars.
20  DL- Hold on I'm going to jump up, a couple questions up. As the suspect, hold on, I'm not even going to give you
21  that. At, at what point in this incident did you unholster your firearm?
22  CA- So I unholster my firearm when I believe when the car initially hit. The suspect vehicle hit our car.
23  DL- Alright.
24  CA- That's when I unholstered.
25  DL- Okay. Describe your view of the suspect vehicle at the point you discharged your firearm.
26  CA- So the time I discharged my firearm is when the rear driver side of his vehicle is running along-side my
27  passenger side coming directly towards me. And then that's when I'm standing at the door frame. I believe I'm
28  standing at the door frame or the, the "B" pillar and that's when I start discharging because he's, we're, the car's
29  running alongside our, our police vehicle. And that's when I was waiting to be crushed by the door because I, I felt,
30  that's when I thought that that car was going to cause the door to crush me into my police car.
31  DL- Was the suspect vehicle still moving when you discharged your firearm?
32  CA- Yes.
33  DL- In what direction?
34  CA- It was still continuing south bound towards me and it's, it's still a high rate of speed.
35  DL- When you discharge your firearm, did you have a clear view of the suspect?
36  CA- At one point I did.
37  DL- Elaborate.
38  CA- Well it was, this is the point when I thought that I got hit, was when he was directly right next to me. So I'm
39  against my car and he's directly, I, I can touch the driver's window.
40  DL- Okay. And that, that's when you discharge your firearm and that's also when you had a view of subject. Is that
41  true?
42  CA- So I started discharging around when I started coming, when it hit the front of my car and started coming back
43  towards me. And then I finished discharging my firearm when he came directly beside me.
44  DL- Did, did anything obscure your vision at that moment in time as the car was moving backwards and you
45  were discharging your firearm?
46  CA- When you say, obscure my vision to, to him?
47  DL- In the, in generally in the incident. Was there anything that would have obscured your vision. It would be two
48  separate questions, how about that? Did anything obscure your vision generally at that moment?
49  CA- No.
50  DL- Okay. Would it have, did anything obscure your vision of him, the suspect as this is happening?
51  CA- Well just him being in the car, so, you know honestly the exterior of the car.
52  DL- Okay. Okay. At the time you discharged your firearm, was your vehicle unit moving?
53  CA- No.
54  DL- Okay.

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1   CA- I don't believe it was.
2   DL- Alright. What were you aiming at when you fired your gun?
3   CA- I was aiming at the driver.
4   DL- Do you know what your backdrop was when you, when you fired your, your gun?
5   CA- To me I felt like I was aiming in a direction to only the driver to stop him from running me over, but yeah there
6   was houses beyond that. But I, I my, I wasn't shooting aimlessly.
7   DL- Right. Was there anything in the background that concerned you?
8   CA- Well the, well the passenger once I knew she was there, yeah. I was, I was worried about her.
9   DL- Okay. And I, you may have said this already, but can you estimate how many shots you fired?
10   CA- So I, I believe I shot three to four.
11   DL- Three to four?
12   CA- Yeah.
13   DL- Okay. Did you use your right or your left hand to fire your gun?
14   CA- My right hand.
15   DL- Did you use one or two hands to fire your gun?
16   CA- I believe two hands.
17   DL- What did you think would happen if you didn't fire your weapon?
18   CA- I think I, either be having this conversation at a hospital or I wouldn't be here, so.
19   DL- What made you stop shooting?
20   CA- He stopped. He st..., he stopped. It felt like he, there was, he, I wasn't gunna, I wasn't gunna be hurt by him
21   anymore.
22   DL- During this incident did you consider other force options, if so what options?
23   CA- I guess my other force option would have been just to run away. Noth, yeah. I wouldn't, no. I wasn't thinking
24   of any other force option other than yeah, just leaving trying to get out of there but there's, there's nowhere I could
25   go.
26   DL- I'll follow up to that, but you, you gave me, did you feel like you could've run away?
27   CA- No. If I did run away, I would have been, been run over with, as I'm running away.
28   DL- Okay. Did, you, you gave me this answer already just not a number to it so I'm going to ask it. Can you
29   estimate the distance between you and the suspect vehicle at the time of the shooting?
30   CA- The distance from my first shot three to four feet.
31   DL- Okay.
32   CA- And by the time my last shot, we were within one to two feet.
33   DL- Okay.
34   DN- So that's what you mean by hands reach?
35   CA- I can touch the car.
36   DN- Okay. So that was...
37   CA- If I really wanted to.
38   DN- That was the one to two feet distance approximately?
39   CA- Yeah that's when I, that was probably my last shot. The, the car, the driver's door was right next to me.
40   DN- Mhm. And of course all these measurements that we're talking about are all estimated.
41   CA- Approximate, yes.
42   DN- Approximate, okay.
43   DL- Did you see or hear anyone else in the area at the time of the shooting?
44   CA- No, other than the officers.
45   DL- Okay. Was your hearing affected after the shooting?
46   CA- No.
47   DL- Do you remember smelling anything after the shooting?
48   CA- Burning tire.
49   DL- During the incident, were you fearful for your safety?
50   CA- Yes.
51   DL- During the incident, were you fearful for anyone else's safety?
52   CA- I wasn't. Well I was. I was worried that Officer Varela could get hurt but I knew that he wasn't hurt because he
53   wasn't outside of his car and I knew he wasn't in the passenger seat so I knew he wasn't hurt but I was fearful for
54   him. And then obviously when I was getting hit by the car same thing, Officer Escobar. He could've got hurt by

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 43 of 58 |

**210200936**    Supplement No 0066

## Ontario Police Department

### Narrative

1   being in the car because I knew, I could hear that he was in the car. So the car hitting, suspect car hitting out car,
2   yes, he could have been hurt. But as far as something more then, I wasn't, I was wor..., I think. So I don't want to
3   take away from that.
4   DL- Okay. Were you injured in any way?
5   CA- No, I was not.
6   DL- At the time of the shooting, did you know if anyone else fired shots?
7   CA- No I didn't know.
8   DL- Okay. At the time of the shooting did you know where the other officers were located?
9   CA- Yeah because I only thought there was two, so I thought Officer Escobar was in the driver seat of our police
10   car and then saw that Officer Varela was still in his car in, in the number one car driver seat.
11   DL- Okay. At, at any point did you feel it was possible to reposition to a place of cover or concealment why or why
12   not?
13   CA- What, what part?
14   DL- Good question. At the part from, from the moment that you start to get out of your car, to the, all the way up to
15   the shooting, did you feel like at, during those, that time, that it was possible for you to reposition to a place of
16   cover or concealment?
17   CA- No. The direction that this guy, that this suspect drove was on my side. Anywhere that I could have gone
18   within that time frame, I think I would have put myself in an even worse position by seriously being injured or
19   killed. It, it would have been frogger. Trying, trying to get away from the car if I, if I would have moved.
20   DL- You say frogger like you were, be, jump, trying to jump around the...
21   CA- I'd be jumping around the car to avoid it.
22   DL- Right. Okay.
23   CA- Or if I stayed in my position, it came to me. I didn't go to it.
24   DL- Got it. After the shooting, were any commands given to the occupants of the vehicle? By whom?
25   CA- Yeah, I directed Officer Escobar to give commands. I don't know, and I heard something to the effect that he's
26   like, "If you want help or if you need help or you can't do anything," like, "waive your arms," or something.
27   DL- Okay.
28   CA- I think that was like the last thing I heard him say.
29   DL- Okay. Is there a reason why you did not give any commands?
30   CA- Yeah. The reason I did not give commands is because I stayed as a, I guess an incident supervisor. I wanted
31   to make sure that the troops that showed up, they all had roles, that we accomplished our role or the, the goal that
32   we needed to do was to take this, this subject into custody safely. Make sure we get this victim into custody
33   safely and then start getting them whatever medical treatment they needed. So without me giving everybody their
34   role, I think it would have just been chaos and we don't work that way so.
35   DL- You, you mentioned what commands were given. What, what was the response from the occupants of the
36   vehicles when the commands were given?
37   CA- So when the, after the car, the suspect vehicle crashed into the tree, right away commands were given to the
38   female. The female came out voluntarily, so we got her into custody, we got her into a police car. And then they
39   started working on the male and we were getting no response so then at that time I told somebody, Officer
40   Acosta, hey, go talk to the, to the female. Figure out who we're dealing with and again, I think it was simple as any
41   weapons because I knew my belief, I knew that he was shot. So I was like we need to get him treated for
42   whatever, for whatever injuries that he's sustained. So that's the commands that they were trying to give the male,
43   or the female came out voluntarily and, not, I don't want to say voluntarily because I think we still had to tell her,
44   but she came out.
45   DL- Okay. Do you remember if you reloaded your gun during or after the shooting?
46   CA- I didn't.
47   DL- Did not.
48   CA- Mmnuh.
49   DL- Why?
50   CA- I guess I knew the number of shots I had take, approximately taken. So I was comfortable with having the
51   magazine still in my firearm.
52   DL- Okay. Other than police, do you know if there were any other people present at the time of the shooting that
53   could be witnesses?
54   CA- Just the officers.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 44 of 58 |

**210200936**   Supplement No
0066

## Ontario Police Department

### Narrative

1. DL- Alright.
2. CA- And that female.
3. DL- Did you have any problems with your gun during the shooting?
4. CA- No.
5. DL- Did you hear anyone say, yell, scream or say anything after the shooting?
6. CA- No, I. There was a lot of yelling and then it wasn't until when Officer Vasquez-Lopez and I were starting to go
7. up to the suspect vehicle, then that's when I was, I did a tactical reconsideration. I was like hey, we're not using
8. this car as our cover and concealment. I'm like we're going back because I know that he was trying to give
9. commands to the, to both occupants and I was like don't we're, we're going back and we're going to start from,
10. from our police car, so mine and Officer Escobar's police car.
11. DL- Okay.
12. CA- And then that's when it started, okay settle down. We're giving one command so everybody else started
13. playing a role.
14. DL- Okay. I think you've gone over what your, your plan and your tactical considerations were at that point. You
15. said you were kind of like the incident commander. Right?
16. CA- Mhm.
17. DL- How did you feel being the incident commander?
18. CA- Well it was just, we still had a, an objective to complete and you know that one was to stop the threat of this
19. guy from using his vehicle as a weapon to any other officer or anybody in the neighborhood, potentially. And
20. obviously we don't know whether he's playing, I, how do I, I don't, whether he's joke, I don't want to say joking
21. whether he's playing, I, I call it possum. He's playing possum and he's just saying, waiting for an ambush situation
22. where we approach, he does what he has to do, put the car back in reverse, takes everybody out. So that's why,
23. you know it's just, I have to reopen my eyes, start, making sure everybody plays a role and does it safely and then
24. try to start getting information because at that time we're probably not going to be able to get the intelligence, you
25. know intelligence, the actual factual information, information's just information we have at the time that we can
26. work with. Knowing that he's hurt, that's because I believe he's hurt. I was like okay we, we had to take into
27. consideration to get him help.
28. DL- Okay. At any point did the suspect or occupants of the vehicle say anything?
29. CA- Just the female when she came out. She said something to the effect that his moms on the phone.
30. DL- Was there any additional force used to take the suspect in custody?
31. CA- No I just, at one point they wanted to leave him in the car and I, I told them to take him out of the car and
32. handcuff him.
33. DL- Okay. You said at one point after the suspect vehicle went forward, that the, the tires were smoking.
34. CA- Yes.
35. DL- Tell me what was going, what you were thinking at that, at that time?
36. CA- So unknown whether he's injured or he's, again trying to escape but the car's accelerating, tires are burning,
37. we're just not sure. It's almost like we're waiting for the next play. He's pinned against, he's pinned himself against
38. a tree and I, I hate to say it but we're, either we wait until he reversed into a car, into our cars again and tries to
39. take off or, luckily he just took his foot off the gas or something happened that it stopped doing that.
40. DL- Okay.
41. CA- So it happened for probably like I don't know ten, fifteen seconds if that. That's how, that's how long it felt.
42. Approximately.
43. DL- Okay. Okay. Okay was, was there any additional force used to take the suspect into custody?
44. CA- No. Like I said we, when we approached the car, driver's door was op, and we opened the driver's door and
45. we just, I was, said, "Hey pull him out of the car." So they, they pulled him out, but it wasn't like, just pulled him out
46. and handcuffed him.
47. DL- Okay.
48. CA- On the floor.
49. DL- Okay. The suspect was handcuffed?
50. CA- Yes.
51. DL- Do you know by whom?
52. CA- I think it was Officer, because I assigned them. It was Officer Wilburn and Vasquez-Lopez.
53. DL- Okay.
54. CA- And I told them to check him for weapons just because obviously from the very beginning I was like we, we.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 45 of 58 |

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1  DL- After the suspect was handcuffed, was there any additional force used?
2  CA- No.
3  DL- After the suspect was placed in handcuffs, was he moved?
4  CA- Not from, no.
5  DL- Did you provide or request any type of medical aid to the suspect?
6  CA- Yes.
7  DL- Ex, can you explain?
8  CA- It was really relaying it to the guys to say, "Do we have medical staged," and they, they then I saw him get on
9  the horn or on the radio and, and then hey from ra..., I heard it. "Fire's coming?" they said, "Yeah they're already
10  on their way."
11  DL- Okay. Did anyone else provide or request any type of medical aid to the suspect?
12  CA- Not that I know of.
13  DL- Were you, besides what we've already talked about, were you given additional tasks while at the scene?
14  What tasks did you complete?
15  CA- No that was, that was it.
16  DL- Okay. Okay. Did you see any items of importance in the area of the shooting?
17  CA- No.
18  DL- Did you conduct any interviews that I need to document or anyone I need to follow up with?
19  CA- No.
20  DL- Alright. Did you retrieve or use any other equipment while at the scene?
21  CA- No.
22  DL- Alright. Do you or did you know the suspect driver or passenger, or have you ever encountered them before
23  this incident?
24  CA- I don't even know who they are.
25  DL- Okay.
26  CA- So no.
27  DL- Have you ever seen this vehicle before this incident?
28  CA- No.
29  DL- Alright. So I have a Exhibit here. This is a document from, you maybe, may or may not be familiar with the
30  department's Leica machine, they call it. It's basically a machine that does renderings for us of scenes. This is
31  from a drone that went over the scene, was able to take several photos of the scene and compile them into a
32  rendering, okay? So looking this, this is depicting Beverly, the street of Beverly, you can see here the top left-hand
33  corner is a direction noted for north.
34  CA- Okay.
35  DL- And this is Exhibit "B." Would you say, looking at this photo would you say that this is a accurate rendering of
36  where the units were at the end of the incident?
37  CA- Yes.
38  DL- Okay I'm going to provide you with a pen. Can you indicate by writing your name, which vehicle belonged to
39  you or which vehicle you were in.
40  CA- You want me to write it on top of the car or?
41  DL- Yeah. You can just write on top of the car and I know you said you had a partner?
42  CA- Yes.
43  DL- So.
44  CA- Write his name too?
45  DL- Write his name as well. Do you know which of these other two vehicles, now in the, the picture it shows, you
46  just marked the vehicle that is, is first. You, you can let go of this so you can see it. I'm fine. You just marked the
47  vehicle that is furthest west but is in between two other police vehicles. The vehicle you marked also shows that
48  the passenger door is open. The vehicle behind and to the east of you, do you know who, which, who belongs to
49  the vehicle?
50  CA- No I didn't even know he was there.
51  DL- Okay. The vehicle north of you that's facing in a south east direction, do you know who belongs to that
52  vehicle?
53  CA- Yeah that's Officer Varela's.
54  DL- Can you write his name on there, Varela? Okay. Can you indicate on this photo, obviously we don't see the

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 46 of 58 |

210200936    Supplement No 0066

## Ontario Police Department

**Narrative**

1   CA- So it.
2   DL- Our pens aren't the greatest, are they?
3   CA- No, yeah this isn't. This isn't working.
4   DL- I'll give you this one, this works better.
5   CA- Oh you know what.
6   DN- I'll get more pens then.
7   DL- Yeah, we might need a marker.
8   CA- It's all good. This is fine.
9   DL- Are you getting it?
10  CA- Yeah.
11  DL- Okay.
12  CA- I drew some arrows.
13  DL- Okay.
14  CA- Oh, there you go. Sorry.
15  JB- That's alright.
16  DL- Okay. Is there anything else that you think, well did you have any questions?
17  DN- Yeah. I have a couple questions.
18  DL- Yup.
19  DN- Albert you had mentioned that you unholstered your handgun. At the time that you unholstered your
20  handgun, were you in or outside of your patrol unit?
21  CA- I was outside the patrol unit.
22  DN- Okay. And you had indicated that you fired three to four gun shots. The sequence of gunshots, were they
23  immediately one after another or did you pause at any time, do you remember?
24  CA- The sequence of gunshots was, was, had, had to do with how the vehicle was coming at me so at one point I
25  was shooting towards like the back, from, from his back driver's door and then he, as he still continued, trajectory
26  turned, the sequence turned as it, his drivers window was right next to me. So that, like it was just, it turned into
27  like one, two three, as it was coming in my direction.
28  DN- Okay. And you had, earlier you had mentioned that as he was reversing, suspect vehicle was reversing back
29  at a high rate, rate of speed, he struck Officer Varela's unit first is that correct?
30  CA- Yes.
31  DN- And as he continued back, then he struck your unit?
32  CA- Yes sir.
33  DN- The right, front portion of your unit?
34  CA- Yeah, the right front passenger, yeah.
35  DN- Front passenger, yeah passenger.
36  CA- Yeah.
37  DN- Okay and do you know whether or not he actually hit your, your door?
38  CA- I don't know. I remember that, that's when I was just, I was trying to figure out whether I was hit by the door. It
39  was, it was kind of a quick assessment.
40  DN- Okay.
41  CA- And then I, I feel like he did close more or the, the door started coming slowly inwards. Not, I don't want to
42  say slowly, it just came inwards.
43  DN- Okay. And, so you perceived the threat. Was that after he struck Varela's unit and before he struck your unit
44  or after he struck your unit?
45  CA- I think the moment I perceived the threat is when he's the, the moment he hit Varela's car and I saw that he
46  made it past it and then his tra..., trajectory he took with his vehicle, that's what heightened my level of believing
47  that that's when I was going to get, that's when I was going to get hurt right there.
48  DN- Mkay. And then you believe that you fired your, so by the time that you had made the decision to shoot, at
49  what point had you made the decision to shoot?
50  CA- The point I made the decision to shoot was after he hit the front passenger side of my, of our vehicle and then
51  he was continuing to accelerate south bound using, I want to say our car as the guide. And then forcing, using the
52  car as a guide, I'm in the, I'm, I'm, I'm in the. I'm in the way.
53  DN- Okay.
54  CA- Or that's where I was standing. So it it's that reverse, that, that, that backwards motion, movement, that's

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 48 of 58 |

**210200936**   Supplement No 0066

## Ontario Police Department

**Narrative**

1 when I was like yeah, this is not good.
2 DN- Okay. So you were essentially tracking the car as it was in reverse as it was approaching...
3 CA- Tracking it as it, I was waiting to be hit by it.
4 DN- Mhm.
5 CA- And crushed by the door.
6 DN- Oh, got it. Okay. Now backing up, earlier during the pursuit you had indicated that the driver was east bound
7 on 4th Street. From Mountain he was making fidgety movements and he was moving left and right. At any time
8 when he was moving left and right on 4th Street, did he ever enter upon the wrong side of the road?
9 CA- No, not at that time.
10 DN- Okay.
11 CA- Or, I don't want to say that because I couldn't see the north side. I could only see the movement when he's,
12 from the south curb because I'm on the passenger side so whatever he's doing up there...
13 DN- Okay. So...
14 CA- I can't see if he's entering that lane.
15 DN- ...you couldn't see whether or not he crossed over into the...
16 CA- Yeah.
17 DN- ...west bound lanes of 4th Street?
18 CA- Yeah.
19 DN- Now you had said that, that the suspect vehicle didn't stop at the stop sign at San
20 Antonio and 4th and also, is, is that correct?
21 CA- Yes.
22 DN- Okay. And then the suspect vehicle as it was continuing north bound on San Antonio, it actually drove on the
23 wrong side of the road meaning it was driving north bound in the south bound lanes of San Antonio, is that
24 correct?
25 CA- No. That, that was on Sixth Street.
26 DN- On Sixth Street.
27 CA- Sixth Street when he was going east bound from San Antonio.
28 DN- Oh okay. And then at the time that you saw the two occupants, you indicated you saw two occupants were
29 talking the vehicle was on San Antonio just north of Sixth Street at the freeway overpass there. You said that
30 you saw the Hispanic male driver later twenties early thirties with visible tattoos, do you remember if your window
31 was up or down? I know you had indicated that your window was down at one, at one point.
32 CA- Yeah, the only time I, I remember that my window was down was when I, the initial initial communication I
33 had with Officer Varela. After that I don't remember.
34 DN- Okay. And then the lighting conditions at the time you saw the two occupants. The Hispanic male driver that
35 you described, late twenties early thirties with visible tattoos, do you remember the lighting conditions?
36 CA- Yeah. San Antonio and the 10 freeway was well lit right there.
37 DN- Okay. And do you remember if the windows were tinted at all?
38 CA- Their windows were tinted, yes.
39 DN- Okay. Was it a light tint, a medium tint or dark tint?
40 CA- I'd say more of a medium.
41 DN- Mkay. But they were light enough for you to be able to see into the?
42 CA- Well I did have a front look from the windshield.
43 DN- Oh, okay.
44 CA- Because when we're passing each other we're, we're pretty much looking into the car then he passes us and
45 then...
46 DN- Okay so that was at the point where they were making the U-turn? Right around that, after it stopped?
47 CA- So when he made, he, he made the U-turn when we're, next thing you know when we're, he could, he's just
48 passing us and then next thing you know we're jumping right back into the pursuit.
49 DN- Got it. Okay. I don't have any other further questions.
50 DL- Okay. Albert I was just going to ask you here before we take a break, is there anything else that you, might be
51 important that we haven't covered?
52 CA- No sir.
53 DL- Okay. I may ask you that question here after the break but we're going to take a break really fast. We'll go talk
54 this over and we may come back with a few more questions, okay?