# "EXHIBIT 7"

1  Transcription

2

3  DR 210200936 / Transaction #103773

4  February 25, 2021 at 09:35 A.M.

5

6  OV- Officer Kevin Vasquez-Lopez

7  JB- John Bakhit / Law firm of Mastagni Holstedt

8  SS- Samuel Siavoshi / Law firm of Mastagni Holstedt

9  DN- Detective Gary Naranjo

10 DL- Detective Darryl Lauritzen

11 DS- Detective Shahrouz Sadeghian

12

13

14 DN- Everybody live?

15 JB- Yes.

16 DN- Okay. Hello?

17 DS- Okay we're up. I'm going to go on mute until you guys are ready for us.

18 DN- Thank you. Go ahead, go to mute. Okay today is February twenty-fifth, two thousand
19 twenty-one. The time is eight, or what is it.

20 OV- Nine thirty.

21 DN- Nine thirty-five A.M. and we are here at the Ontario Police Department in conference room
22 labeled as room twenty-one fifteen in the Detective Bureau. Present is myself, Detective Gary
23 Naranjo N-A-R-A-N-J-O, Detective Darryl Lauritzen L-A-U-R-I-T-Z-E-N and the others that
24 are present in this room if you could please give your name and spell it slowly because this will
25 be transcribed later on.

26 JB- Sure.

27 DN- Thank you.

28 JB- John Bakhit J-O-H-N B-A-K-H-I-T with the Law Firm of Mastagni Holstedt, M-A-S-T-A-
29 G-N-I. Second word is Holstedt H-O-L-S-T-E-D-T on behalf of Kevin Vasquez-Lopez.

217  DN- Okay so I see you're pointing with your right hand, your right finger, your pointing to your,
218  the mid-section of your chest?

219  OV- Yes.

220  DN- Okay and was that yours or was it a loaner?

221  OV- No it's my body worn.

222  DN- That was your body worn? Okay. And did you at some point during this incident begin
223  recording with your body worn camera?

224  OV- Yes, I did.

225  DN- Okay and can you explain how you activate this device?

226  OV- You press the center of the, of the body worn twice and it turns on.

227  DN- Okay, and have you had the opportunity to review a video or videos recording to refresh
228  your recollection about the incident that occurred on Monday, February 22nd, 2021 prior to our
229  interview?

230  OV- Prior to the interview?

231  DN- Prior to this interview.

232  OV- Yes.

233  DN- Okay thank you. Now we're going to change into a more of a cognitive interview, okay?
234  And we'll ask a series of questions and we'll talk about the incident. Okay?

235  OV- Okay.

236  DN- On Monday February 22nd, 2021 at about eleven fifty-five P.M., was there a vehicle
237  pursuit?

238  OV- Yes.

239  DN- Okay. Can you tell me about that?

240  OV- Yes, so I was dispatched to back Paul 311 on a traffic stop and we were supposed to meet
241  up to conduct extra patrol for vehicle parking violations on Elderberry and Fifth. So I was parked
242  there about to begin a cite on one of the vehicles when he pulled traffic, so I knew there was
243  something going on because he was supposed to meet up so we can do those parking cites so I
244  began driving towards his direction. As I'm driving, the, another unit put out that they had traffic
245  and that they're possibly in pursuit, which I was confused at the time if they were on the same
246  call or if it was a different call. So, I'm driving that direction, in my head trying to make a
247  decision whether it was back 311 or go to the other call since they're both in the general area.
248  Knowing my partner and knowing how we're trained here, I was hoping that my, Paul 311 will
249  break away from his call and join the pursuit since he was in that area. As I'm driving, I'm still
250  trying to make the decision whether, what, where am I going to go. As I'm driving, I hear that

251  the pursuit is going north bound on San Antonio. At that point I see one unit with their lights and
252  siren go north bound on San Antonio and then I see a second set of patrol, a second unit with his
253  patrol lights on going north on San Antonio. So at that point I knew that my partner broke away
254  from his call and he was in a pursuit since we're kind of the only ones in that general area that
255  can get there that quick. So, I proceeded to go down to San Antonio. I went north bound on San
256  Antonio. I see the units going north pass Sixth Street. I continue going north bound when I see
257  the units start to make a U-turn and start coming back south bound, so I start, make the decision
258  to start kind of pulling towards the right because I thought that that vehicle might be coming
259  back down south bound. When that vehicle got to Sixth Street, it went to the number two lane
260  and it made this weird movement where it went towards the west curb as if it was going to make
261  a right hand turn towards Sixth, but then cut across all lanes and went east bound on Sixth Street.
262  And then as it, driving through the intersection you can see the dust flying in the air. To me
263  indicating that he was accelerating at a high rate of speed. The two units then followed the
264  vehicle and I proceeded north and then made a turn, east on Sixth Street to follow the vehicles.
265  At that point I believe that both my partner, Paul 311 and the Victor unit were in a pursuit
266  however I just didn't know who was where so I grabbed my radio to let dispatch know that I was
267  going to be number three in the pursuit in hopes that they would put out their positions in pursuit
268  that way I have a better understanding of where everybody's at. However, when I tried to key up,
269  obviously traffic was going out from the Victor unit, so I couldn't put that information out. The
270  pursuit continued and then they advised that they were making a north bound turn onto Beverly
271  and the, I made the turn to go east on Sixth Street. I then saw the units turning onto Beverly and
272  then I proceeded to go north bound. As I entered the, Beverly Street going north bound, I saw
273  that there was a unit that was parked almost at an angle. I knew, first of all that that street mostly
274  was going to be a cul-de-sac because it's so close to freeway, that that street was possibly most
275  likely going to be a cul-de-sac, so in my head I thought that subject either lived in the area or he
276  was about to foot bail. So I already thought in my head well if he foot bails, I'm going to chase
277  after him. So I was getting ready, prepared to get out of my unit and conduct a foot pursuit if
278  needed and that's when I saw the vehicle, or the Victor unit's vehicle kind of parked at an angle
279  almost north, north east to south west. More of his vehicle was almost at the south bound lanes of
280  Beverly. As I pull in I see the, a red vehicle with its brake lights illuminated, indicating to me
281  that that car was stopped. I then kept perceiving forward when I saw that vehicles lights turn
282  back off, and then it started accelerating backwards. If that vehicle would have just accelerated at
283  a straight angle the way it was, it could have easily went through the, between the curb and the
284  police unit because there was plenty of space for a small vehicle to get through. However, I saw
285  that the vehicle didn't go straight, it actually made like a, like a "S" motion and its back bumper,
286  instead of proceeding straight, went in the direction of the, the patrol unit. In my eyes I thought,
287  man this guy's going to hit the patrol unit. So he accelerated and hit that patrol unit on the right
288  passenger side front bumper.

289  DN- Mhm.

290  OV- I was actually shocked that he, that there was, that collision occurred and when it hit I
291  thought that that was going to be the end of it but then that vehicle then proceeded to accelerate
292  and I felt like I could almost see that tire turning as he's trying to break through the contact. I

001877

293   then was still proceeding north on the, in through the street and I saw that vehicle break through
294   and continue to accelerate in my direction. I took my foot off the gas and I remember just hitting
295   the brake and thinking to myself, I'm not going to be able to stop in time. And then I thought to
296   myself, I'm going to go head first through this windshield right now and I was just hoping that I
297   wasn't going to get seriously injured and I kept telling myself, relax, absorb the impact and don't
298   tense your body because you're going to make it worse for yourself. But as I was telling myself
299   that I knew it wasn't working because I was, I felt my forearms burning from death gripping that
300   steering wheel. And the vehicle proceeded going towards straight into my direction, and then I
301   felt the impact and I felt my body kind of slump forward and then I felt my feet hit the bottom
302   past the gas and the brake petal, the panel there.

303   DN- Mhm.

304   OV- Should I continue?

305   DN- Yeah go ahead.

306   OV- Okay and I made the, I gave, I felt that the collision occurred. I lost sight of the vehicle for a
307   split second. When I came back up, I saw that the vehicle was proceeding forward, the red
308   vehicle in front of me. I decided to get out of my car and once I was getting out of my car, I
309   heard two to three loud bangs which I interpreted as some firearm being discharged, however I
310   was surprised that it wasn't as loud as I thought it would be. What it resembled to me was almost
311   like a smith, sim rounds that we use at the, in the, when we train here. That's what it resembled
312   to me. I knew they were gun shots but I was just surprised that it wasn't as loud as I thought it
313   would be. I then saw what I, what had looked like a spent shell casing flying in the air towards
314   my direction so I knew a firearm had been discharged. I then looked at the red vehicle that was in
315   front of me and I saw that the front driver side window was, shattered would be the wrong word
316   because it was still intact but it was broken so you couldn't, I knew that there was some kind of
317   shots fired in that area. I know one round at least had to come from the police side here, because
318   I saw the spent shell casing, but at that time I didn't know if the suspect also fired. So when I
319   was getting out of the vehicle, my main concern was the officers that were inside that, that
320   vehicle right next to me because one, they, the suspect vehicle hit that car so hard, that, I knew
321   that there was a potential that the one of the cars had a two man unit in there so that passenger
322   possibly took a big impact so he could possibly be injured from that collision, or that suspect also
323   fired and that person that, hitting, striking, possibly the passenger on that vehicle. Does that
324   make sense?

325   DN- Yeah.

326   OV- So I came out, I took my firearm out, the back windshield was still intact. I can clearly see
327   inside into the vehicle. I could see one person in the driver side, his head was faced away from
328   me, his shoulders were kind of squared faced away from me also but almost a little bit slumped
329   over so I took out my gun and I pointed it at the vehicle and I thought if this guy tries to come
330   and ram the vehicle again or gets out and shoot, I was going to have to make a decision if using
331   lethal force. I then heard the screams of a female. I then saw the female that was in the front
332   passenger side. I felt at the time that my angle, if I were to use force into the vehicle, my shots

371  DN- Okay go ahead and continue.

372  OV- When I went back to the vehicle, I, they were still doing the assignments. More officers
373  arrived a couple of officers put long rifle down into the vehicle. I then confirmed with dispatch
374  that we, that we, that Ontario Fire Department was enroute and they advised that they've already
375  been in route and they were already staging nearby. I then asked for a shield and I was getting,
376  people were talking and throughout I didn't hear where that shield was coming from but I was
377  later told that that shield was too far and we couldn't wait for it. Commands were given through
378  the PA for the occupants in the car to come out. There was no movement. Then we're, in my
379  head I was thinking like we should wait for the shield. Just because in my head still that, I didn't
380  know if there was another shooter or the shooter came, some of the shots came from inside the
381  car.

382  DN- Yeah.

383  OV- So in my head I thought we're going to wait for the shield to come but Corporal Alvarado
384  said we're not going to wait for the shield, that we need to go to render aide to the subject. So he
385  started giving assignments for, for us to approach the vehicle. He, I think he assigned Officer
386  Burnette and Charlie Medina to be in the front of the stick. I was behind him and then I think it
387  was Alex Roldan behind us. We approached the vehicle they, the two front officers stayed in the
388  trunk, they said that they couldn't see any movement inside the vehicle. I got the squeeze from
389  behind me and got a verbal que that they were ready to go so I went around towards the driver
390  side back passenger door, I pointed my gun inside the back seat and I didn't see anything. I could
391  also not see anything in the front passenger seat. I could see one subject that was slumped over in
392  the driver's seat and he was slumped over towards the front passenger seat. He, there was orders
393  given. He wouldn't move. The front, again the front passenger, I'm sorry the front driver side
394  door was completely shattered you couldn't really see into it so I knew that whoever was going
395  to come back around on my side, the officer was not going to be able to tell if he's moving or not
396  so I tried to open that door, hey and I kept my weapon towards the subject. There was no
397  movement. Somebody opened my door, the front door and I put my weapon inside the vehicle
398  there's still no movement. He, I think Officer Wilburn said we needed to take him out. He tried,
399  Officer Wilburn tried pulling on the, on the subject's arm, however there was a seatbelt around
400  him and he wasn't coming out. I ended up taking my knife that I had on my, my standard issue
401  Ontario Police knife that was in my left pocket, I took it out and tried to cut the seatbelt.
402  However the seatbelt, every time I tried to get through it, it would flop over so Officer Wilburn
403  ended up grabbing it and I tried cutting again and it wouldn't cut. I then asked somebody to
404  provide lethal cover. I put my weapon down and then we ended up cutting the seatbelt off.
405  ==Officer Wilburn pulled on his arm and the subject body lifted up and as his, his, he was lifting up==
406  ==his head from being slumped over, I noticed a small cylindrical wound in the subjects left neck==
407  ==that at that time I interpreted it as possibly being an entry wound of a gunshot.== The subject,
408  Officer Wilburn pulled on his arm and he wouldn't, he couldn't actually get him out so I actually
409  helped him. ==We pulled on the subject's arm and as I was pulling at it I just, his arm didn't feel==
410  ==tense so I, his arm just didn't feel right. Not like a normal arm when you pull on it there's some,==
411  ==like a resistance. It felt like there was no resistance in the subject's arm==. So he was able to, we

412  were able to pull him out. He fell face down onto the ground I'm not sure if it was me or
413  someone else but I remember thinking lets pull him out a little bit further away from the car
414  because I don't know what's inside the car or anything like that so we pulled him a little, a few
415  feet here and then when I went to go put him in handcuffs, I moved his left arm behind his back
416  and then I noticed that his forearm was detached from his upper portion of his arm. It almost felt
417  like his forearm was going to come through his skin. To me indicating that his arm was either
418  fractured or dislocated. I was able, I put his left arm, I think it was Officer Wilburn grabbed his
419  right arm. I ended up putting him in double locked handcuffs or in handcuffs. I then, I heard I
420  believe it was Corporal Alvarado to conduct a quick pat down for weapons so I checked the
421  back, his back, I then went down his legs. The subject was then turned over and then as I was
422  going through this top portion of his waistband I~~a~~ found a, I felt a cylindric maybe four inch
423  object rolled up in his pants and at the end of the object it was like a bowl portion, like it felt like
424  a little circle. And my, from my training experience that usually means that that might be a
425  possible meth pipe in his pants. I left the object there I then went down towards his pockets. I felt
426  a square object that was thick. In my head I was thinking that's going to be the subject's wallet,
427  so I continued doing the search down his legs and while I'm searching somebody mentioned that
428  he, the subject was past. I then got up from the subject and I noticed that his eyes were rolled
429  back. I noticed that his chest wasn't compressing or going up or down, pretty much that he
430  wasn't breathing. I think it was Corporal Alvarado just said, told Wilburn and myself to stand by
431  and that fire was enroute. Shortly after fire came and they tried to render aide to the subject and
432  then they shortly after pronounced that he had been deceased.

433  DN- Okay. You mentioned the pursuit. In regards to the pursuit, do we know who actually
434  initiated the pursuit?

435  OV- And that's what the confusing part for me was, it, my partner pulled traffic, seconds later.

436  DN- Now when you're saying your partner who are you referring to?

437  OV- I'm sorry, Officer Varela.

438  DN- Varela? Okay.

439  OV- He pulled traffic so I was enroute. Dispatch assigned me to go give him back. Shortly after
440  the Victor unit called out that they were possibly in a pursuit. I don't know, at that time I didn't
441  know who was with who. I didn't know if the Victor unit had another traffic stop that they were
442  trying to pull over and they're pursuing. I didn't know if they're backing Varela and that vehicle
443  was pursuing, and that's why when I was heading there I was confused on where I should go. I
444  was having the dilemma, do I, you know here we, we're trained if you go back somebody, you
445  go back somebody.

446  DN- Yeah. And you mention Victor unit. Who was the Victor unit?

447  OV- Victor unit was going to be Corporal A. Alvarado and the Police Officer Escobar.

448  DN- Escobar? Okay. So you mentioned that you were up in that area. Which area were you in?

734  OV- I attempted to so we can, again my, I wanted to know who was where in the pursuit, number
735  one and number two position and I also wanted to let dispatch know that I was going to get
736  involved in it, that I was going to be in the number three position. However when, when I
737  attempted to that, they were just, somebody was dispatching and then, you know it just
738  terminated so quickly.

739  DN- Okay. Did you communicate with any other units during, during the pursuit?

740  OV- No.

741  DN- Verbally or anything like that?

742  OV- *No.

743  DN- Okay. One of the questions we ask are, were there any communication issues or concerns.
744  You had mentioned that basically you were trying to transmit but because other officers were
745  talking you weren't able to?

746  OV- Correct.

747  DN- Okay. Were there any other communication concerns?

748  OV- Uh No.

749  DN- Okay now you had already mentioned earlier the suspect vehicle and how the suspect
750  vehicle was driving, can you tell me more about the driving of the suspect vehicle during the
751  pursuit?

752  OV- Yes just how we mentioned before when it~~I~~ initially saw the manner in which it was
753  driving, when it was going south bound on, on San Antonio at Sixth, it you know, it failed to
754  stop. It went across lanes. I think there was actually a vehicle that was going north bound that
755  was ahead of me. It didn't have no regard for them. It just, it was just driving recklessly.

756  DN- Would you be able to estimate any speeds?

757  OV- No. The only thing is, like I said when it made a left, left turn, you could see that, the dust
758  was flying in the air and he was driving, just indicating to me that he was going at an accelerated
759  amount of speed.

760  DN- You mentioned dust in the air. Can you tell me about that?

761  OV- Yes. The first one was during the, during when I saw them going south bound on San
762  Antonio, it tried to make, well, fake out officers that it was going to go down one direction and
763  then it cut across the lanes and as it's going through in through the intersection you can see the
764  kind of dust going in the air, meaning that those tires were spinning at an accelerated amount
765  when he was trying to increase speed going through the intersection. The second one was when
766  he, when the contact made what the, Corporal Alvarado's vehicle. After the contact, after the
767  collision, the vehicle didn't stop and it almost, the, you can see the debris from the collision and
768  you can also see dust in the air as if it, the wheels were spinning, him trying to get through
769  Corporal Alvarado's vehicle.

001891

802 DN- Okay. One of the questions we ask is do you remember the path you traveled during the
803 pursuit. I think what you had told me is that you initially began to join the pursuit in the area of
804 Sixth Street and San Antonio?

805 OV- Correct.

806 DN- Is that correct? And what position were you in, what direction were you facing if you could
807 just tell me that again.

808 OV- I was north on San Antonio at Sixth.

809 DN- Okay and, and then you went east bound following the vehicles?

810 OV- East bound on Sixth Street into Beverly and then from Sixth to Beverly I went north bound.

811 DN- Okay. And in, at, during the pursuit I realize it was a short pursuit, but during the pursuit,
812 what were you thinking and how did you feel?

813 OV- Again my, the initial portion was confusion.kind of confusing. Who do I back, where do I
814 go. Finally when I saw the patrol units go, I saw that the, the two patrol units went so I knew that
815 my partner would disengage then from his. When I saw the vehicle going south bound I thought,
816 man this guy's going real fast like he's trying to get away. And then when he tried to fake them
817 out, I was hoping that my partners weren't fall for it and would continue driving, which they did.
818 And then again my main,that, at that point my concern was the know who was number one, who
819 was number two and to let dispatch know that I was going to be number three and that was
820 important to me.

821 DN- Mhm.

822 OV- Because then I would have realized which and how many occupants are inside the patrol
823 unit since I know that at least one of those vehicles there's going to have two occupants in it. So
824 it would have been, for me, I felt that it was going to be beneficial information if, when the,
825 when and if the pursuit terminated and what kind of resources we had needed at that time. When
826 the, when I went north bound and I saw that the vehicle was reversing and it didn't reverse in a
827 line, that it could have easily went through and actually made an "S" motion towards Corporal
828 Alvarado, I thought man, this guy's trying to hit the Corporal and then when he hit the Corporal
829 and then didn't stop and continued to accelerate and going towards me, I, I again I thought I'm
830 not going to stop in time this dude's going to run into me and then when he, when, before I, prior
831 to the collision I thought man I'm going to go through this windshield and I'm going to get hurt
832 and again I, I kept telling myself, don't tense up but I ended up feeling my grip on my steering
833 wheel get so tight that actually the next day my forearms were so sore and I'm pretty sure it was
834 from that because I grabbed the steering wheel so hard that I was going to get, you know get
835 hurt. And then when he collided into me, I just, I was shocked. And then getting out of the
836 vehicle is when I heard the gun shots and then feeling worried for Corporal Alvarado's vehicle. I
837 didn't know it was Corporal Alvarado's vehicle at the time but, feeling worried about that
838 vehicle because the potential of a passenger being in that vehicle, that that passenger could, in
839 the, in the patrol unit was either hurt because of the collision or because at the time I didn't know

001893

840  that the, the rounds that were deployed were all from him or from the suspect so I thought that
841  that person was probably, possibly injured. So my focus was to, to keep eyes on the subject and
842  if he came out with a gun or possibly tried to use the vehicle again to hit us I was going to have
843  to use force from him from avoiding that and in my head I was doing that because it would give
844  that occupants in the police car time to get out of that vehicle and take cover and, and or get aid
845  or.

846  DN- Okay. Kevin I, I understand this was a traumatic situation for you. I can see that you got a
847  little choked up and your eyes are a little watery so I apologize, but we do, this is important,
848  definitely important information for us to get through with. At~~to. Any~~ any time you need to take
849  a break or if you need to get a tissue, please let me know, okay?

850  OV- Okay.

851  DN- You had mentioned that he backed, that the suspect vehicle backed up and it was your belief
852  that he was intentionally trying to hit Officer Alvarado's vehicle? Is that what you're telling me?

853  OV- Correct.

854  DN- Okay. And that he also intentionally, well can you tell me whether or not he intentionally
855  hit your vehicle?

856  OV- I, I when he was backing up, again he could have easily backed up and just went straight
857  and avoided the collision but he made that, that "S" motion and was acceleration and hit, he, he
858  was intentionally trying to hit them. And then on top of that he didn't stop. He just kept going
859  and the, the wheel was spinning and he was coming straight at, you know, for me, he was
860  coming straight at me and he could have easily stopped. Also you see my headlights and I'm
861  approaching you but he failed to do so and just kept accelerating towards me and I made the
862  decision, hey hit the brake, hit the brake and but, I don't think he made that. I didn't see any
863  brake lights, I didn't, he just *clapping noise* came and hit my, my vehicle.

864  DN- And what portion of his vehicle struck your vehicle?

865  OV- His back bumper.

866  DN- So his back bumper struck your?

867  OV- Front bumper.

868  DN- Your front bumper, your unit?

869  OV- Mhm. Yeah.

870  DN- So were you still at, your vehicle then was actually moving at the time of impact?

871  OV- My, my vehicle was moving. I, in my head hit the brake, but I knew that the volume of
872  where I was traveling and the volume that he was traveling, adding that up, I don't know, you
873  know when you have two vehicles…

874  DN- Yeah.

001894

906  DN- Did it seem like a fast speed or?

907  OV- I mean he was accelerating.

908  DN- A slower speed?

909  OV- I mean he had given the, you know the dust flying in the air after impact and then going
910  towards me he was going at a good speed.

911  DN- Okay. So he, he backs up, deliberately hits Officer Alvarado's vehicle, and strikes the right
912  front passenger portion of Officer Alvarado's vehicle and then at that point continues backing up
913  to, what escape or get away, or get out or?

914  OV- I mean.

915  DN- Leave?

916  OV- Yeah he's probably still trying to get away.

917  DN- Okay and then that that's when he collided into your vehicle?

918  OV- Correct.

919  DN- Okay and you had your headlights on so he should have been able to see?

920  OV- Correct.

921  DN- Okay. So he was actually in reverse south bound in the north bound lanes of Beverly?

922  OV- Yes.

923  DN- Court?

924  OV- Yes, correct.

925  DN- Okay got it. Can you give me a description of the traffic conditions during the, the pursuit?
926  You had mentioned that there was a vehicle, possibly a civilian maybe driving in a vehicle in the
927  area of San Antonio and…

928  OV- Yes.

929  DN- …Sixth Street. Can you tell me more about that?

930  OV- Yeah. Right. prior to when I seen them going south bound and then when I was pulling over
931  to the side there was a, one solo vehicle right in front of me that started to pull over also. When
932  we entered Sixth Street, I didn't see any vehicles and then when we went north bound on
933  Beverly, I didn't see any vehicles at the point either.

934  DN- Mkay and this was about what time, would you say?

935  OV- This was probably about, about 11:45 P.M. ish, around there approximately.

936  DN- Okay. So then would you say that the traffic conditions in that area were, were light?

001896

937   OV- Yeah.

938   DN- Okay. Probably no pedestrians?

939   OV- Yeah.

940   DN- Okay. And would that apply also to Beverly Court as well? I know that's also a cul-de-sac.

941   OV- Correct. I didn't see, I didn't see any other pedestrians or any other vehicles at that time.

942   DN- Okay. So honestly the, I did have one question here. What was the position of your unit in
943   relation to the suspect vehicle when it came to a stop and you've already talked about this, so it's
944   my understanding that your vehicle was stopped or was coming to a stop or you were still
945   traveling north on Beverly Court when the suspect vehicle was in reverse and struck your
946   vehicle, correct?

947   OV- Correct.

948   DN- Mkay and you were in the, essentially the north bound portion of Beverly Court. North
949   bound lanes or the lane.

950   OV- Correct. Closer to the east curb line.

951   DN- Closer to the east curb line? Okay. And what were you doing once the suspect vehicle
952   stopped? I guess your, basically, initially when the suspect vehicle stopped, you were still
953   driving north bound?

954   OV- Correct.

955   DN- Okay were you, what you had mentioned earlier that, something about your plan. What was
956   your plan at that time?

957   OV- My plan, again, I was, the odds of that street being a cul-de-sac was pretty strong so in my
958   head is, this guy either lives in the area or regardless he's going to, we're going to get into a foot
959   pursuit so I was, I was getting ready to get out and run after him.

960   DN- Mkay and then also as you're driving up north bound on Beverly Court, you see the vehicle
961   initially stopped before he had it in reverse. You weren't able to see into the vehicle, right?

962   OV- No.

963   DN- Okay. At what point did you actually exit the vehicle and from which door?

964   OV- After the collision, I, my body kind of went forward a little bit. I was able to get up and then
965   I opened the door and I was getting out from the driver side door.

966   DN- Mkay. Can you tell me a little bit more about the impact, I mean what, what, you said at the
967   time of the impact, tell me about that.

968   OV- Yeah. So I'm driving forward, he's coming towards me, he's, I don't see any brake lights,
969   he's, he's accelerating, again I'm thinking, hit the brake, and then thinking hey you're not gunna

001897

1002 OV- No I didn't know and, and from the position that I was in I can only see Corporal
1003 Alvarado's vehicle and the suspect's vehicle. I couldn't see any vehicles units north of that.

1004 DN- And regarding your position at the time that the suspect in the, the suspect vehicle impacted
1005 your unit, you're pretty much sitting up straight, you said your hands were both on the steering
1006 wheel and you were clenching them pretty hard in preparation…

1007 OV- For…

1008 DN- …For impact?

1009 OV- For impact, yes.

1010 DN- Okay. And obviously during that moment, you felt as if you were going to go through the
1011 windshield?

1012 OV- Correct.

1013 DN- Mkay. Did you yourself give the suspect any warnings or commands?

1014 OV- I…

1015 DN- Didn't?

1016 OV- Didn't. And when I approached the vehicle from the rear after the collision, after, after the
1017 shots fired, I, I advised the people in the vehicle to, "Let me see your hands, put the hands on the
1018 dash."

1019 DN- Okay. And what did the suspect do once you gave the commands?

1020 OV- He at that point he was slumped over. The passenger of the vehicle kind of raised her hands
1021 a little bit, but he was already kind of slumped over the, the center console.

1022 DN- Mhm.

1023 OV- Towards the passenger side.

1024 DN- And at what point did you actually see that? That the driver was slumped over.

1025 OV- When, after, so this was after both of the collisions, this was after the shots fired, this is
1026 when I started approaching the rear of vehicle is when and then after she screamed and I realized
1027 that she was in there and then I started trying to move towards the passenger side so that if I were
1028 to have to use force it wouldn't be, rounds wouldn't deflect towards her and it would be deflect
1029 towards the suspect. That's when I was able to see inside the vehicle. When I got, after the shots
1030 fired and I approached the vehicle, I could see him but I couldn't see her.

1031 DN- Okay.

1032 OV- It wasn't until her screams and then I realized that there's another occupant in the vehicle.

1033 DN- Oh okay. So at what point did you actually visually see her?

001899

1034  OV- See her? It wasn't, after I was already. Collison, collision, shots fired and I'm walking
1035  towards the back of the car, I see him and then I hear the screams and then I see her.

1036  DN- And where was she?

1037  OV- She was in the front passenger seat.

1038  DN- Oh okay. So you're saw, you saw her seated in the front passenger seat? Can you describe
1039  what she was doing?

1040  OV- She was yelling, screaming, she just was hysterical.

1041  DN- And were there any other officers present during that encounter?

1042  OV- I believe.

1043  DN- And if so who were they?

1044  OV- I believe it was Escobar that was running towards the driver side when I seen him.

1045  DN- Driver side?

1046  OV- Yes.

1047  DN- Mkay. Were there any other people near you that could have witnessed this encounter?

1048  OV- Besides the people that we already spoke about, there was nothing, nobody else.

1049  DN- Okay.

1050  OV- That I could see.

1051  DN- Now you had mentioned that you heard gun shots or what sounded like maybe Sim
1052  rounds….

1053  OV- Correct.

1054  DN- …going off. At any point during the incident did you, are, so at any point during this
1055  incident, did you discharge your weapon?

1056  OV- I did not discharge my weapon.

1057  DN- Okay. And you mentioned that you were aware that someone discharged a weapon. You
1058  weren't sure who had actually fired but you, based on a shell casing coming your direction, can
1059  you tell me about that?

1060  OV- Yeah. So when the shots went out I saw a shell casing going towards my direction so I
1061  knew at least because I heard about two to three, approximately two to three, what I described as
1062  Sim rounds going off.

1063  DN- Mhm.

1095  DN- Okay. And so the position at the time of the shooting that you heard, you were still in your
1096  vehicle right?

1097  OV- It was the transitions after the vehicle, after the collision and me getting out.

1098  DN- Oh okay so all one fluid motion.

1099  OV- All. Yeah it was all so quick and.

1100  DN- Can you estimate the distance between you and the suspect vehicle at the time of the
1101  shooting?

1102  OV- We were close. I would say probably half a car length would be an estimate.

1103  DN- Okay. So the, at the time of the shooting, so at the time of the shooting because you were, as
1104  the vehicle's backing up, you said that the vehicle, so I guess what I'm trying to ask was the
1105  vehicle actually bumper to, his rear bumper to your front bumper?

1106  OV- So in the…

1107  DN- At the time?

1108  OV- Yeah. So when it hit, I flew a little forward, I came back up and the vehicle was going
1109  forward, it perceived to me, and that's when the shots went out.

1110  DN- Okay. Did you see or hear anyone else in the area at the time of the shooting?

1111  OV- Not that I could recall.

1112  DN- And was your hearing effected after the shooting?

1113  OV- No surprisingly. I felt like I could still hear and that's why the reason why I bring up that I
1114  was surprised that the, that the, that what I perceived was gun shots remind me of Sim rounds…

1115  DN- Mhm.

1116  OV- …because I always thought that if I ever were be in the field and hear that it would be
1117  deafening.

1118  DN- Okay.

1119  OV- But no.

1120  DN- Do you remember smelling anything after the shooting?

1121  OV- Not that I could recall.

1122  DN- And then during the incident were you, you obviously had told me that you were feared for,
1123  fearful for your safety. During the incident were you fearful for anyone else's safety?

1124  OV- Yeah. Like I mentioned before, I didn't know, and, that this vehicle had two occupants in it,
1125  but, however I know that there's a potential that this vehicle was going to have two occupants in
1126  it so the reason I drew my gun out, one was cause of the shots fired and two was because I

1127 wanted to, well, I approached the vehicle, my gun's out because I knew that I had clear view of
1128 the suspect so if this suspect was going to either shoot again because I didn't know, I believed
1129 that there might have been an exchange of gun fire.

1130 DN- Mhm,

1131 OV- Or that subject were to use his vehicle again as a weapon, I was going to have to use lethal
1132 force and the reason for that is because I was fearful or in my head I was worried about the
1133 passenger in this vehicle because due to the collision, or possible gun fire, that they might have
1134 been injured. So by me having that lethal coverage there, would give this occupant time to get
1135 out or aid would come and be rendered to him to get him out of the vehicle out of the danger
1136 portion of the incident.

1137 DN- So as you're driving north bound and you're approaching everybody, the vehicles, did you
1138 see the passenger door of Officer Alvarado's vehicle open at any time?

1139 OV- At the, at the time, no.

1140 DN- No?

1141 OV- And at the time I didn't see it open. At the time I didn't see the window was, I couldn't…

1142 DN- Okay.

1143 OV- I couldn't tell.

1144 DN- Now you had mentioned that the suspect, correct me if I'm wrong, did you say the suspect
1145 used his, his vehicle as a weapon? Can you tell me what you mean by that?

1146 OV- Just because how we discussed that if he would have just went south, north to south…

1147 DN- Mhm.

1148 OV- …or just backed up straight line, he would have been able to get through, I feel. But instead
1149 he used, he caused this "S" motion to go directly into the Corporal's car for me, intentionally
1150 trying to hit him, for whatever his reasons are and, but for me that, he was trying to ram.

1151 DN- Officer Alvarado?

1152 OV- I'm sorry Corporal Alvarado's.

1153 DN- Corporal Alvarado? Okay thank you. And then were you injured in any way?

1154 OV- I actually, after the collision I think it was because of the adrenaline…

1155 DN- Mhm.

1156 OV- …and focused, hyper focused on we still have tasks that we still needed to take care of.
1157 There's still a lot of things that we needed to do to render the scene safe. And then after that
1158 there's still things that we had to be, done. I didn't feel anything but as my adrenaline wore off
1159 and you know my mind started to decompress a little bit, I started to actually get a little bit of