# "EXHIBIT 8"

**210200936** Supplement No 0044

# Ontario Police Department



Address
2500 S. Archibald Ave.
City, State Zip Code
Ontario, California 91761
Nature of Call
PC 245

Phone Number
(909)395-2001
Fax Number

Reported Date
02/22/2021

Officer
ZEEN, JEFFREY M

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Ontario Police Department | 210200936 | 0044 | 02/22/2021 | 23:55 | 210530505 |

| Status | Nature of Call |
|---|---|
| REPORT TAKEN | ASSAULT WITH DEADLY WEAPON |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| W 4TH ST/N BOULDER AV | ONTARIO | 91762 | 59 |

| Area | Beat | Officer | Assignment | Entered by |
|---|---|---|---|---|
| 1 | 11 | 80142/ZEEN,JEFFREY M | INVESTIGATIONS | 80142 |

| Assignment | Confidential | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|---|
| INVESTIGATIONS | 210200936 | Successful | Successful | 19787 |

| Approval Date | Approval Time |
|---|---|
| 06/16/2021 | 07:08:28 |

## Modus Operandi

| Gang Inv? | Crime Code(s) |
|---|---|
| No | ASSAULTS |

## Narrative

On 2-22-21 I responded to OPD regarding an Officer Involved Shooting investigation. Upon arrival I was asked to meet with the victim OPD Officers, who were at the station. I responded to the OPOA Office Lounge where I met Cpl Alvarado, Ofc Escobar, Ofc Vasquez-Lopez and Ofc Varela. I observed as each Officer was photographed by Forensic Specialist Seeker. I then observed Seeker photograph Cpl Alvarado's duty belt, with all of his items remaining attached to it. At the conclusion of the photographs, I collected each Officer's body camera so the contents could be downloaded into the Axon System.

I collected Cpl Alvarado's body camera (Ser# X603990K5) and gave it to Cpl Roman to download into the Axon system. I then collected Ofc Escobar's body camera (Ser# X603990DE) and handed it to Cpl. Roman to be downloaded into the Axon system. Next, I collected Ofc Vasquez-Lopez' body camera (Ser# X60399DQ) and turned it over to Cpl Roman so that it could be downloaded into the Axon system. Last, I collected Ofc Varela's Body camera (Ser# X603990A7) and gave it to Cpl Roman to be downloaded into the Axon system.

At approximately 0238 hrs, I observed as Det Sturgis took possession of Cpl Alvarado's duty weapon, Glock 17 Ser# MBE367 with a TRL-1 light affixed to it. After each officer was photographed and their body camera was collected, they were given the opportunity to change their clothing and return to the OPOA Lounge. After the officers had been photographed and their body cameras were collected, I returned to the Detective Bureau to assist with other tasks.

On 2-25-21 at approximately 1400 hrs I met with Officer Varela and his counsel John Bakhit in the small Detective Bureau conference room. I admonished Officer Varela regarding the viewing of BWV and recorded the admonishment with my PUMA recorder. I later downloaded the recording to the PUMA system. The following is a transcription of the admonishment:

DR #210200936 / Transaction # 103696
==February 25th, 2021==
OV- Officer Andres Varela
JB- John Bakhit - Law Firm of Mastagni Holstedt
SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
DZ- Detective Jeffrey Zeen
DS- Detective Shahrouz Sadeghian
DL- Detective Darryl Lauritzen

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 1 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1  DZ- Alright you're about to, about to view a camera recording of a use of force event. Understand that while this
2  record depicts visual information from the scene, the human eye and brain are highly likely to perceive some
3  things in the stressful situations differently than the camera recording them. With that in mind, the video may not
4  reflect how an officer actually perceived the event. The recording may depict things that the officer did not see or
5  hear. In the same regard, the officer may have seen or heard things that were not recorded by the camera.
6  Depending on the cameras speed, some action elements may not have been recorded or may have happened
7  faster than the officer could perceive and absorb them. The camera has captured a two-dimensional image, which
8  may be different from an officers three dimensional observations. Lighting and angles may also have contributed
9  to different perceptions and of course, the camera did not view the scene with the officer's unique experience and
10 training. Hopefully this recording will enhance your understanding of the incident. Keep in mind the videos are only
11 one piece of evidence to be considered in the reconstruction and evaluation, the totality of the circumstances. Do
12 you understand that?
13 OV- Yes.
14 DZ- Okay. We ask that you do not photograph, record or duplicate in any way the videos that you are shown. This
15 room is not video or audio recorded except for any of the recording devices that we have in the room. Okay?
16 Alright going off.
17
18 At approximately 1433 hrs I again met with Officer VArela and John Bakhit, in the small Detective Bureau
19 conference room. At this time I conducted an interview with Officer Varela. I recorded the interview with my
20 PUMA recorder and later downloaded the recording into the PUMA system. The following is a transcription of my
21 interview with Officer Varela:
22 Transcription
23 DR #210200936 / Transaction # 103697
24 February 25th, 2021 at 2:33 P.M.
25
26 OV- Officer Andres Varela
27 JB- John Bakhit - Law Firm of Mastagni Holstedt
28 SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
29 DZ- Detective Jeff Zeen
30 SS- Detective Shahrouz Sadeghian
31 DL- Detective Darryl Lauritzen
32
33 DZ- Okay today's date Ferbruary 25th, 2021. It is approximately 2:33 P.M. We're at the Ontario Police Department
34 in the conference room labeled as 2115 in the Detective Bureau. Present in the room is myself, Detective Jeff
35 Zeen, also Detective Shahrouz Sadeghian and everyone else in the room can you please state and spell your
36 name?
37 JB- Sure. John Bakhit with Mastahni Holstedt. J-O-H-N B as in boy, A-K-H-I-T on behalf of Officer Andres Varela.
38 OV- Officer Andres Varela, A-N-D-R-E-S. Last name, V as in Victor, A-R-E-L-A.
39 SS- Samuel Siavoshi from Mastagni Holstedt. First name S-A-M-U-E-L. Last name S-I-A-V-O-S-H-I.
40 DZ- Okay. There are others monitoring in a separate room. Detective Lauritzen can you hear me okay?
41 DL- Yes, we can hear you fine.
42 DZ- Okay. The persons listening will sign in on a list and the list will be provided to your representative. The only
43 recording devices in this room are the audio recording devices that you see in front of you. Has anyone ordered
44 you to give statement?
45 OV- No.
46 DZ- We are going to get started by stating we are currently conducting a criminal investigation regarding report
47 number 210200936 and you are considered a victim. Officer Varela, I understand that you have had the
48 opportunity to speak to your attorney, and you are willing to give a voluntary statement, is that correct?
49 OV- Yes.
50 DZ- If at any time you want to end this interview, please let me know. During the interview I'll be asking you to tell
51 us the details and events that took place and if you do not remember something, it's okay to tell me you don't
52 remember. If at any time you need to think about how you're going to answer a question, I will wait for you to
53 answer. If you do not understand a question I'm asking, please let me know that you do not understand, and I will
54 ask the question in a different way. If at any point during this interview you feel you need to take a break or go to

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 2 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1 the restroom, please let me know and we can take a break. You get that, you good?
2 OV- Yes.
3 DZ- Okay. Get a drink here. Okay how many total years have you been a peace officer?
4 OV- Just over six years.
5 DZ- Okay. And how many years have you been a police officer with the Ontario Police Department?
6 OV- I would say a year and maybe three months.
7 DZ- Okay. And what department or departments did you previously work for?
8 OV- San Bernardino County Sheriff's Department.
9 DZ- Okay and for how long?
10 OV- For five years.
11 DZ- Five years. And at the Sheriff's Department, did you work the jail, patrol, what did you work?
12 OV- I worked numerous assignments. I worked the jail, transportation, Fontana Station and Chino Hills Station.
13 DZ- And those were patrol?
14 OV- Fontana and Chino Hills were patrol.
15 DZ- Okay what is your current rank here at the Ontario Police Department?
16 OV- Police Officer.
17 DZ- And what is your employee ID?
18 OV- 20343.
19 DZ- Okay. What is your current assignment?
20 OV- Currently I'm assigned to patrol on 4/10-yard, graveyard.
21 DZ- Okay and so your current assigned shift is 4/10 graveyard.
22 OV- Yes sir.
23 DZ- And what are the hours for graveyard?
24 OV- 2100 to 0700.
25 DZ- Okay and what are the days for 4/10's?
26 OV- Monday through Thursday.
27 DZ- Monday through Thursday, okay. On Monday, February 22nd, 2021, what shift were you assigned to work?
28 OV- I was assigned 4/10 yard on, I was assigned to sector 11.
29 DZ- Okay. And what, what time did you start your shift on Monday, February 22nd, 2021?
30 OV- At 2100 hours.
31 DZ- Okay. And when were you scheduled to end your shift?
32 OV- 0700 hours the next day.
33 DZ- Okay so it would have been on Tuesday the 23rd?
34 OV- 23rd Yes sir.
35 DZ- Okay. What is your current height and weight?
36 OV- 6'06 at 235.
37 DZ- Okay. On this, during this shift that we're talking about on Monday February 22nd, 2021, were you wearing a
38 police uniform?
39 OV- Yes.
40 DZ- Can you please describe the uniform you were wearing. I usually like to go in order like maybe from top to
41 bottom.
42 OV- Mhm. I'm unsure at, with SBSO we used to call it our Class A's, I believe we called it our Class C's. Our
43 standard uniform, long sleeve.
44 DZ- Okay. Just describe it.
45 OV- Oh, navy blue long sleeve with our Ontario department patches on our shoulders.
46 DZ- Okay.
47 OV- I had my badge and my name plate. I was wearing my vest underneath. I had my Sam Brown with my
48 department issued equipment.
49 DZ- Okay.
50 OV- Then I had wool pants. Navy blue wool pants and my black boots.
51 DZ- Okay. If you can remember, please start at your belt buckle and go clockwise to the right and describe all the
52 equipment you were carrying on your, you called it your Sam Brown?
53 OV- Yes.
54 DZ- Or your duty belt at the time of the incident?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 3 of 25 |

**210200936**  Supplement No 0044

# Ontario Police Department

**Narrative**

1  OV- Belt keepers, I mean like belt keeper which held, holds my keys. What does this one do? Gun, my
2  department issued handgun. Handcuffs, another set of handcuffs, HT. My RCB, my two magazines and my, my
3  body worn video.
4  DZ- Okay.
5  OV- That's it.
6  DZ- That's it?
7  OV- Yeah.
8  DZ- Okay when you said HT, what do you mean by HT?
9  OV- My radio, I'm sorry.
10 DZ- Your radio, okay. And then you said RCB?
11 OV- Yes. Retractable collapsible baton.
12 DZ- Okay. Were you carrying a taser?
13 OV- Yes that was a drop-down holster on my left leg.
14 DZ- Okay. And that had a taser in it?
15 OV- Yes.
16 DZ- Okay.
17 OV- And that had my pepper spray, with, on the side to that. My taser.
18 DZ- Oh under your, on your taser holder?
19 OV- Yes.
20 DZ- Okay. Were you wearing a radio earpiece at the time of the incident?
21 OV- Yes, I was.
22 DZ- And which ear were you wearing it in?
23 OV- Left ear.
24 DZ- Left ear. Were you carrying any other equipment on you?
25 OV- Yes. I had my department issued tactical knife. I don't, know.
26 DZ- Okay.
27 OV- That's in my left pocket and then I had a, I'm going blank on the term, I'm sorry. A hobble on my left ankle.
28 DZ- Okay and hobble is the, is a, what is a hobble description?
29 OV- It's used to secure somebody who's not being cooperative. You usually put them on, just above their knees.
30 DZ- Okay so like a strap?
31 OV- Yes.
32 DZ- Okay. Were you wearing any hearing protection at the time of the incident?
33 OV- No.
34 DZ- Were you wearing any eye protection or glasses at the time of the incident?
35 OV- No.
36 DZ- Do you recall your call sign on Monday, February 22nd, 2021?
37 OV- Yes.
38 DZ- And what was it?
39 OV- Paul 311.
40 DZ- And you said, what sector and beat you were?
41 OV- Sector, sector 1, beat 1.
42 DZ- Beat 1? And that's what the 11 stands for?
43 OV- Yes.
44 DZ- Were you working as a solo officer or did you have a partner in your police unit?
45 OV- Solo.
46 DZ- Okay. Did you check out a police vehicle?
47 OV- Yes.
48 DZ- Do you remember your police unit number?
49 OV- I do not. I can only recall it was like 1840, in the high forties, possibly.
50 DZ- Okay.
51 OV- I'd say.
52 DZ- Okay. And is this unit that you're describing or that you checked out, is it a marked black and while police
53 Ford Explorer equipped with emergency lights?
54 OV- Yes.

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 4 of 25 |

000108

**210200936**  Supplement No 0044

# Ontario Police Department

**Narrative**

1  DZ- Did you inspect your police vehicle at the beginning of your shift?
2  OV- Yes.
3  DZ- Were all of your police unit lights and emergency equipment operating properly?
4  OV- Yes.
5  DZ- Was your mobile data computer, also known as an "MDC" working properly?
6  OV- Yes.
7  DZ- Were you assigned a department issued body worn camera?
8  OV- Yes.
9  DZ- And where do you carry that camera?
10 OV- That is going to be just left of my belt buckle on my belt.
11 DZ- So you carry it on your Sam Brown?
12 OV- Yes.
13 DZ- Okay. Did you, did at some point during this incident begin a recording with your body worn camera?
14 OV- Yes.
15 DZ- And can you explain to me how to activate this device?
16 OV- You double tap the button twice and it activates.
17 DZ- Okay and there's a button on the front of it, or the back of it?
18 OV- The front of it. The front of it, yes. A big circle button.
19 DZ- Okay. Have you had the opportunity to, opportunity to review a recording to refresh your recollection about
20 the incident that occurred on Monday, February 22nd, 2021 prior to this interview?
21 OV- Yes.
22 DZ- I'm going to get into some questions about the incident and things like that okay are you ready?
23 OV- Yes.
24 DZ- Okay. On Monday, February 22nd, 2021 at about 23:55 hours, was there a vehicle pursuit?
25 OV- Yes.
26 DZ- Can you tell me about that?
27 OV- Yes. I was north bound on the number one lane on Mountain Avenue. I approached Fourth Street. That's
28 when Victor 8, which Corporal Alvarado and Officer Escobar were in, pulled up in the turning lane to the left of me.
29 I see, I saw a red vehicle pass me, make a right going east bound on Fourth Street. I noticed it had tinted
30 windows. That's when I made my right turn, proceeded east on Fourth. That's when I called out traffic at Fourth
31 and Boulder and I put out the license plate number. From there, car was driving normal speed. We approached
32 San Antonio and at San Antonio the car swerves and proceeds to not stop for the stop sign on San Antonio and
33 goes north bound on San Antonio. That's when Victor 8 was with me the whole time. He called out failure to yield.
34 He took over the failure to yield and I just proceeded just to follow the vehicle. As we were driving north bound on
35 San Antonio, the vehicle ends up almost TC'ing into a vehicle coming west bound. I'm not sure what street, it
36 might have been somewhere in between Fourth and Sixth Street.
37 DZ- Okay.
38 OV- Blows another stop sign. When we get to the overpass on San Antonio just where the 10 freeway is,
39 DZ- Mhm.
40 OV- The car appears to pull over to the right. I turn on my spotlight to, I thought we were going to, you know, exit
41 the vehicle and do a fel, a high-risk traffic stop on him. The car slows down and then ends up doing a U-turn. I was
42 able to see the driver. He was possibly Hispanic or White, tattoos on his face. When he made that U-turn, I make
43 the U-turn to follow him, so does Victor 8. He blows a stop sign at Sixth Street and goes east bound onto Sixth
44 Street. And then from there he goes into opposing traffic. Then he makes a left going north bound onto Beverly,
45 and when we go onto Beverly, he slows down because he, I'm assu, there's a, he slows down and that's when I
46 slow down. I'm assuming he's going to exit the vehicle, so I turn on my spotlight again to, to jump out. That's when
47 he puts the vehicle in reverse and then rams me. I felt like intentionally because he had every opportunity to
48 make that U-turn. He rams my vehicle, the front end, the passenger side and then from there goes past me and
49 then I hear another, which would I assume, ran into another vehicle which was Victor 8 because he was behind
50 me.
51 DZ- Mhm.
52 OV- And then I hear, I believe I hear two pops and it just kind of sound, to me it sounded like fireworks. I really
53 wasn't sure if it was him crashing into the car or, I didn't know at that point. I was in fear, I didn't know what was
54 going to happen. Like, I'm not sure if this guy's shooting, I'm not sure if he's trying to hit these cars, I'm not sure if

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 5 of 25 |

**210200936**  Supplement No 0044

## Ontario Police Department

**Narrative**

1. anything's going on. I'm just kind of oblivious because he's already behind me at this point.
2. DZ- Okay.
3. OV- I make a U-turn to get out of the situation. Not sure if he's trying to still flee and escape.
4. DZ- Okay.
5. OV- That's when I, when I pull around, I see the vehicle disabled, the red veh, the suspect vehicle on the tires, or
6. the front tires are just spinning.
7. DZ- Okay.
8. OV- I exit. I see the front window, looked like it was possibly shattered and that's when I realized something
9. pursued. My gun's out, I had my gun drawn out on the driver side door. That's when I was able to hear Corporal
10. Alvarado's voice, Officer Escobar's voice. They were giving commands. Alvarado says, "Hey, Alex give
11. commands." Alex is giving commands. I let them know while Alex was giving commands, hey, I'm not seeing any
12. movement in the driver side. It looks like he's slumped over, like he's hunched over.
13. DZ- Okay.
14. OV- I didn't even know there was a female passenger until when I exited the car. She was, I heard her screaming.
15. DZ- Okay.
16. OV- We ask her, "Hey, you need to come out. Come out to us so we can help you." She comes out screaming.
17. Then she, someone, not sure what happens after with her. She's getting taken out of the, out of the picture and
18. then again, Alex, Officer Escobar continues to give verbal commands, "Hey, put your hands up so we can come
19. help you. If you can't do that, move your head."
20. Nothing, I, again really nothing, hey. No movement, still nothing. Additional officers get there. I can hear my
21. partners planning, hey, let's get less lethal out, planning with that, hey, who's an arrest team. I can hear all that
22. and then planning that then Corporal Alvarado says hey, let's get a, keep giving commands, keep giving
23. commands. That's when Escobar, he gets over the PA. Now he gets the name I'm assuming from the girlfriend,
24. the female, I'm sorry.
25. DZ- Okay.
26. OV- Alex on the PA. Says, "Joseph, we need to give you help, we're trying to give you help. Put your hands up in
27. the air. If you can't do that, move your head." Again, I, really nothing, there's no movement. I don't see anything.
28. From there it's just, we're, it's a waiting game. A couple of minutes passed, that's when the officers, I'm not sure
29. who, they do a, they approach the vehicle to clear it to give the medical attention to the driver. Once they clear it, I
30. have my spotlight in front, driver window I put that down. They pull him out. They end up handcuffing him and
31. then that, that was, my whole, involvement. I put the, the crime scene tape and they took, they, I don't know how
32. many minutes later, a half an hour later they end up taking me to the OPOA Office.
33. DZ- Okay. Alright you gave an excellent summary. What I'm going to do now is kind of go through and kind of get
34. some more details...
35. OV- Sure.
36. DZ- ...on these little, incident that, that went on.
37. OV- Mhm.
38. DZ- First I want to, I want to clear up a couple things.
39. OV- Mhm.
40. DZ- Who is Victor 8, or when you say Victor 8, who is that?
41. OV- So Victor 8 was, it was Corporal Alvarado and his trainee Alex Escobar.
42. DZ- Okay and then when you were saying Alex you meant Escobar, Officer Escobar?
43. OV- Yes, I apologize.
44. DZ- Okay. No problem. I just want to clear up to know that we're not talking about two different people.
45. OV- Mhm.
46. DZ- And then you talked about during the pursuit that he blows, blows stop signs?
47. OV- Mhm.
48. DZ- What do you mean by he blows stop signs?
49. OV- Did not yield at the stop sign.
50. DZ- So he didn't stop?
51. OV- No.
52. DZ- Okay. You said that you're the one that initiated the traffic stop?
53. OV- Yes.
54. DZ- Okay. What was the violation?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 6 of 25 |

000110

**210200936** Supplement No 0044

## Ontario Police Department

**Narrative**

1  OV- Tinted windows.
2  DZ- Tinted windows. And when did you notice that this vehicle had tinted windows?
3  OV- When he, as soon as he was parallel to me, he made that right onto Fourth Street.
4  DZ- Okay and you said you were in the number one lane?
5  OV- Yes.
6  DZ- And he was...
7  OV- He was in the number two.
8  DZ- Number two. And he, was he right next to you?
9  OV- Yes.
10 DZ- Okay you guys were both the first at the...
11 OV- Yes.
12 DZ- ...at the...
13 OV- I was stopped at the light, it turned green and then I was waiting, I was going to say something to my partner
14 and then that's when I turn over and then the car ends up making the right turn on the green light. So when I
15 turned, I was able to see the vehicle go, tinted windows and that's when I went to go pull it over.
16 DZ- Okay. What caused you to initiate the pursuit?
17 OV- When he blew, I mean sorry, he didn't stop at the, at the stop sign. That's when Corporal Alvarado said, hey
18 we got a failure to yield.
19 DZ- Okay. And you initially saw the suspect vehicle you said at Mountain?
20 OV- And Mission. Oh I'm sorry, Mountain and Fourth it was.
21 DZ- Mountain and Fourth and you were both facing north bound?
22 OV- Yes.
23 DZ- And your involvement in the pursuit?
24 OV- I was the number one veh,car.
25 DZ- One car. And who was driving your vehicle?
26 OV- I was.
27 DZ- You were driving your vehicle. When you initiated the pursuit, how did that make you feel or what were you
28 feeling?
29 OV- Initially I, it seemed odd because it was just a minor violation. At, when he made the U-turn, I started to feel a
30 little uneasy about it because I was able to see the actual drivers face. He was tattooed, tatted up, to my
31 experience and training, usually people, you know are running from a simple CVC violation or I'm sorry a vehicle
32 code violation...
33 DZ- Mhm.
34 OV- ...you know, usually pull over.
35 DZ- Okay.
36 OV- So now he's making a U-turn and he's fleeing from us at high speeds now, almost TC'ing into people. At that
37 point I feel like some, he must be hiding, he must be, I don't know, I'm assuming a gun, who knows at this point.
38 DZ- Okay. And you said you were the primary vehicle.
39 OV- Yes.
40 DZ- Was there another vehicle in the pursuit?
41 OV- Yes. That was going to be Victor 8 which is with Corporal Alvarado and Officer Escobar.
42 DZ- Okay and so they were in the second position?
43 OV- Yes.
44 DZ- And that is in front of you or behind you?
45 OV- That's behind me.
46 DZ- Behind you. And was dispatch notified?
47 OV- Yes.
48 DZ- And who notified dispatch?
49 OV- Victor 8. I'm not sure, somebody in Victor 8 unit notified dispatch of the failure to yield.
50 DZ- Okay. Did you put out the traffic stop, or did you notify dispatch about a traffic stop?
51 OV- Yes, I did.
52 DZ- Okay.
53 OV- I put that out at Fourth and Boulder.
54 DZ- Okay. And then it proceeded east bound?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 7 of 25 |

**210200936** Supplement No 0044

## Ontario Police Department

### Narrative

1. OV- Yes.
2. DZ- Okay. Tell me what you recall about the actual pursuit itself.
3. OV- Just how I stated earlier is, a simple violation that I saw. I, when I tried to pull it over, it seemed like it was
4. going to at first, but then when he failed, failed to stop at the stop sign at Fourth and San Antonio, no one was
5. around it wasn't that big of a deal but then he almost TC's into another vehicle so it just, something like, something
6. was bigger than just a minor vehicle violation and then again when I, when he made that U-turn, he's tatted up,
7. just didn't give, didn't feel good about that. Made the U-turn and he's at this point going at high speeds on Sixth
8. Street which was a residential neighborhood. Now he's driving on the wrong side of the lanes. Now its's kind of
9. like, alright I, something's really up because people, just, it's just not normal for something that was very minor
10. and when he makes that left onto Beverly, he had every opportunity to make that U-turn. Again, he already made
11. the U-turn already on...
12. DZ- Mhm.
13. OV- Sixth and Mount, Sixth and San Antonio.
14. DZ- Yeah.
15. OV- So now when he stops and reverses and goes straight into me, I'm, I'm scared at this point because well, why
16. is he trying to intentionally ram my vehicle. It just doesn't make sense. If you're trying to flee from somebody that's
17. fine but now, you're trying to actually hurt me so that didn't, didn't put a good feeling into my stomach. When he
18. drove by when he was, that split second parallel, I can't see inside of his vehicle. I didn't feel good about that. I
19. didn't know if he had a gun on him because I just don't know at this point. You're already, you're running from me
20. for a tinted window, now you're going at high speeds, going opposite lanes, and now you're putting your vehicle in
21. reverse and you know, you're not trying to parallel park your vehicle. You're trying to ram me intentionally, trying to
22. disable the car and hurt me.
23. DZ- Okay.
24. OV- At the end of the day. When he goes parallel with me, I don't know what he's going to do. I don't know if he
25. has a gun on him, I don't know if at that point he has a better chance if he does have a gun to shoot me. So at that
26. point I did not feel safe. I was scared and when I, when he reverses he, I can hear again another what it sounded
27. like he TC'ed into my partner, so I was like alright now he's going into everybody at this point.
28. DZ- Okay.
29. OV- It just, at that point I just, I just was confused. I just didn't know what was going on.
30. DZ- Okay. During the pursuit you said he was driving at a high rate of speed. Can you estimate about how fast he
31. was driving?
32. OV- He pulled away pretty good. I'd say like maybe 60 but I really could, can't recall. I just know when he was
33. blowing by stop signs I was, I had to come to a stop and he was already in, I'd say a street or two ahead of me so
34. I had to pick up my speed so I'm, ==I would say anywhere between 50 and 60.==
35. DZ- Okay and you said this was a residential neighborhood?
36. OV- On San Antonio that's residential sort of. I mean I think the ==speed limits around there is like 35.==
37. DZ- Okay.
38. OV- And then when he was driving in opposite lanes, that's residential on Sixth Street, where Beverly is at.
39. DZ- Okay.
40. OV- Those are all two-way lane, street with, they even put little concrete planters to slow people down and he's
41. going around that like he was, like it was a racetrack.
42. DZ- Okay. So there were multiple violations as the pursuit...
43. OV- Yes.
44. DZ- ...continued? And you said you, you didn't say you failed to stop at multiple stop signs?
45. OV- Say it again, I'm sorry?
46. DZ- You failed to stop at stop signs multiple times?
47. OV- Yes, yes.
48. DZ- And then speeding?
49. OV- Speeding and then while he drove into opposite, opposing lanes in traffic.
50. DZ- Okay. Were you concerned for the safety of others during this pursuit?
51. OV- Yes. I was concerned for the publics because like I said earlier, he almost TC'ed into somebody, someone in
52. between Fifth and Sixth. He was going at a high speed so they were lucky that, you know, he, they didn't broad,
53. he wasn't, he didn't broadside them. That speed, that could hurt them. So really I was scared for my partners
54. obviously just because he's running around at me. I was fortunate. I feel like he caught me but with, between

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 8 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1. myself and the curb, curb, there's only enough space for one car I would say so my mindset was if he's trying to
2. hit my partners car, he's probably going to be able to hit them dead on. I was fortunate enough because when he
3. hit me, he hit the passenger side. So we kind of, he hits me, I, I guess, I assume like ricochet but now I'm worried
4. because now I feel like he has more, he's going to go head on with somebody and that can cause a lot more
5. damage.
6. DZ- Okay. When you said he almost TC'ed you, when you say TC what did?
7. OV- Oh I'm sorry, traffic collision, I'm sorry but he.
8. DZ- Okay so he almost crashed into another car?
9. OV- Crashed into me, the car. I, I'm sorry.
10. DZ- When he almost crashed into the other car during the pursuit, did it seem like he was intentionally trying to hit
11. that car or?
12. OV- Yes.
13. DZ- Okay. Now at the conclusion of the pursuit, when you turn, you said north bound on Beverly, Beverly Court?
14. OV- Yes.
15. DZ- Okay. Go through what happened at the point when you make that turn from there til the, til the, this.
16. OV- Prior to him hitting me or?
17. DZ- Yeah.
18. OV- After? Alright so we make the turn onto Beverly going north bound he slows down, comes to a stop. I'm right
19. behind him. At that point I thought he was going to make another U-turn. He puts it into drive, into reverse, and
20. then reversed back to me with speed. It was a short distance so he picked up pretty good speed. Seemed like he
21. slammed on the, on the gas. He hits my, I'm going to say the passenger front headlight. After he hits me he goes
22. parallel, keeps reversing parallel passed me. And then he goes into, out of, out of view where I was able to see
23. my partners headlights behind me and that's when I heard the, another, what I assumed to be a crash.
24. DZ- Okay.
25. OV- And then that's when I heard, it sounded like two, two fireworks. I didn't know if they were gun shots or not, I
26. just, I would assume, you know going through training and everything the shots would have been louder, more
27. distinct I didn't really know so I didn't know what was happening.
28. DZ- Mhm.
29. OV- I didn't know if he was, airbags were being deployed or something broke. I didn't know what that was. That's
30. when I wanted to get out of the way. Also just in case if he was able to ram my partners and still get away, I would
31. still, would be able to, to pursue him.
32. DZ- Okay.
33. OV- After I make my U-turn and now I'm pacing, facing south east
34. DZ- Okay.
35. OV- ...and that's when the car's disabled onto the, on the east curb line of Beverly.
36. DZ- Okay.
37. OV- Front tire. I can see the front driver tire spinning, just going, just stuck. It seemed like the car was disabled at
38. that point and then the window was, had a, was shattered.
39. DZ- Okay.
40. OV- It was still intact it had two, actually, two holes in the window.
41. DZ- Okay.
42. OV- That's when I realized someone shot. I didn't know what was shot or thrown. That's when I unholstered my
43. duty weapon and I, my, my gun was on the, the, the suspects driver side door.
44. DZ- Okay. Prior to the pursuit when you went to make, pulled traffic or stopped the, the vehicle, did you activate
45. any of your emergency equipment?
46. OV- As in the, our overhead lights? Is that what?
47. DZ- Yes.
48. OV- Yes. I, I activated my overhead light initially for the T, I'm sorry for the traffic stop.
49. DZ- Mhm.
50. OV- Forward facing red light and then when he blew the, I'm sorry he didn't stop for the stop sign at the San
51. Antonio,
52. DZ- Mhm.
53. OV- That's when I turned on the wail button, which activated the lights and sirens.
54. DZ- Okay. And that, that's full like what you would call Code 3?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 9 of 25 |

**210200936**  Supplement No 0044

# Ontario Police Department

**Narrative**

1. OV- Yeah and that's when, that's, prior to doing that, that's when Officer, Corporal Alvarado let dispatch know that
2. we had a failure to yield.
3. DZ- Okay. You did say there was a forward, on your unit there was a forward-facing steady red...
4. OV- Yes.
5. DZ- ...light? Okay. Did you receive any additional information during the pursuit?
6. OV- No.
7. DZ- No? Okay. Did you receive any dispatch updates?
8. OV- Yes.
9. DZ- What was that?
10. OV- The dispatching was just repeating direction of travel that, pretty sure it was being putting out over the radio.
11. DZ- Okay. And you said you received it over the radio?
12. OV- Yes.
13. DZ- Nothing over the MDC?
14. OV- It might have been but I wasn't paying attention initially I was listening to the radio and I had my attention on
15. the driver.
16. DZ- Okay is it safe to look at your MDC while you're driving?
17. OV- No.
18. DZ- Okay. Describe your communication with dispatch during the pursuit.
19. OV- My only communication with dispatch was the initial pursuit. I called, put out my call sign. I said, "Traffic."
20. They call my call sign I put out my, my location and the plate and then at that point Victor 8 said, "I'm with him" so
21. I'm waiting for the vehicle to stop. Vehicle never stops, blows, I mean doesn't stop for the...
22. DZ- Yeah.
23. OV- ...stop sign and then that's when Victor 8, before I was able to even say, hey we got a failure to yield. At that
24. point I'm off the radio, he's calling out direction of travel and I'm just focusing on the driver at this point.
25. DZ- And that's common for the,
26. OV- Yes.
27. DZ- ...secondary unit to call the pursuit?
28. OV- Yes.
29. DZ- Okay. Describe your communications with other units during the pursuit.
30. OV- I had no communication during the pursuit. I was just focused on the driver and that was, that was all my
31. focus. Just driver, where's, where's he going, where's he traveling and I'm following him.
32. DZ- Okay. Were there any communication issues or concerns?
33. OV- No.
34. DZ- Describe how the suspect vehicle was driving. You said it was driving at a high rate of speed and things like
35. that...
36. OV- Mhm.
37. DZ- ...but can you describe more of a, I guess more descriptive of how the vehicle was, was moving through the,
38. through the streets?
39. OV- It wasn't driving in your like normal, in lane. He was swerving in and out like through the lanes, he was
40. swerving in the lane. It just seemed like he was trying to misdirect me like I might make a left I might make a right,
41. I might go straight.
42. DZ- Okay.
43. OV- Again, wasn't come to, wasn't stopping for the stop signs, was going straight through them at high rates of
44. speed, was putting the public at risk. And then we, again, when we met, when he made the U-turn at the overpass
45. on San Antonio and 10 freeway, he slowed down. It seemed like he was just playing possum like hey, I'm going
46. to pull over and then that's when all of a sudden he just makes a U-turn and then again he's still going at high
47. rates of speed and now he's, San Antonio's more of a, it's not much of a resi, it's like, no, it's still residential. You
48. still got houses everywhere but when you go onto Sixth Street east bound, that's when it just, that's a, I believe
49. that's a 25 mile per hour. You know, you got people walking in and out of that, that was very dangerous. Then
50. that's when he goes into the opposing lane of traffic. I'm not sure, maybe he's trying to distract me again and he's
51. just, again, just swerving he's not staying in the lane.
52. DZ- Okay. There was no reason for him to be swerving.
53. OV- No, no.
54. DZ- Okay. Were you, when he made the U-turn and came back at you on San Antonio, so he came back south

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 10 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1. bound and you were still facing north bound?
2. OV- Yes.
3. DZ- Could you see any other occupants in the vehicle besides the driver?
4. OV- I was just focused on the driver.
5. DZ- Okay.
6. OV- I was able to see him, due to the having, I turned on my spotlight, so I was able to see right into that front
7. window and that's when I was able to see possibly Hispanic, possibly White.
8. DZ- Okay.
9. OV- And then he had tattoos on his face.
10. DZ- Okay and then what, at what point did you realize there was a passenger in the vehicle?
11. OV- When I exited at the end of the pursuit. When I exited my vehicle that's when I heard a female voice
12. screaming. And when I went to the passenger side to get cover, that's when I realized she's in the front passenger
13. side of the seat.
14. DZ- And how familiar are you with the path that this, this vehicle traveled like that area?
15. OV- That area? I'm pretty familiar with it. It's, I've been working that area for I believe the shift is like 6 months.
16. Coming up on 6 months now and I grew up in the city so I'm pretty good with the area.
17. DZ- Okay so you knew, you knew those streets pretty well?
18. OV- Mhm,
19. DZ- Okay. Do you know if there were any other units involved in the pursuit? Besides Victor 8 which you're
20. saying...
21. OV- At the end pf the pursuit I realized we had a third unit which was Officer Kevin Vasquez-Lopez.
22. DZ- Okay.
23. OV- During the pursuit I just know a lot of people were trying to or coming to back us.
24. DZ- Okay.
25. OV- I didn't realize he was involved in, in the pursuit with us until when I exited, I saw him next to Corporal
26. Alvarado's unit.
27. DZ- Okay. And what would you say the, I know you kind of described it a little bit. What would you say the general
28. traffic conditions were during that pursuit?
29. OV- They were light. Not much traffic, it was late at night. Just when you had that, that vehicle that was coming
30. west bound on, I forget what street it was on San, coming, for the intersection on San Antonio, that was probably
31. the only heavy traffic. That's when he almost broadsided that vehicle.
32. DZ- Okay. Can you give me the, a description or describe the lighting conditions in the area where the pursuit
33. ended? That would be on Beverly Court I believe you said.
34. OV- If it wasn't for our lights it would have probably be a dark neighborhood. A few, few light posts around. It was
35. a pretty dark area.
36. DZ- Okay.
37. OV- Just a congested area. You had a lot of vehicles parked on the curb lane.
38. DZ- Okay. And you already described the area where the incident ended or where the pursuit ended as a
39. residential neighborhood?
40. OV- Yes.
41. DZ- Can you describe the street?
42. OV- It was a cul-de-sac, dead end pretty nar, it was pretty tight corner street. You had vehicles on both sides
43. parked...
44. DZ- Okay.
45. OV- ...on the street. Houses were, are facing east and west facing each other.
46. DZ- Did, did you know when he turned north bound to Beverly that that was a dead end?
47. OV- Not at that moment. When he, when he made the left turn, I didn't know but as soon as I was able to see, I,
48. that's a dead end because that over pass right there is a no passing through. But initially no, but at, when we,
49. when we start driving down couple, I maybe registered a couple of seconds like he's not going anywhere else. He
50. has to make a U-turn.
51. DZ- Okay. So once the vehicle makes the left turn to north bound Beverly Court,
52. OV- Mhm.
53. DZ- ...do you follow?
54. OV- Yes.

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 11 of 25 |

**210200936**  Supplement No 0044

# Ontario Police Department

**Narrative**

1. be a threat, I didn't want, it wasn't safe for me to approach the vehicle on a normal traffic stop at this point
2. anymore.
3. DZ- Okay. And you said you were about fifteen to twenty feet behind...
4. OV- Yes.
5. DZ- ...the suspect vehicle? Okay. So at the point where he starts backing...
6. OV- Mhm.
7. DZ- Describe that from the point where you're stopped and then he backs, backs into you.
8. OV- I'm right behind him. He was in the, in reverse comes at me in a high speed. At that point I'm just, I'm unsure
9. what's, what's happening. I'm scared because again, he was able to, to make a U-turn and continue to flee. He
10. had that option but he chose the option of ramming his vehicle into mine and again I didn't know if he was trying to
11. disable my vehicle, I didn't know if he was just trying to hurt me, so at that point I'm, I was, I was scared but I
12. would say I was in fear for my life when he actually past my vehicle because at that point I didn't know what he
13. could have on him and when you're, he's, at that point he's parallel with my window for that split second. I didn't
14. know if he was going to shoot me, I didn't know what was going to happen at that point.
15. DZ- Was that a, is that a bad position to be in when you're...
16. OV- Yes.
17. DZ- ...window to window with another vehicle?
18. OV- Yes.
19. DZ- Okay. Do you, so you said you, you were scared when he was backing, when, when he ended getting
20. basically parallel to you?
21. OV- Yes.
22. DZ- Okay. Now as he backs up, you said he collided with your vehicle...
23. OV- Mhm.
24. DZ- ...and then ended up kind parallel to you?
25. OV- Kind of. Yeah, he hits my vehicle for that split second when he passes my vehicle, we're parallel. That's when
26. I'm like oh, I don't know what's going to happen. Is he going to shoot me? I can't see inside the vehicle and then
27. that's when he continues to reverse and then runs in, backs into, rams Victor 8's car which is Corporal Alvarado
28. and Officer Escobar's.
29. DZ- That was going to be my next question. You, what could you see when he passes your vehicle?
30. OV- I just saw the vehicle pass me and I knew Victor 8's unit was behind me because I was able to see his
31. headlights so I knew he was right behind me and that's when I just heard that, that bang, that loud bang. I was
32. like alright he just ran into my other partner now. And that's when I proceed to hear, it sounded like two fireworks,
33. like pop pop, like it, like something inside.
34. DZ- Okay. And you said, just to clarify, when he passes you it's on your passenger side...
35. OV- Yes.
36. DZ- ...of your vehicle? And the suspect is moving in a reverse motion?
37. OV- Yes.
38. ==DZ- And do you know where the suspect vehicle collided with your vehicle, like what portion of your vehicle==
39. ==collided with?==
40. ==OV- I would say the passenger headlight of passenger front fender area.==
41. DZ- Okay.
42. OV- So that whole front section. Front right side I guess if you.
43. DZ- Right front of your vehicle?
44. OV- Yes.
45. ==DZ- And what part of the suspect vehicle collided with that part of your vehicle?==
46. ==OV- That would be the driver side rear bumper area, like fender area.==
47. DZ- Okay. And then you said after, after the vehicle passes you...
48. OV- Mhm.
49. DZ- ...on your passenger side and you heard the collision with Victor 8 or Officer Escobar's vehicle...
50. OV- Mhm.
51. DZ- ...where Corporal Alvarado was at.
52. OV- Mhm.
53. DZ- You said you, you were concerned about another issue once that vehicle gets behind you. What was your,
54. what was your next concern at that point once the vehicle gets behind you?

**210200936** Supplement No 0044

# Ontario Police Department

## Narrative

1. OV- Behind me. I was concerned he, possibly if he was able to get through my partners, he would be able to flee.
2. Continue to be, you know, a danger to the public and also, I was concerned. I didn't want him to be behind me, I
3. didn't know, like I said I heard those two pops, I didn't know if it was a gun, I didn't know. I just didn't want him to
4. be behind me, at all. I didn't feel safe. I, just at that point I wanted to get out of that, that situation. I didn't know if it
5. was a line of fire or if, I didn't know. I just didn't know at this point, just a lot of unknowns at this point.
6. DZ- Okay. Did you give, you said after, after the vehicle impact you make a U-tun and end up back facing this
7. direction?
8. OV- I was facing south east so I was facing towards the front end of the suspects' vehicle.
9. DZ- Okay. So you were a little bit, were you north or south of the suspects' vehicle?
10. OV- I was north of it.
11. DZ- Okay. At that point did you exit your vehicle?
12. OV- Yes.
13. DZ- And I'm assuming through the...
14. OV- Driver side door.
15. DZ- ...driver side door? Okay. When you exited your vehicle, at that point what were you feeling?
16. OV- Just numb. I was more just, I, I was clueless. I was, I was scared because again I didn't know if something
17. happened to my partners because I, I had heard two pops and it was just so many things that could have happen.
18. When I actually saw the window, it had two, two holes in it, that's when I was like did he shoot, did, did, were my
19. partners injured, were, it was a concern for the safety of my partners...
20. DZ- Okay.
21. OV- ...at that point.
22. DZ- When you're stopped there and you're out of your vehicle, did you give the suspect any warning or
23. commands?
24. OV- No. Officer Escobar did all that.
25. DZ- Okay. And what did the suspect do with, once those commands were given?
26. OV- Suspect, when I wasn't able to see any movement at all and from the, from my position he, it appeared that
27. he was hunched over or slumped over in the driver seat. There's no movement the whole time when officer
28. Escobar was giving him commands just by yelling and then he transitioned over to the PA, there's, there's no
29. movement at all from that front driver seat.
30. DZ- Okay and from where your point of view was after you, already made the U-turn and you were stopped, and
31. you said the driver was slumped over.
32. OV- Mhm.
33. DZ- Did you have an unobstructed view of that vehicle, the entire vehicle?
34. OV- Yes.
35. DZ- Okay. Did you have a clear and unobstructed view of the suspect?
36. OV- It was obstructed just because the door was still closed and then you had that window that was still up and it
37. was, now at this point it was, it was shattered, it was cracked and then you still had that tint so it, I was just able to
38. see more of a shadowy figure.
39. DZ- Okay.
40. OV- What appeared that he was hunches over, over the, on the, in the driver seat.
41. DZ- Okay so was your view through the, like the driver's side of the car or could you see through any part of the
42. windshield?
43. OV- Driver side window.
44. DZ- Drivers side.
45. OV- I was able to, I was, yeah.
46. DZ- You had no view thorough like the windshield?
47. OV- No.
48. DZ- You weren't at an angle to where you could see that?
49. OV- Through the driver side window I was able to see the windshield, is that what you're saying?
50. DZ- No I'm saying were you at an angle to where you could see through the windshield of the vehicle from the
51. inside of the car?
52. OV- No I was able to see, my point of view was from the driver side window and...
53. DZ- So more of a perpendicular?
54. OV- Yes.

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 14 of 25 |

**210200936**  Supplement No 0044

## Ontario Police Department

**Narrative**

1. DZ- Okay. View of the car. And you said the driver was...
2. OV- Appeared to hunched over...
3. DZ- Hunched over?
4. OV- ...like it was a shadow. Like I said it was just a shadowy figure.
5. DZ- Okay and at that point did you see the passenger in the vehicle?
6. OV- Yes.
7. DZ- Okay and what was the passenger doing?
8. OV- She was screaming.
9. DZ- Okay. Could you see what she was doing or do you?
10. OV- No. I wasn't able to see, I just, I saw a lot of movement just with, from the passenger side. I just heard her
11. screaming so, that's all I, all I could hear, her screaming. I just saw a lot of movement. I didn't know what it all was
12. but, so. But she exited the vehicle rather quickly when we gave her commands.
13. DZ- Okay. Now at this point in the, in the incident, were there any other officers present during this encounter,
14. during this point of the, of the incident?
15. OV- I could hear Officer Escobar giving commands. I could hear Corporal Alvarado saying hey this is what we're
16. going to do, this is the game plan. I could hear those two. And then I thought I saw Kevin Lopez, Officer Kevin
17. Lopez, it, but I was more focused on just the driver, the suspects' vehicle the whole time.
18. DZ- Okay and did you, did you remain over where your vehicle was at?
19. OV- Yes, I never, I stayed right there.
20. DZ- Okay so the other, the other police vehicles were not next to yours, they were...
21. OV- No.
22. DZ- ...kind of away from yours?
23. OV- Yeah. My vehicle was away from all the other vehicles.
24. DZ- Okay and you maintained that position?
25. OV- Yes.
26. DZ- Okay. Were there any other people near you that could have witnessed this encounter?
27. OV- No.
28. DZ- At any point during this incident, you said somebody did, did anyone fire a, discharge a firearm?
29. OV- At what point?
30. DZ- At, during this incident.
31. OV- Mhm.
32. DZ- At any point during this incident did, did anybody fire or discharge their firearm?
33. OV- Yes. We, no one discussed it. I think someone just said, someone shot.
34. DZ- Okay.
35. OV- And I just assumed it was us because no one was, we all said are you okay, everyone said they're okay.
36. DZ- Okay.
37. OV- And we...
38. DZ- But that point you didn't even know who?
39. OV- No. We just left it at that. We said, "Everyone good?" And we said, "Yeah everyone's okay."
40. DZ- Okay.
41. OV- So that's when I realized it wasn't, us.
42. DZ- Okay. When the vehicle is stopped before it collides with your, your vehicle,
43. OV- Mhm.
44. DZ- Can you describe how fast the vehicle was moving towards your vehicle?
45. OV- It was a short distance. I would say he picked up speed pretty quick maybe, I'd say 30 miles per hour in that
46. short distance he probably got up to, maybe. I'm not really too sure though.
47. DZ- Okay. Now after the vehicle collides with you, you said you heard pops.
48. OV- Mhm.
49. DZ- Which direction were you facing at the time you heard those pops?
50. OV- I was facing north.
51. DZ- You were facing north.
52. OV- Mhm.
53. DZ- And did the pops seem like they came from any other direction or which direction did they sound like they
54. came from?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 15 of 25 |

210200936   Supplement No 0044

# Ontario Police Department

**Narrative**

1  OV- They came from the rear where the, where the suspect vehicle and my partners vehicles were.
2  DZ- Okay and you weren't looking in that direction?
3  OV- No.
4  DZ- So you didn't see?
5  OV- No.
6  DZ- You did see the shots? You just think there might have been shots because you heard the pops?
7  OV- Yeah. I just heard, like I said I just heard two pops and I wasn't sure if it was from the vehicle, from the
8  accident, I just wasn't sure because I heard the, the initial collision...
9  DZ- Okay.
10 OV- ...and then that's when I heard the two pops and it just, I couldn't, it was like, I just felt like if they were gun
11 shots, they would have been louder. That's what I assumed at the time.
12 DZ- Okay so when you heard the pops...
13 OV- Mhm.
14 DZ- ...were you still stopped or where you, you said you made a U-turn?
15 OV- Yes, I believe I was still stopped because it was, I got hit. I heard another hit. I think at that point I was trying
16 to figure out if my car was disabled at all...
17 DZ- Okay.
18 OV- And then that's when I was, that's when I made the U-turn at that point. It was kind of simultaneously when all
19 that was happening.
20 DZ- Okay. Was it pretty, pretty hard impact?
21 OV- It was a good impact I'd say?
22 DZ- Okay. And what were you actually, what was going through your mind? What were you thinking when that
23 vehicle was coming at you?
24 OV- He's trying to hurt me. Just because earlier he made, he was able to make the U-turn so now I just feel like in
25 my head he's giving up to his last resorts. He's getting desperate. We have, we're still on, on, we're still able to
26 follow him and that's when I feel like he, I mean he's trying to hurt me now. Now he's, now he's no longer trying to
27 flee. He's trying to intentionally hurt me by ramming his veh, his car into mine, disabling my vehicle just somehow
28 give him the upper hand and that's, you know, that's when I started getting scared.
29 DZ- Okay. You said you heard the pops. Was your hearing effected by or after the shooting?
30 OV- No.
31 DZ- Okay. Do you remember smelling anything after the shooting?
32 OV- No.
33 DZ- And during this incident were you fearful for your safety?
34 OV- Yes.
35 DZ- During this incident were you fearful for anyone else's safety?
36 OV- Yes.
37 DZ- And who's, who else's safety would you be fearful for in this point in this incident?
38 OV- The public and my, my own partners.
39 DZ- Okay. Were you injured in any way during this incident?
40 OV- I had some tightness in my back. It was more of a sensation of like someone had to crack it. That's what I, I
41 went, got checked out by ER doctors at Kaiser.
42 DZ- Okay. So immediately after the incident or?
43 OV- A couple of hours I would say. I think I got checked at around five, five-thirty. Something, about five hours
44 after.
45 DZ- Okay and you said Kaiser?
46 OV- Yes.
47 DZ- Okay. At the time of the shooting do you know if anyone else besides, you don't, you don't know who shot,
48 you don't know anybody else fired or how many people fired or anything like that?
49 OV- No. It's one of those things we've all been talked to numerous times and, we all just, everyone okay, yeah
50 everyone's okay and then just let...
51 DZ- Let it be?
52 OV- ...Detectives handle everything after that.
53 DZ- And do you know where any of the other officers were located at the time of the shooting besides yourself?
54 OV- When, what, what do you mean?

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 16 of 25 |

**210200936** Supplement No 0044

## Ontario Police Department

**Narrative**

1. DZ- At the time the shooting occurred, you heard the pops,
2. OV- Mhm.
3. DZ- Do you know where anybody else was at?
4. OV- I just know that Corporal Alvarado and Officer Escobar were behind me. That's all I know.
5. DZ- Okay. At any point did you feel it was possible for you to reposition yourself or to a place of cover and
6. concealment during this incident?
7. OV- At what, at what point?
8. DZ- At the point you said after the collision occurs...
9. OV- Mhm.
10. DZ- ...and then you moved. Is there, were you trying to reposition yourself to a better position? Is that?
11. OV- Yes because at first I didn't know if he was trying to flee, if he was able to flee because again I, he went out of
12. my, my view. So that's when I repositioned to, if he was going to continue south bound, I was able to continue the
13. pursuit because my vehicle wasn't disabled. Also because I didn't know if there was a, gun shots, I didn't want to
14. be in that line of fire so that's why I also made the U-turn.
15. DZ- Okay. Now you said that, after the vehicle, after you hear the pops and you said you saw the vehicle stopped
16. up against the curb,
17. OV- Yes.
18. DZ- And you had already made your U-turn and you were facing kind of perpendicular,
19. OV- Yes.
20. DZ- And you could see, kind of see the holes in the driver side window. Were you giving commands to anybody in
21. the vehicle?
22. OV- No. We had, Officer Escobar was giving the commands the whole time.
23. DZ- Okay is there a reason why you wouldn't give the commands?
24. OV- Just because he was already, as soon as I got out, our, he was already calling and we've always been
25. trained, have one person give commands. There's no need for multiple people to give commands.
26. DZ- Okay and can you describe the commands that were given?
27. OV- Yes. Officer Escobar yelled out to the passenger at first because she was screaming. She was, you know,
28. high rate and trying to, "Hey come on, come out so we can give you medical attention." She came out, "Show me
29. your hands." They take her into custody and then that's when he starts saying, Officer Escobar starts giving
30. commands to the driver.
31. DZ- Mhm.
32. OV- "Driver put your hands up in the air so we can provide medical attention. Driver if you can't move your hands,
33. move your head side to side." He gave that multiple times and then he transitioned from just yelling to his PA
34. system, the loud speaker and that's when he says like, at that point he starts calling the driver by his first name
35. Joseph. "Joseph, put your hands up in the air so we can give you medical attention if you can't do that move your
36. head side to side," and that was repeated multiple times.
37. DZ- Okay. And you said that from the position you were at, after you had made your U-turn and you were kind of
38. perpendicular, you said it looked like the suspect was leaning?
39. OV- Yes.
40. DZ- Leaning over?
41. OV- Leaning over to like the center console to like where the cup holders are of the vehicle.
42. DZ- Okay. Would that concern you?
43. OV- Yes because I didn't know if, again, I, I don't know, maybe got shot, I don't. At this point I don't know if he's
44. playing sorry probably is the wrong word to use is possum, I don't know if he's playing dead or he's playing up the
45. part like hey to lure us in. I don't know if he's reaching for a gun at this point, I don't know what he's doing.
46. DZ- Okay.
47. OV- I can't tell. I don't know what injury if he's, any injuries at all at this point.
48. DZ- So those are the things going through your mind at the point where you see him kind of leaning over?
49. OV- Yes.
50. DZ- Okay. Other than police, do you know if there were any other people present at the time of the shooting that
51. could be witnesses?
52. OV- No.
53. DZ- Okay. Did you hear anyone say, yell or scream anything after the shooting?
54. OV- Just the female yelling and screaming but I couldn't tell what she was, I think she was yelling and screaming

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 17 of 25 |

000121

**210200936** Supplement No 0044

## Ontario Police Department

**Narrative**

1. and she, I don't, just scared, scared at this point.
2. DZ- And was she still in the car?
3. OV- Yes.
4. DZ- Okay. What were your tactical considerations at this point of the incident where the vehicle's already come to
5. rest against the curb, you've already made your U-turn and you're facing perpendicular? What were your
6. considerations?
7. OV- My consideration was just if tactically, they were already in there, my partners were getting a plan ready to
8. go. Hey, we're gunna, we're gunna get an arrest team going. I, my, my tactics were keep your gun down, right,
9. pointed at the suspect and make sure nothing happens at this point. He doesn't exit, doesn't come out with any
10. guns, he doesn't try and run out, and I'm just focused on him and making sure my responsibility was making sure
11. he's there, he's not trying to flee from us, he's not trying to come out, he doesn't come out with any weapons and
12. starts shooting at anybody else.
13. DZ- Okay and then this plan was initiated?
14. OV- I took that upon myself. I had my, that's what I was doing. That's when I was hear, when I was hearing my
15. partners gather a plan because they were a good twenty feet, thirty feet away from me behind their unit, south of
16. the, of the unit behind it.
17. DZ- Okay.
18. OV- And they were gathering a plan, hey let's get less lethal. I can hear them say, lets get less lethal, lets get an
19. arrest team going and then that's when Officer Escobar was still giving out commands.
20. DZ- Okay and then you said you exited your vehicle. At that point when you, when you end up perpendicular to
21. the suspect vehicle.
22. OV- Yes.
23. DZ- At what point did you unholster your gun?
24. OV- I'd say when I was going around my vehicle to get to the passenger side. At that point I believe my gun was
25. already unholstered.
26. DZ- Okay so, I'm sorry I must, I might have missed this. So when you exit, you exit the driver side of your vehicle?
27. OV- Yes.
28. DZ- And then you just now described.
29. OV- I'm sorry, yes. I went to the rear of my unit and opened up my passenger door to get covered and that's when
30. I stayed there the whole time when they were, my partners were giving commands.
31. DZ- Okay what was the reason for going to the passenger side?
32. OV- Just, I didn't want. At that point I'd be kind of facing more south and I didn't want any crossfire, so I felt like if I
33. was more perpendicular with somebody I'm, it's just me, him and the car.
34. DZ- Okay.
35. OV- Plus I just it, it. I was able to hear my partners better. They had visual of me, I had visual of them and, so we
36. kind of know what's going on at that point.
37. DZ- So you reposition...
38. OV- Yes.
39. DZ- ...to get better, better tactical...
40. OV- Yes. Position on the vehicle.
41. DZ- ...position? Okay at any point during this incident, did the suspect or occupants of the vehicle say anything?
42. OV- Not to my knowledge. I just, like I said I just heard the female screaming when I exited the vehicle and then
43. when she exited the vehicle she was still screaming and the, my partners took her into custody.
44. DZ- Okay. Was the suspect removed from the vehicle?
45. OV- Yes, he was.
46. DZ- How?
47. OV- The officers approached the vehicle. They cleared the, the back window. When they approached the driver
48. side door, they opened up the door and then he was still in the driver side door and I could just hear, "Grab his
49. right arm, who has his right arm?" And then they extract him from the front driver seat and they place him on the,
50. on the ground and that's when they handcuff him and then that's when I saw them search him for any weapons on
51. him.
52. DZ- Okay. Do you know who actually removed him from the vehicle?
53. OV- I believe it was multiple officers but I, I can't tell you all of them, I just I do remember Officer Vasquez-Lopez
54. was one of them who, who pulled him out and was like kind of back peddling pulling the body, the person, the

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN,JEFFREY M | 05/18/2023 15:05 | Page 18 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1. OV- So I'm pursuing the, the suspects vehicle north bound on San Antonio, I'm unsure what street it was exactly.
2. DS- That's oaky.
3. OV- I would say Fifth Street, there's a stop sign, it's a four way stop sign on San Antonio and Fifth Street. Our
4. suspect vehicle failed to yield, stop at that stop sign and he was going at least fifty, maybe sixty miles per hour.
5. There was another vehicle that was, I'd say a light-colored vehicle, that's all I would, could recall...
6. DS- Okay.
7. OV- ...was driving west bound on that particular street, let's say it's Fifth Street. He was going west bound on Fifth
8. Street going into the intersection of San Antonio and that's when that car slammed on it's brakes abruptly to avoid
9. from being hit and that's when the suspect vehicle goes around, swerves, or I don't even know if, I couldn't recall if
10. he swerved to be honest sir. It just kept continuing, it didn't stop, didn't try to avoid any, it was just going on a b
11. line straight it was at a high rate speed not, with no do reg, for anybody's safety at that point.
12. DS- Okay thank you. That helps to explain it better. So the, the other vehicle came to a full stop?
13. OV- Yes. To avoid from being broadsided by the suspect vehicle.
14. DS- Okay and then the suspect vehicle went past?
15. OV- Yes.
16. DS- Okay. I made note here that at some point you said you turned on the spotlight of your unit.
17. OV- Mhm.
18. DS- And I think this happened twice. The first time it was on San Antonio.
19. OV- And just north of Sixth Street on the overpass where the 10 freeway is.
20. DS- And why was that?
21. OV- Because at that point the vehicle, the suspect vehicle turned to the right and appeared that he was going to
22. pull over. So that's why I'm, we've been trained when you do a traffic stop, to use your spot lights to, just for a
23. point of advantage, tactical, so I was going to put, turn on my spot light to put it on their driver side, side mirror.
24. DS- And did that provide anything for you?
25. OV- Yes. I was able to, when the suspect made a U-turn, I was able to see the suspect briefly.
26. DS- Okay. You did mention that you saw the suspect and you noticed some tattoos on him.
27. OV- Yes.
28. DS- And I believe you had some feelings about that. Could you describe what those feelings were and why?
29. OV- Just that initially it was just a simple traffic violation for tinted windows, so someone driving away I was, alright
30. this doesn't make sense to me. When he makes that U-turn I see him, just, he's tattooed and he has tattoos on
31. his face and at this point now I'm thinking is he a possible gang member, just through my experience in, when
32. you're working in si, over six years now, you, you know I've come into contact with a lot of people that are gang
33. members that are tattooed so I didn't know at that point. A lot of gang members they hold guns, they carry guns
34. on them so I, just a lot more things were going through my head at that point.
35. DS- So when you said, "That didn't make you feel good," is because you felt that the tattoos...
36. OV- Could possibly...
37. DS- ...could be gang...
38. OV- Yeah gang related
39. DS- ...tattoos?
40. OV- and. Yeah so, I was again, just, it, it didn't seem. It didn't sit easy with me for a simple traffic violation for
41. someone to be running. Now this individual I see him, that he's tattooed and he's tatted up, again just, to my, in
42. my experience I just thought gang member, gang members carry guns, they carry weapons, it's.
43. DS- Okay. And then after at some point do you turn off your spotlight because you, you said you turned it on
44. again?
45. OV- Yes so when he makes that, that U-turn, I'm, I turn it off, make a U-turn and then that's where I turn, I
46. activated, reactivated when we're on Beverly just north of Sixth Street because again he had, that's when he kind
47. of stops so I'm thinking he might be stopping now. Maybe he's giving up now. So I turn it on and that's when he
48. puts it in reverse and rams my vehicle.
49. DS- Okay. Skipping ahead just a little bit but, I, I want to just make sure, was there any other vehicles that came
50. close to being hit while you guys were driving because I thought I heard at one point you said, "vehicles."
51. OV- That was the only one that stood out the most. The one that, that I explained earlier. There might have been
52. other vehicles but I, I, it didn't come that close. It, maybe they might have stopped. That was the only one that
53. was, that was very close call.
54. DS- Okay.

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 22 of 25 |

**210200936** Supplement No 0044

# Ontario Police Department

**Narrative**

1. OV- That individual, that, those people were really lucky that that didn't happen.
2. DS- Alright. Moving to when you had gone to, on Beverly and you had mentioned you heard your partners coming
3. up with a plan...
4. OV- Mhm.
5. DS- If you can remember...
6. OV- Mhm.
7. DS- ...what was that plan?
8. OV- Plan was keep, continue to give commands to see if we can get the suspect to comply with us. With, just do
9. verbal commands. We, I heard less lethal, hey we need a less lethal option. We need an arrest team, who's going
10. to be on cuffs? Over the radio at this point I can hear OFD was being staged. I'm trying to think what else was
11. happening. I feel, at that point I feel like we checked all the box. Going through, hey this is what we need to do,
12. make sure we can get to this guy. That's when Officer Escobar was saying, hey, you know, we need to give you,
13. "We need you to put your hands up so we can help you, give you medical aid," and we were, you know that was
14. the whole issue. We were trying to get medical aid to him as soon as possible.
15. DS- Okay. Excuse me one second. *whispers* Did you ask this?
16. DZ- No, I did not talk about this.
17. DS- Okay. I believe at some point you had said that you unholstered your weapon?
18. OV- Yes.
19. DS- Can you tell me why?
20. OV- It was a high-risk traffic stop. That's what we're trained. I'm trained for high risk traffic stops at this point we
21. don't know what's going on. He's already rammed my vehicle, assault with a deadly weapon so I don't know at this
22. point what he's capable of or what his plan is. I unholstered it because I didn't feel safe. I felt like my safety was in
23. danger so.
24. DS- Okay and once your vehicle came to a stop here after you made the turn, what did you do?
25. OV- I exited the driver door and then I went around the back side.
26. DS- Okay. Why would you get out of your vehicle?
27. OV- For, for tactical reasons you don't want to, you know when we're trained for a high risk stop you don't want to
28. be inside of your vehicle. There's numerous things that can happen. You don't want to be trapped inside. So the
29. safest position is to exit your vehicle so you can give your commands. Plus if, if you know, things go sideways if
30. you're going to have to discharge your firearm, you don't want to be discharging that through a windshield.
31. DS- Okay you said there's several things that can happen. Can you give me some of those reasons why?
32. OV- Yeah, I exited my vehicle just, if the suspect was, could exit his vehicle and he could run, he could flee on
33. foot. I didn't want, if I'm stuck in my vehicle, I'm not able to chase him. If he exits his vehicle and he approaches
34. my vehicle and he has the advantage, I don't know if he has any weapons on him, maybe he, he shoots me. So
35. that's, that's why you actually for safety concerns.
36. DS- And do you have any ballistic protection through our windows or anything in our cars that are assigned?
37. OV- No.
38. DS- Okay. It's been a while since I've been on patrol.
39. OV- Yeah, I know.
40. DS- I just want to make sure nothing's changed.
41. DS- Alright. So I noticed on this picture you, you had written Officer or...
42. OV- Escobar.
43. DS- Officer Escobar and Alvarado in specific positions one over the driver side one over the passenger side. At
44. what point did you know who was driving and who was?
45. OV- They're a training car so Officer Escobar, he's not some new boot, a new officer. He's been on police work for
46. twenty years, I believe he was a Sergeant at another department...
47. DS- Mhm.
48. OV- ...so I knew he was driving because he's train, Corporal Alvarado's the, his trainer at this point, his field
49. training officer so I'm, usually the field training officer is usually in the passenger seat and then the trainee is the,
50. the driver.
51. DS- Okay. Did you actually see that or were you going off of past practice?
52. OV- No, I, I've seen him. I saw him driving earlier that day.
53. DS- Okay.
54. OV- So I, unless they switched prior to that but I saw him earlier in that day in the driver seat

| Report Officer | Printed At | |
|---|---|---|
| 80142/ZEEN, JEFFREY M | 05/18/2023 15:05 | Page 23 of 25 |