"EXHIBIT 9"

210200936   Supplement No 0047

# Ontario Police Department



**Address**
2500 S. Archibald Ave.
**City, State Zip Code**
Ontario, California 91761
**Nature of Call**
PC 197

**Phone Number**
(909)395-2001
**Fax Number**

**Reported Date**
02/22/2021

**Officer**
WOOLWEAVER,PATRICK

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Ontario Police Department | 210200936 | 0047 | 02/22/2021 | 23:55 | 210530505 |

| Status | Nature of Call |
|---|---|
| REPORT TAKEN | JUSTIFIABLE HOMICIDE:ANY PERSON |

| Location | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|
| W 4TH ST/N BOULDER AV | | ONTARIO | 91762 | 59 |

| Area | Beat | Officer | | Assignment | Entered by |
|---|---|---|---|---|---|
| 1 | 11 | 80482/WOOLWEAVER,PATRICK | | INVESTIGATIONS | 80482 |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|
| INVESTIGATIONS | Successful | Successful | 14632 | 03/30/2021 |

| Approval Time |
|---|
| 11:32:11 |

## Modus Operandi

| Gang Inv? | Crime Code(s) |
|---|---|
| No | HOMICIDE |

## Narrative

Digital Evidence

Body Worn Video: No
Audio Recording: Yes
Digital Photographs: No

I am currently assigned to the investigations division of the Ontario Police Department (OPD). On 02/23/21, I was called in to assist with officer involved shooting in the 1500 block of N. Beverly Ct. in Ontario.

Ofc. Escobar, who was on scene at the time of the shooting, but did not fire his weapon, was scheduled to be interviewed about the shooting on 02/25/21 at about 1200 hours. I was asked to assist with the investigation by interviewing Ofc. Escobar about the officer involved shooting which took place on 02/23/21 in the 1500 block of N. Beverly Ct.

On 02/25/21 at about 1200 hours, I was advised that Ofc. Escobar and two representatives from the Law Firm of Mastagni Holsted were at OPD in conference room 2115.

Det. Zeen and I contacted Ofc. Escobar and his two representatives in the conference room and I read Ofc. Escobar a video admonishment. Below is a transcript of my initial contact with Ofc. Escobar and the admonishment read to him.

OE- Officer Alex Escobar
JB- John Bakhit - Law Firm of Mastagni Holstedt
SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
DW- Detective Patrick Woolweaver
DZ- Detective Jeffrey Zeen
DL- Detective Darryl Lauritzen

JB- One second let me power this thing on.

DW- Yeah.

JB- Whenever you're ready.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 1 of 30 |

**210200936**   Supplement No 0047

## Ontario Police Department

### Narrative

1  DW- Cool. You're about to view a camera recording of a use of force event. Understand that while this recording
2  depicts visual information from the scene, the human eye and brain are highly likely to perceive some things in
3  stressful situations differently than the camera recording them. With that in mind, the video may not reflect how an
4   officer actually perceived the event. The recording may depict things that the officer did not see or hear. In the
5  same regard, the officer may not have seen or heard things that were not recorded by the camera. Depending on
6  the cameras speed, some action elements may not have been recorded or may have happened faster than an
7  officer could perceive and absorb them. The camera has captured a two-dimensional image that may be different
8  from an officer's three-dimensional observations. Lighting and angles may also have contributed to different
9  perceptions, and of course, the camera did not view the scene with the officer's unique experience and training.
10  Hopefully, this recording will enhance your understanding of the incident. Keep in mind, the video or videos are
11  only one piece of evidence to be considered in the reconstruction in evaluating the totality of the circumstances.
12  And just as a side note, we just ask that you guys don't photograph, record or duplicate any of the cameras or any
13   of the videos in any way. And this room is not video or audio recorded other than what you have brought with
14  you.

15
16  JB- Sounds good.

17  DW- Alright guys.
18
19  After the admonishment was read, I left the room to allow Ofc. Escobar and his attorneys, John Bakhit Samuel
20  Siavoshi time to view video.

21
22  After Ofc. Escobar had a chance to view video from the incident, I was advised he was ready to be interviewed.
23  The following is a transcript of my interview with Ofc. Escobar. Det. Zeen assisted me with the interview.

24  OE- Officer Alex Escobar
25  JB- John Bakhit - Law Firm of Mastagni Holstedt
26  SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
27  DW- Detective Patrick Woolweaver
28  DZ- Detective Jeffrey Zeen
29  DL- Detective Darryl Lauritzen
30
31  Alright todays date is February 25th, 2021. It's about 12:28 P.M. We're at the Ontario Police Department in
32  conference room number labeled 2115 in the Detective Bureau. My name is Detective Patrick Woolweaver this is
33  Detective Jeffrey Zeen. Can everyone else present in the room please state and spell your names.
34
35  JB- John Bakhit with Mastagni Holstedt. J-O-H-N Bakhit is B as in boy, -A-K-H-I-T on behalf of Officer Escobar.
36
37  OE- It's Alex Escobar, A-L-E-X  E-S-C-O-B-A-R, last name.

38  SS- Samuel Siavoshi from Mastagni Holstedt. First name Samuel S-A-M-U-E-L, last name Siavoshi
39  S-I-A-V-O-S-H-I.
40
41  DW- Thank you. There are other monitors in a separate room. Detective Lauritzen can you hear me okay?

42  DL- Yes, we can hear you.
43
44  DW- Alright. The persons listening will sign in on a list and the list will be provided to you guys at a later time. And
45  if you guys could go back on mute please.
46
47  DL- We're on mute.

48  DW- Thank you. Alright the only recording devices in this room are the audio recording devices you see in front of
49  you. Officer Escobar, has anybody ordered you to give a statement here today?
50
51  OE- No.
52  DW- No? Okay. We're going to get started by stating we're currently conducting a criminal investigation regarding
53  report number 210200936 and you are considered a victim. Officer Escobar, I understand you have had the
54  opportunity to speak to your attorney and are willing to give a voluntary statement. Is that correct?

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 2 of 30 |

**210200936**    Supplement No 0047

# Ontario Police Department

**Narrative**

1  OE- Yes.
2  DW- If at any time you want to end this interview, please let me know. During the interview I will be asking you to
3  tell us details of the events that took place. If you don't remember something, simple enough to tell me you don't
4  remember.
5
6  OE- Okay.
7  DW- If you need time to think about how you're going to answer a question, I will wait for you to answer. If you
8  don't understand a question I am asking, please let me know that you don't understand, and I'll try to ask it in a
9  different way. If at any point during this interview you feel you need to take a break or go to the restroom, please
10  let me know and we'll take a break whenever at your guys leisure, okay? Ready to go?
11
12  OE- Ready.
13
14  DW- Alright. How many total years have you been a peace officer?
15  OE- Twenty-three years.
16
17  DW- Twenty-three years. How many years have you been a police officer with the Ontario Police Department?
18  OE- About a month.
19
20  DW- A month, gotcha. And what was your start date?
21
22  OE- January 25th.
23  DW- Gotcha.
24
25  OE- 2021.
26  DW- 2021. What department or departments have you previously worked for?
27
28  OE- Huntington Park Police Department from 1998 to 2021.
29
30  DW- Gotcha and that's the only other department you've worked for?
31  OE- Yes.
32
33  DW- Okay. What is your current rank?
34  OE- Police Officer.
35
36  DW- And what's your current employee ID number?
37
38  OE- 20521.
39  DW- What is your current assignment?
40
41  OE- I'm assigned to patrol.
42  DW- And what is your current assigned shift?
43
44  OE- Work graveyard Monday through Thursday.
45
46  DW- And what hours are the graveyard hours?
47  OE- It's 21:00 to 07:00.
48
49  DW- On Monday, February 22nd, 2021, what shift were you assigned to work that day?
50
51  OE- Graveyard patrol.
52  DW- What time did you start your shift on that day?
53
54  OE- 2100.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 3 of 30 |

000134

**210200936**   Supplement No 0047

# Ontario Police Department

**Narrative**

1   DW- And what time were you scheduled to end?

2
3   OE- 07:00.

4   DW- What is your current height and weight?
5
6   OE- About 5'10, 229.

7   DW- Okay. Were you wearing a police uniform that day?
8
9   OE- Yes.

10
11   DW- Starting from the top of the uniform, just the uniform so from working down, can you describe it for me?

12   OE- Yes, it's a LAPD blue patrol long sleeve shirt with Ontario Police patches on both shoulders. Police Officer
13   badge on the left top of the breast pocket. I have my name, A. Escobar on the right-side breast pocket of my shirt.
14   I do have a lapel mic on my shirt as long with a body camera, right at center level chest.
15
16   DW- Okay.

17   OE- Down to my waist, that's where I have my duty belt with a duty handgun on the right side.
18
19   DW- We'll, we'll get into the duty belt. If you want to just continue, go down, we'll come back. We'll circle to the
20   belt.

21
22   OE- Okay and I'm wearing a police vest underneath.

23   DW- Mhm and lower, lower half of the body?
24
25   OE- Lower half of the body is also a, what they call a, LAPD wool, dark pants. Danner style boots and a duty belt.

26   DW- Got it. Alright if you can remember, please start at your belt buckle and go clockwise to your right and
27   describe the equipment you were carrying on your belt at the time of the incident.
28
29   OE- Okay from counter-clockwise my duty belt, first thing would be my key holder.

30
31   DW- Are we going clockwise or counter? So can we start to the right? Yeah. Right.

32   OE- To the right?
33
34   DW- Yeah.

35
36   OE- First would be my key holder.

37   DW- Mhm.

38
39   OE- Next would be my OC spray holder next would be my duty gun for my Glock 17, followed by a, two handcuffs.
40   To the left of that would be a small flashlight holder and next to that would be my issued radio portable radio and
41   following that would be my taser drop leg holster. My duty, my baton ring, my tourniquet holder and then my
42   double magazine pouch.

43   DW- Got it and you mentioned a flashlight holder and a taser holster. Did you have a flashlight and taser in those
44   items?
45
46   OE- The mini flashlight holder, there was no flashlight there.

47
48   DW- Okay.

49   OE- The taser drop leg holster did have a taser inside and I did have a issued long flashlight on my left rear
50   pocket.

51
52   DW- Gotcha. Where you wearing a radio earpiece at the time of the incident?

53
54   OE- Yes.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 4 of 30 |

**210200936**   Supplement No 0047

# Ontario Police Department

**Narrative**

1   DW- What ear were you wearing it in?

2
3   OE- Right ear.

4   DW- Right ear? Were you carrying any other equipment on you?
5
6   OE- I did have a issued knife on my left front pants pocket and some latex gloves with my notebook on the right
7   rear pocket.

8
9   DW- Gotcha and when you say issued knife, a knife issued to you by the Ontario Police Department?

10   OE- Yes, the rescue, rescue.

11
12   DW- Gotcha. Were you wearing any hearing protection at the time of the incident?

13   OE- No.
14
15   DW- Were you wearing any eye protection or glasses at the time of the incident?

16
17   OE- No.

18   DW- Do you recall your call sign on Monday, February 22nd, 2021?

19
20   OE- Yes.

21   DW- What was it?
22
23   OE- Victor 8

24
25   DW- Victor 8. Were you working as a solo officer or did you have a partner in this unit?

26   OE- Partner.

27
28   DW- And who was your partner?

29   OE- Corporal Alvarado.
30
31   DW- Corporal Alvarado. Did you check out the police vehicle?

32
33   OE- Yes.

34   DW- Do you remember the police vehicle number that day?
35
36   OE- 1024.

37   DW- 1024? Okay. Is that a marked black and white police Ford Explorer equipped with emergency lights?
38
39   OE- Yes.

40
41   DW- Did you inspect your police vehicle at the beginning of your shift?

42   OE- Yes.
43
44   DW- Okay. Were all of your police unit lights and equipment working properly?

45
46   OE- Yes.

47   DW- Was your mobile data computer also known as your MDC working properly?

48
49   OE- Yes.

50   DW- Did you log in to the MDC or did your partner log in?
51
52   OE- I logged on for both.

53
54   DW- You logged on for both. And who was assigned as the driver of the vehicle?

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 5 of 30 |

000136

**210200936**   Supplement No 0047

## Ontario Police Department

**Narrative**

1  OE- I am. I was.

2
3  DW- You were. Okay. Were you assigned a department issued worn body worn camera? And you already
4  answered that?

5  OE- Yes.

6
7  DW- Yes. Did you at some point during this incident begin recording with your body worn camera?

8
9  OE- Yes.

10  DW- Can you explain how you activate the device.

11
12  OE- I, you press the middle center button on the front of the camera. You select it twice, you press it twice and it
13  should activate the camera.

14  DW- Got it. Have you had the opportunity to review video or videos reco, video or video recordings to refresh your
15  recollection about the incident that occurred on Monday, February 22nd 2021, prior to our interview?
16
17  OE- Yes.

18  DW- Yes. Okay. So moving on, we're going to get into the cognitive portion of this where we ask questions about
19  this specific incident. Good?
20

21  OE- Good.

22
23  DW- On Monday February 22nd, 2021 at about 23:55 hours, was there a vehicle pursuit?

24  OE- Yes.
25

26  DW- Can you tell me about the vehicle pursuit?

27  OE- It started at Mountain and Fourth when we first observed the suspect vehicle, the red vehicle traveling north
28  on Mountain and it turned east bound on Fourth Street. Officer Valera (Varela) was also in the area. We were
29  actually stopped at a red light together coincidently. I was going to be turning left and he was going to be going
30  straight. Once we saw the vehicle, we identified a vehicle code violation, so Officer Varela turned east, being the
31  lead officer, and I followed shortly behind him.
32

33  DW- What was your involvement in the actual pursuit?

34
35  OE- I was the secondary unit involved in the pursuit. Primary assigned radio broadcast, providing direction of
36  travel and any other information regarding the pursuit.

37  DW- Who was the driver of your unit during the actual pursuit?
38

39  OE- I was.

40
41  DW- You were. Okay. And what were you feeling? What were you thinking during that pursuit?

42  OE - Adrenaline was kicking.
43

44  DW- Mhm.

45  OE- Once we realized he wasn't going to stop, Officer Valera (Varela) initially put out he was going to do a,
46  attempting traffic stop, provided a plate and location. The vehicle was not yielding. He activated his Code 3 lights,
47  red lights and siren. The car was not stopping or pulling over. He just started to speed away. At that point that's
48  when I knew the suspect was not going to stop...
49

50  DW- Mhm.

51
52  OE- ...and we're going to be involved in a pursuit.

53  DW- And just to confirm, who initiated the pursuit?
54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 6 of 30 |

**210200936**  Supplement No 0047

## Ontario Police Department

**Narrative**

1  OE- Officer Valera. (Varela)

2
3  DW- Gotcha. And it sounds like beating a dead horse. Can you just lay out the order at this point in the pursuit of
4  the vehicles?

5  OE- Okay so it would be the suspect vehicle...
6
7  DW- Mhm.

8  OE- ...followed by the primary unit which was Officer Varela *Valera*, and the secondary unit, it was myself and
9  Corporal Alvarado in one unit.
10

11  DW- Gotcha. And how was dispatch notified of this initially as far as you know.

12
13  OE- I went on the radio and advised we had a failure to yield...

14  DW- Mhm.
15
16  OE- ...and provided direction of travel to dispatch.

17  DW- What was the reason the vehicle was being pursued?
18

19  OE- A vehicle code violation, tinted windows.
20
21  DW- Okay and continuing just the pursuit itself, can you tell me what you recall about it?

22  OE- As the pursuit initially began, I immediately noticed the time of night. It was, it was, there was no traffic
23  literally on the street. The road conditions were dry, the car was accelerating about 50 or 60, I kept seeing the
24  vehicle turning on its brake lights and kind of swerving on the roadway which was kind of odd for me because in,
25  from my training and experience, usually that's done when there's a lot of traffic to swerve and avoid...
26
27  DW- Mhm.

28  OE- ...but there was no, no traffic at all. So, I, in my mind I was thinking, my opinion was this guy is desperate, he
29  wants to get away and he didn't want to be caught by us.
30

31  DW- Mhm.

32
33  OE- So as we continued east bound on Fourth, the first major intersection was San Antonio. At that point he turns
34  north bound on San Antonio and I'm still providing a description, you know direction of travel, road conditions as
35  best I could. Trying to identify, you know road...

36  DW- Mhm.
37
38  OE- ...road signs...

39  DW- Mhm.
40
41  OE- ...and so I can provide dispatch. As we turn north bound, he continued to sped away, again I, I kept seeing
42  him, the driver at least put, I could see the brake lights and him swerving intentionally, but there was no cars in
43  front which was again awkward and...
44
45  DW- Yeah.

46  OE- I felt like he, he was just driving recklessly and putting people in danger on the roadway at the point wanton
47  disregard.
48

49  DW- Yeah.

50
51  OE- So we proceeded to go follow him. Right when we got to the 10 bridge, it seemed to me like he was looking,
52  in my opinion, he was looking, maybe he thought there was an entry for the freeway...

53  DW- Mhm.
54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 7 of 30 |

**210200936**   Supplement No 0047

# Ontario Police Department

**Narrative**

1  OE- And then all of a sudden he pulls over to the right on the curb. On the east curb line along the east curb. I
2  thought he was going to, you know stop and surrender, so I started to position my unit as the secondary on the L
3  stop, high risk stop.
4
5  DW- Mhm.
6
6  OE- And next thing you know he just does an abrupt sudden U-turn in front of the east curb line and he goes
7  across into the south bound lanes and starts heading south bound away from us which surprised me and that just
8  kind of verified everything I was thinking. You know, he's desperate, you know he's, he's playing with us or he just,
9  he just wants to get away. So we made a U-turn. Officer Valera (Varela) was the first one I maintained my
10 secondary position in the pursuit, continued to call it out going south bound on San Antonio. He was approaching I
11 believe Sixth Street and he was still kind of driving the same way just kind of like weaving and brake lights
12 occasionally were being hit.
13
14 DW- Mhm.
15
15 OE- There was still no traffic on the road, it was, seemed like there was no one on the street. Thank god there
16 was no one on the street but when we got to, to Sixth Street he turned east bound and when he turned east
17 bound, he just started to accelerate away from us. We were still maintaining a visual of the car. I noticed then he,
18 at that point he went on the wrong side of the road. Again, very awkward...
19
20 DW- Mhm.
21
22 OE- ...because there was no, no one in front of him, really.
23
24 DW- Mhm
25
25 OE- No traffic at all, and, you know I put that on, on the radio when he was passing some streets and then we go
26 to Beverly Court, I believe that's the street, he turns north bound. I'm still not as familiar with the city so I didn't
27 know it was a cul-de-sac or a dead-end street so Officer Valera (Varela) turns first, I follow behind. As we turn into
28 Beverly Court, what I remember seeing is, right before he stops I can see him trying to swerve to the left and to
29 the right and then he stopped abruptly. When he stops I'm thinking there's nowhere to go but as desperate as he
30 was driving, honestly I, in my opinion I thought that he was going to try to either hit one of the lawns and try to get
31 into a lawn and make a U-turn and try, that's what I was thinking.
32
33 DW- Mhm.
34
34 OE- And instead I saw the reverse lights come on and he started backing, straight back into Officer Valera's
35 (Varela) car and he hit, I saw him hit the right side of the vehicle, passenger side, which really shocked me and at
36 that point, that whole desperation trying to get away, turned to me like he really wants to hurt us, he's going to do
37 anything to get away. I mean judging by the collision of the car, I was hoping Officer Valera (Varela) was okay but
38 then he just kept going. The vehicle kept accelerating towards my unit and it happened so fast. I was like he's
39 going to hit us, he intentionally wants to hit us to get away, to hurt us.
40
41 DW- Mhm.
42
42 OE- So I tried to swerve to the left, but I didn't have enough time. His car then just, it was traveling straight back
43 initially south bound but then it kind of turned at a westwardly direction and almost like, it just intentionally hit our
44 car on purpose and when he hit our car, all this is simultaneously going on, I can see through my peripheral vision
45 the, the front passenger where Corporal Alvarado was at, right before he hit the, our car, I can, I can hear it and I
46 can see he, opening the, the door. Almost like if we were going to get out to like, he was going to run.
47
48 DW- Mhm.
49
50 OE- Or he was go, go in some type of foot chase and once I heard the door open and the car hit us, I thought
51 honestly he got hit or he was going to get hit by the car that was coming at us. Then I, shortly thereafter the car
52 got hit, it continued to accelerate, I could hear the engine revving up and I could hear it still moving backwards and
53 the car, I could see the car moving back. I'm putting the, my car in park to try to get out. As I'm doing that I hear
54 about two- or three-gun shots. Based from everything that was going on I knew it was Corporal Alvarado that, it

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 8 of 30 |

210200936   Supplement No 0047

# Ontario Police Department

**Narrative**

1
2   OE- At least the lights.
3   DW- At least the lights?
4
5   OE- At least the lights.
6   DW- Not sure on the siren then?
7
8   OE- I think Corporal Alvarado might have.
9
10  DW- Gotcha.
11  OE- Hit, hit the sirens or the wheel.
12
13  DW- Okay. What information do you recall being made aware of prior to the pursuit as far as prior to the pursuit
14  starting?
15  OE- Other than the vehicle was spotted, a red vehicle turning, VC violation.
16
17  DW- Okay.
18
19  OE- I know that we say, hey there's a driver in the car, there's a male driver.
20  DW- Mhm. Gotcha.
21
22  OE- Lets go check that car.
23  DW- Mkay. Now during the pursuit did you, I know you were talking about when you were running through the
24  pursuit itself, you talked about him going and making these turns and going on the wrong side of the road, what
25  violations did you actually observe during the pursuit?
26
27  OE- Failure to stop for a stop sign, driving the wrong way on the road, red, red light violations, I just can't give you
28  the intersection.
29
30  DW- Yeah, yeah. Yeah.
31  OE- Everything happened pretty fast. And then speeding, obviously going...
32
33  DW- Yeah.
34  OE- ...an excess of 50 or 60 mile per hour.
35
36  DW- Gotcha. Were those violations broadcasted to dispatch?
37
38  OE- No.
39  DW- No? Gotcha.
40
41  OE- I, I did broadcast a wrong way on the road.
42  DW- Okay.
43
44  OE- But I was just trying to maintain a visual on everything.
45
46  DW- Sure.
47  OE- I had the radio in one hand.
48
49  DW- Sure.
50  OE- Steering wheel.
51
52  DW- Yeah.
53
54  OE- Trying to familiarize the...

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 10 of 30 |

000141

**210200936**  Supplement No 0047

## Ontario Police Department

**Narrative**

1
2  DW- Yeah.
3  OE- ...it's only been three weeks on patrol...
4
5  DW- Yeah. I got you.
6
7  OE- ...and looking for street signs so I was trying to do my best to multitask.
8  DW- So with that can you describe your communication with dispatch during the pursuit?
9
10  OE- Yes. Initially before the traffic stop and this is just me getting, being used to the way dispatch works here, just
11  kind getting used to it but...
12  DW- Mhm.
13
14  OE- When Officer Valera (Varela) put out the traffic stop, I initially, right away clicked the radio to try to say, "I'm
15  out, route Victor 8 route with him."
16
17  DW- Mhm.
18  OE- But dispatch was faster than I was and they unit to back and all of a sudden that's when the pursuit kicked off.
19
20  DW- Mhm.
21  OE- Like he was not stopping so the next thing I did was I just started broadcasting direction of travel, speed,
22  weather conditions, road conditions and then it just started playing off, playing off of that.
23
24  DW- Gotcha. Did you have any communication, or can you describe your communication with the other units in
25  the pursuit, during the pursuit?
26  OE- Other than just making the radio broadcast, there was no other communication or me directing anyone else,
27  just you know, knowing my experience that we're involved in a pursuit, I knew that there was other officers coming
28  and were portably nearby on their way.
29
30  DW- Did you have any communication issues or concerns?
31
32  OE- No.
33  DW- No? So you, can you just desc, I know you, you described the driving, and you described that you
34  recognized the desp, what you, you're using your words desperation.
35
36  OE- Mhm.
37
38  DW- Can you go a little bit more into how that made you feel during the pursuit?
39  OE- The way that I was seeing him drive and you know judging from my experience, I felt like he was doing a
40  couple of things. I felt that he was desperate to get away.
41
42  DW- Mhm.
43  OE- And that he was trying to create something for us either to get us to back off or to try to like maybe intimidate
44  us or even play with us in a sense, what he was doing, but it was definitely reckless...
45
46  DW- Mhm.
47
48  OE- ...and I felt like it was not the norm based on the conditions at the time for me that I've been in the pursuits...
49  DW- Mhm.
50
51  OE- ...in my career. I just felt it was more aggressive driving or what was actually going on.
52  DW- And you mentioned that you were aware at some point during the pursuit or after the pursuit of a female
53  passenger. At what point exactly did you, were you made aware of her presence in the vehicle?
54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 11 of 30 |

**210200936**   Supplement No 0047

# Ontario Police Department

**Narrative**

1  OE- Not til' after the shots were fired, and the, and I exited my unit.

2
3  DW- Mhm.

4
5  OE- I walked around it and then I can, the only reason why I knew is because I could hear her screaming.

6  DW- Mhm.

7
8  OE- And she was hysterical, and she was just screaming and that's when I knew, and she was sitting in the front,
9  right passenger seat.

10  DW- So now going to the area where the pursuit ended. Can you describe the lighting conditions there?

11
12  OE- The lighting was the typical streetlights. It was dark but I mean you couldn't see much, but it was dark with
13  streetlights.

14  DW- Any other lighting provided in the area?

15
16  OE- Aside from our police units, our Code 3 lights and spotlights and.

17
18  DW- Now the area itself, can you just describe the area?

19  OE- It was a, it's a residential area, cul-de-sac. Looks like they were more single-family homes.

20
21  DW- Mhm.

22  OE- I didn't see anything else other than that, that I noticed.

23
24  DW- I want to kind of dive into specifics on placement of the vehicles. So, you mentioned that the, the vehicle
25  came to a stop in the middle of the street. What was the position of your unit in relation to the suspect vehicle
26  when that vehicle came to a stop in that cul-de-sac?

27  OE- I was behind the suspect vehicle a little off to the left.
28

29  DW- Gotcha.

30
31  OE- Offset to the left.

32  DW- And what did you do when that suspect vehicle stopped?
33

34  OE- I stopped as well.

35
36  DW- You stopped as well? Can you describe your view into that vehicle at that time when it was stopped?

37  OE- All I can see when I stopped was the red vehicle stopped...

38
39  DW- Mhm.

40  OE- ...briefly...
41

42  DW- Right.

43
44  OE- ...and I knew, I can see that there was a driver obviously and that's it.

45  DW- That's it. So at this point in the encounter, what were your tactical considerations?

46
47  OE- Well, my, my thought, my state of mind based on what I saw was that he was still trying to actively get away.

48  DW- Mhm.
49

50  OE- He was not, the way he made the U-turn previously, I thought that he was still going to do something either
51  exit the vehicle and run or he was going to try to get on the lawn of some house

52
53  DW- Mhm.

54  OE- ...and try and get a U-turn and try to find an escape route pretty much. So that's the only reason why I didn't

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 12 of 30 |

**210200936**    Supplement No 0047

## Ontario Police Department

**Narrative**

1  put the car in park...

2
3  DW- Mhm.

4  OE- ...and I didn't get out of the vehicle because in my mind, based on my experience and training, I felt like he
5  still wanted to run...

6
7  DW- Gotcha.

8
9  OE- ...to get away.

10  DW- With those considerations in mind, did you have any, maybe plans you were thinking of as far as what you
11  were going to do with that or any goals you were thinking about at that time?

12
13  OE- At that point just, tactical, just create distance.

14  DW- Mhm

15
16  OE- I was trying to set up an L stop position as a secondary unit to the left of Officer Valera (Varela), but just as
17  we stopped, initially kind of, didn't give me the opportunity to do so...

18
19  DW- Mhm.

20  OE- ...just, and then the hesitation with the suspect kind of, is he going to stay, is he going to go again, is he going
21  to run?

22
23  DW- Mhm.

24  OE- Tactically I was thinking okay I gotta be ready for either or to continue driving or stop, get out and go after and
25  run, run after and run after the suspect.

26
27  DW- And you mentioned Officer Varela's unit. What was your relationship in, what was your position in
28  relationship to his unit as far as your two units?

29
30  OE- I was about offset to the left of his unit behind him I was offset a little bit to the left.

31  DW- Got it.

32
33  OE- Just a slightly, like I said I was trying to put my unit to the left for the L tr, L stop there.

34  DW- So even farther left than he was?

35
36  OE- Yes.

37  DW- Gotcha. I think you answered but I'm going to just clarify this. Vehicle comes to a stop. What is your body
38  position at this time?

39
40  OE- Still seated in the driver seat of my police unit.

41
42  DW- Did you exit the vehicle at this time?

43  OE- No.

44
45  DW- After the vehicle came to a stop, and this is the suspect vehicle, what did it do after that?

46
47  OE- Once it came to a stop, he immediately put it in reverse, and I knew that because I saw the reverse lights
48  come on.

49  DW- Mhm.

50
51  OE- Then I, I can hear the engine accelerate and there was really not much distance between the suspect vehicle
52  and Varela's (Varela's), Officer Valera's (Varela's), just because the way it ended up and then he, I can see him
53  backing up and accelerating towards Officer Valera's (Varela's*) car.

54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 13 of 30 |

**210200936**    Supplement No 0047

# Ontario Police Department

**Narrative**

1 DW- Got it. So at this point now, going back to that tactical consideration question, are, do you have it, have your
2 tactical considerations changed or what are they now that this vehicle is moving in reverse?
3
4 OE- Definitely now I'm thinking he wants to hurt us. He wants to hit us in our cars and he wants to, he's
5 desperately trying to get away and in the process I'm thinking he's either going to crash into our, our vehicles and
6 try to damage them and possibly try and hurt us too.
7 DW- Sure.
8
9 OE- So I was definitely concerned for my safety and the safety of the officers there.
10 DW- Could you see what the driver was doing inside the vehicle this time?
11
12 OE- No.
13
14 DW- No. And how did this make you feel? I mean, this, this car comes to a stop. Now it's reversing at you. How
15 did you like, how did you feel about that?
16 OE- Initially I was in disbelief. I was in disbelief and then I felt scared and afraid for the officers including myself...
17
18 DW- Mhm.
19
20 OE- ...because that desperation mode turned into now violence. To hit a police car that has its lights and sirens on
21 and then strike that police car then, knowing because it was, we all had our lights and sirens on and you can see
22 the lights. I mean at least from my perspective...
23 DW- Mhm.
24
25 OE- ...I mean, he knew there was, he must have known that there was other police cars behind him and he just
26 kept accelerating and that's when he backed up into, into my police vehicle.
27 DW- Okay. Now this time, so we've moved, where the vehicle's now approaching. What is your body position at
28 this point where it's backing up?
29
30 OE- I'm still seated as the driver.
31
32 DW- Mhm.
33 OE- Still sitting inside.
34
35 DW- Mkay. And has your view into the suspect vehicle changed at all? Can you see anything inside that suspect
36 vehicle?
37 OE- I can start to see things inside the vehicle. I can, I was focusing on the driver primarily...
38
39 DW- Mhm.
40
41 OE- ...and his actions and I can see him steering the car and kind of looking back and just going at it...
42 DW- Mm.
43
44 OE- ...in reverse.
45 DW- Gotcha. Could you tell what his demeanor was?
46
47 OE- No I can't.
48
49 DW- No. Did you do anything else as the vehicle was approaching you?
50 OE- Yes. As the vehicle was approaching me, I remember turning my steering wheel to the left because I didn't
51 want to get hit by his car.
52
53 DW- Mhm.
54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 14 of 30 |

**210200936**    Supplement No 0047

## Ontario Police Department

**Narrative**

1  OE- I didn't want to get hurt, I didn't want my partner to get hurt by the car, so I was trying to swerve left to get out
2  of his way.

3
4  DW- And tell me about, specifically that moment where the suspect vehicle starts to impact. First describe or tell
5  me about the collision with officer Varela's unit that you described.

6
7  OE- Okay so as I see those white reverse lights come on,

8  DW- Mhm.

9
10  OE- I could see the car accelerating. It was obvious he knew, it was obvious to me that he must have, at least in
11  my opinion know that the police car was there.

12  DW- Mhm.

13
14  OE- The lights were on, the sirens were on, it was obvious and for him to go in reverse, strike Officer Valera's
15  (Varela's) car on the front passenger side, again I was shocked.

16  DW- Yeah.
17
18  OE- And it just elevated everything a lot more for me...

19
20  DW- Mhm.

21  OE- ...in terms of tactics, in terms of, you know my emotions too. I was afraid that you know, he was going to, you
22  know continue to keep coming at us and be aggressive and violent...

23
24  DW- Mhm.

25  OE- ...towards us. So after he hit Officer Valera's (Varela's) car, he just, I could feel, I could see the car coming at
26  us, you know, even faster, accelerating faster and at one point it even kind of shifted to the left towards my car if
27  that makes sense...
28
29  DW- Mhm.

30  OE- ...because he was backing up straight and then after he hit Officer Valera's (Varela's) car, I remember him
31  turning towards our, our unit. So at that point I'm like okay now he's trying to hit us intentionally and he's trying to
32  hurt us, he's trying to, you know desperately get away. As he's backing up towards us, you know, right before
33  impact from my peripheral again, I can hear and see the front passenger door might of even open and I thought
34  Officer, Corporal Alvarado was stepping out of his car, at that time...

35
36  DW- Mhm.
37
38  OE- ...and I felt hopeless, helplessness in a sense because he was outside, I, thinking he was outside the car and
39  that's almost simultaneously when we got the impact on the front right fender of our car.

40
41  DW- Yeah.

42  OE- But it didn't stop there. Once he hit that front fender of my car, you can still hear the engine revving...

43
44  DW- Mhm.

45  OE- ...and him still accelerating towards where the open door was to Corporal Alvarado. Almost simultaneously as
46  the car, after it hits us and it's backing up, I can hear the, two- or three-gun shots.

47
48  DW- Mhm.

49  OE- I'm going to be honest I was, I was worried for Corporal Alvarado. I didn't know if he got hit by the car, if he
50  got trapped in between the suspect vehicle and the police unit, he was down on the ground. I put my car in park
51  and immediately ran towards the back. I can see no one was down. I got a little sigh of relief. There was no one,
52  no officer down on the ground,
53
54  DW- Mhm.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 15 of 30 |

000146

**210200936**  Supplement No 0047

# Ontario Police Department

**Narrative**

1
2  DW- No? Okay. Was the suspect vehicle moving when the shots were being fired?
3  OE- Yes.
4
5  DW- Yes, okay. And can you describe the movement as best as you could tell of the suspect vehicle at the time
6  those shots were being fired?
7  OE- Definitely. The engine was accelerating, the vehicle was moving. Upon impact, I mean if I were to estimate,
8  speed if I can, I would say probably going over 10 miles per hour...
9
10 DW- Mhm.
11
12 OE- ...15, approaching 15...
13 DW- Mhm.
14
15 OE- ...during initial impact.
16
17 DW- Mhm.
18 OE- And then afterwards, it just continue to accelerate backwards if that makes sense.
19
20 DW- Yeah. Did you, at the time of the shooting, what was your view of that vehicle?
21 OE- It was literally parallel to...
22
23 DW- Mhm.
24
25 OE- ...the front passenger side of, of my police unit where Corporal Alvarado was at.
26 DW- And was there anything at this time obscuring your vision?
27
28 OE- No.
29 DW- No? You, we kind of talked about the, the felling that you had as it's approaching. As the suspect vehicle's
30 approaching you, I want to take you to the moment where the vehicle's approaching and you're hearing the shots
31 go off. What are you thinking?
32
33 OE- I'm thinking a couple of things. I'm thinking, oh shit, he's going to get hurt. He's going to get, referring to
34 Corporal Alvarado.
35
36 DW- Yeah.
37 OE- He's going to get hurt or hit by the car that's, he's out, and he was, I thought he was at some point partially
38 either outside of my police car or he was out completely, standing between the, the door frame and our passenger
39 door. So as I'm hearing the shots, I'm thinking he was, they were being fired because the car was trying to hit
40 him.
41
42 DW- Gotcha. Did you unholster your gun?
43 OE- As soon as I got out of the vehicle, yes.
44
45 DW- As soon as you got out of the vehicle. Did you fire your gun?
46
47 OE- No.
48 DW- And just confirming, your exact position when the shots were being fired?
49
50 OE- Seated in the driver seat of the police unit.
51
52 DW- Okay. How many shots do you think were fired?
53 OE- Two to three.
54

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 19 of 30 |

000150

210200936   Supplement No 0047

# Ontario Police Department

**Narrative**

1   DW- How about the safety for the other officers on the scene?

2
3   OE- Definitely. Because he just hit Officer Valera (Varela) and then he was going back, at the time I didn't know
4   Vasquez-Lopez's car, didn't get...

5   DW- Mhm.

6
7   OE- I didn't know that, but yeah.

8
9   DW- Yeah. Were you injured in any way during this?

10  OE- No.

11
12  DW- At the time of the shooting, do you know if anybody else fired shots?

13  OE- No I didn't hear anything.

14
15  DW- No? Specifically talking about the other officers that you've already mentioned, at the time of the shooting do
16  you know where they were located?

17
18  OE- Yes.

19  DW- Where were they?

20
21  OE- Officer Valera (Varela) was in front of me in his unit. As the primary officer, the suspect past his car after it hit
22  his car, and then it was myself and Corporal Alvarado in my car and then behind me it was, I knew it was
23  Vasquez-Lopez.

24
25  DW- Gotcha. Do you know if they were in, out of their vehicles?

26  OE- I don't know.

27
28  DW- Don't know.

29
30  OE- I know Val, Officer Valera (Varela) was still in his car, but I don't know about Vasquez-Lopez.

31
32  DW- Gotcha. So at that moment where the shooting's happening, do you feel it was possible for you to reposition
33  or take cover or concealment?

34  OE- Repositioning as he's backing up, towards me?

35
36  DW- Mhm.

37  OE- And that was one of the things that I was trying to do...

38
39  DW- Mhm.

40
41  OE- ...is to try to swerve to the left but...

42  DW- Sure.

43
44  OE- ...because of the, of the, the way things happened so quickly and how the limited room with the cars in front
45  of me, and parked on the side, I couldn't, I couldn't move out of the way.

46  DW- Were commands given to the occupants of the vehicle after the shooting?

47
48  OE- Yes.

49
50  DW- Who gave those commands?

51  OE- I gave those commands verbally initially,

52
53  DW- Mhm.

54  OE- ...and then I ended up using the, the PA system.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 21 of 30 |

**210200936**   Supplement No
0047

# Ontario Police Department
## Narrative

1
2  DW- As best as you can remember, can you go over how, what commands were given?

3  OE- I kept yelling, initially it was for the female. Once I went, after the shooting I went around the car, my police
4  car. The female was hysterical again, yelling. She opened the door and I yell at her to come out, "Get out of the
5  car." It was obviously, obvious to me she was worried about her, her, the driver. Whether he was hurt or hit or
6  injured, I didn't know, but I told her...
7
8  DW- Mhm.

9
10  OE- "Hey just come out. We'll, we'll help him out..."

11  DW- Mhm.

12
13  OE- "...medically we'll help him." And that's when she came out.

14  DW- Mhm.

15
16  OE- So those are the instructions I gave to her. I also gave instructions to the driver. "Let me see your hands. Put
17  your hands in the air. If you can't move your hands, nod your head side to side so we know you can hear us." So
18  at least, you know, because he might have...

19
20  DW- Mhm.

21  OE- ...been injured or, and we weren't getting any responses, so I did them verbally and I used the PA system
22  with the, with the suspect.

23
24  DW- Gotcha. And at this time, what are your tactical considerations?

25  OE- Getting behind cover, setting up for the L stop, getting resources there, shield, setting up an arrest team, less
26  lethal, hands on lethal. I remember there being a K9 and then eventually hearing the airship overhead.
27
28  DW- Mhm.

29
30  OE- There was a, I think a request for a bearcat as well.

31  DW- All these considerations, what's the goal?

32
33  OE- The goal is to ex, get the suspect extracted and provide medical aid.

34
35  DW- And did you guys initiate that plan?

36  OE- Yes.

37
38  DW- What was the outcome?

39  OE- We approached, v-tact approached from the rear and then we broke off and approached on the driver side
40  because he was in the driver side position and he was unresponsive ever...
41
42  DW- And what do you mean, sorry, go ahead.

43  OE- So as we approached the vehicle on the driver side, I think I was the third one on the stack and I ended up
44  going to, I passed the driver's side door and as soon as I passed the driver's door I can see he had a bullet hole in
45  the left side of his neck, a pretty big size bullet hole and there was a lot of blood on the driver's side floorboard
46  and seat.
47
48  DW- Was he doing anything?

49
50  OE- He was motionless, he was not moving. It looked to me like in my opinion at least that he had, he had died.

51  DW- Okay. What happened next?
52
53  OE- Officer Vasquez-Lopez used his rescue knife, cut the seatbelt off because he was wearing his seatbelt. The, I
54  don't remember exactly who took him out, but I think it was Vasquez-Lopez with the assistance of a couple

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 22 of 30 |

**210200936**   Supplement No 0047

## Ontario Police Department

**Narrative**

1  others. They took him out of the, the vehicle. They put him out on the, on the roadway street faced down and
2  handcuffed him and then searched him for weapons. Unresponsive, no signs of life.
3
4  DW- Do you remember who removed him specifically?
5
6  OE- I can't, with certainty, no. I can't.
7  DW- Okay. And you mentioned you saw what appeared to be a hole in his neck. Did you observe any other
8  injuries?
9
10  OE- That's all I noticed during the initial approach was that bullet hole in the left side of his neck...
11  DW- Uhuh.
12
13  OE- ...center.
14  DW- When he was removed from the vehicle did you notice any injuries?
15
16  OE- Just a lot of blood everywhere.
17
18  DW- Gotcha.
19  OE- It looked like he, there was a lot of blood.
20
21  DW- Okay. Just taking one quick step back, when the female, when you guys were making contact with her, was
22  she saying anything?
23  OE- Yes, she did say something about, about a phone or, some, something about a phone. That's all I remember.
24
25  DW- Yeah.
26  OE- And then I remember Officer Vasquez-Lopez had her phone and then put it, tossed it on the driver, on the
27  hood of one...
28
29  DW- Yeah.
30
31  OE- ...of the police cars.
32  DW- Do you know where she ended up after exiting the vehicle?
33
34  OE- Yeah. We brought her directly towards us, to the back of my unit and then she was handcuffed and then she
35  was placed in another police unit.
36  DW- Got it.
37
38  OE- And then I think it was Corporal Roldan was the first, one of the first female officers and she ended up doing
39  a search of her.
40
41  DW- Okay. Was there any additional force used to take the suspect into custody?
42  OE- No.
43
44  DW- Was the suspect handcuffed?
45
46  OE- Yes.
47  DW- Do you remember who handcuffed him?
48
49  OE- No I don't.
50  DW- No? After the suspect was handcuffed, was there any additional force used?
51
52  OE- No.
53
54  DW- After the suspect was placed in handcuffs, was he moved?

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 23 of 30 |

**210200936**  Supplement No 0047

## Ontario Police Department

**Narrative**

1  DZ- And moving?

2
3  OE- Yes.

4  DZ- Why would that concern you?

5
6  OE- Reaching for a potential weapon or something to use against us. I mean, he just rammed our police cars and
7  he's that desperate and his car is disabled. He might be willing to use a weapon to, to attack us or.

8
9  DZ- Okay so how did that make you feel, when, when you saw that?

10  OE- I was definitely scared and worried for the safety, and that's for my safety and everybody else there.

11
12  DZ- Okay. That's all I have.

13  DW- Good? Alright. Now I think we're ready to take a break.

14
15  Det. Zeen and I exited the room during the break and the audio recorder was turned off. After the break, we
16  returned to the room to continue the interview.

17  OE- Officer Alex Escobar
18  JB- John Bakhit - Law Firm of Mastagni Holstedt
19  SS- Samuel Siavoshi - Law Firm of Mastagni Holstedt
20  DW- Detective Patrick Woolweaver
21  DZ- Detective Jeffrey Zeen
22  DL- Detective Darryl Lauritzen
23

24
25  DW- It is 1:35 P.M. and we are going to continue our interview with Officer Escobar. Same subjects present. So
26  real quick thing I need to clean up and it's my fault. We're going to call this photo you drew on, we're just going to
27  call this Exhibit "A" for our interview and it's the only Exhibit that we use during this interview. Okay as far as
28  questions go, one thing that I didn't really ask, you have a partner in the car.

29  OE- Yes.
30

31  DW- You and Corporal Alvarado. I'd like to go through each stage of this incident, and I would like to just talk
32  about what may or may not have been said between you and Corporal Alvarado. So lets just go back to the
33  beginning of this thing. The pursuit starts. Is there any conversation between you and Corporal Alvarado?

34
35  OE- Just, "Go get him, catch up."

36  DW- Yeah, okay.

37
38  OE- You know, and I mean I assumed my role, knowing my role...

39  DW- Sure.
40

41  OE- I grabbed the radio mic...

42
43  DW- Mhm.

44  OE- ...and steering with the other hand and...

45
46  DW- Got it.

47  OE- ...started giving out directions. He's just yelling, "You see what he's doing, you see what he's doing." I could
48  hear him kind of yelling, kind of confirming to, hey look this is what I see I don't know if you saw it.
49

50  DW- Mhm.

51
52  OE- So were both in the same, you know mind set I guess and, so he yelling out even street signs...

53
54  DW- Mhm.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER,PATRICK | 05/18/2023 15:05 | Page 28 of 30 |

000159

**210200936**    Supplement No 0047

# Ontario Police Department

**Narrative**

1
2 OE- ...at some point cause I think he, cause I was looking for the smalls. I couldn't, I was, again trying to...

3 OE- ...look for street signs and I could hear him yelling a street sign but then I would choose a street sign and, you
4 know back and forth but.
5

6 DW- And you, and is that during the pursuit? Is there anything, any, any

7 OE- That was during the pursuit.
8

9 DW- ...tactical considerations or anything else he may be saying during the pursuit itself?
10

11 OE- Not that I remember. Other then just, you know he's going here he's turning here, dude he's on the wrong
12 side of the road, kind of...

13 DW- Okay.
14

15 OE- ...going also.

16 DW- So moving forward, once you guys get on to Beverly Court, is he saying else?
17

18 OE- Well, no.
19

20 DW- Nothing?

21 OE- Just, it's just the pursuit process itself.
22

23 DW- Mhm.
24

25 OE- I got on the radio and said he's turning north bound on Beverly.
26 DW- Mhm
27

28 OE- And then they, I provided the hundred block.
29 DW- Mhm.
30

31 OE- A thousand north, or whatever it was, and then that was it and then everything just unfolded
32 after that...

33 DW- Yeah.
34

35 OE- ...pretty quickly.
36

37 DW- So on that street, now the vehicle's come to a stop. Does he say anything now?
38 OE- I mean I probably said, "Oh shit." That's probably it and...
39

40 DW- Sure. But nothing, no conversation between you two?
41

42 OE- No.

43 DW- How about vehicle starts to reverse or things start to change a little bit in that?
44

45 OE- Not that I remember.

46 DW- Nothing else? Okay. Moving forward now, anything that was said around the time of the shooting between
47 you two?
48

49 OE- No. He did a great job. He, even though he was the officer that did the shooting...
50

51 DW- Yeah.
52

53 OE- ...he just took control of the scene itself.
54 DW- Mhm.

| Report Officer | Printed At | |
|---|---|---|
| 80482/WOOLWEAVER, PATRICK | 05/18/2023 15:05 | Page 29 of 30 |