

# Exhibit 10
# Manually Lodged with the Court