

# Exhibit 11
# Manually Lodged with the Court