# "EXHIBIT 12"

Doe, John

EMS Agency Name: Ontario Fire Department

Fire Administration
415 East B Street
Ontario, CA 91764
Work: (909) 395-2002



## OFD Prehospital Care Report

### Patient Information

| | | | |
|---|---|---|---|
| **Name:** Doe, John | **Gender:** Male | **Weight:** 77.1 kg | **Race:** Unable To Determine |
| **Age:** 25 Years | **D.O.B.:** Unable to Complete | | |
| **Homeless?:** No | **Address:** Unable to complete United States | | |

### Provider Impression

| Complaint Type | Complaint | Duration | Time Units of Duration of Complaint |
|---|---|---|---|
| Chief (Primary) | Obvious Death | 15 Minutes | Minutes |

**Onset Date/Time:** 02/22/2021 23:58:14
**Primary Symptom:** Obvious Death
**Other Symptoms:** Not Applicable

**Primary Impression:** Obvious Death
**Secondary Impression:** Cardiac Arrest (Traumatic)
**Initial Patient Acuity:** Dead w/out Resus. Efforts (Black)

**Chief Complaint Anatomic Location:** General/Global
**Chief Complaint Organ System:** Global/General

**Final Patient Acuity:** Dead w/out Resus. Efforts (Black)

### Narrative

ME 134 responded to an officer involved shooting and staged per Ontario Police. Once cleared in, ME134 personnel arrived on scene to find a male in his mid 20's with a down time of approximately 15 minutes. The patient was lying on his back, handcuffed, with a gun shot wound to his left lateral neck, and approximately 1L of blood pooled on the asphalt next to the crashed vehicle. Additionally, a large amount of blood was noted in the vehicle. Per OPD, the patient was the driver of a vehicle involved in a pursuit that rammed into three OPD patrol cars before crashing into a tree. While ramming into the patrol cars, the patient was shot by an OPD officer. Although the rate of speed was unknown, the patient sustained blunt force trauma, as evidenced by the vehicle's moderate front end and windshield damage. It is unknown if the patient was wearing his seatbelt. The patient had no palpable pulse or respirations. The patient was cool to the touch. The patient was placed on our cardiac monitor and found to be in a PEA (Pulseless Electrical Activity) rhythm with a rate of 37. Due to the mechanism of injury (blunt force trauma), obvious signs of death (pulseless and apneic) and a cardiac rhythm of PEA at a rate of less than 40, resuscitative efforts were not initiated and death was determined at 0011 per ICEMA Protocol #14250 (Determination of Death on Scene).

The patient was unable to be identified by Ontario Police personnel. The patient was not searched due to the scene being under investigation as a crime scene. The patient's age was approximated in the report. No other patient information known or found prior to ME134 clearing the scene.

ME134 and AMR cleared the scene.

### Past Medical History

**Advance Directives:** Unknown
**Medical History:** Unable to Complete

#### Medications Allergies

Unable to Complete

#### Patient Medications

Unable to Complete

### Patient Condition

**Alcohol/Drug Use:** Unable to Complete
**Barriers to Care:** Physically Restrained; Unconscious

**Work-Related:** No

### Vitals

| Date/Time Vital Signs Taken | Heart Rate | Respiratory Rate | Respiratory Effort | Pulse Oximetry | GCS-Eye | GCS-Verbal | GCS-Motor | Glasgow Coma Score-Qualifier | Total GCS | Level of Responsiveness (AVPU) |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:09:41 | 0 | 0 | Apneic | Unable to Complete | (1) None | (1) None | (1) None | Initial GCS has legitimate values without interventions such as intubation and sedation | 3 | Unresponsive |
| 00:11:35 | | | | | (1) None | (1) None | (1) None | Initial GCS has legitimate values without interventions such as intubation and sedation | 3 | Unresponsive |

### Assessment Exam

**Incident #:** OF2103310   **Unit Notified by Dispatch Date/Time:** 02/22/2021 23:59:12   **Date Printed:** 03/06/2021 00:10

000258