# "EXHIBIT 13"

175 South Lena Road
San Bernardino, CA 92415-0037
(909) 387-2978
Fax (909) 387-2989



Brian Hutchins, M.D.
Chief Forensic Pathologist

**Diana Geli**, D.O.
Forensic Pathologist

## San Bernardino County Sheriff's Department
## Coroner Division

### Autopsy Protocol

**Coroner's Case Number:** 702103736    **Autopsy Number:** A-0528-21

**Name:** Joseph Anthony Benavente    **Age:** 23    **Sex:** Male
**Time of Death:** 0011 hours, February 23, 2021    **Race:** Hispanic
**Time of Autopsy:** 0900 hours, March 4, 2021
**Place of Autopsy:** San Bernardino County Coroner's Facility    **Deputy:** Leyva

**HISTORY OF DEATH:** The following information is obtained from the deputy coroner investigative report. On February 22, 2021, a police officer attempted to initiate a traffic stop near the intersection of West 4th Street and North Mountain Avenue in the city of Ontario. The driver of the vehicle, the decedent, failed to yield, and a vehicle pursuit was initiated. The decedent traveled north onto North Beverly Court. As he approached the end of the street, he placed the vehicle in reverse and struck at least one of the patrol units. An officer shot his duty weapon. At 2356 hours, dispatch was notified of shots fired. The vehicle struck a tree and came to a stop. Officers removed the decedent from the driver's seat. He was handcuffed and found to have a wound along the left side of his neck. Cardiopulmonary resuscitation was initiated. Paramedics responded to the scene and found the decedent to be asystolic. He was pronounced dead at 0011 hours on February 23.

Also refer to Coroner's Investigative Report 702103736.

**GENERAL EXAMINATION:** The body is received within a yellow body bag and is identified by a tag around the right first toe as "BENAVENTE, JOSEPH 702103736." The body is that of an unembalmed, adult, Hispanic male of the reported age of 23 years. The body weighs 152 pounds and measures 72 inches in length.

**Clothing:** None

**Evidence of Medical Intervention:** Electrocardiogram pads are on the arms, right lateral abdomen, and left lateral abdomen.

**Evidence of Postmortem Change:** Rigor mortis is absent. Lividity is on the posterior aspect of the body, except in areas exposed to pressure. The right lower abdomen has some green discoloration.

**Evidence Collected at Autopsy:** Hair samples and fingernail clippings are taken by the Ontario Police Department. A tube of blood and bullets are submitted to the Ontario Police Department.

**Tattoos:** Multiple tattoos are on the body and include, but are not limited to, the following: "Blessed" above the right eyebrow; a crown inferolateral to the left eye; a man's face (Benjamin Franklin) on the right side of the neck; "19" on the right supraclavicular fossa; a portrait of the Virgin Mary and a dove on the anterior neck; an arrow behind the left ear; a rose on the left side

BENAVENTE AUTOPSY CONTINUED
PAGE 2
A-0528-21

of the neck; "97" on the left supraclavicular fossa; a tower/building on the right chest; "Nicole" and an eye on the middle of the upper chest; a rosary on the chest that extends down to the epigastrium; a tower/building on the left chest; a portrait of a woman along the right lateral torso; "Valerie" on the lateral aspect of the left lower chest; testicles with a mustache and a hat with a feather on the abdomen; an angel on the right arm; an eye on the right antecubital fossa; an image of Marilyn Monroe with a ball mouth gag on the medial aspect of the right proximal forearm; "V" on the anterior aspect of the right wrist; "Love" / "IS" / "Death" on the posterolateral aspect of the right distal arm; a revolver and a bullet on the dorsal aspect of the right hand; "ZOMBIE" and a mushroom on the lateral aspect of the proximal right lower leg; a toe tag ("CLARK COUNTY MORGUE") on the dorsal aspect of the right foot; an owl, moon, and clouds on the left arm; "STREET" / "Wise" on the posterolateral aspect of the left distal arm; women's faces on the anterior aspect of the left forearm; roses on the anterior aspect of the left distal forearm; an image of a pharaoh on the dorsal aspect of the left hand; "ca" on the first dorsal webspace of the left hand; and the Fendi "double F" logo and "MA" the anterior aspect of the left distal thigh.

<u>Radiographs</u>: A full body x-ray shows radiopaque bullets/bullet fragments in the neck, right upper back, and left arm.

<u>External Examination</u>: The head is covered by short, brown hair. Facial hair consists of a mustache and goatee. The irides are brown, and the complexion is fair. The conjunctivae of the lids and sclerae are mildly congested; no petechial hemorrhages are identified. The external auditory canals, external nares, and oral cavity are free of foreign material and abnormal secretions. The nasal skeleton is palpably intact. Upper and lower teeth are present. There are no injuries in the lips or oral mucosa.

The chest is normally developed. The abdomen is not distended. The external genitalia are those of a normal adult male and are without trauma. There are no injuries on the posterior torso or around the anus.

The extremities are normally developed. The lateral aspect of the right elbow has a linear, hypopigmented scar.

<u>Description of Injuries</u>:

**Multiple Gunshot Wounds**

Note: The gunshot wounds are arbitrarily listed and do not reflect the chronological order in which the shots were fired.

**A.   Gunshot Wound of the Neck**

<u>Entrance</u>: On the left side of the posterior neck, located 7-1/2 inches below the top of the head and 2 inches to the left of the posterior midline, is a 1.0 cm round gunshot wound of entrance with a 0.2 cm wide circumferential marginal abrasion. No soot or gunpowder stippling is noted on the skin surrounding the gunshot wound.

<u>Path</u>: The bullet injures the skin and subcutaneous tissues of the neck and the spinous process of the C4 vertebral bone before exiting the body through the right side of the neck.

<u>Exit</u>: On the right side of the posterior neck, located 8 inches below the top of the head and 2 inches to the right of the posterior midline, is a 1.5 cm lacerated gunshot wound of exit.

BENAVENTE AUTOPSY CONTINUED
PAGE 3
A-0528-21

Recovery: None

Direction (orange trajectory rod): The direction of the wound path is left to right and downwards with no significant front/back deviation.

Associated injuries: There is hemorrhage throughout the wound path.

**B.  Gunshot Wound of the Chest**

Entrance: On the left upper chest, located 12-1/2 inches below the top of the head and 4-1/2 inches to the left of the anterior midline, is a 1.7 x 1.3 cm gaping gunshot wound of entrance. No soot or gunpowder stippling is noted on the skin surrounding the gunshot wound.

Path: The bullet injures the skin and subcutaneous tissues of the left upper chest, left clavicle, left subclavian artery, upper lobe of the left lung, upper lobe of the right lung, and posterior aspect of the right 4th rib before terminating within the soft tissues of the right upper back.

Recovery: A jacketed bullet is recovered from within the soft tissues of the back.

Direction (pink trajectory rod): The direction of the wound path is front to back, left to right, and downwards.

Associated injuries: There is hemorrhage throughout the wound path. Approximately 800 mL and 700 mL of blood are in the right and left chest cavities, respectively.

**C.  Gunshot Wound of the Left Arm**

Entrance: On the posterior aspect of the left distal arm, located 8 inches below the top of the left shoulder, is a 0.8 cm round gunshot wound of entrance with a 0.2 cm wide circumferential marginal abrasion. No soot or gunpowder stippling is noted on the skin surrounding the gunshot wound.

Path: The bullet injures the skin and subcutaneous tissues of the left arm and the left humerus before terminating within the soft tissues of the left proximal arm.

Recovery: A jacketed bullet is recovered from within the soft tissues of the left arm.

Direction (green trajectory rod): The direction of the wound path is back to front, left to right, and upwards.

Associated injuries: There is hemorrhage throughout the wound path.

**Additional Injuries**

The left side of the face and neck have a 25 x 15 cm area of dicing-type injuries. The posterior aspect of the left upper extremity (distal arm down to the forearm) has a 35 x 14 cm area of dicing-type injuries. The medial aspect of the left knee has a 1.0 cm circular pink contusion. The anteromedial aspect of the proximal left lower leg has a 2.0 cm circular pink contusion. The anterior aspect of the mid left lower leg has a 4.0 x 3.5 cm pink contusion. The anterolateral aspect of the distal left lower leg has a 1.5 x 1.0 cm pink contusion.

**TOXICOLOGY:** Chest blood, vitreous fluid, and urine have been collected. A basic panel is requested.

**Also refer to Toxicology Report**

**HISTOLOGIC SECTIONS:** Representative sections of various organs are preserved in formalin.

**Autopsy Assistant:** Mark Schrader

**DIAGNOSIS:**
I. 23-years-old male.
II. Multiple gunshot wounds.
   A. Gunshot wound of the neck.
      1. Entrance: left posterior neck with no evidence of close-range firing.
      2. Path: skin and subcutaneous tissues of the neck and C4 vertebra.
      3. Exit: right posterior neck.
      4. Recovery: none.
      5. Direction (orange trajectory rod): left to right and downwards.
      6. Associated injuries: hemorrhage throughout the wound path.
   B. Gunshot wound of the chest.
      1. Entrance: left upper chest with no evidence of close-range firing.
      2. Path: skin and subcutaneous tissues of the left upper chest; left clavicle; left subclavian artery; left upper lung; right upper lung; posterior right 4th rib; and soft tissues of the right upper back.
      3. Recovery: jacketed bullet from back.
      4. Direction (pink trajectory rod): front to back, left to right, and downwards.
      5. Associated injuries: hemorrhage throughout the wound path and bilateral hemothoraces (right – 800 mL and left – 700 mL).
   C. Gunshot wound of the left arm.
      1. Entrance: posterior left distal arm with no evidence of close-range firing.
      2. Path: skin and subcutaneous tissues of the left arm and the left humerus.
      3. Recovery: jacketed bullet from left arm.
      4. Direction (green trajectory rod): back to front, left to right, and upwards.
      5. Associated injuries: hemorrhage throughout the wound path.
III. Additional injuries.
   A. Dicing-type injuries of the face, neck, and left upper extremity.
   B. Contusions of the left knee and left lower leg.
IV. Toxicology (chest blood) positive for ephedrine (20 ng/mL), phenylpropanolamine (33 ng/mL), amphetamine (150 ng/mL), and methamphetamine (1600 ng/mL).

BENAVENTE AUTOPSY CONTINUED
PAGE 6
A-0528-21

**CAUSE OF DEATH**: Multiple gunshot wounds, minutes

**Manner of Death**: Homicide

**WITNESSES PRESENT**: Detectives D. Lauritzen and G. Clinton and Forensic Specialist H. Rushton; Ontario Police Department

Autopsy Completed: 1045 hours, March 4, 2021

Diana Geli, D.O.
Forensic Pathologist

Date: 11 / 04 / 2022

DG:rle

000267

## San Bernardino County Sheriff/Coroner

25 x 15 mm area
dicing type
injuries

**GSW Entrance:**
7½" TOH, 2" LMHL
1.0 cm / 0.2 cm circ abras
orange rod: L→R
↓

**GSW Entrance:**
12½" TOH, 4½" LMHL
1.7 x 1.3 cm
→ bullet (back)
pink   F→B
rod:    L→R
↓

**GSW Exit:**
8" TOH, 2" RMHL
1.5 cm lac

**GSW Entrance:**
8" TOS
0.8 cm /
0.2 cm circ
abras
→ bullet (left arm)
green rod:
B→F
L→R
↑

1.0 cm pink contusion
2.0 cm pink contusion
4.0 x 3.5 cm pink contusion
1.5 x 1.0 cm pink contusion

36 x 14 mm area
dicing type
injuries

Male, anterior / posterior

Name: JOSEPH ANTHONY BENAVENTE   Coroner's Case #: 702103736   Autopsy No. A0528-21
Age: 23   Race: HISPANIC   Sex: MALE   Date: 03/04/21

000269