# "EXHIBIT 14"



001485

