# "EXHIBIT 15"













Case 5:23-cv-00266-SSS-DTB   Document 32-20   Filed 04/12/24   Page 8 of 16   Page ID #:868

001339

















