# "EXHIBIT 16"

2021-02-22 23:56:42 -0800
AXON BODY 3 X60399ODQ



2021-02-22 23:56:43 -0800
AXON BODY 3 X60399ODQ

2021-02-22 23:56:44 -0800
AXON BODY 3 X60399DDQ

2021-02-22 23:56:44 -0800
AXON BODY 3 X60399ODQ

2021-02-22 23:56:44 -0800
AXON BODY 3 X60399DQ

2021-02-22 23:56:44 -0800
AXON BODY 3 X60399ODQ