# "EXHIBIT 17"



## Vehicle Information

| HYUNDAI I ACCENT(RB) I 2015 I AIRBAG SYSTEM | |
|---|---|
| VIN as Programmed into EMS | |

## Additional Information

| | |
|---|---|
| User-entered VIN | KMHCT4AE4FU804868 |
| User Name | HITCHCOCK |
| Case Number | IL-006-21 |
| Crash Date | 02-22-2021 |
| Saved-on Date | 2021-03-05 12:36 |
| EDR Tool Version | E-N-H-01-00-0040 |
| EDR Report Version | EDR001-R01 |
| Tire Size(s) | 195/50R16 |
| Memo | DLC W/ BATTERY BOOSTER<br>SEARCH WARRANT<br>PRESENT: OPD HIGGINS, CHP SMITH MCALLISTER<br>AT ONTARIO PD<br>MILEAGE ON DASH=34226 |

## ▪ Data Limitation

### General Information:

Tools for downloading and interpreting the EDRs in Hyundai vehicles have been developed for vehicles produced after September 1, 2012. Currently, there is no tool for downloading and accurate interpreting data from the EDRs in Hyundai vehicles produced prior to this date.

The EDR Report requires Adobe Reader Version 9.00 or higher to open.

### EDR(Event Data Recorder):

- The EDR function is part of the Airbag Control Unit(ACU).

- ACU can store up to two events.

- Event means a crash or other physical occurrence that causes the trigger threshold to be met or exceeded, or any non-reversible deployable restraint to be deployed, whichever occurs first:

    1. Deployment Event:
       1) the event which is recorded if an airbag is commanded to deploy.
       2) the event is locked and cannot be overwritten.

    2. Non-deployment Event:
       1) the event which is recorded, but in which an airbag is not commanded to deploy
       2) the event is not locked and can be overwritten by a subsequent event (Deployment or Non-deployment event), for example, Pretensioner(s) only deployment
       3) An example of a non-deployment event is a pretensioner-only deployment with no airbag deployments

- Ignition cycle count will increment by 1 in the following cases

    1. the power mode change from OFF/Accessary to IGN ON/RUN

    2. EDR data download by tools

- The ACU can record data for all or some of the following events. But, depending on the vehicle's configurations, data for side crash and/or rollover crash(event) may not be recorded.

- If power supply to the ACU is lost during an event, all or part of the data may not be recorded.

## EDR Information

| Part No. (EOL Code) as programmed into ACU | 95910-1R250(RB40) |
|---|---|
| ECU SW Version as programmed into ACU | 28439803 |
| EDR Version as programmed into ACU | |

### < Event 1 >

## Event Status at Event

| Multi-event, number of Event (1 or 2) | 1 event |
|---|---|
| Time from Event 1 to 2 [msec] | 0 |
| Completed File Recorded (Yes or No) | YES |
| Ignition cycle, crash [cycle] | 7023 |
| Ignition cycle, download [cycle] | 7024 |

## Pre-Crash Information (-5 ~ 0 sec)

| Time (sec) | Vehicle Speed [kph] | Engine RPM [rpm] | Engine Throttle [%] | Acceleration Pedal [%] | Service Brake [on/off] | ABS Activity [on/off] | Stability Control [on/off/engaged] | Steering input [degree] |
|---|---|---|---|---|---|---|---|---|
| -5.0 | 22 | 800 | 13 | 0 | on | OFF | on | 5 |
| -4.5 | 11 | 900 | 7 | 0 | on | OFF | on | 0 |
| -4.0 | 4 | 1100 | 22 | 99 | OFF | OFF | on | -5 |
| -3.5 | 2 | 2000 | 81 | 99 | OFF | OFF | on | -15 |
| -3.0 | 5 | 2200 | 100 | 99 | OFF | OFF | on | -55 |
| -2.5 | 9 | 2300 | 100 | 99 | OFF | OFF | on | 50 |
| -2.0 | 14 | 2300 | 100 | 99 | OFF | OFF | on | 250 |
| -1.5 | 20 | 2700 | 94 | 99 | OFF | OFF | on | 65 |
| -1.0 | 23 | 2700 | 26 | 0 | OFF | OFF | on | -250 |
| -0.5 | 22 | 2000 | 6 | 0 | on | on | on | -250 |
| 0.0 | 22 | 1900 | 6 | 0 | on | on | on | -250 |

## ⟨ Event 1 ⟩
## Vehicle Speed



| Num | Time (sec) | Vehicle Speed [kph] |
|---|---|---|
| 1 | −5.0 | 22 |
| 2 | −4.5 | 11 |
| 3 | −4.0 | 4 |
| 4 | −3.5 | 2 |
| 5 | −3.0 | 5 |
| 6 | −2.5 | 9 |
| 7 | −2.0 | 14 |
| 8 | −1.5 | 20 |
| 9 | −1.0 | 23 |
| 10 | −0.5 | 22 |
| 11 | 0.0 | 22 |

## ⟨ Event 1 ⟩
## Acceleration Pedal



| num | Time (sec) | Acceleration Pedal [%] |
|---|---|---|
| 1 | -5.0 | 0 |
| 2 | -4.5 | 0 |
| 3 | -4.0 | 99 |
| 4 | -3.5 | 99 |
| 5 | -3.0 | 99 |
| 6 | -2.5 | 99 |
| 7 | -2.0 | 99 |
| 8 | -1.5 | 99 |
| 9 | -1.0 | 0 |
| 10 | -0.5 | 0 |
| 11 | 0.0 | 0 |

< Event 1 >
Service Brake

| Num | Time (sec) | Service Brake [on/off] |
|---|---|---|
| 1 | -5.0 | On |
| 2 | -4.5 | On |
| 3 | -4.0 | OFF |
| 4 | -3.5 | OFF |
| 5 | -3.0 | OFF |
| 6 | -2.5 | OFF |
| 7 | -2.0 | OFF |
| 8 | -1.5 | OFF |
| 9 | -1.0 | OFF |
| 10 | -0.5 | On |
| 11 | 0.0 | On |

ABS Activity

| Num | Time (sec) | ABS Activity [on/off] |
|---|---|---|
| 1 | -5.0 | OFF |
| 2 | -4.5 | OFF |
| 3 | -4.0 | OFF |
| 4 | -3.5 | OFF |
| 5 | -3.0 | OFF |
| 6 | -2.5 | OFF |
| 7 | -2.0 | OFF |
| 8 | -1.5 | OFF |
| 9 | -1.0 | OFF |
| 10 | -0.5 | On |
| 11 | 0.0 | On |

Stability Control

| Num | Time (sec) | Stability Control [on/off/engaged] |
|---|---|---|
| 1 | -5.0 | On |
| 2 | -4.5 | On |
| 3 | -4.0 | On |
| 4 | -3.5 | On |
| 5 | -3.0 | On |
| 6 | -2.5 | On |
| 7 | -2.0 | On |
| 8 | -1.5 | On |
| 9 | -1.0 | On |
| 10 | -0.5 | On |
| 11 | 0.0 | On |

< Event 1 >
## Steering Input



| Num | Time (sec) | Steering Input [degree] |
|---|---|---|
| 1 | -5.0 | 5 |
| 2 | -4.5 | 0 |
| 3 | -4.0 | -5 |
| 4 | -3.5 | -15 |
| 5 | -3.0 | -55 |
| 6 | -2.5 | 50 |
| 7 | -2.0 | 250 |
| 8 | -1.5 | 65 |
| 9 | -1.0 | -250 |
| 10 | -0.5 | -250 |
| 11 | 0.0 | -250 |

Note) Positive value(CCW), Negative value(CW)