# "EXHIBIT 18"





























