# "EXHIBIT 19"

# Video Analysis – Timing

| Time (sec) | Event | Primary Source |
|---|---|---|
| 0.0 | Hyundai Begins Reverse - Max Acceleration | Bates 01745 - DVR |
| 1.2 | Hyundai Impacts Unit 1849 (Varela) | Bates 01745 - DVR |
| 2.2 | Hyundai Hard Left-Hand Steer toward Unit 1024 | Bates 01745 - DVR |
| 3.5 | Hyundai Impacts Unit 1024/Alvarado Door | Bates 01669 - Axon BWV |
| 4.2 | Hyundai Impacts Unit 1883 (Vazquez-Lopez) | Bates 01669 - Axon BWV |
| 5.3 | GunShot #1 | Bates 01669 - Axon BWV |
| 5.7 | GunShot #2 | Bates 01669 - Axon BWV |
| 6.0 | Unit 1883 (Vazquez-Lopez) Door Opened | Bates 01669 - Axon BWV |
| 6.1 | GunShot #3 - First View of Unit 1024 | Bates 01669 - Axon BWV |
| 7.9 | Alvarado Shooting/Balance Recovery Position (Arms Extended) | Bates 01669 - Axon BWV |
| 11.2 | Hyundai Begins to move Forward | Bates 01669 - Axon BWV |
| 18.8 | Hyundai Curb Strike | Bates 01669 - Axon BWV |
| 20.0 | Hyundai Tree Impact | Bates 01669 - Axon BWV |





Simulation and Accident Reconstruction