"EXHIBIT 20"



surveillance camera

1522

N Beverly Ct





surveillance camera

1522

N Beverly Ct





surveillance camera

1522

N Beverly Ct







surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 4.400 | 4.400 | 4.400 | 4.400 | s |
| Distance [ft] | 59.21 | 84.25 | 1.18 | 0.49 | ft |
| Velocity [mph] | 1.84 | 0.35 | 0.02 | 0.02 | mph |

surveillance camera

1522

N Beverly Ct

| | 1. 2016 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 4.500 | 4.500 | 4.500 | 4.500 | s |
| Distance [ft] | 59.37 | 84.31 | 1.19 | 0.50 | ft |
| Velocity [mph] | 0.44 | 0.43 | 0.08 | 0.01 | mph |



surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 4.700 | 4.700 | 4.700 | 4.700 | s |
| Distance [ft] | 59.44 | 84.40 | 1.21 | 0.51 | ft |
| Velocity [mph] | 0.26 | 0.14 | 0.05 | 0.02 | mph |

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 4.800 | 4.800 | 4.800 | 4.800 | s |
| Distance [ft] | 59.48 | 84.42 | 1.22 | 0.51 | ft |
| Velocity [mph] | 0.24 | 0.06 | 0.02 | 0.03 | mph |

File  Edit  Settings

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time (s) | 4.900 | 4.900 | 4.900 | 4.900 | s |
| Distance (ft) | 59.50 | 84.43 | 1.22 | 0.52 | ft |
| Velocity (mph) | 0.10 | 0.10 | 0.06 | 0.01 | mph |

File  Edit  Settings

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 5.000 | 5.000 | 5.000 | 5.000 | s |
| Distance [ft] | 59.51 | 84.44 | 1.23 | 0.52 | ft |
| Velocity [mph] | 0.01 | 0.09 | 0.04 | 0.02 | mph |

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 5.100 | 5.100 | 5.100 | 5.100 | s |
| Distance [ft] | 59.52 | 84.45 | 1.23 | 0.53 | ft |
| Velocity [mph] | 0.06 | 0.05 | 0.03 | 0.03 | mph |

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time (s) | 5.200 | 5.200 | 5.200 | 5.200 | s |
| Distance (ft) | 59.53 | 84.46 | 1.24 | 0.53 | ft |
| Velocity (mph) | 0.08 | 0.03 | 0.02 | 0.04 | mph |

surveillance camera

1522

N Beverly Ct

| | 1. 2015 Hyund | 2. 2018 Ford | 3. 2018 Ford | 4. 2018 Ford | |
|---|---|---|---|---|---|
| Time [s] | 5.300 | 5.300 | 5.300 | 5.300 | s |
| Distance [ft] | 59.53 | 84.46 | 1.24 | 0.54 | ft |
| Velocity [mph] | 0.02 | 0.00 | 0.03 | 0.04 | mph |



surveillance camera

1522

N Beverly Ct



surveillance camera

1522

N Beverly Ct



surveillance camera

1522

N Beverly Ct