# "EXHIBIT 21"

**210200936**  Supplement No 0066



# Ontario Police Department

Address
2500 S. Archibald Ave.
City, State Zip Code
Ontario, California 91761
Nature of Call
PC 197

Phone Number
(909)395-2001
Fax Number

Reported Date
02/22/2021

Officer
LAURITZEN,DARRYL

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|
| Ontario Police Department | | 210200936 | 0066 | 02/22/2021 | | 23:55 | 210530505 |

| Status | Nature of Call |
|---|---|
| REPORT TAKEN | JUSTIFIABLE HOMICIDE:ANY PERSON |

| Location | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|
| W 4TH ST/N BOULDER AV | | ONTARIO | 91762 | 59 |

| Area | Beat | Officer | | | Assignment | Entered by | Assignment |
|---|---|---|---|---|---|---|---|
| 1 | 11 | 80217/LAURITZEN,DARRYL | | | PATROL | 80217 | PATROL |

| RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| Successful | Successful | 80217 | 10/19/2021 | 16:20:30 |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC 245(A)(1) | FORCE OR ADW NOT FIR | F |

## Modus Operandi

| Gang Inv? | Crime Code(s) |
|---|---|
| No | HOMICIDE |

## Narrative

**Assignment:**
I am currently assigned to the Ontario Police Department Detective Bureau.

**Digital Evidence**
Body Worn Video: Yes
Audio Recording: Yes
Digital Photographs: No

**Charges:m**
PC 245- Assault with a Deadly Weapon
OIS- Officer Involved Shooting

**Investigation:**
On 02/22/2021, I was assigned to the investigation's division, working as a detective. At approximately 0012 hours I received a phone call from Lieutenant Carrillo asking me to respond to work to assist with an Officer Involved Shooting which had taken place on Beverly Ct., north of 6th Street. He did not know the details at that time and asked me to respond to the station.

Once at the station, I was told that there was one officer involved in the shooting. This was Corporal Albert Alvarado. There were also three additional officers who were on-scene at the time of the shooting. These officers were Officer Andres Varela, Officer Alex Escobar, and Officer Kevin Vasquez-Lopez. All four of these officers were taken to the Ontario Police Officers Association (OPOA) lobby and were accompanied by an association representative and by their attorney.

Several Detectives arrived to assist with the investigation. I was assigned as the primary Detective handling the case. The following assignments were given. Please refer to their supplemental reports for further.

Refer to Detective Zeen's supplemental report for further on actions taken at the association lobby, where officers met with their attorneys and photos were taken of the officers, and officer's interviews were scheduled.

Detective Sadeghian and Ronveaux were assigned to the scene.

Assisting Officers, Detectives, DA Investigators, and supervisors responded to Hawthorne Elementary School, at

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 1 of 58 |

000184

**210200936**   Supplement No 0066

# Ontario Police Department

**Narrative**

requested Officer Vasquez-Lopez respond to the stop as a backing Officer. This initial radio traffic was logged under incident #P210530504. Dispatcher Mossberg said Officer Escobar & Cpl. Alvarado got onto the radio and called out a "failure to yield." Initially, Dispatcher Mossberg thought this was an incident separate from Officer Varela's traffic stop. This radio traffic was logged under incident #P210530505. Dispatcher Mossberg said he did not know Officer Escobar & Cpl. Alvarado were near Officer Varela at the time Officer Varela initiated the traffic stop. Dispatcher Mossberg said he later realized both radio transmissions were regarding the same traffic stop and merged the calls together.

The Radio transmissions were transcribed by Record Specialist Serrato. Serrato let me know there are a few inaudibles in the recording. She said, the lines beginning with a (*) mean she wasn't sure who was speaking because they didn't use their call sign. I reviewed the transcript of the audio recording of the dispatch call and made any necessary corrections. The transcription will be included with this report.

(Transcription of the Police Radio Traffic)

**Dispatch Radio Traffic for DR 210200936**

OAV- Officer Andres Varela
OE- Officer Alex Escobar
CA- Corporal Albert Alvarado
OR- Officer Raymond Wilburn
OL- Officer Joshua Luster
CH- Corporal Brian Hook
CR- Corporal Alexandra Roldan
OW- Officer Eric Widen
OM- Officer Benjamin Myers
OV- Officer Kevin Vasquez-Lopez
CE- Corporal Jeff Every
DM- Dispatcher Kenyon Mossberg
SD- Sergeant Brian Darwin
SM- Sergeant Henry Melendez

**Initial Traffic Stop:**

OAV- 311 Traffic
DM- *inaudible*
OAV- 311, Fourth and Boulder. Seven, King, Boy, Edward, Three, Zero, Nine
DM- Number four and Boulder. Twelve?
OV- Fifth and Elderberry

**Initiation of the Pursuit:**

OE-Victor 8. It's going to be failure pursuit. We're going to be north bound San Antonio from 4th.
DM- North bound San Antonio from number four.
OE- We're north bound. Few blocks from the 50 miles per hour. Traffic conditions light. Dry.
DM- Ontario is code 777 for Victor 8. North bound San Antonio from number Four.
OE- Yeah, we're still on San Antonio continuing north bound........passing La Deney.
DM- La Deney. When you can plate or description.
OE- Vehicle's going to be turning east bound.... *inaudible*
DM- Confirm east bound where?
OE- Okay he's making a U-turn. We're going south bound San Antonio. Up the forty miles per hour.
DM- Forty miles per hour south bound San Antonio.
OE- We're going east on Sixth.
DM- East bound number Six.
OE- We're on the wrong side of the road. Going north bound on Beverly. Two hundred block north.
DM- North bound Beverly. When you can a want and a description.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 4 of 58 |

**210200936**   Supplement No 0066

# Ontario Police Department

**Narrative**

CA- Victor 8 shots fired. Victor 8 shots fired. Vehicle stopped.
DM- Copy shots fired. Number six north of Beverly.
CA- Vehicle's facing north bound. Driver is shot. Still moving. Start OFD.
DM- Copy driver shot. Facing north bound. Affirm we're starting them.
CA- Female still in the front passenger seat. Looks like the driver's still revving the engine. Possibly no moving.
DM- Passenger seat.
OR- 22 97.
DM- 22 10-4.
DM- Officer status?
CA- We're doing a high-risk stop. Female passenger extracted. Male still inside the car.
DM- I copy. Advise on officer injuries.
CA- Code 4 Officers are okay. We're doing a L stop on the vehicle. Driver still seen inside.
DM- Copy. Officers Code 4. Driver still inside.
SD- Can I have a air unit and a K-9.
DM- Air unit's enroute and K-9's enroute.
DM- 71 start towards 81 to get the bearcat for Sam 31.
*inaudible* K-9 *inaudible* the closer *inaudible*. (04:14)- (possibly traffic from Upland K9 Handler Quinn Hanley)
OL- K-9 6. They're facing north bound.
*inaudible*
*Inaudible* Traffic sent on the... *inaudible*
DM- *inaudible* 10-4.
OV- 12. *inaudible* can we get OFD staged?
DM- 12 you have background.
OV- Can we get OFD staged.
DM- Affirm. They're enroute and staging.
OL- K-9 6. I'm sorry can you confirm the cross street one more time.
DM- They're going to be Beverly north of number six facing north bound on Beverly.
DM- OFD advised to stage San Antonio and number six.
DM- Any unit on scene that can advise the plate, Code 1.
CA- Victor 8. Seven King Boy Edward three zero nine.
DM- 10-4.
OL- K-9 6. 97.
DM- K-9 6. 10-4
CA- Victor 8. We're going to start clearing the vehicle.  We're doing a V-TAC
DM- I copy. Clearing the vehicle.
*- Albert I'm going 97. You want a shield?
CA- Victor 8.
DM- Victor 8.
CA- We're out with the driver now taking him into custody.
DM- 10-4. Advise when OFD is clear in.
CA- Victor 8. It's clear.
DM- 10-4.
SD- Sam 31. 97.
DM- Sam 31. 10-4.
SM- Sam 36. 97.
DM- Sam 36. 10-4.
CH- Victor 10. Vehicle is cleared.
DM- Copy. Vehicle clear.
CH- OFD is clear. (09:53)
CH- Have them meet me at number six on Beverly.  I'll guide them in
DM- 10-4. Sam 31 you still need the bearcat?
SD- I'm going to take incident command and Sam 36 is going to be in charge of tactics. CP is going to be on Sixth Street just west of Beverly.
DM- I copy. Do you still need the bearcat to respond?

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 5 of 58 |

**210200936**

# Ontario Police Department

**Narrative**

slumped over in the vehicle. Benavente is slumped over with his seatbelt on. It appears Officer Wilburn either pulls at Benavente's shoulder to look at his wounds or attempts to take his pulse. After Wilburn took his hand away from Benavente, Officer Escobar says, ok, uh, he's gonna be DRT." (I understand that to be police jargon to mean- Dead Right There.) A voice in the background confirms this. The voice appears to be K9 Handler Luster. I then see Officer Luster walk into camera view from the front of Benavente's vehicle. During this time, Corporal Alvarado is standing off in the background and appears to be supervising the incident.

Officer Wilburn steps into the open driver door and grabs Benavente's arm. Either Officer Wilburn or Officer Vasquez-Lopez cuts the seatbelt around Benavente. At the 4:55 minute mark (0421 hours on the time on the camera) Officers begin to pull Benavente out of the vehicle. Benavente appears lifeless as he is brought out onto the pavement. I can see that there are spots of blood on Benavente's pants. Officers Wilburn and Vasquez-Lopez search Benavente for weapons and then cuff him. Corporal Roldan then pops the trunk of the vehicle while officers in the rear check the trunk for dangers. There is an obvious amount of blood on the front driver seat. Corporal Alvarado then tells Wilburn and Vasquez-Lopez, "Just check him, make sure no weapons on him. Pretty basic, then just leave him there, ok." Officers deem the trunk is clear of dangers and begin to walk away from the vehicle. Corporal Alvarado immediately cautions them to be careful of "all the stuff around here." He instructs the officers to go around and out of the scene.

While Vasquez-Lopez is still searching Benavente, someone asks Corporal Alvarado about the fire department coming in. Alvarado says yes and to have them come in on the west side of the street. Vasquez-Lopez tells Alvarado that he did not find weapons on Benavente, and Alvarado tells him to leave him (Benavente) there. Corporal Alvarado then tells two officers to stand by with Benavente. During this time, Escobar is standing by Alvarado's side. Alvarado then turns to Escobar and Varela and asks them if they are ok, and they said yes. Alvarado then reminds Wilburn and Vasquez-Lopez to stay with Benavente. Benavente is now lying on his back on the pavement, with his hands cuffed behind him while officers standby with him. Officer Escobar and Corporal Alvarado then walk back to their unit. Officer Medina asks Escobar and Alvarado if they are ok, and they said yes.

Officer Escobar then asks Corporal Alvarado something that I cannot discern. He then confirms with Alvarado that the Fire Department is coming, and Alvarado says yes. At approximately the 6:25 minute mark, Sergeant Melendez walks into camera view from the eastside of Officer Escobar's unit, in between their unit and Benavente's vehicle. He asks Corporal Alvarado if everyone is "Code 4", and Alvarado says yes. Corporal Alvarado immediately tells Sergeant Melendez that he is the one that shot. He hesitates and says he is willing to start giving directions to other officers and Sergeant Melendez tells him no. Melendez tells him to hang out somewhere as another Corporal starts to give directions. They then agree that Corporal Alvarado needs to give his public safety statement. This is a statement given to alert officers to any potential dangers or hazards present as a result of the shooting.

Sergeant Melendez tells Alvarado to go out of the crime scene and wait. Officer Avila comes into view and takes Alvarado out of the scene. Sergeant Melendez walks off with Corporal Roldan. Alvarado then decides to end his recording and grabs something out of his police unit. Alvarado then asks Escobar if he is recording, and Escobar turns his camera off.

The video ends. The video is 7:20 in length.

## Officer Vasquez-Lopez's Axon Body Worn Video:

This video was taken from Officer Vasquez-Lopez's Axon Body 3 body worn camera (X603990DQ). The video is captured on 02/22/2021 at 23:55:39PM. The video begins with Officer Vasquez-Lopez driving his police unit. The view from the camera shows the steering wheel of the vehicle, the internal controls, portions of the front windshield and the driver's door. You can also see Officer Vasquez-Lopez's arm(s) controlling the steering wheel. Based on the lighting conditions, it appears the video is recorded during the night. Like all Axon body worn cameras, the camera is always in buffering mode. When activated, the recording starts 30 seconds prior to the activation. During these 30 seconds, there is no audio. So, during the first 30 seconds of Officer Vasquez-Lopez's video there is no audio.

During the first 30 seconds of the video, we can see Officer Vasquez-Lopez steering the vehicle. I notice that he has a GPS device near the top left side of his windshield. I can also see his police unit computer or MDC. I can

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 14 of 58 |

000197

**210200936**   Supplement No
0066

# Ontario Police Department

see that the computer indicates he is on a traffic stop in the area of West 4th Street and Boulder Ave.   We can only see trees and streetlights pass by the windshield and driver window.  Due to the angle of the view, it can be assumed that the camera is located either on his duty belt or his chest.

When Vasquez-Lopez' audio activates, I hear a voice, I believe to be Officer Escobar, on the radio say, "approximately 40 miles per hour." I can hear sirens in the background of the voice on the radio.  The dispatcher parrots the officer and says, "Approximately 40 miles per hour, southbound on San Antonio."  At the 00:36 minute mark I can see emergency lights through Vasquez-Lopez' front windshield and I hear his engine revving.  Over the radio, Officer Escobar says, "We're going eastbound 6th."   Dispatch parrots again and says, "Eastbound number 6."  Officer Vasquez-Lopez appears to be making turns as he is driving.  After dispatch parrots Eastbound 6th street, Officer Vasquez-Lopez makes a right turn.  The overhead emergency lights of a unit in front of him can be seen through his windshield.  At the 00:45 minute mark, Officer Escobar then advises over the radio that Benavente is driving on the wrong side of the road. At 00:48 minute mark, Officer Escobar advises over the radio that they are now following Benavente northbound on Beverly Ct.  Another then talks about going up north.

At the 00:52 minute mark, Officer Vasquez-Lopez begins to make his northbound turn onto Beverly Ct.  Dispatch then parrots, "Northbound Beverly. When you can, want and description."  At the 00:57 minute mark, Officer Vasquez-Lopez grabs his vehicle's gear shifter to the right of his steering wheel.  He does this before he comes to a complete stop.  You then hear a loud grinding type noise just prior to a loud bang and shaking of the unit at the 00:59 minute mark.  It appears this is when Benavente reverses into units and subsequently collides with Officer Vasquez-Lopez's unit.

*(Shooting Captured on film)*
Officer Vasquez-Lopez immediately exits his driver door.  Immediately, as Vasquez-Lopez is exiting his unit, you hear three distinct shots that begin at the 00:59 minute mark and end at the 1:00 minute mark.  As Vasquez-Lopez is coming around his vehicle, his camera view shows officer Escobar coming around the back side of his own vehicle.  The first view of Benavente's vehicle and Corporal Alvarado is at the 1:02 minute mark. In this view you can see Benavente's red vehicle just to the east of Corporal Alvarado's vehicle.  Benavente's front end is angled towards Alvarado's vehicle and is possibly colliding with it.  The rear left end of Benavente's vehicle is directly in front of Vasquez-Lopez' vehicle and is possibly colliding with it.  Benavente's taillights are on as well as Vasquez-Lopez' front lights.  I cannot tell if Benavente's reverse lights are activated as his taillights are being drowned out by Vasquez-Lopez' front head lights.  The overhead emergency lights of Alvarado's vehicle are activated as well as his taillights.  Alvarado's passenger door is partially open and is directly adjacent to Benavente's front driver door, which it appears to be touching.  Alvarado is tucked inside of the police unit with his legs hanging outside and his arm is stretch out towards Benavente's vehicle with his gun in his hand.  Alvarado is pointing his gun directly at Benavente's vehicle.

I can see, at the top of the view, that Vasquez-Lopez has his gun drawn and pointed in the direction of Benavente's vehicle.  At the left of the view, I can see Escobar near the right rear corner of his unit with his gun drawn and pointed at Benavente's vehicle. I hear Escobar yell, "Get down, get down.  Get your hands." Immediately after I hear Vasquez-Lopez yell, "Put your hands up!"  During these commands, I can see Alvarado squeeze out of the unit's passenger door with his gun still pointed at the driver window of Benavente's vehicle.  Alvarado appears to be close enough to touch Benavente's vehicle with his back still on his own vehicle.  Alvarado's door is only partially open and is hitting Benavente's vehicle.  What makes this an even tighter squeeze is the thickness of the unit's passenger door, which encompasses the outside metal sheeting and inside plastic paneling.

Officer Escobar yells, "Put your hands up!"  While Officer Vasquez-Lopez yells, "Get your hands in the air." Corporal Alvarado continues to move south, out from between his unit and Benavente's vehicle.  Benavente's vehicle then starts to slowly move forward.  Alvarado gets on his radio and says, "Victor 8 shots fired."  Escobar then says he will take over radio communication and repeats, "Victor 8 shots fired."  I can hear cries that sound like they are coming from inside of Benavente's vehicle.  Benavente's vehicle continues to roll forward until it hits the east curb line, goes over the curb and then collides with a tree and comes to a rest.

Officer Vasquez-Lopez continues to walk up to Benavente's vehicle as it rolls to a stop and collides with the tree. Vasquez-Lopez walks all the way up to the rear passenger window with his gun drawn and pointed at the vehicle.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 15 of 58 |

210200936   Supplement No
            0066

# Ontario Police Department

**Narrative**

Vasquez-Lopez says he is standing by with Benavente and that there is a female detained in a police unit. Melendez starts to tell another officer out of view to start doing a neighborhood canvas. Varela asks Melendez if they need the armored vehicle, and he says no.

At the 11:53 minute mark I begin to see medical personnel walk onto the scene and subsequently up to Benavente. At the 12:20 minute mark OFD personnel ask how long Benavente has "been down". Officers replied, "A few minutes." Medical personnel then begin their assessment and treatment of Benavente. They place their medical leads on him and at the 13:30 minute mark they check his pulse. Vasquez-Lopez takes his gloves off and walks to Varela's unit. He does something in his unit and then walks back and asks Corporal Hook for some gloves. Vasquez-Lopez then walks back through the scene to his unit that has the driver door open. He gets gloves out of his unit and then walks back through the scene to where medical personnel are treating Benavente. Vasquez-Lopez then begins to tell Hook the approximate area where Benavente's vehicle struck his own vehicle and where the shooting occurred.

At the 16:02 minute mark, Fire personnel ask Vasquez-Lopez if it is ok if they cover Benavente with a sheet. Vasquez-Lopez asks Sgt. Melendez and Melendez gives the ok. Medical personnel take their leads off of Benavente and cover him with a sheet. A fire personnel asks Vasquez-Lopez if he has identification for Benavente and Vasquez-Lopez says no. OFD gave Vasquez-Lopez the death pronouncement as 00:11 hours. Vasquez-Lopez escorts medical personnel out of the scene and asks who has the crime scene log. He was told that Officer Garcia has the crime scene log. Vasquez-Lopez tells the officer to get OFD's information for the log. Vasquez-Lopez then turns his camera off.

Based on the camera footage, the police vehicles and Benavente's vehicle do not appear to have been moved from the location they were later found in when detectives arrive on scene.

The video ends. The video is 18:36 in length.

**Corporal Alvarado's Axon Body Worn Video:**
This video was taken from Corporal Alvarado's Axon Body 3 body worn camera (X603990K5). The video is captured on 02/22/2021 at 23:56:47PM. The video begins with a view of Corporal Alvarado holding his firearm with his right hand and pointing it at Benavente's vehicle. It appears that Alvarado's gun light is on and illuminating Benavente's vehicle. The view shows the driver's rear window. The camera view is obscured by Alvarado's right arm (which is holding his gun) and what appears to be his left hand, which is activating his camera. There is also another obstruction on the left side of the view that appears to be Alvarado's left arm. Alvarado was wearing a bulky jacket at the time of the incident

Based on the lighting conditions, it appears the video is recorded during the night. Like all Axon body worn cameras, the camera is always in buffering mode. When activated, the recording starts 30 seconds prior to the activation. During these 30 seconds, there is no audio. So, during the first 30 seconds of Corporal Alvarado's video there is no audio. Due to the angle of the view, it can be assumed that the camera is located either on his duty belt or his chest.

Alvarado's video appears to be activated after he fires his gun. During the first 30 seconds of the video, we can see him pointing his firearm at Benavente's vehicle while being extremely close to the vehicle. Alvarado appears to be holding a Glock style handgun with light attached to the bottom of the barrel. With Alvarado's gun light illuminating a portion of the interior of the vehicle, I can see that the driver is bent forward slightly, and the passenger is looking left towards the driver. The driver does not appear to be wearing a shirt. There does not appear to be any head rests on the front seats of the vehicle. Alvarado keeps his firearm pointed towards the vehicle as the vehicle begins to move forward slowly. As the vehicle pulls forward, I can see a second light on the vehicle that is illuminating the rear window. As the vehicle is moving forward it appears to be moving slightly to the right and or Alvarado is moving his position in relation to the vehicle. When the obstruction is moved from the right side of the screen, I can see a second police unit, north of Alvarado and Benavente's vehicle, with its headlights and emergency lights activated. The vehicle is facing a southern direction. I can also see what appears to be debris in the roadway from the vehicles colliding.

Alvarado is holding his firearm with one hand, his right hand. At the 00:06 minute mark he brings his left hand to his gun and holds his gun with two hands. Benavente's vehicle continues forward and subsequently collides with

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 19 of 58 |

000202

**210200936**   Supplement No 0066

# Ontario Police Department

**Narrative**

move up to the driver side of Benavente's vehicle.   Officers open the driver door and Alvarado tells them to get Benavente out of the vehicle.  As officers are dealing with Benavente, Alvarado gets on his radio and lets dispatch know they are out with the driver and taking him into custody.  While he is transmitting this his camera view is blocked (presumably by his arm).  At the 7:33 minute mark dispatch confirms Alvarado's transmission and asks him to advise when OFD is clear to come into the scene.  At the 7:40 minute mark Alvarado advises that OFD is clear to come in.  Officers pull Benavente from the vehicle and he does not appear to move.  Officers Wilburn and Vasquez-Lopez pull Benavente out of the vehicle.  At the 7:45 minute mark "S31" tells dispatch that he is "97" at the scene.

I can hear officers cuff Benavente.  Alvarado advises them to check Benavente for weapons and then to leave him where he is lying.  The other officers are continuing to clear the vehicle and announce at the 8:04 minute mark that the vehicle is clear.  Alvarado then cautions all the officers to be aware of all of the stuff in the area (assuming he was indicating the evidence in the roadway) and he instructed all of them to exit the scene in a specific direction.  He then instructs an officer to have OFD come into the scene through the west side, which would keep them way from the evidence in the roadway.  Officer Vasquez-Lopez tells Alvarado that Benavente does not have any weapons on his person.  Alvarado instructs Wilburn and Vasquez-Lopez to stay with Benavente and to leave him where he is lying.

Alvarado then turns to Escobar and Varela if they are OK, and he says yes.  I can hear the Sergeants on the radio setting up the Command Post for the incident.  Alvarado steps back and is asked by Corporal Roldan what he needs.  Sgt. Melendez arrives on scene and asks if everyone is "Code 4".  Alvarado then tells him that he is the one who shot.  Melendez tells him to hangout and not run the scene anymore.  Officer Avila offers to take Alvarado to the station.  Alvarado says he needs to give his "Public Safety Statement."  Alvarado begins to walk away with Avila and his camera turns off.

The video then ends.  The video is 09:39 in length.

**Surveillance Videos from 1522 N. Beverly Ct:**
Video #1- 1522 N. Beverly Ct. (CH01):
This video was taken from the DVR recovered from 1522 N. Beverly Ct.  1522 sits on the eastside of Beverly Ct. and is the third house north of 6th Street.  The view from the camera points towards the southwest portion of the property.  The property's main driveway is in view as well as portions of three different vehicles parked in the driveway.   The left (or south) portion of the view is obscured by a large bush and tree.  This view also captures a portion of Beverly Ct.   The view of Beverly Ct captures just north of the driveway apron to 1522 N. Beverly Ct., and all the way south until it is cut off by a bush and tree at the south end of the property.

The video is captured on 02/22/2021 at 11:56:42PM.  It is unknown if the time on the video correlates with the correct time.   The video is either in black and white or night vision.  The video starts with a small sedan driving north on Beverly Ct., which comes to a stop near the south end of the driveway apron of 1522 N. Beverly Ct.   The sedan appears to have operating headlights and taillights.  The sedan came to a sudden stop that it caused he front end of the vehicle to dip down and the rear end of the vehicle to rise up.  The brake lights illuminate upon stopping and immediately turn off.  The change in brake light illumination would indicate that the drive released pressure from the brake pedal. After stopping, the sedan did not continue to proceed forward, but immediately began to reverse its direction by driving backwards.  When the sedan came to a complete stop there was a trailing police unit.  This unit appeared to be a marked black and white police unit with the large letters "POLICE" written on the side.  The police unit's overhead emergency lights were illuminated and flashing.  The police unit stop, after the sedan stopped, less than a car length behind the sedan.  From the video, the police unit appears to have stopped offset to the left or west of the sedan.

Upon driving in reverse, the sedan produces a cloud of dust or smoke that appeared to be coming from the ground and/or the front end of the vehicle. The sedan passes by the east or right side of the first following police unit.  The police unit does not appear to move.  I am unable to tell whether or not the sedan collides with this first following police unit.  As the sedan is reversing by the first police unit, I can see the front head lights of the second following police unit come into view behind the large bush at the south end of the property.  The reversing sedan is parallel with the first unit when the front end of the second following police unit comes into view just north of the large bush and comes to a stop.

| Report Officer | Printed At | |
|---|---|---|
| 80217/LAURITZEN,DARRYL | 05/18/2023 15:06 | Page 22 of 58 |

000205