# "EXHIBIT 22"

**Policy**
**300**

Ontario Police Department
Ontario PD CA Policy Manual - May 05, 2014

# Use of Force

### 300.1   PURPOSE AND SCOPE
This policy provides guidelines on the reasonable use of force. While there is no way to specify the exact amount or type of reasonable force to be applied in any situation, every member of this department is expected to use these guidelines to make such decisions in a professional, fair, unbiased, impartial and reasonable manner. (Government Code § 7286)

#### 300.1.1   DEFINITIONS
Definitions related to this policy include:

**Deadly force** - Any use of force that creates a substantial risk of causing death or serious bodily injury, including but not limited to the discharge of a firearm (Penal Code § 835a).

**Force** - The application of physical techniques or tactics, chemical agents, or weapons to another person. It is not a use of force when a person allows him/herself to be searched, escorted, handcuffed, or restrained.

**De-escalation** - De-escalation is the process of using strategies and techniques intended to decrease the intensity of the situation.

### 300.2   POLICY
The use of force by law enforcement personnel is a matter of critical concern, both to the public and to the law enforcement community. Officers are involved on a daily basis in numerous and varied interactions and, when warranted, may use reasonable force in carrying out their duties.

Officers must have an understanding of, and true appreciation for, their authority and limitations. This is especially true with respect to overcoming resistance while engaged in the performance of law enforcement duties.

The Department recognizes and respects the value of all human life and dignity without prejudice to anyone. Vesting officers with the authority to use reasonable force and to protect the public welfare requires monitoring, evaluation and a careful balancing of all interests.

#### 300.2.1   DUTY TO INTERCEDE
Any officer present and observing another officer using force that is clearly beyond that which is objectively reasonable under the circumstances shall, when in a position to do so, intercede to prevent the use of unreasonable force. An officer who observes another employee use force that exceeds the degree of force permitted by law, shall promptly report these observations to a supervisor.

### 300.3   USE OF FORCE
Officers shall use only that amount of force that he or she reasonably believes is proportional to the seriousness of the suspected offense or the reasonably perceived level of actual or threatened resistance, given the facts and totality of the circumstances known to or perceived by the officer at the time of the event to accomplish a legitimate law enforcement purpose.

Copyright Lexipol, LLC 2020/12/21, All Rights Reserved.
Published with permission by Ontario Police Department

Use of Force - 45

000376

Ontario Police Department
Ontario PD CA Policy Manual - May 05, 2014

*Use of Force*

**300.4  DEADLY FORCE APPLICATIONS**

As set forth by Penal Code 835a, an officer may use deadly force only when necessary in defense of human life. In determining whether deadly force is necessary, officers shall evaluate each situation in light of the particular circumstances of each case, and shall use other available resources and techniques if reasonably safe and feasible to an objectively reasonable officer.

A peace officer is justified in using deadly force upon another person only when the officer reasonably believes, based on the totality of the cirumstances, that such force is necessary for either of the following reasons:

(a)  An officer may use deadly force to protect him/herself or others from what he/she reasonably believes is an imminent threat of death or serious bodily injury to the officer or another person.

(b)  An officer may use deadly force to apprehend a fleeing person for any felony that threatened or resulted in death or serious bodily injury, if the officer reasonably believes that the person will cause death or serious bodily injury to another unless immediately apprehended. Where feasible, the officer shall, prior to the use of force, make reasonable efforts to identify themselves as a peace officer and to warn that deadly force may be used, unless the officer has objectively reasonable grounds to believe the person is aware of those facts.

Officers shall not use deadly force against a person based on the danger that person poses to him/herself, if an objectively reasonable officer would believe the person does not pose an imminent threat of death or serious bodily injury to the officer or to another person (Penal Code § 835a).

An "imminent" threat of death or serious bodily injury exists when, based on the totality of the circumstances, a reasonable officer in the same situation would believe that a person has the present ability, opportunity, and apparent intent to immediately cause death or serious bodily injury to the officer or another person. An officer's subjective fear of future harm alone is insufficient as an imminent threat. An imminent threat is one that from appearances is reasonably believed to require instant attention (Penal Code § 835a).

If an officer chooses to discharge a firearm as a form of deadly force, the officer shall consider their surroundings and potential risks to bystanders, to the extent reasonable under the circumstances, before discharging the firearm.

**300.4.1   SHOOTING AT OR FROM MOVING VEHICLES**

Shots fired at or from a moving vehicle are rarely effective and may involve additional considerations and risks.  When feasible, officers should take reasonable steps to move. out of the path of an approaching vehicle instead of discharging their firearm at the vehicle or any of its occupants. An officer should only discharge a firearm at a moving vehicle or its occupants when the officer reasonably believes there are no other reasonable means available to avert the imminent threat of the vehicle, or if deadly force other than the vehicle is directed at the officer or others. An officer may also use deadly force to apprehend a person fleeing in a vehicle if in compliance with section 300.4(b) of this policy.

Copyright Lexipol, LLC 2020/12/21, All Rights Reserved.
Published with permission by Ontario Police Department