# "EXHIBIT 23"

**Policy 451**

Ontario Police Department
Ontario PD CA Policy Manual - May 05, 2014

# Body Worn Video System

### 451.1  PURPOSE AND SCOPE
(a) To provide policy and procedure for the use of the Body Worn Video (BWV) including both the audio and video recording of field activity in the course of official police duties.

(b) The use of the portable video recording system provides documentary evidence for criminal investigations, internal or administrative investigations, and civil litigation. Members shall utilize this device in accordance with the provisions in this general order to maximize the effectiveness of the audio/video documentation to achieve operational objectives and to ensure evidence integrity.

### 451.2  REQUIRED USERS
The Ontario Police Department has provided designated personnel with portable recorders, either audio or video or both, for use during the performance of their duties. The use of recorders is intended to enhance the mission of the department by accurately recording contacts between members of the department and the public.

==The following personnel are required to carry and wear the BWV system in an approved manner while on duty. These guidelines are specific to the ranks of Lieutenant through Officer.==

- All sworn personnel working patrol, whether as a regular assignment or in an extra duty/overtime status.
- All sworn personnel working in an enforcement capacity while wearing the department uniform.  This applies to all extra duty and overtime assignments.
- All sworn personnel serving a search warrant are recommended to utilize the BWV unless the use of the BWV compromises the identity of undercover officers or jeopardizes tactics. Officers not wearing the BWV duringsearch warrants must have prior approval from their Shift/Division Lieutenant.
- Any other employee deemed appropriate by their supervisor.

The term "personnel," "employee," "member" and "officer"may be used interchangeably without altering the intended meaning of this policy.

### 451.3  PROCEDURES
A. Unauthorized use, duplication, and/or distribution of BWV files are prohibited. Personnel shall not make copies of any BWV file for their personal use and are prohibited from using a recording device such as a phone camera or secondary video camera to record BWV files.

B. All recorded media, images and audio from the BWV are property of the Ontario Police Department and shall not be copied, released, or disseminated in any form or manner outside the parameters of this policy without the expressed written consent of the Chief of Police.

Copyright Lexipol, LLC 2020/12/21, All Rights Reserved.
Published with permission by Ontario Police Department

*Body Worn Video System*

C. The BWV shall not be used to record non-work related activity and shall not be activated in places where a reasonable expectation of privacy exists, such as locker rooms, dressing rooms or rest rooms.

D. Members should be aware of certain circumstances when operating the BWV may not be appropriate such as:

   1. In a hospital emergency room where privacy of patients, including patients not part of the officer's call, should be considered.

   2. Anytime a person's private health information is being discussed.

   3. Ambulance responses to accidents and illnesses when victims are not involved in any criminal activity.

   4. When the use of the BWV causes emotional distress to a victim of a crime, such as a rape victim.

E. Personnel will use only the BWV system issued and approved by the department for official police duties. The wearing of any other personal video recorder for the same purpose is not authorized without permission of the Chief of Police.

F. Personnel shall not remove, dismantle or tamper with any hardware and/or software component or part of the BWV.

G. There are many situations where the use of the BWV is appropriate. This policy is not intended to describe every possible circumstance. In addition to the required conditions, members shall activate the system anytime they feel its use would be appropriate and/or valuable to document an incident.

H. Unless it is unsafe or impracticable to do so, or mechanical issues that impede the use of the device are present, members shall make every reasonable effort to activate their BWV cameras prior to making contact in the following incidents:

   1. Enforcement encounters where there is a reasonable suspicion that a person is involved in criminal activity or a violation of the law. This includes, but is not limited to dispatched calls, self-initiated activities, traffic stops, pedestrian checks or any other investigative or enforcement encounter.

   2. Any other contact that becomes adversarial after the initial contact in a situation that would not otherwise require taping.

   3. Officers may activate the BWV before or during any other incident at their discretion.

   4. Each member shall have the latitude to terminate the recording when there is nothing of evidentiary value occurring. It shall be deemed a violation of this policy for a member to fail to activate the device or intentionally terminate a recording in order to commit a violation of law or department policy.

Copyright Lexipol, LLC 2020/12/21, All Rights Reserved.
Published with permission by Ontario Police Department