# "EXHIBIT 24"

**Policy**
**468**

Ontario Police Department
Ontario PD CA Policy Manual - May 05, 2014

# Medical Aid and Response

### 468.1  PURPOSE AND SCOPE
This policy recognizes that members often encounter persons who appear to be in need of medical aid and establishes a law enforcement response to such situations.

### 468.2  POLICY
It is the policy of the Ontario Police Department that all officers and other designated members be trained to provide emergency medical aid and to facilitate an emergency medical response.

### 468.3  FIRST RESPONDING MEMBER RESPONSIBILITIES
Whenever practicable, members should take appropriate steps to provide initial medical aid (e.g., first aid, CPR, use of an automated external defibrillator (AED)) in accordance with their training and current certification levels. This should be done for those in need of immediate care and only when the member can safely do so.

Prior to initiating medical aid, the member should contact the Dispatch Center and request response by Emergency Medical Services (EMS) as the member deems appropriate.

Members should follow universal precautions when providing medical aid, such as wearing gloves and avoiding contact with bodily fluids, consistent with the Communicable Diseases Policy. Members should use a barrier or bag device to perform rescue breathing.

When requesting EMS, the member should provide the Dispatch Center with information for relay to EMS personnel in order to enable an appropriate response, including:

(a) The location where EMS is needed.

(b) The nature of the incident.

(c) Any known scene hazards.

(d) Information on the person in need of EMS, such as:

   1. Signs and symptoms as observed by the member.

   2. Changes in apparent condition.

   3. Number of patients, sex, and age, if known.

   4. Whether the person is conscious, breathing, and alert, or is believed to have consumed drugs or alcohol.

   5. Whether the person is showing signs or symptoms of excited delirium or other agitated chaotic behavior.

Members should stabilize the scene whenever practicable while awaiting the arrival of EMS.

Members should not direct EMS personnel whether to transport the person for treatment.