

# Exhibit 25
# Manually Lodged with the Court