

# Exhibit 26
# Manually Lodged with the Court