

# Exhibit 27
# Manually Lodged with the Court