LAW OFFICES OF DALE K. GALIPO
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com; Telephone: (818) 347-3333
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS<br><br>PLAINTIFF(S)<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:23-cv-00266-SSS-DTBx<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exh. 10 - Surveillance Video
Exh. 11 - Vasquez-Lopez Video
Exh. 25 - Escobar Video
Exh. 26 - Varela Video
Exh. 27 - Alvarado Video

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 12, 2024
Date

/s/ Marcel F. Sincich
Attorney Name

Plaintiffs
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**