# "EXHIBIT C"

Google Maps  699-547 W 4th St, Ontario, CA 91762 to 1599-1501 N Beverly Ct, Ontario, CA 91762

Drive 0.9 mile, 4 min

699-547 W 4th St
Ontario, CA 91762

↑  1. Head north on N San Antonio Ave toward W Harvard Pl

0.7 mi

2 min (0.7 mi)

**466-460 S San Antonio Ave**

Ontario, CA 91762

← 2. Head south on S San Antonio Ave toward W 6th St

0.2 mi

↰ 3. Turn left at the 1st cross street onto W 6th St

0.1 mi

↰ 4. Turn left onto N Beverly Ct

177 ft

2 min (0.3 mi)

**1599-1501 N Beverly Ct**

Ontario, CA 91762