# "EXHIBIT D"



Drive 1.5 miles, 5 min

Google Maps    34.0778504, -117.6700569 to 1599-1501 N Beverly Ct, Ontario, CA 91762

Map data ©2024

34.0778504, -117.6700569

1.   Head east on W 4th St
                                              0.5 mi

2.   Turn left onto N San Antonio Ave
                                              0.7 mi

3 min (1.2 mi)

**466-460 S San Antonio Ave**

Ontario, CA 91762

↑ 3. Head south on S San Antonio Ave toward W 6th St

0.2 mi

↰ 4. Turn left at the 1st cross street onto W 6th St

0.1 mi

↰ 5. Turn left onto N Beverly Ct

177 ft

2 min (0.3 mi)

**1599-1501 N Beverly Ct**

Ontario, CA 91762