# "EXHIBIT E"











Google Maps   635 W 6th St

Ontario, California

Google Street View

Mar 2019



Image capture: Mar 2019   © 2024 Google