|   |   |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
|   | Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com |
|   | Marcel F. Sincich, Esq. (SBN 319508) |
| 3 | msincich@galipolaw.com |
|   | Benjamin S. Levine, Esq. (SBN 342060) |
| 4 | blevine@galipolaw.com |
|   | 21800 Burbank Boulevard, Suite 310 |
| 5 | Woodland Hills, CA 91367 |
|   | Telephone: (818) 347-3333 |
| 6 | Facsimile: (818) 347-4118 |
| 7 | **RODRIGUEZ APODACA LAW FIRM, LLP** |
|   | Richard A. Apodaca (SBN 292294) |
| 8 | richarda@ralawllp.com |
|   | Elissa K. Buenrostro (SBN 303299) |
| 9 | elyb@ralawllp.com |
|   | Empire Towers I |
| 10 | 3633 Inland Empire Blvd., Suite 575 |
|   | Ontario, CA 91764 |
| 11 | Tel: (909) 944-3777 |
|   | Fax: (909) 944-5777 |
| 12 | *Attorneys for Plaintiffs* |
| 13 | James R. Touchstone, SBN 184584 |
|   | jrt@jones-mayer.com |
| 14 | Denise L. Rocawich, SBN 232792 |
|   | dlr@jones-mayer.com |
| 15 | JONES MAYER |
|   | 3777 North Harbor Boulevard |
| 16 | Fullerton, CA 92835 |
|   | Telephone: (714) 446-1400 |
| 17 | Facsimile: (714) 446-1448 |
| 18 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| FRANK BENAVENTE; and NICOLE VENTRESS, | Case No. 5:23-cv-00266-SSS-KK |
|---|---|
|  | [*Honorable Sunshine S. Sykes*] |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO MODIFY THE COURT'S ORDER TO ADR** |
| ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive, | |
|  | [(Proposed) Order *filed concurrently herewith*] |
| Defendants. | |

**TO THE HONORABLE COURT:**

COMES NOW, collectively the parties, Plaintiffs Frank Benavente and Nicole Ventress ("Plaintiffs"), and Defendant City of Ontario and Albert Alvarado ("Defendants"), by and through their respective attorneys of record (together called the "Parties"), hereby present this Joint Stipulation to Modify the Scheduling Order <u>to continue the deadline to conduct ADR only</u> by thirty (30) days upon the following good cause:

1. This is a police use of deadly force case arising out of events that occurred on February 22, 2021.

2. On May 18, 2023, the Court issued its Order/Referral to ADR requiring the parties to proceed before with private mediation by June 7, 2024. (Doc. 23.)

3. Due to scheduling conflicts and the availability of the Parties agreed-upon mediator, the Parties were not able to schedule a private mediation prior to June 7, 2024.

4. The Parties have agreed to private mediation before Richard T. Copeland at the next available time in which he and the Parties are available, July 3, 2024.

5. The Parties therefore request continuances of the ADR cut-ff in order to engage in private mediation as scheduled.

6. No party will suffer any undue prejudice because of the requested continuance.

7. The Parties agree that continuing this deadline stated in this stipulation is the most orderly and efficient method for moving this case forward.

8. The Parties have previously requested that the Court modify its Scheduling Order on one prior occasion (Doc. 28).

9. No other dates and deadlines are requested to be modified by this stipulation.

10. For the reasons set forth herein, the Parties propose a short continuance of the ADR cut-off from June 7, 2024 to July 7, 2024 with the joint report regarding settlement discussion due within 7 days of the mediation.

It is so stipulated.

Respectfully submitted,

Dated: May 17, 2024,    **LAW OFFICE OF DALE K. GALIPO**
                                     **RODRIGUEZ APODACA LAW FIRM, LLP**

                                     By /s/ *Marcel F. Sincich*
                                        Dale K. Galipo
                                        Marcel F. Sincich
                                        Benjamin S. Levine
                                        *Attorneys for Plaintiffs*,
                                        FRANK BENAVENTE and
                                            NICOLE VENTRESS

Dated: May 17, 2024,    **JONES MAYER**

                                     By /s/ *James R. Touchstone*
                                        James R. Touchstone
                                        Denise L. Rocawich
                                        *Attorneys for Defendants*,
                                        CITY OF ONTARIO and ALBERT
                                          ALVARADO