# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00266-SSS-KK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE COURT'S ORDER TO ADR** |

Having reviewed the parties' Joint Stipulation to Modify the Court's Order to ADR (Doc. 23) and finding good cause therefor, it is hereby ORDERED that the following deadlines are continued as set forth below:

The Parties shall complete ADR by private mediation prior to July 7, 2024 and file a joint status report regarding settlement discussions within 7 days of the completion of private mediation.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Honorable Sunshine S. Sykes
United States District Court Judge