Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:23-cv-00266-SSS-DTBx<br><br>Assigned to:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>MSJ Date:   June 28, 2024<br>Time:         2:00 p.m.<br>Dept.:         2, 2nd Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT:**

Plaintiffs object to Defendants' Notice of Motion (Doc. 31 at pp. 1-2) for Defendants failure to comply with this Court's Civil Standing Order providing specific instructions on the "Meet and Confer Requirement" prior to filing a motion (Doc. 10 at 11:8-12:6).

Respectfully submitted,

Dated: June 6, 2024              **LAW OFFICE OF DALE K. GALIPO**
                                 **RODRIGUEZ APODACA LAW FIRM, LLP**

                                 By ___*s/ Marcel F. Sincich*___
                                    Dale K. Galipo
                                    Marcel F. Sincich
                                    *Attorneys for Plaintiffs* FRANK BENAVENTE
                                    and NICOLE VENTRESS