| | |
|---|---|
| **From:** | Scott W. Davenport |
| **To:** | "Marcel Sincich" |
| **Cc:** | Richard Apodaca; Elissa Buenrostro; James R. Touchstone; Richard A. Lucero; Alejandro Monguia |
| **Subject:** | RE: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ |
| **Date:** | Monday, March 11, 2024 11:16:12 AM |

Hey Marcel -

Thanks for meeting and conferring with me on the MSJ. I will let you know about future dates for a possible mediation and stip to continue our MSJ filing date.

-S

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Monday, March 11, 2024 9:31 AM
**To:** Scott W. Davenport <swd@jones-mayer.com>
**Cc:** Richard Apodaca <richarda@ralawllp.com>; Elissa Buenrostro <Elyb@ralawllp.com>; James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Subject:** RE: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

11 works. 818-347-3333. Thanks.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**From:** Scott W. Davenport <swd@jones-mayer.com>
**Sent:** Monday, March 11, 2024 07:49
**To:** Marcel Sincich <msincich@galipolaw.com>
**Cc:** Richard Apodaca <richarda@ralawllp.com>; dalegalipo@yahoo.com; ebagadassarian@galipolaw.com; Elissa Buenrostro <Elyb@ralawllp.com>; James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>

**Subject:** Re: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

I've gotta get something out the door this morning.  How's 11:00?  If that works, what's a good number for you?

On Mar 11, 2024, at 7:44 AM, Marcel Sincich <msincich@galipolaw.com> wrote:

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Hi Scott,

I hope you had a good weekend. Perhaps we should have a quick follow up call. I am available today and tomorrow. Let me know what time works for you. Thanks.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Scott W. Davenport <swd@jones-mayer.com>
**Sent:** Wednesday, March 6, 2024 10:23
**To:** Marcel Sincich <msincich@galipolaw.com>; 'Richard Apodaca' <richarda@ralawllp.com>; 'dalegalipo@yahoo.com' <dalegalipo@yahoo.com>; 'ebagadassarian@galipolaw.com' <ebagadassarian@galipolaw.com>; Elissa Buenrostro <Elyb@ralawllp.com>
**Cc:** James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>
**Subject:** RE: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

Hey Marcel – I am just double checking everything and I remember we had some original discussions but I cannot remember if we ever completed our Meet and Confer on this since so much time has passed.  As you may remember, we were going to bring our MSJ on the following issues: (1) the force used was reasonable under the totality of the circumstances; (2) no denial of medical care or familial relationship claims; (3) no

Monell liability; and (4) qualified immunity.  Did you want to meet and confer further on this or are we clear to file our motion?

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Monday, January 15, 2024 2:14 PM
**To:** Scott W. Davenport <swd@jones-mayer.com>; 'Richard Apodaca' <richarda@ralawllp.com>; 'dalegalipo@yahoo.com' <dalegalipo@yahoo.com>; 'ebagadassarian@galipolaw.com' <ebagadassarian@galipolaw.com>; Elissa Buenrostro <Elyb@ralawllp.com>
**Cc:** James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>
**Subject:** RE: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Hi Scott,

I hope all is well. I am available to meet with you tomorrow afternoon or in the morning on the 17th. I can also do the week of Jan. 22-26. Please let me know what works for you.

Dale and Jim briefly discussed in one of the last depos an interest in setting up a mediation. Please let me know if the defendants would be interested in setting one up prior to filing a dispositive motion as I do believe we have time to do so. Thank you.

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo**  |  21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  |  Office: +1.818.347.3333  |  Fax: +1.818.347.4118  |  Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Scott W. Davenport <swd@jones-mayer.com>
**Sent:** Thursday, January 11, 2024 11:29
**To:** 'Richard Apodaca' <richarda@ralawllp.com>; 'dalegalipo@yahoo.com' <dalegalipo@yahoo.com>; 'ebagadassarian@galipolaw.com'

<ebagadassarian@galipolaw.com>; Elissa Buenrostro <Elyb@ralawllp.com>
**Cc:** James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>; Marcel Sincich <msincich@galipolaw.com>
**Subject:** RE: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

Thanks!  We missed my in-person window so we are probably looking at a 15 minute zoom call.

Today is not great, but I am pretty open tomorrow (1/12) as well as Monday to Wednesday of next week (1/15 to 1/17).

If none of that works, maybe we can do something the week of Jan 22-26.

Let me know.

-S

<image001.png>

---

**From:** Richard Apodaca <richarda@ralawllp.com>
**Sent:** Thursday, January 11, 2024 10:56 AM
**To:** Scott W. Davenport <swd@jones-mayer.com>; 'dalegalipo@yahoo.com' <dalegalipo@yahoo.com>; 'ebagadassarian@galipolaw.com' <ebagadassarian@galipolaw.com>; Elissa Buenrostro <Elyb@ralawllp.com>
**Cc:** James R. Touchstone <jrt@jones-mayer.com>; Richard A. Lucero <RAL@jones-mayer.com>; Marcel Sincich <msincich@galipolaw.com>
**Subject:** Re: Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Scott,

I have cc'd Marcel, who I believe is handling this part.

Thanks!

**Sincerely,**
**Richard A. Apodaca, Esq.**
PARTNER

<image002.png>
**Phone:** 909-944-3777/**Fax:** 909-944-5777
**Website:** ralawllp.com

**Email:** richarda@ralawllp.com

**Inland Empire,** 3633 Inland Empire Blvd., Suite 575, Ontario, CA 91764
**Los Angeles County,** 225 S. Lake Ave., Suite 300, Pasadena, CA 91101
**Orange County**, 1851 E. First St., Suite 900, Santa Ana, CA 92705

**CONFIDENTIALITY/PRIVILEGE STATEMENT**: This email may include private, confidential, and privileged information that shall not be duplicated, used, distributed, or disclosed outside of the intended person(s). This communication and information is protected under U.S. Federal and California State law. This email and information may be of critical value to our Firm and our clients. Any unauthorized review, use, disclosure, distribution, or receipt is strictly prohibited. If you have received this communication or transmission in an error, or are not the intended recipient(s), please immediately notify us via reply email and destroy the original message and all subsequent messages.

---

**From:** Scott W. Davenport <swd@jones-mayer.com>
**Date:** Tuesday, January 9, 2024 at 11:07 AM
**To:** 'dalegalipo@yahoo.com' <dalegalipo@yahoo.com>, 'ebagadassarian@galipolaw.com' <ebagadassarian@galipolaw.com>, Richard Apodaca <richarda@ralawllp.com>, Elissa Buenrostro <Elyb@ralawllp.com>
**Cc:** James R. Touchstone <jrt@jones-mayer.com>, Richard A. Lucero <RAL@jones-mayer.com>
**Subject:** Benavente/Ventress v. Ontario - Meet and Confer re: MSJ

Counsel:

My name is Scott Davenport and you probably remember me from my 23-year stint over at Manning & Kass.  I have recently joined Jones Mayer and have been assigned to handle the filing of an MSJ in this matter.

The District Court has some local-local rules that differ somewhat significantly from the norm in several respects.  First, the Court requires 7 weeks' notice on an MSJ (which is why I am starting so early) and indicates that it really expects at least a telephonic attempt to meet and confer (not by email).  I wanted to see if there is a time this week or next when we could discuss our forthcoming motion which will address the following issues: (1) force used was reasonable under the totality of the circumstances; (2) no denial of medical care or familial relationship claims; (3) no Monell liability; and (4) qualified immunity.

We have all been doing this a long time and don't know that there will be much to discuss as we will most likely agree to disagree.  However, I would encourage you to consider dismissing the First and Third causes of action (detention/arrest and denial of medical care) given the BWC evidence.

I will be in the LA/OC area tomorrow if you would like to meet in person or we could set something up either telephonically or via zoom for some time over the next week or two.  Please let me know your availability.

-Scott