**210200936**   Supplement No **0048**

# Ontario Police Department



Address
2500 S. Archibald Ave.
City, State Zip Code
Ontario, California 91761
Nature of Call
PC 245

Phone Number
(909)395-2001
Fax Number

Reported Date
02/22/2021

Officer
CLINTON, GREGORY

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| Ontario Police Department | 210200936 | 0048 | 02/22/2021 | 23:55 | 210530505 |

| Status | Nature of Call |
|---|---|
| REPORT TAKEN | ASSAULT WITH DEADLY WEAPON |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| W 4TH ST/N BOULDER AV | ONTARIO | 91762 | 59 |

| Area | Beat | From Date | From Time | Officer | Assignment |
|---|---|---|---|---|---|
| 1 | 11 | 02/22/2021 | 23:55 | 80262/CLINTON,GREGORY | PATROL |

| Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | Approval Date |
|---|---|---|---|---|---|
| 80262 | PATROL | Successful | Successful | 20010 | 04/08/2021 |

| Approval Time |
|---|
| 15:06:04 |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC 245(A)(1) | FORCE OR ADW NOT FIR | |

## Modus Operandi

| Gang Inv? | Crime Code(s) |
|---|---|
| No | ASSAULTS |

## Narrative

**DIGITAL EVIDENCE**
Body Worn Video: Yes
Digital Recordings: No
Digital Photographs: No

**FOLLOW UP INVESTIGATION**
On 02/22/21, I was a Detective Assigned to the Investigations Bureau. I received a telephone call at home from Lieutenant Carrillo and advised that an officer involved shooting recently occurred and that I was needed to help investigate the incident. I responded to the Ontario Police Department and met with Detective Lauritzen who is the lead investigator in this case. For further details, refer to his report.

During the initial investigation, it was determined that a female, Linda Briones, was in the front passenger seat during the pursuit and at the time of the officer involved shooting. She was taken into custody at the conclusion of the pursuit for an outstanding warrant and transported to the Ontario Police Department. She was then processed in the booking area of the police department.

Detective Marszalek and I were tasked with interviewing Briones. I went to the booking area and escorted Briones out though the sally port to where my car was parked. Detective Marszalek and I then drove Briones around to the east side of the building and walked her to an interview room inside the Detective Bureau.

I recorded the interview using my body worn video and the following is a synopsis of Briones' statement. I explained to Briones that she was not in any trouble regarding the incident that had occurred. I was there to help conduct a transparent investigation and wanted to speak to her about what happened.

Briones told me that she lives with a woman named Nicole Ventre in an apartment in Ontario. She has known Nicole for over a year and she is helping Briones get back on her feet. Only Briones and Nicole live in the apartment. Nicole has a son named "Joey" who she has known for a few months. Joey has come around here and there and got out of jail in Las Vegas about a week ago. Briones believes he had been arrested for a warrant but did not know what the warrant was for. Briones said that she only recently started hanging out with him. I asked her what she meant and she described it as calling each other brother and sister and going shopping together.

| Report Officer | Printed At | |
|---|---|---|
| 80262/CLINTON,GREGORY | 05/18/2023 15:05 | Page 1 of 3 |

**210200936**  Supplement No 0048

# Ontario Police Department

**Narrative**

Briones was trying to help Joey calm down and said that he was acting a little mental. Briones explained that Joey has a lot of issues going on. I asked what kind of issues and she said it was personal issues dealing with his mother and being incarcerated. Briones did not know if Joey had been clinically diagnosed with any mental health problems. I asked how Joey would try to deal with those issues and she explained that when Nicole would ask Joey questions, he would answer it in a way that was hard for her to understand and give her a hard time.

I then asked Briones to tell me what happened today. Briones said that she wanted to go pick up a friend who was in Fontana and asked Nicole if she could borrow her car. Nicole told her to ask Joey for a ride instead. Joey agreed to take her and they gathered their belongings to leave. Before they left, Nicole told Briones, "Take care of him," referring to Joey. Briones told me that she would and they left together in Joey's car. Briones thinks the car was under the name of Mary who is Joey's girlfriend. Briones said Joey took a backpack with some personal items inside.

Briones said when they left, Joey went the back way. I asked what that meant and she said Joey was parked in the alley and drove up to D Street. Instead of going towards Mountain Avenue, the nearest major street, Joey drove away from Mountain Avenue. Briones wasn't familiar with the streets Joey took but knew they eventually came back to Mountain Avenue where the O'Reilly's is. (There is an O'Reilly's Auto Parts Store located on the southeast corner of Mountain Avenue and I Street.) They were stopped at the light when a police car drove past them going northbound on Mountain Avenue. When the light turned green, Joey went northbound on Mountain Avenue as well. They came to a stop at a red light and were stopped next to the police car. Briones did not want to look over at the police car because Joey was not wearing a shirt and had tattoos. Briones said she had pointed out the police car to Joey but he did not appear to be phased or nervous by it. Because Joey was not wearing a shirt, Briones started to get a shirt out of his backpack but he never put it on.

Joey was talking to Briones and then made a turn onto an unknown street. Briones asked Joey why he turned and he said he didn't know; the light took too long and here comes the cops. Joey was using the mirrors to look behind him at the police car. Joey told Briones that he was not going to stop. Briones also looked in the mirror and saw the police car behind them with the emergency lights on. Briones could not remember if she heard a siren at that point.

Briones did not want to scream or say anything to Joey while this was happening. Briones didn't know what to do so she called Nicole on her cell phone and told her that Joey was not stopping for the police car. Briones said she talked to Nicole using the speaker phone and Nicole started screaming. She told Joey, "Why? Not with her in the car. What are you doing?" I asked Briones if she said anything to Joey and she said she was already on the phone with Nicole. Joey continued to say that he was serious and not going to stop. Briones said she was nervous because he was not stopping. I asked her why and she said she did not want it to turn out the way it did.

I asked if Joey ever said why he wasn't going to stop and she said she thought Joey had a warrant but was not sure. I asked if she knew of any other reason why Joey would run from the police and she was not sure. She did not believe there was anything illegal inside the vehicle. Briones did not know Joey to carry a firearm or be in possession of narcotics. She believed there was only clothing inside of the backpack he brought with him.

As they continued to drive, Nicole asked Briones, "What do you want me to do?" Briones didn't know what to do either and felt like she had no control. Briones was not sure what streets Joey drove as he failed to stop for the police. She described one street as having small islands in the roadway (Sixth Street has a "traffic calming" feature with small islands in the middle of the roadway to force drivers to slow and swerve around them.) Briones said she remembered Joey making a U-turn one time during the pursuit. Briones said when they turned around, she could see that there were 2-3 black and white painted police cars now involved. Briones could not describe the police cars any further. Briones still did not remember if the sirens were on.

Joey then turned onto a street with a cul-de-sac and Briones told him that it was a dead end. Joey told Briones, "Oh yea, watch this," and that he was going to get away. Joey started to turn but then stopped and looked towards the officers. Briones was not sure what Joey was planning to do but she imagined he was going to turn around and drive across the front lawns.

Joey then went backwards and hit one of the cop cars. Briones doesn't think Joey was going that fast as they

| Report Officer | Printed At | |
|---|---|---|
| 80262/CLINTON, GREGORY | 05/18/2023 15:05 | Page 2 of 3 |

000163

**210200936**  Supplement No 0048

# Ontario Police Department

## Narrative

were at a stop but she described it as driving faster than someone would drive while backing out of a parking space. When asked to describe how Joey was driving during the pursuit, Briones said he was driving weird, pausing, and hesitating. She was not sure if Joey was trying to figure out what to do or was unfamiliar with the streets. Briones was asked if she thought the way he was driving was dangerous and she said she had her seatbelt on the entire time. She only thought it was dangerous once they turned onto the dead-end street.

Briones said she was looking at the phone but felt them collide into one of the police cars. Before colliding into the police car, Briones did not hear any commands made by the police. She only heard officer's voices once her car door was opened later. She was not sure how many police cars were behind them or how close they were. She thinks the police cars were close because they were right behind them during the pursuit. The collision rocked her head backwards and she felt some pain to her legs. She pointed out small red marks on the skin of her legs that I could see through holes in her pants. Briones looked over at Joey and saw bullet holes in the glass of the driver's door window. She saw that Joey's head was down and there was blood squirting out of his neck. Briones thought Joey was going to die because of how much blood was coming out. Briones shook Joey and he did not say or respond in any way. Nicole was still on the phone and asked if Joey was dead. Briones told her that she thought he was. Briones did not hear any gunshots and did not realize any shots were fired until she saw the holes in the glass.

Briones turned the car off because she saw the car was smoking. She was not sure what caused the smoke and thinks it was coming from the engine area. Briones did not hear the wheels squealing. Briones did not remove the keys from the ignition and did not shift the car into park. Briones wanted to get out of the car but could not tell what the officers were saying. She opened the door and got out, still with the cell phone in her hand. Briones said she wanted the officers to help Joey. The officers told her to get out of the car so they could and she followed their commands. Briones walked backwards towards the officers and they took the cell phone from her. They then put her in the back of one of the police cars.

Briones was asked if she knew why the police shot Joey. Briones replied, "I'm pretty sure he ran into them." I asked her if she thought there was anything Joey could have done to prevent the outcome. Briones said, "Should of stopped." I asked what she thought would have happened if Joey pulled over and she replied, "He wouldn't be dead."

Forensic Technician Vetere came over to the interview room and took overall photographs of Briones and the small marks on her legs.

I obtained a photograph of Joseph Benevente and showed it to Briones. Briones said the person in the picture was Joey.

Briones was given a citation for her outstanding warrant and was released to the front lobby at her request.

I was later tasked with making copies of the body worn video from the officer who were present at the time of the incident. I obtained the video from Corporal Roman and made a copy for the Administrative Investigation Team, Internal Affairs, City of Ontario Attorney's office and the officer's attorney. The copies and the original were given to Detective Lauritzen.

## AUTOPSY

On 03/04/21, Detective Lauritzen and I attended the autopsy of Joseph Benevente at the San Bernardino County Coroner's Office. For further details, refer to Detective Lauritzen's report.

| Report Officer | Printed At | |
|---|---|---|
| 80262/CLINTON,GREGORY | 05/18/2023 15:05 | Page 3 of 3 |

000164