UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>          Plaintiffs,<br><br>        v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.:  5:23-CV-00266-SSS<br><br>*Judge:*  Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 TO INTRODUCE PORTIONS OF VIDEOTAPED STATEMENT OF LINDA BRIONES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed and considered Defendants' Motion in Limine No. 3 to introduce portions of the videotaped statement made by Linda Briones, and any opposition thereto, the Court finds good cause and GRANTS Defendants' Motion in Limine No. 3.

**IT IS SO ORDERED.**

Dated: _____       _____
                                      HON. SUNSHINE S. SYKES,
                                      UNITED STATES DISTRICT JUDGE

1

2

Respectfully Submitted:

3
James R. Touchstone, SBN 184584
  jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
4
  dlr@jones-mayer.com
Scott Wm. Davenport, SBN 159432
5
  swd@jones-mayer.com
JONES MAYER
6
3777 North Harbor Boulevard
Fullerton, CA 92835
7
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448
8

9
Attorneys for Defendants,
CITY OF ONTARIO and ALBERT ALVARADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28