James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendant CITY OF ONTARIO
and ALBERT ALVARADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.:  CV23-00266 JGB (SP)<br>Judge: Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE #1 TO PRECLUDE IMPROPER OPINIONS FROM PLAINTIFF'S POLICE PRACTICE EXPERT ROGER CLARK** |

- 1 -

# [PROPOSED] ORDER

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants, City of Ontario and Albert Alvarado's, Notice of Motion and Motion in Limine No. 1 precluding any reference to, testimony, and opinions from Plaintiffs' police practice expert Roger Clark that are speculative, conclusory, contain principles not grounded in law, and do not assist the trier of fact, the Court finds good cause and **GRANTS** Defendants' Motion in Limine No. 1 and excludes Opinions (1) through (59) identified in Exhibit "B" of the Declaration of Denise Lynch Rocawich.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Sunshine S. Sykes
UNITED STATES DISTRICT COURT JUDGE