James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants
CITY OF ONTARIO and ALBERT ALVARADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENEVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.  5:23-cv-00266-SSS-DTBx<br><br>*Hon. Sunshine Suzanne Sykes – Crtrm 2*<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE #2 TO PRECLUDE EVIDENCE OF A PRIOR OFFICER-INVOLVED SHOOTING [DOC 39]** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant's, CITY OF ONTARIO and ALBERT ALVARADO hereby lodge their [Proposed] Order Re Defendants' Motion in Limine #2 to Preclude Evidence of a Prior Officer-Involved Shooting in the above captioned matter.

Dated: June 21, 2024         JONES MAYER

By: /s/ *Denise Lynch Rocawich*
    JAMES R. TOUCHSTONE
    DENISE L. ROCAWICH
    Attorneys for Defendants

- 1 -

NOTICE OF LODGING PROPOSED ORDER

James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant CITY OF ONTARIO
and ALBERT ALVARADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br>vs.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV23-00266 JGB (SP)<br>Judge: Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE #2 TO PRECLUDE EVIDENCE OF A PRIOR OFFICER-INVOLVED SHOOTING** |

## **[PROPOSED] ORDER**

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants, City of Ontario and Albert Alvarado's, Notice of Motion and Motion in Limine No. 2 precluding Plaintiffs, their counsel or their witnesses from introducing any testimony, documents, evidence of damages or other evidence relating to a prior officer-involved shooting involving Defendant Corporal Alvarado, the Court finds good cause and **GRANTS** Defendants' Motion in Limine No. 2.

**IT IS SO ORDERED.**

Dated:

Hon. Sunshine S. Sykes
UNITED STATES DISTRICT COURT JUDGE