James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, SBN 232792
dlr@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants
CITY OF ONTARIO and ALBERT ALVARADO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENEVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.  5:23-cv-00266-SSS-DTBx<br><br>*Hon. Sunshine Suzanne Sykes – Crtrm 2*<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE #4 TO TRIFURCATE TRIAL [DOC 40]** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant's, CITY OF ONTARIO and ALBERT ALVARADO hereby lodge their [Proposed] Order Re Defendants' Motion in Limine #4 to Trifurcate Trial [DOC 40] in the above captioned matter.

Dated: June 21, 2024          JONES MAYER

                    By: */s/ Denise Lynch Rocawich*
                        JAMES R. TOUCHSTONE
                        DENISE L. ROCAWICH
                        Attorneys for Defendants

- 1 -

1  James R. Touchstone, SBN 184584
   jrt@jones-mayer.com
2  Denise L. Rocawich, SBN 232792
   dlr@jones-mayer.com
3  JONES & MAYER
   3777 North Harbor Boulevard
4  Fullerton, CA 92835
   Telephone: (714) 446-1400
5  Facsimile: (714) 446-1448

6  Attorneys for Defendant CITY OF ONTARIO
   and ALBERT ALVARADO
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             EASTERN DIVISION – RIVERSIDE

11

12 FRANK BENAVENTE; and NICOLE        Case No.: CV23-00266 JGB (SP)
   VENTRESS,                          Judge: Hon. Sunshine S. Sykes
13
14          Plaintiffs,                **[PROPOSED] ORDER RE
       vs.                             DEFENDNTS' MOTION IN LIMINE
15                                     #4 TO TRIFURCATE TRIAL**

16 ALBERT ALVARADO; CITY OF
   ONTARIO; and DOES 1 through 10
17 inclusive,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

- 1 -

# [PROPOSED] ORDER

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants, City of Ontario and Albert Alvarado's, Notice of Motion and Motion in Limine No. 4 to trifurcate trial, the Court finds good cause and **GRANTS** Defendants' Motion in Limine No. 4. Trial shall be trifurcated into the following phases:

Phase 1: The trial of the issue of the individual peace officer defendant – Corporal Alvarado's -- liability under 42 U.S.C. § 1983 and damages;

Phase 2: The trial of the issue of Defendant City of Ontario liability under 42 U.S.C. §1983 and Monell v. Dept. of Soc. Serv. of City of New York, 436 U.S. 658 (1978) (if necessary);

Phase 3: The trial of the issue of punitive damages against Corporal Alvarado (if necessary).

**IT IS SO ORDERED.**

Dated:

Hon. Sunshine S. Sykes
UNITED STATES DISTRICT COURT JUDGE