# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF ONTARIO; and ALBERT ALVARADO,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00266-SSS-KK<br>[*Honorable Sunshine S. Sykes*]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 3 TO EXCLUDE DEFENSE ANIMATION EXPERT, BRADY HELD**<br><br>**Hearing on Motions *in Limine*:**<br>July 26, 2024 at 02:00 p.m.<br>**Final Pretrial Conference**:<br>August 2, 2024 at 02:00 p.m.<br>**Jury Trial**<br>August 19, 2024 at 08:30 a.m.<br>Ctrm: 2<br>3470 Twelfth Street,<br>Riverside, California 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Having reviewed Plaintiffs' Motion *in Limine* No. 3 to Exclude Defense Animation Expert, Brady Held, for Failure to Produce Animations, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that Mr. Brady Held is excluded from testifying at trial and all exhibit, demonstratives, simulations, animations, or computer-generated graphics made by Mr. Held is excluded from trial.

　　The basis for this order includes the follwing:

1. Defendants failed to produce Mr. Held's forensic 3D animations, as an animation expert, with their initial expert disclosures in violation of this Court's Civil Order and Rule 26.

2. Defendants failed to produce Mr. Held's opinions, as a retained expert identified under Rule 702, with their initial expert disclosures in violation of this Court's Civil Order and Rule 26.

3. Mr. Held's opinions and animations would be based on the opinions of Mr. Callahan. Mr. Held's opinions and animations would be based on objectively inaccurate information. See Federal Rule of Civil Procedure 26; and Federal Rules of Evidence, Rules 401, 402, 403, 702, 703.

**IT IS SO ORDERED.**

DATED:_____          _____

Honorable Sunshine S. Sykes
United States District Judge