1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ONTARIO; and ALBERT ALVARADO, <br><br> Defendants. | Case No. 5:23-cv-00266-SSS-KK <br> [*Honorable Sunshine S. Sykes*] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* No. 5 TO EXCLUDE OPINIONS OF DEFENSE EXPERT MICHAEL CALLAHAN** <br><br> **Hearing on Motions *in Limine***: <br> July 26, 2024 at 02:00 p.m. <br> **Final Pretrial Conference**: <br> August 2, 2024 at 02:00 p.m. <br> **Jury Trial** <br> August 19, 2024 at 08:30 a.m. <br> Ctrm: 2 <br> 3470 Twelfth Street, <br> Riverside, California 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 5 to Exclude Opinions of Defense Expert Michael Callahan, and GOOD CAUSE appearing therein, Plaintiffs' Motion is HEREBY GRANTED that it is excluded excluding the testimony and exhibits of Defendants' expert Michael Callahan pertaining to the following opinions:

1. Any exhibits, demonstratives, simulations, animations, or computer-generated graphics Defendants failed to produce with Mr. Callahan's Report at the time of disclosure.

2. Mr. Callahan's Reconstruction Renders and 231164_3_PM_Rest_Stills as inaccurate first-person recreation of incident and inaccurate overhead recreation of the incident; not based on sufficient facts and data, and unreliable.

3. Any speculative opinions outside of Mr. Callahan's expertise including risk of catastrophic injury and significant risk of injury, including Opinion No. 1.

4. Any speculative opinions not based on sufficient facts and data including Opinion No. 4 and any testimony that Alvarado was knocked back into the patrol vehicle.

The basis for this order is that the above referenced opinions and exhibits are not helpful to the jury, usurp the province of the jury, outside of Mr. Callahnas' expertise, have an unsupported basis without sufficient facts and data, unreliable methodology, and based on speculative theory, ipse dixit, and not facts relevant to this matter. Fed. R. Evid. 402, 403, 404, 702, 703; Fed. R. Civ. P. 26(a)(2).

**IT IS SO ORDERED.**

DATED:_____                    _____

Honorable Sunshine S. Sykes

United States District Judge