# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF ONTARIO; and ALBERT ALVARADO,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00266-SSS-KK<br>[*Honorable Sunshine S. Sykes*]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 6 TO EXCLUDE OPINIONS OF DEFENSE EXPERT ROBERT HANDY**<br><br>**Hearing on Motions *in Limine*:**<br>July 26, 2024 at 02:00 p.m.<br>**Final Pretrial Conference**:<br>August 2, 2024 at 02:00 p.m.<br>**Jury Trial**<br>August 19, 2024 at 08:30 a.m.<br>Ctrm: 2<br>3470 Twelfth Street,<br>Riverside. California 92501 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiffs' Motion *in Limine* No. 5 to Exclude Opinions of Defense Expert Robert Handy, and GOOD CAUSE appearing therein, Plaintiffs' Motion is HEREBY GRANTED that it is excluded excluding the testimony of Defendants' retained police practices expert Robert Handy pertaining to the following opinions:

1. Mr. Handy shall not testify as any opinions not contained in his expert report or expressed at deposition.

2. Mr. Handy shall not provide opinions that are outside of his expertise, unsupported, based on an unreliable methodology, based on credibility determinations, and made with insufficient facts and data with regard to the reactionary gap or perception/reaction time.

3. Mr. Handy shall not provide opinions that are outside of his expertise, unsupported, based on an unreliable methodology, based on credibility determinations, and made with insufficient facts and data with regard to the fleeing felon rule.

4. Mr. Handy shall not provide opinions that are outside of his expertise, unsupported, based on an unreliable methodology, based on credibility determinations, and made with insufficient facts and data with regard to Benavente endangering other drivers.

5. Mr. Handy shall not provide opinions that are outside of his expertise, unsupported, based on an unreliable methodology, based on credibility determinations, and made with insufficient facts and data which were formed based on the incorrect assumption that Alvarado was out of his patrol until when Benavente's vehicle contacted Varela's vehicle.

6. Mr. Handy shall not provide opinions that are outside of his expertise, unsupported, based on an unreliable methodology, based on credibility

determinations, and made with insufficient facts and data which were formed based on the incorrect assumption that Alvarado was knocked back into his vehicle.

7. Mr. Handy shall not provide opinions or testimony regarding possibly circumstances that were not presented to Alvarado in this matter including but not limited to whether Benavente possibly had a gun, possibly reached for a gun, or possibly setting up an ambush.

8. Mr. Handy shall not provide opinions or testimony regarding information unknown to Alvarado at the time of his use of force, including but not limited to statements made by Ms. Ventress or Ms. Briones.

9. Mr. Handy shall not provide opinions or testimony regarding what would have occurred under different circumstances.

10. Mr. Flosi's Opinion Nos. 1, 2, 5-9 shall be excluded from trial.

The basis for this order is that the above referenced opinions are not helpful to the jury, usurp the province of the jury, usurp the province of the Court, outside of Mr. Handy's expertise, have an unsupported basis without sufficient facts and data, unreliable methodology, and based on speculative theory, ipse dixit, and not facts relevant to this matter. Fed. R. Evid. 402, 403, 404, 702, 703; Fed. R. Civ. P. 26(a)(2).

**IT IS SO ORDERED.**

DATED:_____                    _____
                                            Honorable Sunshine S. Sykes
                                            United States District Judge