# EXHIBIT B

| | |
|---|---|
| 1 | JONES MAYER |
| 2 | James R. Touchstone, Esq., SBN 184584<br>jrt@jones-mayer.com |
| 3 | Denise L. Rocawich, Esq. SBN 232792<br>dlr@jones-mayer.com |
| 4 | Richard A. Lucero<br>ral@jones-mayer.com |
| 5 | 3777 North Harbor Boulevard<br>Fullerton, CA  92835 |
| 6 | Telephone:  (714) 446-1400<br>Facsimile:  (714) 446-1448 |
| 7 | Attorneys for Defendant City of Ontario and Albert Alvarado |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE; and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00266<br><br>*Honorable Sunshine Suzanne Sykes*<br>*Courtroom 2*<br><br>**DEFENDANT CITY OF ONTARIO'S INITIAL DISCLOSURE OF EXPERT WITNESSES**<br><br>Trial Date:   August 19, 2024 |

TO ALL THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants CITY OF ONTARIO AND ALBERT ALVARADO ("Defendants") hereby provide their ==disclosure of persons who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence==.

Defendants reserve the right to supplement expert reports should additional information be provided. Defendants also reserve the right to name rebuttal witnesses upon identification by Plaintiffs of their expert witnesses and reserves the right to offer expert opinions from witnesses called by the Plaintiffs and other defendants.

- 1 -
DEFENDANT CITY OF ONTARIO'S INITIAL DISCLOSURE OF EXPERT WITNESSES

## I. RETAINED EXPERTS

Defendants hereby designate the following persons as retained experts:

1. Robert Handy, 20118 N. 67th Avenue Suite #300-452 Glendale, Arizona 85308; (714) 916-7439.

Mr. Handy has been retained on behalf of Defendants and is expected to provide testimony regarding all aspects of police practices as it relates to the claims made against Defendants, the Defendants' compliance with industry standards, policy, custom, practice, and training regarding all aspects of the Defendants responding to the subject incidents including but not limited to the initial attempted detention, subsequent vehicle pursuit, defensive use of force, tactics, training, policies, and procedures. Mr. Handy is also expected to respond to any and all opinions presented by Plaintiffs' and other Defendants' experts. Mr. Handy's expert report, curriculum vitae, fee schedule, and testimonial record are attached hereto as Exhibit "A." Defendants reserve the right to supplement this report should additional information be provided.

2. Michael A. Callahan, Collision and Injury Dynamics, 2275 W. 190th Street, Torrance, California 90504; (310) 414-0449.

Mr. Callahan has been retained on behalf of Defendants and is expected to provide testimony pertaining to all aspects of collision analysis and reconstruction, data extraction and analysis of information from event data recorders or control modules, vehicle dynamics simulations, forensic video analysis to reconstruct vehicle and human motion, scene scanning and modeling, and vehicle inspection and testing, all as related to claims made against Defendants. Mr. Callahan is expected to respond to any and all opinions presented by Plaintiffs' and other Defendants' experts. Mr. Callahan's expert report, curriculum vitae, fee schedule and testimonial record are attached hereto as Exhibit "B." Defendants reserve the right to supplement this report should additional information be provided.

3. Brady Held, Courtroom Animation, 110 Somerville Ave. Suite 154, Chattanooga, Tennessee 37405; (800) 616-0373.



Mr. Held has been retained on behalf of Defendants and is expected to provide testimony pertaining to all aspects of video enhancement, photogrammetric analysis, computer graphics, production of forensic animations and visualizations, collection and application of scene scanning, camera matching and object tracking, all as related to claims made against Defendants. Mr. Held is expected to respond to any and all opinions presented by Plaintiffs' and other Defendants' experts. Mr. Held's expert report, curriculum vitae, fee schedule and testimonial record are attached hereto as Exhibit "C." Defendants reserve the right to supplement this report should additional information be provided.

## II.   NON-RETAINED WITNESSES-EMPLOYEES

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(A) and (C), Defendants further designate the following employees of the City of Ontario set forth below, who are not retained or specially employed to provide expert testimony, but may be called to offer opinions at trial. The witnesses employed or contracted by the City can be contacted through the undersigned counsel for the City. The witnesses are witnesses who do not provide written reports but are expected to provide evidence under Federal Rules of Civil Procedure 702, 703 or 705.

1. Kody Ennis-Ibarra, Ontario Police Department Communications Manager. Communications Manager Ennis-Ibarra is expected to testify about police communications and 911 emergency practices, written and recorded documentation of communications, and authentication of communication records associated with claims against Defendants in this litigation.

**2.**   Misha Gordon,     EMT-Paramedic Certification.

Anthony Glover,   EMT-Paramedic Certification

Michael Medina,   EMT-Paramedic Certification

Kyle Licata,      EMT Certification

These witnesses were members of the Ontario Fire Department crew who responded to the scene of this incident and evaluated the suspect and made a

- 3 -



determination of death.

### III. NON-RETAINED WITNESSES-MEDICAL PROVIDERS

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(A) and (C), Defendants further designate the following medical providers that evaluated and treated Plaintiff, who are not retained or specially employed to provide expert testimony, but may be called to offer opinions at trial. Said witnesses are witnesses who do not provide written reports but are expected to provide evidence under Federal Rules of Civil Procedure 702, 703 or 705.

1. Diana Geli, D.O. Forensic Pathologist. San Bernardino County Sheriff's Department Coroner Division, 175 South Lena Road, San Bernardino, CA 92415. (909) 387-2978. Dr. Geli performed the autopsy of the decedent. The autopsy included toxicology of postmortem blood indicating the presence of ephedrine, phenylpropanolamine, amphetamine, and methamphetamine.
2. Carolina Noble, Ph. D., Forensic Toxicologist. NMS Labs, 200 Welsh Road, Horsham PA 19044. (215) 657-4900. Dr. Noble is the person who signed the Toxicology Report of the postmortem blood associated with the autopsy of the decedent and is understood to have performed the analysis.

Defendants do not concede that any expert designation, report, or disclosure is required for the potential testimony of the non-retained experts identified above, either under the Rules or any order of this Court, but such designations are provided out of an abundance of caution.

Defendants designate and reserve the right to call any expert designated by any other party or called by any other party at any hearing or trial.

Defendants further reserve the right to solicit testimony from any person identified by any party as a fact witness in this case, which may require such witness to rely upon their specialized knowledge, training, experience, education, or expertise in a particular field or which may be considered "opinion testimony". It is expected that

- 4 -



DEFENDANT CITY OF ONTARIO'S INITIAL DISCLOSURE OF EXPERT WITNESSES

such persons and any non-retained persons would provide testimony consistent with any and all records they have generated and/or any testimony or statements provided to any person or party and within the realm of their expertise and training.

Defendants reserve the right to solicit testimony from any witness, lay or otherwise, who may have relevant opinions within the realms of their expertise.

Defendants may also solicit expert testimony from any party in this case. It is expected that any opinions solicited from such parties would be opinions provided within the realm of their expertise and consistent with their business records and/or consistent with deposition testimony or statements provided on such subjects.

Defendants reserve the right to supplement this designation and to designate additional experts. Defendants also reserve the right to supplement, amend, or modify any of the opinions expressed in the reports of the experts designated here as additional information may become available through discovery and at trial.

Defendants reserve the right to call witnesses to impeach or rebut the testimony of other witnesses.

Dated: February 2, 2024

Respectfully Submitted,

JONES MAYER

By: *Richard A. Lucero*
James R. Touchstone
Denise L. Rocawich
Richard A. Lucero
Attorneys for **Error! Reference source not found.**and Albert Alvarado



- 5 -
DEFENDANT CITY OF ONTARIO'S INITIAL DISCLOSURE OF EXPERT WITNESSES