EXHIBIT C

February 2, 2024
Richard Lucero
Jones & Mayer
3777 North Harbor Blvd.
Fullerton, CA 92835

**<u>FORENSIC ANIMATION REPORT</u>**

Re: Benavente, et al. v City of Ontario
Federal Rule of Civil Procedure 26(a)(2)(B)

<mark>The following is a statement of the work I have completed regarding exhibits I created for the above-referenced matter.</mark> Rule 26 documents (curriculum vitae, testimony history, and fee schedule) are attached.

Table of Contents

1. **Qualifications** ................................................................................................................ 2

2. **Scope of Work** ............................................................................................................... 2

3. **Materials Reviewed** ...................................................................................................... 2

4. **Software** ........................................................................................................................ 3

5. **Methodology** ................................................................................................................ 4

Appendix A – CV of Brady Held

Appendix B – Testimony History of Brady Held

Appendix C – Fee Schedule

## 1. FORENSIC QUALIFICATIONS TO PERFORM SUCH WORK

I have worked directly in the field of animation and computer graphics since 2007, and from 2013 to present I have owned and operated Integral Media Works, Inc., and Courtroom Animation, Inc, both being forensic animation companies. I have served as lead forensic animator during that time. As a forensic animator, I have applied my expertise and continuing research in computer graphics, 3D animation, and video analysis and enhancement to analyze and recreate numerous cases including vehicular accidents involving passenger cars, heavy trucks, motorcycles, bicycles, and pedestrians; criminal cases; medical malpractice; industrial and environmental disasters; aviation; and more. In my time as a forensic animator, I have been retained on more than 600 cases. Of these, over 100 have involved video analysis or enhancement. I have testified in Superior Court of California, Illinois Circuit Court, Superior Court of Florida, and New York State Court. Additionally, I have presented to the American Academy of Forensic Sciences on the topic of analyzing and re-creating video footage from police body-worn cameras (2020).

Of specific note on recent relevant cases are evidentiary exhibits I created for Givens v City of Chicago – an officer involved shooting matter that I reconstructed from surveillance footage, and Nadimyan v City of Glendale, a vehicle versus pedestrian case in which I created 3D animations from expert accident reconstruction data.

## 2. SCOPE OF WORK

Upon retainer on this matter, I was asked to create a forensic 3D animation of an event that took place in Ontario, California. My methodology for creating this animation is described in detail below.

## 3. MATERIALS REVIEWED

To date, I have received and reviewed the following materials in preparation of this report:

- Body Worn Camera Videos
    - BATES 01653 -- Crime Scene (12) Mick Callahan.mp4
    - BATES 01669-- Crime scene (27) Mick Callahan.mp4
- Surveillance Video Footage
    - BATES 01745 -- CH01_2021-02-22_235645_2021-02-23_000000_ID092136 Mick Callahan.avi
- 3D Laser Scans
    - 231164 Hyundai Exemplar Recap PTS for PM_ Mick Callahan.pts
    - 231164 Site Police Recap PTS for PM Mick Callahan.pts

2

- - 231164 Site Police SUV Recap PTS for PM <u>Mick Callahan</u>.pts
  - Documents
    - BATES 0285 thru 0331-Public Release <u>Mick Callahan</u>.pdf
    - BATES 1195 thru 1391 <u>Mick Callahan</u>.pdf
    - BATES 1540 thru 1566 <u>Mick Callahan</u>.pdf
    - BATES 1630 thru 1644 <u>Mick Callahan</u>.pdf
  - PhotoModeler Screencaps
    - 10 Screenshots of a PhotoModeler project created by <u>Mick Callahan</u>
  - 231164 Mick Callahan.kmz
  - EPSG3857_Date20210501_Lat34.085706_Lon-117.658763_Mpp0.075 <u>Mick Callahan</u>.jpg
  - overview <u>Mick Callahan</u>.png

Anticipated Materials to Review

- Motion data from expert simulation software
- Deposition Testimony
- Charting Photographs

## 4. SOFTWARE

### Adobe After Effects 22.5.0
Adobe After Effects is a digital visual effects software. After Effects can view videos in a "frame-by-frame" method, allowing me to analyze events frame by frame. It also allows for the creation of layers on top of video footage such as annotations and tracing objects.

### Autodesk 3DS Max 2023
3DS Max is a professional 3D computer graphics program for making 3D animations and models. It allows for the input of 3D laser scans, or point clouds, and preserves real world scale to ensure accuracy of models. It also can replicate real world cameras in a computer-generated environment, making it an industry standard software for recreating events.

### Adobe Photoshop 2024
Adobe Photoshop is a graphic editing software. In forensic animation it is used to create realistic looking textures for 3D Models.

3

Autodesk Maya 2022
Maya is a 3D computer graphics application by Autodesk. It is used to create assets for interactive 3D applications such as 3D models, and animations.

Unreal Engine 5.2.1
Unreal Engine is a 3D graphics visualization software. It is used for 3D rendering purposes.

## 5. **METHODOLOGY**

With the goal of creating an accurate 3D forensic animation, it is essential to create a virtual environment that is accurate to the real-world environment, virtual vehicles that are accurate to the real-world vehicles, and virtual human models that are accurate to the real world. Motion must also be added to these 3D models in an accurate way. To accomplish this several things are needed:

Creation of Computer-Generated Environment, Vehicles, and Humans:

I received and reviewed a 3D Laser Scan that was taken at the incident site by Collision and Injury Dynamics. The laser scan was collected by a Leica scanner and appears to authentically capture the location in a real-world scale. From this laser scan I am creating a computer-generated 3D model of the subject location that is accurate in shape and scale. I will use scene photographs and online data sources to create realistic lighting, textures, and materials of the computer-generated environment.

Additionally, I received 3D laser scan data of an exemplar Hyundai vehicle, and Police SUV. These scans were from the same source and from them I am creating computer-generated 3D models of vehicles that are accurate in shape and scale. They will also exhibit realistic textures and materials.

I am creating a 3D model of Corporal Albert Alvarado in 3DS Max. The height and weight of Mr. Alvarado as well as his clothing and facial features are generated from charting photographs and other report data.

Adding Motion to Vehicle Models
I will receive 3D simulation data (motion data) of the vehicles that participated in this event from Mr. Callahan. That data will come as a spreadsheet of values at every 1/30 of a second, (i.e. frames.) 3D positions will be given at every 1/30 second including vehicle positions in x, y, and z space. Rotational

4

values will be given in the same manner and will depict yaw, pitch, and roll. I will be given center of gravity (CG) locations for each vehicle that will match the 3D models of the vehicles I am creating. Once this is accomplished, I will translate and rotate the vehicles every 1/30 second to match the motion data set given by Mr. Callahan. I will then ensure the start and end positions of all vehicles match Mr. Callahan's simulation relative to the computer-generated environment.

At that point, I will have an accurate 3D environment based on the laser scan data, with accurate vehicles moving through that environment based on Mr. Callahan's simulation.

Adding Motion to Human Models
I will animate Corporal Albert Alvarado's motion based on data received from Mr. Callahan, analysis of the two body-worn camera videos, and testimony.

Creating Viewpoints
Once the motion has been animated in an accurate fashion, I will be able to view the event from any angle. I will create 3D cameras that will capture probative viewpoints of the event.

Rendering
Rendering is the final process of creating the 2D animated videos from the computer-generated models and motion. This is analogous to taking a photo or filming a scene after the setup is finished in real life. I will use techniques like ray tracing, path tracing, photon mapping, and radiosity to produce realistic videos.

**Exhibit Production**
As a result of completing the methodology above, I will produce a series of 3D animations from multiple perspectives.

5

# Brady Held

brady@courtroomanimation.com
110 Somerville Ave. Suite 154
Chattanooga, TN 37405
(310) 780-7714

## Professional Competence

Mr. Held has applied his expertise and continuing research in computer graphics and animation to recreate numerous cases including vehicular accidents involving passenger cars, heavy trucks, motorcycles, bicycles and pedestrians; officer-involved shootings, homicides, and other violent crimes; aviation, railway, and maritime incidents; surgical re-creation, medical malpractice, and pharmaceutical visualization; industrial, environmental, and geological incidents; product failure; intellectual property; and more. Mr. Held's expertise and experience include the following:

- Production of forensic 3D animations, graphics and interactive media for mediation, arbitration, and trial
- Investigation and 3D laser scanning of incident scenes, vehicles, and objects
- Photogrammetric analysis of incidents
- Camera matching and object tracking
- Video editing, tracking, enhancement, and compositing

## Education

Bachelor of Science *magna cum laude*, Art Institute of California - Los Angeles, 3D Art, 2007

## Professional Experience

**COURTROOM ANIMATION, Redondo Beach, CA**
**CEO,** 6/2013 to Present
- Create analytical 3D forensic visualizations on over 1,000 cases
- 3D visualizations are supplemented with conventional reconstruction methods and vehicle dynamics simulations
- Deposition and trial testimony

**MABA MEDIA / Collision and Injury Dynamics, El Segundo, CA**
**Forensic Animator / Creative Director,** 1/2010 to 6/2013
- Created analytical 3D forensic visualizations on over 200 cases
- Other duties included High-Definition Laser Scanning and video tracking, editing, and enhancement

## Forensic Qualifications

- Testimony in Superior Court of California
- Testimony in Illinois Circuit Court
- Testimony in Superior Court of Florida
- Testimony in New York State Court

## Scientific Research and Presentations

**American Academy of Forensic Sciences,** February 2020
*Body-Mounted Camera Motion Analysis*
**Florida Defense Lawyers Association,** January 2022
*Surveillance and Body Camera Analysis and Exhibits*
**American Bar Association,** May 2022
*An Introduction to Litigation Animations and Visual Exhibits in the Courtroom*
**Florida Liability Claims Conference,** June 2022
*How a Catastrophic Aviation Accident resulted in a Successful Defense Settlement*
**The Gavel National Conference** January 2023
*The Importance of Modern Trial Presentations*

## Biographical Sketch

Mr. Held has spent the past 14 years creating legal animations, first with forensic-engineering firm, Collision and Injury Dynamics, and now with his own firm, Courtroom Animation, In. He has personally worked on over 800 legal animations for many of the top-rated attorneys and experts in the country and has testified in both civil and criminal trials.

Brady began his career with some of the most well-respected video game studios in the Los Angeles area, including Electronic Arts and Activision. Outside of the office he enjoys time in the outdoors with his wife and two children, and is an avid CrossFitter and CrossFit L-1 Instructor.

Brady Held - Testimony

| Attorney | Firm | Case | Deposition / Trial | Date | Plaintiff / Defense |
|---|---|---|---|---|---|
| Todd D. Thibodo | Law Offices of Todd D. Thibodo | Willis v Ralphs Grocery Company | Deposition | 10/4/2017 | Plaintiff |
| Alton G. Burkhalter | Burkhalter Kessler Clement & George LLP | Brock v KS Industries | Deposition | 6/27/2018 | Defense |
| Victor George | Law Offices of Victor L. George | Shawn Phillip Mahler v John Robert Monk, et al | Deposition | 2/7/2019 | Plaintiff |
| Emily Schnidt | Borkan & Scahill, Ltd. | John W. Givens v City of Chicago | Trial | 5/24/2019 | Defense |
| Cheryl Forehand | City of San Diego | Vinolo v City of San Diego | Trial | 12/3/2019 | Defense |
| Pius Joseph | Law Offices of Pius Joseph | Jose Jimenez v ServiceAir Americas, Inc | Trial | 1/9/2020 | Plaintiff |
| S. Frank Harrell | Lynberg Watkins | Huerto v City of Palm Springs | Deposition | 2/10/2021 | Defense |
| Geoffrey Plowden | City of Los Angeles | Dexter White v County of Los Angeles | Deposition | 5/12/2021 | Defense |
| Michael P. Verna | Bowles & Verna | Jones v Fountain | Deposition | 8/23/2021 | Plaintiff |
| Michael P. Verna | Bowles & Verna | Jones v Fountain | Trial | 9/20/2021 | Plaintiff |
| Don Swaim | Cunningham Swaim | Martell v Catalina Island Conservancy | Deposition | 5/5/2022 | Defense |
| David Reid | Schumann Rosenberg Arevalo | Collins v Sentinal Energy (PSC1901096) | Deposition | 6/2/2022 | Defense |
| Ann Maurer | City of Glendale | Nadimyan v City of Glendale (19STCV29013) | Deposition | 8/23/2022 | Defense |
| Jesse Cox | Lynberg Watkins | Reinhold et al v County of Orange (8:20-cv-02369 JLS (DFMx)) | Deposition | 1/4/2023 | Defense |
| Albert Wollermann | Chartwell Law | Artley v Bass Pro Shops (2021-CA-1274) | Deposition | 1/23/2023 | Defense |
| Dana McCune | McCune and Harber | Nadimyan v City of Glendale (19STCV29013) | Trial | 3/10/2023 | Defense |
| Mark Aarons | Miller, Rosnick, D'Amico, August & Butler, P.C. | Izquierdo v Tremble Mall (FBT-CV21-6102845-S) | Deposition | 5/4/2023 | Plaintiff |
| Bjorn Brunvand | Brunvand Wise, PA | State of Florida v Joshua Badillo | Trial | 7/27/2023 | Defense |
| David Blanke | Ewell, Brown, Blanke, & Knight LLP | Hernandez v COLA | Deposition | 8/30/2023 | Defense |
| Justin Meserole | Morgan and Morgan | Fergile v NICE | Trial | 11/15/2023 | Plaintiff |
| Debra Cook | Riverside City Attorney's Office | Xavier Lopez v City of Riverside | Deposition | 12/1/2023 | Defense |
| Greg Kirakosian | Kirakosian Law, APC | Becca Standt v City of Los Angeles | Deposition | 12/6/2023 | Plaintiff |

**ANIMATION**

# Fee Schedule

## Brady Held

Deposition, Trial, and Arbitration Testimony……………………….…..…… $450 per hour

Minimum 2 hours

Animation, analysis, production.………………….…………………….…..…. $250 per hour

Billed hourly, maximum 8 hours per day

Mediation preparation, trial preparation, on-call time.…………………… $250 per hour

Billed hourly, maximum 8 hours per day

Travel time……….……..…………………………..…………………….….……… $250 per hour

Billed hourly

Expenses:

Airfare, taxi, hotel, subsistence, supplies, reproduction costs and similar expenses are billed directly to the file.

Auto travel is billed at $.60 per mile.