# EXHIBIT D

| | |
|---|---|
| **From:** | Denise L. Rocawich |
| **To:** | Marcel Sincich |
| **Cc:** | Alejandro Monguia |
| **Subject:** | RE: Benavente Expert Callahan |
| **Date:** | Thursday, February 29, 2024 10:36:04 |
| **Attachments:** | image002.png |
| | image003.png |

Sounds good.

<mark>None. Mr. Held's animation is not complete yet and is demonstrative only.</mark>

Thanks,

**Denise Lynch Rocawich, Esq.**
**Partner**

**Jones Mayer** | 3777 N. Harbor Blvd. | Fullerton, CA  92835
☎ (714) 446-1400 | 🖨 (714) 446-1448 | ✉ DLR@jones-mayer.com

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Thursday, February 29, 2024 10:32 AM
**To:** Denise L. Rocawich <dlr@jones-mayer.com>
**Cc:** Alejandro Monguia <amonguia@galipolaw.com>
**Subject:** RE: Benavente Expert Callahan

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Received, thank. We are in the process of downloading and will let you know if there are any issues with the files.

<mark>Can you please confirm that there are no Animations, Photos, Graphics, Exhibits, Videos, Computer-Generated Environment or Models, etc. related to Mr. Held's 5-page expert report from February 2, 2024? Thank you.</mark>

Very Respectfully,

**Marcel F. Sincich, Esq.**

**Law Offices of Dale K. Galipo**  | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367  | Office: +1.818.347.3333  | Fax: +1.818.347.4118  | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**From:** Denise L. Rocawich <dlr@jones-mayer.com>
**Sent:** Wednesday, February 28, 2024 17:10
**To:** Marcel Sincich <msincich@galipolaw.com>
**Cc:** Alejandro Monguia <amonguia@galipolaw.com>
**Subject:** FW: Benavente Expert Callahan


📁Benavente v. Ontario Callahan Expert Materials