# EXHIBIT E



COLLISION
AND INJURY
DYNAMICS   2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

January 31, 2024

Mr. James R. Touchstone, Esq.
Jones & Mayer
3777 North Harbor Blvd.
Fullerton, CA 92835

Re: Benavente, et al. v. City of Ontario
CID Report No. 231164-1

Dear Mr. Touchstone,

This correspondence is a report on my investigation and opinions in the above-referenced matter, prepared at your request. These opinions are based on the review and analysis of the material listed in Appendix A and are subject to revision if additional material or information becomes available. Review of additional materials or physical inspections may be performed in the future and the opinions contained in this report may be modified or additional opinions developed based on subsequent findings.

**QUALIFICATIONS**

Since 2005, I have been integrally involved in all aspects of Vehicular Accident Reconstruction and Forensic Engineering, joining Collision and Injury Dynamics as an Associate Engineer, and progressing to my current position of Senior Consultant and Partner. In 2009 I graduated magna cum laude from the University of Southern California with a Bachelor of Science degree in Mechanical Engineering. From 2009 through the present, I have worked full-time as a Principal Investigator and consultant in the reconstruction of all types of vehicular accident cases, from pedestrian to commercial vehicle collisions, single and multiple vehicle accident reconstruction, and in the evaluation of product performance and failure. I have investigated, analyzed, and reconstructed all manner of vehicle collisions, in excess of 1500 cases thus far in my career. I am trained and proficient in the application of computing software utilizing the Simulation Model of Automobile Collisions (SMAC) and Computer Reconstruction of Automobile Speeds on the Highway (CRASH) algorithms. I am trained and certified in the collection and interpretation of information from Event Data Recorders (EDRs) in passenger and commercial vehicles. I manage a team of engineers that perform rapid-response forensic engineering services in commercial vehicle collisions, responding to over 350 major incidents over the past decade. I have specialized expertise in the forensic examination of video evidence, with

extensive research and presentation in the field, and training/certification through the Law Enforcement & Emergency Services Video Association (LEVA). In addition to collision and video analysis, I am an active member and reviewer for the Society of Automotive Engineers (SAE); this involves attending several continuing education courses each year, participating in pertinent forensic testing, and publishing/reviewing proposed publications for quality and content.

A complete CV, including a list of publications, is attached to this report as Appendix B, and a list of sworn testimony is attached as Appendix C.

## SCOPE OF INVESTIGATION

I was retained by James Touchstone of Jones & Mayer to investigate and reconstruct a vehicle collision and officer-involved shooting that occurred on February 22, 2021, in Ontario, California.

## COLLISION SUMMARY

This case is a multi-vehicle collision occurring at the end of a police pursuit, resulting in a fatal officer-involved shooting. The involved vehicles of interest are a 2015 Hyundai Accent driven by Mr. Joseph Benavente with passenger Ms. Linda Briones, and three Ontario Police Department (OPD) Ford Explorer Police Interceptors: Unit 1849 driven by Officer Varela, Unit 1024 driven by Officer Escobar with passenger Corporal Alvarado, and Unit 1883 driven by Officer Vasquez-Lopez. Figure 1 summarizes the involved parties and resulting digital evidence, with Event Data Recorder (EDR) information extracted from Hyundai, and Body Worn Video (BWV) from the involved officers.

| Vehicle | Driver | Passenger | Digital Evidence |
| --- | --- | --- | --- |
| 2015 Hyundai Accent | Joseph Benavente | Linda Briones | EDR Data |
| OPD Unit 1849 | Officer Varela | | Axon BWV (BATES 01670) |
| OPD Unit 1024 | Officer Escobar | Corporal Alvarado | Axon BWV (BATES 01653) |
| OPD Unit 1883 | Officer Vazquez-Lopez | | Axon BWV (BATES 01669) |

Figure 1. Involved vehicles, occupants, and corresponding evidence.

Immediately prior to the collision sequence, Mr. Benavente turned the red Hyundai Accent northbound onto Beverly Court (bounded to north by a cul-de-sac), pursued by Officer Varela in OPD Unit 1849. After briefly stopping adjacent to the driveway for 1522 Beverly Ct, Mr. Benavente shifted the Hyundai into Reverse and abruptly accelerated rearwards, impacting OPD Units 1849, 1024, and 1883 before Corporal Alvarado fired three shots, disabling the Hyundai driver. Post-collision,



the Hyundai rolled forwards in a northeast direction, climbing a curb and stopping against a tree. The roadway configuration, trajectory of the Hyundai while accelerating in reverse, and approximate areas of impact are shown in Figure 2.



Figure 2. The Hyundai backing trajectory and sequence of collisions.

**INSPECTION**

An inspection of the accident site was performed to measure the roadway and surrounding topography, locate evidence and reference points for video analysis, and validate laser scan data measurements taken by the OPD officers. The site was measured using a Leica RTC360 laser scanner and documented photographically using a Nikon D750 digital camera. Post-impact vehicle rest positions were located, and measurements of the DVR camera (mounted overlooking the driveway of 1522 N Beverly Ct) were obtained.

An exemplar Ford Explorer Police Interceptor (OPD Unit 1025 bearing VIN 1FM5K8AB5LGB66357) was inspected to examine the vehicle dimensions, controls, interior and exterior geometry, and measure the outfitted weight. The exemplar Ford was measured using a Leica RTC360 laser scanner and documented photographically using a Nikon D750 digital camera. Using four Intercomp digital

3



scales the individual wheel weights were obtained, with the total curb weight measuring 5450 pounds.

An exemplar 2015 Hyundai Accent (bearing VIN KMHCT4AE1FU853638) was inspected to examine the vehicle dimensions, controls, interior and exterior geometry, measure curb weight, and test dynamic performance. The Hyundai was measured using a Leica RTC360 laser scanner and documented photographically using a Nikon D750 digital camera. Using four Intercomp digital scales the individual wheel weights were obtained, with the total curb weight measuring 2590 pounds. The Hyundai was instrumented for performance testing using a Racelogic Video VBOX, CAN datalink, and various video cameras. A series of tests were performed to determine the maximum acceleration performance of the Hyundai in reverse gear, and steering ratio was measured for EDR analysis and reconstruction analysis. Inspection photos and laser scan data are attached as Appendix D, and tested Hyundai is depicted in Figure 3.



Figure 3. Exemplar Hyundai Accent and test instrumentation.

**VIDEO ANALYSIS**

The primary video evidence capturing the collision and moments prior comes from two main sources: the residential DVR Camera mounted above the driveway of 1522 Beverly Ct, and an assortment of Axon Body 3 BWV cameras on Ontario Police Department officers at the scene. Using Axon Investigate software, the video files were examined, decomposed into raw still frame images, and timing/frame rate information was extracted for use in time-distance evaluation of the collision. PhotoModeler software was employed to solve for each camera's focal length, orientation, original aspect ratio and lens distortion. Image sequences from the video files were then undistorted for use in reverse-projection 3D camera matching and photogrammetry. Figure 4 shows the steps of the photogrammetry and reverse-projection processes.

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com





Figure 4.  A - Source Image from DVR Video
         B - Solved DVR camera with distortion removed
         C - Hyundai 3D model located with reverse-projection
         D - Map view of solved Hyundai position

3D models of the site and involved vehicles were reverse engineered from laser scan data and inspection materials. Using reverse projection photogrammetry to view the models through virtual exemplar cameras, vehicle positions in DVR video frames were iteratively matched (3D camera matching). A continuous event timeline was developed using the residential DVR footage, and then synced with the Axon videos of Officer Varela, Corporal Alvarado, and Officer Vasquez-Lopez using the various vehicle impacts and Hyundai impact to rest travel time. For further evaluation and reconstruction of driver inputs, the EDR data extracted from the Hyundai accident was synched to the various videos. Audio waveforms from the BWV footage were analyzed to verify vehicle impact timing, and the timing of the three shots fired by Corporal Alvarado into Mr. Benavente's driver window. Using the continuous timeline, and the vehicle positions from photogrammetry/scene laser scan data, "key vehicle positions" were established for use in a dynamic simulation of the approach and collision. Figure 5 is a summary of key events in the continuous timeline of the event and reconstruction.

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

| Time (sec) | Event | Primary Source |
|---|---|---|
| 0.0 | Hyundai Begins Reverse - Max Acceleration | Bates 01745 - DVR |
| 1.2 | Hyundai Impacts Unit 1849 (Varela) | Bates 01745 - DVR |
| 2.2 | Hyundai Hard Left-Hand Steer toward Unit 1024 | Bates 01745 - DVR |
| 3.5 | Hyundai Impacts Unit 1024/Alvarado Door | Bates 01669 - Axon BWV |
| 4.2 | Hyundai Impacts Unit 1883 (Vazquez-Lopez ) | Bates 01669 - Axon BWV |
| 5.3 | GunShot #1 | Bates 01669 - Axon BWV |
| 5.7 | GunShot #2 | Bates 01669 - Axon BWV |
| 6.0 | Unit 1883 (Vazquez-Lopez) Door Opened | Bates 01669 - Axon BWV |
| 6.1 | GunShot #3 - First View of Unit 1024 | Bates 01669 - Axon BWV |
| 7.9 | Alvarado Shooting/Balance Recovery Position (Arms Extended) | Bates 01669 - Axon BWV |
| 11.2 | Hyundai Begins to move Forward | Bates 01669 - Axon BWV |
| 18.8 | Hyundai Curb Strike | Bates 01669 - Axon BWV |
| 20.0 | Hyundai Tree Impact | Bates 01669 - Axon BWV |

Figure 5. Timeline of events from DVR footage, BWV Video/Audio, and EDR Data

**RECONSTRUCTION ANALYSIS**

A simulation of the collision was prepared in PC-Crash software to examine the speed, dynamics, and driver inputs required to match each solved vehicle position at the correct relative time. The video analysis solutions were supplemented in the simulation with analysis of the Hyundai EDR data and performance testing, and conventional damage assessment between the Hyundai and each collision partner. The reconstruction shows that after stopping for under a second, the Hyundai reversed at maximum potential, covering over 50 feet in 4 seconds, and impacting three Ontario Police Department vehicles before the Corporal Alvarado discharged his service weapon.

The first impact was a minor severity sideswipe between the left rear of the Hyundai and right front push bumper of the Varela Ford (OPD Unit 1849) at 8 to 10 miles per hour. Once alongside the Varela Ford, the Mr. Benavente made a hard left steer input, accelerating rearward in a southwest direction toward the Escobar Ford (OPD Unit 1024 with passenger Corporal Alvarado). Approximately 5 feet away from the Escobar Ford, Mr. Benavente made a hard right steer, rotating the Hyundai driver's door into impact with the right front corner of the Escobar Ford while simultaneously impacting the opened passenger door of Corporal Alvarado at 14 to 16 miles per hour. The Benavente Hyundai continued backing past the Escobar Ford, with brake application moments before the final impact between the Hyundai left rear bumper and the Vasquez-Lopez Ford (OPD Unit 1883) left front push-bumper. Approximately one second later, Corporal Alvarado fired three shots in rapid succession. The Benavente Hyundai, after being stopped for approximately 7 seconds began to roll forward, hopping a curb and stopping in

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

contact with a tree. The vehicle impact sequence is shown in Figure 6, with additional reconstruction renders in Appendix E.



Figure 6. Impact sequence during Hyundai backing maneuver.

## DISCUSSION

The reconstruction shows that Mr. Benavente was driving the Hyundai with extreme driver inputs, utilizing maximum acceleration while backing and aggressively steering in the moments before the officer involved shooting. The reckless operation of the Hyundai posed a significant risk of catastrophic injury or death to himself, his passenger, the Ontario Police Department officers, and other users of the public roadway.

Approximately three and half seconds transpired between the time the Hyundai began backing to the time it impacted OPD Unit 1024. During that time, the Hyundai engine revved up, smoking the front tires under heavy rearward acceleration, the Hyundai impacted with the Varela Ford, and rapidly veered towards the area of Corporal Alvarado's open door. The impact with OPD 1024 would have pushed the open passenger door into the body of Corporal Alvarado, who describes standing in the threshold area between the open door and vehicle. The Axon video of Officer Vasquez-Lopez first shows Corporal Alvarado less than two seconds after the final shot is fired. Corporal Alvarado is in an off-balance position, with his feet outside of the vehicle, and hips/torso inside of the door threshold, and arms extended in a shooting position aligned with Benavente's window. Corporal Alvarado recovers to a fully standing position, consistent with having been partially knocked into the vehicle during the door impact. Less than

7

half a second before the OPD 1024 impact, Corporal Alvarado was facing an impending collision directly in the area he was positioned, with thousands of pounds of potential crushing force, and significant risk of catastrophic injury to his head, spine, and legs. Figure 7 shows a view from Corporal Alvarado's position moments before impact with his vehicle.



Figure 7. Corporal Alvarado's perspective 0.5 seconds before impact.

## OPINIONS

Based on the material reviewed to date, analysis performed, and my education, training, background, and experience, the following opinions were developed to a reasonable degree of engineering certainty:

1. The extreme driver inputs of Mr. Benavente (maximum acceleration and steering while reversing) put all involved parties at significant risk of injury.

2. A direct vehicle impact to the area Corporal Alvarado was positioned (between the open door and vehicle) would have been sufficient to cause thousands of pounds of crushing force and catastrophic injury.

3. The driver's door of the Benavente Hyundai impacted the right front corner of OPD Unit 1024, with the left rear bumper simultaneously impacting the open door of Corporal Alvarado.

4. During impact Corporal Alvarado's door was pushed into his body and

8



legs, knocking him partially back into the threshold of OPD Unit 1024 but preventing the door from closing. Approximately 1.8 seconds later the first shot is audible in BWV footage, with video showing Alvarado recovering from this off-balance position immediately after the shooting (as shown in Figure 5).

5. The speed of the Benavente Hyundai was approximately 14 to 16 miles per hour when it impacted OPD Unit 1024.

6. Mr. Benavente applied the brakes of the Hyundai before the final impact with OPD Unit 1883.

7. The Hyundai remained stopped for seven seconds after the final impact before rolling forward in Drive, hopping a curb and stopping against a tree.

8. After the various vehicle impacts and subsequent shooting the Hyundai was still in a drivable condition. In absence of Corporal Alvarado's disabling shots, the Hyundai had the capacity to extend the pursuit and create further risk to other parties.

Respectfully,

Michael Callahan B.S.M.E.

9



Benavente, et al. v. City of Ontario

1463.231164

| Description | Received |
| --- | --- |
| Fully Executed Fee Agreement | 12/12/2023 |
| Plaintiff's First Amended Complaint | 11/29/2023 |
| Various Records from Ontario Police Department | 12/19/2023 |
| Fire Event Report | 12/19/2023 |
| OFD Prehospital Care Report from Ontario Fire Department | 12/19/2023 |
| Autopsy and Coroner's Report for J. Benavente | 12/19/2023 |
| Deposition & Exhibits - Albert Alvarado (07.28.23) - PDF | 12/19/2023 |
| (104) Various Videos from Ontario Police Department | 12/19/2023 |
| Aerial Scene Photographs (Color PDF) | 12/19/2023 |
| Police Scene Photographs (Color PDF) | 12/19/2023 |
| Photographs from Ontario Police Department (Color PDF) | 12/19/2023 |
| Police Photographs of J. Benavente Clothing (Color PDF) | 12/19/2023 |
| Photographs of Ontario Police Ford (Color PDF) | 12/19/2023 |
| Coroner Photographs of J. Benavente (Color PDF) | 12/19/2023 |
| Police Drone Photos and LiDAR Data | 1/8/2024 |

COLLISION AND INJURY DYNAMICS  2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

# MICHAEL A. CALLAHAN, BSME
mcallahan@ci-dynamics.com

## Professional Competence

Vehicular Collision Analysis and Reconstruction involving automobiles, commercial/industrial vehicles, motorcycles, bicycles, skateboards/scooters and pedestrians. Subspecialties include Forensic Video Analysis and 3D Animation, Rapid Response and Event Data Recorder Imaging, Forensic Testing, and Night Time Visibility/Videography.



## Education and Certification

LEVA Certified Forensic Video Technician, 2021

California M1 Motorcycle Endorsement, 2011

Bachelor of Science in Mechanical Engineering (Magna Cum Laude)
        University of Southern California, 2009

Certified SolidWorks Associate – Mechanical Design, 2008

## Training

Law Enforcement and Emergency Services Video Association (LEVA)
        - Level 3: The Principles of Forensic Video/Image Compare and Contrast; 2023

California Association of Accident Reconstruction Specialists
        - ABS and non-ABS deceleration rates on different surfaces; 2022

Law Enforcement and Emergency Services Video Association (LEVA)
        - Level 2: Digital Multimedia Evidence Processing; 2021

Law Enforcement and Emergency Services Video Association (LEVA)
        - Level 1: Forensic Video Analysis & the Law; 2019

Southwestern Association of Technical Accident Investigators
        - Forensic Mapping Using UAVs; 2017

Northwestern University Center for Public Safety
        - Advanced Crash Reconstruction Utilizing Human Factors Research; 2017

Society of Automotive Engineers
        - Vehicle Crash Reconstruction Methods; 2016

Society of Automotive Engineers
- Applying Automotive EDR Data to Traffic Crash Reconstruction; 2014

California Association of Accident Reconstruction Specialists
- The Application and Analysis of Video in Collision Reconstruction; 2014

Engineering Dynamics Corporation
- HVE Users Forum; 2013
- Wheel Impacts, DamageStudio, Video Creator, Environment Editor

Engineering Dynamics Corporation
- HVE Users Forum; 2012
- DyMesh and SIMON, Brake Designer, Blowouts and Rollovers

University of Tulsa: Continuing Engineering and Science Education
- Interpreting Commercial Vehicle Event Data Recorders; 2010
- ECM Imaging, CMV Performance Testing

ARC-CSI Crash Conference
- Low speed impacts, commercial vehicles, crash testing; 2010

Leica Geosystems
- High Definition Laser Scanning and Modeling Course; 2010

Crash Data Retrieval Users Summit
- Case studies, non-CDR system OEM modules, applications; 2010

Institute of Police Technology and Management
- Inspection and Investigation of Commercial Vehicle Crashes; 2009
- CMV Inspection, CMV Dynamic Testing and Roadway Evidence

Collision Safety Institute
- Bosch Crash Data Retrieval Technician and Analyst; 2009

Engineering Dynamics Corporation
- EDC Reconstruction with HVE-2D; 2008

Dassault Systemes
- Finite Element Analysis with CosmosWorks; 2008
- Assembly Kinematics and Analysis, CosmosMotion; 2008
- 3D Mechanical Design with SolidWorks (CSWA Certified); 2008
- Solid Modeling, 3D Mechanical Design, Kinematics with CATIA; 2005

Siemens PLM
- 2D & 3D Mechanical Design with SolidEdge; 2008
- Finite Element Analysis with FEMAP Express; 2008

Visual Statement
- Advanced Diagramming and Animation; 2007



Effective January 2024

## Training cont.

MEA Forensic Engineers & Scientists
        - PC-Crash Training Workshop; 2006

Autodesk
        - Advanced Drafting, Geometric Dimensioning and Tolerancing; 2005
        - 2D & 3D Mechanical Design with AutoCAD Mechanical Desktop; 2005

## Professional Experience

| | |
|---|---|
| 2005 – Present | <u>Collision and Injury Dynamics, Inc. (Senior Consultant, Partner)</u><br>Analysis, reconstruction, inspection, and presentation performed on over 1,500 collisions involving automobiles, commercial/industrial vehicles, and pedestrian/bicycles. Conventional reconstruction methods are supplemented with data extraction from engine/airbag control modules, vehicle dynamics simulations, 3D models of terrain/vehicles for visibility studies, and photorealistic renderings of the final reconstruction. Forensic acquisition and analysis of video evidence to reconstruct vehicle and human motion. Other duties include High Definition Laser Scanning and 3D modeling, forensic testing design/assembly, and forensic visualizations. |
| 2009 – 2013 | <u>MaBa Media Group (Director of Animation, Partner)</u><br>Preparation of over 300 photorealistic animations and 3D analysis visualizations, involving passenger/commercial vehicle accident reconstruction, biomechanics and premises liability, night-time visibility, and products liability.  Developed methodology to combine validated simulation data with scene and vehicle 3D models reverse-engineered from HDS Laser Scan point clouds, resulting in highly foundational trial presentation exhibits. |

## Organizations

Society of Automotive Engineers (SAE)
California Association of Accident Reconstruction Specialists (CA2RS)
Law Enforcement and Emergency Services Video Association (LEVA)
Southwestern Association of Technical Accident Investigators (SATAI)
American Academy of Forensic Sciences (AAFS)
The League of American Bicyclists

## Forensic Qualifications

Testimony in Federal and Superior Courts of California

## Rapid-Response Sub-Specialty

Mr. Callahan is integrally involved in the growth of Collision and Injury Dynamics as an early-response team in pre-litigation transportation collisions.  Since 2009, Mr. Callahan has responded to over 200 collisions, documenting fresh physical evidence, downloading Event Data Recorders and DVR Video Systems, and working with law enforcement and investigators to collect all pertinent and volatile data



Effective January 2024

related to an incident.  This wealth of on-scene experience is typically limited to Highway Patrol and emergency personnel.  Mr. Callahan's background in accident reconstruction, combined with immediate collection of volatile data, has provided valuable early liability assessment to numerous attorneys, insurance carriers, and transportation companies.

## Biographical Sketch

Mr. Callahan was born in Port Hedland, Western Australia in 1985. Upon moving to California, Mr. Callahan began his studies of Engineering, with a special focus on Computer Aided Drafting (CAD), Computer Aided Analysis (CAA), and Finite Element Analysis (FEA). Throughout his early undergraduate studies, he worked in the field of outdoor education, teaching rock climbing, team building workshops, and high ropes courses.

In 2005, Mr. Callahan took an associate engineering position at Collision and Injury Dynamics, Inc.  Duties included forensic inspection, accident reconstruction and analysis, trial presentation, and extensive bicycle/automobile testing. After receiving a Bachelor of Science in Mechanical Engineering from the University of Southern California in 2009, Mr. Callahan's role was extended to Senior Consultant, directly designated to perform accident reconstruction, rapid response accident documentation, and trial testimony. Mr. Callahan serves as Vice President of Engineering at Collision and Injury Dynamics, researching and integrating new technology into the accident reconstruction workflow.

In addition to consulting, forensic testing, and giving technical presentations, Mr. Callahan is actively involved in cycling, rock climbing, surfing, beach volleyball, and backpacking the Sierra Nevada.


## Publications and Presentations

<u>Animation and Simulation – Foundation, Limitations, and Case Examples</u>
Association of Southern California Defense Counsel, August 2020.

<u>Body-Mounted Camera Motion Analysis—Accuracy and Validation of 3D Camera Match Solutions</u>,
American Academy of Forensic Sciences 72nd Annual Scientific Meeting, Anaheim, CA, February 2020.

<u>Accident Reconstruction Technology Presentation</u>, Department of the Attorney General - State of Hawai'i, Honolulu, HI, May 2019.

<u>Rapid Response and Early Liability Assessment</u>, Artex Risk Management,
El Segundo, CA, August 2017.

<u>DVR Evidence: Documentation, Analysis, and Presentation</u>, SATAI,
Glendale, AZ, July 2017.

<u>Forensic Animation and Video Analysis in Accident Reconstruction</u>, Washington Defense Trial Lawyers,
Seattle, WA, October 2013.

<u>Close-Range Photogrammetry with Laser Scan Point Clouds</u>, M. Callahan, B. LeBlanc, R. Vreeland, G. Bretting, SAE 2012-01-0607, April 16, 2012.

<u>Analysis of Bicycle Pitch-Over in a Controlled Environment,</u> G.P. Bretting, J.A. Bogler, H.P. Jansen, M.A. Callahan, J.A. Prunckle, SAE 2010-01-0064, April 12, 2010.

<u>Accident Reconstruction Technology Presentation</u>, Multidisciplinary Accident Investigation Team (MAIT) Southern Division, El Segundo, CA, July 2010.

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com



Effective January 2024


**COLLISION AND INJURY DYNAMICS** 2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

## Rate Sheet for Consultants

Hourly rate for work performed on a file. Work to include material review, investigation, analysis, travel, deposition testimony*, trial testimony, and arbitration testimony.

*Videotaped depositions are subject to two times the normal hourly rate.

| CONSULTANT | REGULAR RATE | VIDEO DEPO RATE |
|---|---|---|
| Mr. David R. Thom, MS | $595.00 | $1,190.00 |
| Mr. Gerald P. Bretting, PE | $495.00 | $990.00 |
| Mr. Alvin Lowi III, PE | $495.00 | $990.00 |
| Mr. Michael A. Callahan, BSME | $350.00 | $700.00 |
| Mr. Beau LeBlanc, BSME | $350.00 | $700.00 |
| Mr. Henricus "Harm" P. Jansen, MS | $350.00 | $700.00 |
| Mr. Tyler L. Shaw, MSBE | $350.00 | $700.00 |
| Mr. Christopher D. Wilhelm, MSME | $295.00 | $590.00 |
| Mr. Christopher R. Johnk, PE | $240.00 | $480.00 |
| Mr. Sean G. Snyder, BS | $240.00 | $480.00 |
| Mr. Jose E. Tovar, BSME | $240.00 | $480.00 |
| Mr. D. Michael Sweet, MSME, PE | $240.00 | $480.00 |
| 3-D Modeling and Visualization | $180.00 | N/A |
| Supporting Staff and Administration | $100.00-240.00 | N/A |

## Expenses:

- Airfare, hotel, subsistence, supplies, reproduction costs and similar expenses are billed directly to the file.
- Auto travel is billed at $0.67 per mile plus actual travel time calculated at the above hourly rates.
- Contract Labor passed through without mark-up.
- Digital Data Processing Costs (Software, Hardware, Downloads, Uploads, Maintenance Fees, Archiving, etc.) plus actual time at the above hourly rates.
  - 3D Helmet or Small Object Scan - $500/object
  - 3D HDS Site and/or Vehicle Scan - $500/day
  - Data Acquisition System - $200/use
  - Crash Data Retrieval - $200/vehicle
  - ECM Download - $250/vehicle
  - Berla Download - $250/vehicle
  - Sound Meter - $500/use
  - High Speed Camera - $500/day
  - Aerial Image Acquisition - $500/use
  - Photography is billed at $0.85 per image.
  - 8.5 x 11 color prints are billed at $0.75 per page.
  - Vehicle & Exemplar storage fees will be applied as necessary.
  - Exemplar Vehicle Scan Data - $300-$500 (typical rate, varies according to vehicle).

**Note:** *Statements are submitted monthly for work in progress, or as needed. Payment terms are 30 days. Interest will be applied at 1% beginning the 60th day after an invoice is generated. Rates are subject to change without further notice.*

| | | FEDERAL RULE 26 TESTIMONY LIST | | | |
|---|---|---|---|---|---|
| Plaintiff | Defendant | Venue | Case Number(s) | Date | Testimony |
| Sandoval | Whatley, et al. | Superior Court of the State of California - County of Los Angeles | BC696159 | 02/14/2020 | Deposition Testimony |
| Gibbons | Mingchen, et al. | Superior Court of the State of California - County of Sacramento | 2:19-CV-01107-WBS-AC | 11/13/2020 | Deposition Testimony |
| Cignarella | Mendoza, et al. | Superior Court of the State of California - County of San Diego | 37-2018-00048372-CU-PA-CTL | 05/28/2021 | Deposition Testimony |
| Belikova | Williams, et al. | Superior Court of the State of California - County of San Bernardino | CIVDS1801281 | 08/24/2021 | Trial Testimony |
| Vergara | City of Santa Monica | Superior Court of the State of California - County of Los Angeles | BC684705 w/ BC687063 | 12/08/2021 | Deposition Testimony |
| Silva | Bianchi | Superior Court of the State of California - County of Sonoma | SCV-266982 | 01/18/2022 | Deposition Testimony |
| Wilson | Johnson, et al. | Superior Court of the State of California - County of Los Angeles | BC676306 | 02/15/2022 | Deposition Testimony |
| JBS Carriers | Mesilla Valley Transportation, et al. | Superior Court of the State of California - County of San Bernardino | CIVDS2017102 | 09/02/2022 | Deposition Testimony |
| Gibbons | Mingchen, et al. | Superior Court of the State of California - County of Sacramento | 2:19-CV-01107-WBS-AC | 09/20/2022 | Trial Testimony |
| JBS Carriers | Mesilla Valley Transportation, et al. | Superior Court of the State of California - County of San Bernardino | CIVDS2017102 | 10/05/2022 | Trial Testimony |
| Amador | Keystone Automotive Operation | Superior Court of the State of California - County of San Bernardino | CIVSB2025762 | 01/04/2023 | Deposition Testimony |
| Jordan | Lyft, Inc. et al | Superior Court of the State of Washington - King County | 20-2-15091-6 KNT | 01/09/2023 | Deposition Testimony |
| United Financial Casualty Co. | Ramos, et al. | Superior Court of the State of California - County of Los Angeles | BC718873 & 19STCV26500 | 01/12/2023 | Deposition Testimony |
| Mascio | XPO Logistics, et al. | US District Court Southern District of Florida - Palm Beach | 21-82182-CIV-SINGHAL | 02/02/2023 | Deposition Testimony |
| Pezzarello | Rubio | Superior Court of the State of California - County of Riverside | RIC2002246 | 02/23/2023 | Deposition Testimony |
| Lopez | Global Paratransit, et al. | Superior Court of the State of California - County of Los Angeles | 19STCV12010 | 03/17/2023 | Deposition Testimony |
| United Financial Casualty Co. | Ramos, et al. | Superior Court of the State of California - County of Los Angeles | BC718873 & 19STCV26500 | 03/22/2023 | Trial Testimony |
| Azarmsa | Vartanian | Superior Court of the State of California - County of Los Angeles | 20STCV40842 | 04/05/2023 | Deposition Testimony |
| Turner | Global Paratransit | Superior Court of the State of California - County of Los Angeles | 20STCV27854 | 04/17/2023 | Deposition Testimony |
| Camacho | Berger, et al. | Superior Court of the State of California - County of Los Angeles | 19STCV29787 | 05/19/2023 | Deposition Testimony |
| Abrahamyan, et al. | SD Trucks, LLC., et al. | Superior Court of the State of California - County of Los Angeles | 22STCV21401 | 12/11/2023 | Deposition Testimony |
| Soules | Frontier, et al. | Superior Court of the State of California - County of Los Angeles | 20STCV29857 | 12/18/2023 | Deposition Testimony |
| Davis | Skurka (MC) | Superior Court of the State of California - County of Ventura | 2023CUPP008725 | 1/10/2024 | Deposition Testimony |

Site - Inspected 01/11/2024



DSC_0804.JPG



DSC_0805.JPG



DSC_0806.JPG



DSC_0807.JPG



DSC_0808.JPG



DSC_0809.JPG

1                    231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



*DSC_0810.JPG*



*DSC_0811.JPG*



*DSC_0812.JPG*



*DSC_0813.JPG*



*DSC_0814.JPG*



*DSC_0815.JPG*

231164 - Benavente, et al. v. City of Ontario

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

Site - Inspected 01/11/2024



*DSC_0816.JPG*



*DSC_0817.JPG*



*DSC_0818.JPG*



*DSC_0819.JPG*



*DSC_0820.JPG*



*DSC_0821.JPG*

3        231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0822.JPG



DSC_0823.JPG



DSC_0824.JPG



DSC_0825.JPG



DSC_0826.JPG



DSC_0827.JPG

4                          231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0828.JPG



DSC_0829.JPG



DSC_0830.JPG



DSC_0831.JPG



DSC_0832.JPG



DSC_0833.JPG

5                    231164 - Benavente, et al. v. City of Ontario

# Site - Inspected 01/11/2024



*DSC_0834.JPG*



*DSC_0835.JPG*



*DSC_0836.JPG*



*DSC_0837.JPG*



*DSC_0838.JPG*



*DSC_0839.JPG*

6                                   231164 - Benavente, et al. v. City of Ontario



Site - Inspected 01/11/2024



*DSC_0840.JPG*



*DSC_0841.JPG*



*DSC_0842.JPG*



*DSC_0843.JPG*



*DSC_0844.JPG*



*DSC_0845.JPG*

7        231164 - Benavente, et al. v. City of Ontario



Site - Inspected 01/11/2024



*DSC_0846.JPG*



*DSC_0847.JPG*



*DSC_0848.JPG*



*DSC_0849.JPG*



*DSC_0850.JPG*



*DSC_0851.JPG*

8        231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0852.JPG



DSC_0853.JPG



DSC_0854.JPG



DSC_0855.JPG



DSC_0856.JPG



DSC_0857.JPG

9        231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0858.JPG



DSC_0859.JPG



DSC_0860.JPG



DSC_0861.JPG



DSC_0862.JPG



DSC_0863.JPG

10                    231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0864.JPG



DSC_0865.JPG



DSC_0866.JPG



DSC_0867.JPG



DSC_0868.JPG



DSC_0869.JPG

11                          231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



*DSC_0870.JPG*



*DSC_0871.JPG*



*DSC_0872.JPG*



*DSC_0873.JPG*



*DSC_0874.JPG*



*DSC_0875.JPG*

12                    231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



DSC_0876.JPG



DSC_0877.JPG



DSC_0878.JPG



DSC_0879.JPG



DSC_0880.JPG



DSC_0881.JPG

13                          231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024





*DSC_0882.JPG*

*DSC_0883.JPG*





*DSC_0884.JPG*

*DSC_0885.JPG*





*DSC_0886.JPG*

*DSC_0887.JPG*

14                     231164 - Benavente, et al. v. City of Ontario



Site - Inspected 01/11/2024



*DSC_0888.JPG*



*DSC_0889.JPG*



*DSC_0890.JPG*



*DSC_0891.JPG*



*DSC_0892.JPG*



*DSC_0893.JPG*

15                    231164 - Benavente, et al. v. City of Ontario

Site - Inspected 01/11/2024



*DSC_0894.JPG*



*DSC_0895.JPG*



*DSC_0896.JPG*

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

Exemplar Ford OPD 1025, Inspected 01/11/2024



DSC_0644.JPG



DSC_0645.JPG



DSC_0646.JPG



DSC_0647.JPG



DSC_0648.JPG



DSC_0649.JPG

1                    231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025 Inspected 01/11/2024



DSC_0650.JPG



DSC_0651.JPG



DSC_0652.JPG



DSC_0653.JPG



DSC_0654.JPG



DSC_0655.JPG

231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0656.JPG*



*DSC_0657.JPG*



*DSC_0658.JPG*



*DSC_0659.JPG*



*DSC_0660.JPG*



*DSC_0661.JPG*

3                                    231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025-2 Inspected 01/11/2024



*DSC_0662.JPG*



*DSC_0663.JPG*



*DSC_0664.JPG*



*DSC_0665.JPG*



*DSC_0666.JPG*



*DSC_0667.JPG*

4                           231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0668.JPG*



*DSC_0669.JPG*



*DSC_0670.JPG*



*DSC_0671.JPG*



*DSC_0672.JPG*



*DSC_0673.JPG*

231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0674.JPG*



*DSC_0675.JPG*



*DSC_0676.JPG*



*DSC_0677.JPG*



*DSC_0678.JPG*



*DSC_0679.JPG*

6                              231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025 - Inspected 01/11/2024



*DSC_0680.JPG*



*DSC_0681.JPG*



*DSC_0682.JPG*



*DSC_0683.JPG*



*DSC_0684.JPG*



*DSC_0685.JPG*

7            231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0686.JPG*



*DSC_0687.JPG*



*DSC_0688.JPG*



*DSC_0689.JPG*



*DSC_0690.JPG*



*DSC_0691.JPG*



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0692.JPG*



*DSC_0693.JPG*



*DSC_0694.JPG*



*DSC_0695.JPG*



*DSC_0696.JPG*



*DSC_0697.JPG*

9                 231164 - Benavente, et al. v. City of Ontario



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0698.JPG*



*DSC_0699.JPG*



*DSC_0700.JPG*



*DSC_0701.JPG*



*DSC_0702.JPG*



*DSC_0703.JPG*

10                    231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025 - Inspected 01/11/2024



*DSC_0704.JPG*



*DSC_0705.JPG*



*DSC_0706.JPG*



*DSC_0707.JPG*



*DSC_0708.JPG*



*DSC_0709.JPG*

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

Exemplar Ford OPD 10252 Inspected 01/11/2024



*DSC_0710.JPG*



*DSC_0711.JPG*



*DSC_0712.JPG*



*DSC_0713.JPG*



*DSC_0714.JPG*



*DSC_0715.JPG*



Exemplar Ford OPD 1025 Inspected 01/11/2024



*DSC_0716.JPG*



*DSC_0717.JPG*



*DSC_0718.JPG*



*DSC_0719.JPG*



*DSC_0720.JPG*



*DSC_0721.JPG*

13    231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025, Inspected 01/11/2024



DSC_0722.JPG



DSC_0723.JPG



DSC_0724.JPG



DSC_0725.JPG



DSC_0727.JPG



DSC_0728.JPG

231164 - Benavente, et al. v. City of Ontario

2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

Exemplar Ford OPD 1025 Inspected 01/11/2024



DSC_0729.JPG



DSC_0730.JPG



DSC_0731.JPG



DSC_0732.JPG



DSC_0733.JPG



DSC_0734.JPG

15

231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025 Inspected 01/11/2024



DSC_0735.JPG



DSC_0736.JPG



DSC_0737.JPG



DSC_0738.JPG



DSC_0739.JPG



DSC_0740.JPG

16                    231164 - Benavente, et al. v. City of Ontario

Exemplar Ford OPD 1025   Inspected 01/11/2024



DSC_0741.JPG



DSC_0742.JPG



DSC_0743.JPG



DSC_0744.JPG



DSC_0745.JPG



DSC_0746.JPG

231164 - Benavente, et al. v. City of Ontario

