# Exemplar Ford OPD 1025 - Inspected 01/11/2024


DSC_0747.JPG


DSC_0748.JPG


DSC_0749.JPG


DSC_0750.JPG


DSC_0751.JPG


DSC_0752.JPG

# Exemplar Ford OPD 1025 - Inspected 01/11/2024



DSC_0753.JPG



DSC_0754.JPG



DSC_0755.JPG



DSC_0756.JPG



DSC_0757.JPG



DSC_0758.JPG

Exemplar Ford OPD 1025 - Inspected 01/11/2024



DSC_0759.JPG



DSC_0760.JPG



DSC_0761.JPG



DSC_0762.JPG



DSC_0763.JPG



DSC_0764.JPG

Exemplar Ford OPD 1025 - Inspected 01/11/2024




DSC_0765.JPG




DSC_0766.JPG



DSC_0767.JPG



DSC_0768.JPG



DSC_0769.JPG



DSC_0770.JPG



2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com



DSC_0771.JPG



DSC_0772.JPG



DSC_0773.JPG




DSC_0774.JPG



DSC_0775.JPG



DSC_0776.JPG

# Exemplar Ford OPD 1025 - Inspected 01/11/2024



*DSC_0777.JPG*



*DSC_0778.JPG*



*DSC_0779.JPG*



*DSC_0780.JPG*



*DSC_0781.JPG*



*DSC_0782.JPG*

# Exemplar Ford OPD 1025 - Inspected 01/11/2024




DSC_0783.JPG




DSC_0784.JPG



DSC_0785.JPG




DSC_0786.JPG



DSC_0787.JPG




DSC_0788.JPG

# Exemplar Ford OPD 1025 - Inspected 01/11/2024




*DSC_0789.JPG*




*DSC_0790.JPG*




*DSC_0791.JPG*




*DSC_0792.JPG*



*DSC_0793.JPG*




*DSC_0794.JPG*

# Exemplar Ford OPD 1025 - Inspected 01/11/2024




DSC_0795.JPG




DSC_0796.JPG




DSC_0797.JPG




DSC_0798.JPG




DSC_0799.JPG



DSC_0801.JPG

Exemplar Ford OPD 1025 - Inspected 01/11/2024



DSC_0803.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9403.JPG



SAS_9404.JPG


SAS_9405.JPG


SAS_9406.JPG



SAS_9407.JPG



SAS_9408.JPG



2275 W. 190th Street, Torrance, CA 90504 • 310.414.0449 • www.ci-dynamics.com

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9409.JPG




SAS_9410.JPG



SAS_9411.JPG




SAS_9412.JPG



SAS_9413.JPG



SAS_9414.JPG

Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9415.JPG



SAS_9416.JPG



SAS_9417.JPG




SAS_9418.JPG



SAS_9419.JPG



SAS_9420.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9421.JPG



SAS_9422.JPG



SAS_9423.JPG



SAS_9424.JPG




SAS_9425.JPG



SAS_9426.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9427.JPG



SAS_9428.JPG




SAS_9429.JPG



SAS_9430.JPG



SAS_9431.JPG



SAS_9432.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9433.JPG



SAS_9434.JPG



SAS_9435.JPG



SAS_9436.JPG



SAS_9437.JPG



SAS_9438.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9439.JPG



SAS_9440.JPG



SAS_9441.JPG



SAS_9442.JPG



SAS_9443.JPG



SAS_9444.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9445.JPG



SAS_9446.JPG



SAS_9447.JPG



SAS_9448.JPG



SAS_9449.JPG



SAS_9450.JPG

Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9451.JPG



SAS_9452.JPG



SAS_9453.JPG



SAS_9454.JPG




SAS_9455.JPG



SAS_9456.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024




*SAS_9457.JPG*




*SAS_9458.JPG*




*SAS_9459.JPG*



*SAS_9461.JPG*



*SAS_9462.JPG*



*SAS_9463.JPG*

# Exemplar Hyundai Accent - Inspected 01/09/2024




SAS_9464.JPG



SAS_9465.JPG




SAS_9466.JPG




SAS_9467.JPG




SAS_9468.JPG



SAS_9469.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024




SAS_9470.JPG



SAS_9471.JPG



SAS_9472.JPG




SAS_9473.JPG



SAS_9474.JPG



SAS_9475.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024




SAS_9476.JPG



SAS_9477.JPG




SAS_9478.JPG



SAS_9479.JPG



SAS_9480.JPG



SAS_9481.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9482.JPG



SAS_9483.JPG



SAS_9484.JPG




SAS_9485.JPG




SAS_9486.JPG



SAS_9487.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9488.JPG



SAS_9489.JPG




SAS_9490.JPG



SAS_9491.JPG



SAS_9492.JPG



SAS_9493.JPG




SAS_9494.JPG



SAS_9495.JPG



SAS_9496.JPG




SAS_9497.JPG



SAS_9499.JPG



SAS_9500.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024


SAS_9502.JPG


SAS_9503.JPG


SAS_9504.JPG


SAS_9505.JPG


SAS_9506.JPG


SAS_9507.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9508.JPG




SAS_9509.JPG



SAS_9510.JPG



SAS_9511.JPG



SAS_9512.JPG



SAS_9515.JPG

Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9516.JPG



SAS_9517.JPG



SAS_9518.JPG



SAS_9519.JPG



SAS_9520.JPG



SAS_9521.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9522.JPG



SAS_9523.JPG




SAS_9524.JPG




SAS_9525.JPG



SAS_9526.JPG




SAS_9527.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9528.JPG




SAS_9529.JPG



SAS_9530.JPG



SAS_9531.JPG



SAS_9532.JPG



SAS_9533.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



*SAS_9534.JPG*



*SAS_9543.JPG*




*SAS_9544.JPG*



*SAS_9545.JPG*




*SAS_9546.JPG*



*SAS_9547.JPG*

# Exemplar Hyundai Accent - Inspected 01/09/2024




SAS_9548.JPG



SAS_9549.JPG




SAS_9550.JPG



SAS_9551.JPG




SAS_9553.JPG



SAS_9554.JPG

# Exemplar Hyundai Accent - Inspected 01/09/2024



SAS_9555.JPG



SAS_9557.JPG


SAS_9556.JPG


SAS_9558.JPG



SAS_9559.JPG

Laser Scan Data



Laser Scan Data



# Laser Scan Data



Laser Scan Data




Laser Scan Data

Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data



Laser Scan Data




t=0.000 s
EXPLORER


t=0.500 s


t=1.000 s


t=1.500 s
EXPLORER
HYUNDAI


t=2.000 s
EXPLORER
HYUNDAI
ACCENT


t=2.500 s
EXPLORER
HYUNDAI
ACCENT


t=3.000 s
HYUNDAI
ACCENT


t=3.500 s
EXPLORER


t=4.000 s


t=4.500 s
EXPLORER