# EXHIBIT F















| | 1  2015 Hyund | 2  2018 Ford | 3  2018 Ford | 4  2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 0.600 | 0.600 | 0.600 | 0.600 | s |
| Distance [ft]: | 2.08 | 12.86 | 0.02 | 0.01 | ft |
| Velocity [mph]: | 4.72 | 14.50 | 0.04 | 0.04 | mph |





| | 1 2015 Hyund | 2 2018 Ford | 3 2018 Ford | 4 2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 0.800 | 0.800 | 0.800 | 0.800 | s |
| Distance [ft]: | 3.70 | 17.11 | 0.03 | 0.04 | ft |
| Velocity [mph]: | 6.28 | 14.43 | 0.03 | 0.01 | mph |



| | 1  2015 Hyund | 2  2018 Ford | 3  2018 Ford | 4  2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 0.900 | 0.900 | 0.900 | 0.900 | s |
| Distance [ft]: | 4.68 | 19.22 | 0.04 | 0.05 | ft |
| Velocity [mph]: | 7.06 | 14.40 | 0.02 | 0.02 | mph |









| | 1  2015 Hyund | 2  2018 Ford | 3  2018 Ford | 4  2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 1.300 | 1.300 | 1.300 | 1.300 | s |
| Distance [ft]: | 9.48 | 27.62 | 0.06 | 0.22 | ft |
| Velocity [mph]: | 8.91 | 14.25 | 0.02 | 0.69 | mph |



















| | 1  2015 Hyund | 2  2018 Ford | 3  2018 Ford | 4  2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 2.200 | 2.200 | 2.200 | 2.20( | s |
| Distance [ft]: | 24.91 | 46.18 | 0.11 | 0.38 | ft |
| Velocity [mph]: | 11.45 | 13.87 | 0.03 | 0.02 | mph |





| | 1 2015 Hyund | 2 2018 Ford | 3 2018 Ford | 4 2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 2.400 | 2.400 | 2.400 | 2.400 | s |
| Distance [ft]: | 28.02 | 50.23 | 0.12 | 0.39 | ft |
| Velocity [mph]: | 9.78 | 13.78 | 0.03 | 0.06 | mph |







| | 1 2015 Hyund | 2 2018 Ford | 3 2018 Ford | 4 2018 Ford | |
|---|---|---|---|---|---|
| Time [s]: | 2.700 | 2.700 | 2.700 | 2.70( | s |
| Distance [ft]: | 32.62 | 56.27 | 0.13 | 0.4( | ft |
| Velocity [mph]: | 11.24 | 13.65 | 0.01 | 0.04 | mph |



