UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:23-CV-00266-SSS<br><br>*Judge:* Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO RE-FILE MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, ALLOWING PREVIOUSLY BRIEFED MATTER TO PROCEED IN LIGHT OF SUPPLEMENTAL DECLARATION OUTLINING MEET AND CONFER COMPLIANCE [DKT. 38]** |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants *Ex Parte* Application for Leave to Re-File Motion for Summary Judgment and/or Partial Summary Judgment or, in the Alternative, Allowing Previously Briefed Matter to Proceed in Light of Supplemental Declaration Outlining Meet and Confer Compliance came before this Court via proper *Ex Parte* Notice. After consideration of the papers on file, the Court concludes as follows:

In light of the Defendants' showing of good cause and prior compliance with the Court's meet and confer requirements, this Court order as follows:

☐ Defendants' are granted leave to re-file their Motion for Summary Judgment. Such documents must be re-filed within two court days of the entry of this order:

☐ In light of the Defendants' compliance with the prior meet and confer obligations as demonstrated in the Supplemental Declaration of Counsel and attached exhibits [Dkt. 37], the motion will proceed as currently briefed by the parties. No supplemental pleadings will be entertained.

☐ All future dates are vacated pending the resolution of Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____       _____ .
HON. SUNSHINE S. SYKES,
UNITED STATES DISTRICT JUDGE