| | |
|---|---|
| 1 | James R. Touchstone, SBN 184584 |
| | jrt@jones-mayer.com |
| 2 | Scott Wm. Davenport, SBN 159432 |
| | swd@jones-mayer.com |
| 3 | JONES MAYER |
| | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA 92835 |
| | Telephone: (714) 446-1400 |
| 5 | Facsimile: (714) 446-1448 |
| 6 | Attorneys for Defendants, |
| | CITY OF ONTARIO and ALBERT ALVARADO |
| 7 | |
| 8 | **LAW OFFICES OF DALE K. GALIPO** |
| | Dale K. Galipo (SBN 144074) |
| | dalekgalipo@yahoo.com |
| 9 | Marcel F. Sincich (SBN 319508) |
| | msincich@galipolaw.com |
| 10 | 21800 Burbank Blvd., Suite 310 |
| | Woodland Hills, CA 91367 |
| 11 | Tel:  (818) 347-3333 |
| | Fax:  (818) 347-4118 |
| 12 | |
| 13 | **RODRIGUEZ APODACA LAW FIRM, LLP** |
| | Richard A. Apodaca (SBN 292294) |
| 14 | richarda@ralawllp.com |
| | Elissa K. Buenrostro (SBN 303299) |
| 15 | elyb@ralawllp.com |
| | Empire Towers I |
| 16 | 3633 Inland Empire Blvd., Suite 575 |
| | Ontario, CA 91764 |
| 17 | Tel: (909) 944-3777 |
| | Fax: (909) 944-5777 |
| 18 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS, | Case No.: 5:23-CV-00266-SSS |
| Plaintiffs, | *Judge:* Hon. Sunshine S. Sykes |
| v. | **JOINT STATUS REPORT RE COMPLETION OF MEDIATION AND NOTICE OF CONDITIONAL SETTLMENT** |
| ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 3, 2024, the parties conducted a mediation before panel mediator Richard Copeland. At the conclusion of the mediation, the parties in this matter entered into a conditional settlement subject to the approval of the Ontario City Council which would render all further action moot. The City Council meeting for consideration of the stipulation of conditional settlement is scheduled to take place on July 16, 2024.

Accordingly, the parties jointly request that this Court vacate the current pre-trial document filing deadlines and requirements, vacate the current pre-trial conference and trial date, and set a date approximately 60 days in the future for the filing of a joint report by the parties concerning the status of the settlement, or the filing of a stipulation for dismissal.

Dated: July 5, 2024                    JONES MAYER

                                                                                        */s/ Scott Wm. Davenport*
By: _____
                                         SCOTT WM. DAVENPORT

Attorneys for Defendants,
CITY OF ONTARIO and ALBERT ALVARADO

Dated: July 5, 2024,                   **LAW OFFICE OF DALE K. GALIPO/ RODRIGUEZ APODACA LAW FIRM, LLP**

By   */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs*, FRANK BENAVENTE and NICOLE VENTRESS

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 5, 2024

JONES MAYER

By: */s/ Scott Wm. Davenport*
SCOTT WM. DAVENPORT

Attorneys for Defendants,
CITY OF ONTARIO and ALBERT ALVARADO