UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00266-SSS-DTBx | Date | July 8, 2024 |
| Title | Frank Benavente, et al v. Albert Alvarado, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO RE-FILE MOTION FOR SUMMARY JUDGMENT [Dkt. 56]**

    Before the Court is Defendants' ex parte application seeking leave to re-file their motion for summary judgment. [Dkt. 56]. Defendants request relief following this Court's order denying their prior motion for summary judgment for failure to include a statement of the parties' meet-and-confer efforts as required unders Local Rule 7-3 and this Court's Standing Orders. [Dkt. 55].

    A party seeking ex parte relief must show that its "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures," and that it "is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Consistent with these well-established principles, this Court's Civil Standing Orders remind counsel that "ex parte applications are solely for extraordinary relief."

    Here, Defendants fail to identify the appropriate standard for ex parte relief, indicating instead that "good cause" alone provides sufficient justification. [Dkt. 56 at ¶ 12]. Moreover, neither Defendants' supplemental filing in response to

Plaintiff's opposition to summary judgment [Dkt. 38] nor the application now before this Court explain or excuse Defendants' failure to comply with applicable meet-and-confer requirements.

As such, Defendants' application is **DENIED**.  [Dkt. 60].  Should Defendants wish to file a noticed motion for equivalent relief, they are welcome to do so.

**IT IS SO ORDERED.**