|   |   |
|---|---|
| 1 | James R. Touchstone, SBN 184584 |
| 2 |    jrt@jones-mayer.com<br>Scott Wm. Davenport, SBN 159432 |
| 3 |    swd@jones-mayer.com<br>JONES MAYER |
| 4 | 3777 North Harbor Boulevard<br>Fullerton, CA 92835 |
| 5 | Telephone:  (714) 446-1400<br>Facsimile:  (714) 446-1448 |
| 6 | Attorneys for Defendants,<br>CITY OF ONTARIO and ALBERT ALVARADO |
| 7 | **LAW OFFICES OF DALE K. GALIPO** |
| 8 | Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com |
| 9 | Marcel F. Sincich (SBN 319508)<br>msincich@galipolaw.com |
| 10 | 21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367 |
| 11 | Tel: (818) 347-3333 \| Fax: (818) 347-4118 |
| 12 | **RODRIGUEZ APODACA LAW FIRM, LLP**<br>Richard A. Apodaca (SBN 292294) |
| 13 | richarda@ralawllp.com<br>Elissa K. Buenrostro (SBN 303299) |
| 14 | elyb@ralawllp.com<br>Empire Towers I |
| 15 | 3633 Inland Empire Blvd., Suite 575<br>Ontario, CA 91764 |
| 16 | Tel: (909) 944-3777 \| Fax: (909) 944-5777 |
| 17 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>      Plaintiffs,<br><br>   v.<br><br>ALBERT ALVARADO; CITY OF ONTARIO; and DOES 1 through 10, inclusive,<br><br>      Defendants. | | Case No.:  5:23-CV-00266-SSS<br><br>*Judge:*  Hon. Sunshine S. Sykes<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

-1-

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 3, 2024, the parties reached a conditional settlement subject to the approval of the Ontario City Council. On July 5, 2024, the Parties filed their Joint Status Report re Completion of Mediation and Notice of Conditional Settlement. (Doc. 61.) On July 5, 2024, the Court placed the case in inactive status and ordered that by September 3, 2024, the parties shall file either (1) a Stipulation of Dismissal; (2) a Stipulation for an Order of Dismissal; or (3) a motion to reopen if settlement has not been consummated. (Doc. 62.)

The City Council approved the settlement on August 6, 2024. Defendants expect the check to be sent to Plaintiffs no later than September 30, 2024. After the case is fully consummated, the parties will file a stipulation for dismissal.

Accordingly, the Parties jointly request that this Court order that no later than October 21, 2024, the parties shall file either (1) a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii); (2) a Stipulation for an Order of Dismissal under Fed. R. Civ. P. 41(a)(2); or (3) a motion to reopen if settlement has not been consummated.

Dated: September 3, 2024,   **JONES MAYER**

By: /s/ *James R. Touchstone*
JAMES R. TOUCHSTONE
Attorneys for Defendants,
CITY OF ONTARIO and ALBERT ALVARADO

Dated: September 3, 2024,   **LAW OFFICE OF DALE K. GALIPO**
**RODRIGUEZ APODACA LAW FIRM, LLP**

By: /s/ Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs*, FRANK BENAVENTE and NICOLE VENTRESS