| | |
|---|---|
| 1 | James R. Touchstone, SBN 184584 |
|   |   jrt@jones-mayer.com |
| 2 | Scott Wm. Davenport, SBN 159432 |
|   |   swd@jones-mayer.com |
| 3 | **JONES MAYER** |
|   | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA 92835 |
|   | Telephone:  (714) 446-1400 |
| 5 | Facsimile:  (714) 446-1448 |
| 6 | Attorneys for Defendants, |
|   | CITY OF ONTARIO and ALBERT ALVARADO |
| 7 | **LAW OFFICES OF DALE K. GALIPO** |
|   | Dale K. Galipo (SBN 144074) |
| 8 | dalekgalipo@yahoo.com |
|   | Marcel F. Sincich (SBN 319508) |
| 9 | msincich@galipolaw.com |
|   | 21800 Burbank Blvd., Suite 310 |
| 10 | Woodland Hills, CA 91367 |
|    | Tel: (818) 347-3333 \| Fax: (818) 347-4118 |
| 11 | |
|    | **RODRIGUEZ APODACA LAW FIRM, LLP** |
| 12 | Richard A. Apodaca (SBN 292294) |
|    | richarda@ralawllp.com |
| 13 | Elissa K. Buenrostro (SBN 303299) |
|    | elyb@ralawllp.com |
| 14 | Empire Towers I |
|    | 3633 Inland Empire Blvd., Suite 575 |
| 15 | Ontario, CA 91764 |
|    | Tel: (909) 944-3777 \| Fax: (909) 944-5777 |
| 16 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | | |
| 20 | FRANK BENAVENTE and NICOLE VENTRESS, | Case No.:  5:23-cv-00266-SSS-KK |
| 21 | Plaintiffs, | *Assigned to*: |
|    |  | Hon. District Judge Sunshine S. Sykes |
|    |  | Hon. Magistrate Judge Kenly K. Kato |
| 22 | v. | |
| 23 | CITY OF ONTARIO; ALBERT ALVARADO; and DOES 1 through 10, inclusive. | **JOINT STIPULATION FOR DISMISSAL AND REQUEST FOR DOCKET NOS. 32-18 AND 32-19 TO BE STRUCK FROM THE RECORD OR PLACED UNDER SEAL** |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| 28 | | |

**TO THE HONORABLE COURT:**

Given that the case has resolved and will soon be dismissed, out of respect for the family of Decedent Joseph Benavente, the Parties respectfully request that the Court strike or place under seal Docket Nos. 32-18 (autopsy report) and 32-19 (autopsy photos).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: October 15, 2024        **JONES MAYER**

By:  /s/ Scott W.M. Davenport
     SCOTT WM. DAVENPORT
     Attorneys for Defendants,
     CITY OF ONTARIO and ALBERT ALVARADO

Dated: October 15, 2024        **LAW OFFICE OF DALE K. GALIPO**
                               **RODRIGUEZ APODACA LAW FIRM, LLP**

By:  /s/ Dale K. Galipo
     Dale K. Galipo
     Marcel F. Sincich
     *Attorneys for Plaintiffs*, FRANK BENAVENTE and NICOLE VENTRESS