# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ONTARIO; et al.,<br><br>Defendants. | Case No. 5:23-CV-00266-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE AND STRIKING/PLACING UNDER SEAL DKT. NOS. 32-18 AND 32-19** |

## [PROPOSED] ORDER:

Pursuant to the Joint Stipulation for Dismissal and Request for Docket Nos. 32-18 and 32-19 to be Struck from the Record or Placed Under Seal filed by the Parties, it is hereby ordered that Docket Nos. 32-18 and 32-19 shall be <u>stricken from the record / placed under seal</u>.

Additionally, pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action has ended and is hereby dismissed

1  with prejudice. Each side shall bear its own attorney's fees and costs incurred in this
2  matter.
3       IT IS SO ORDERED.
4
5  DATED: _____

                                        Honorable Sunshine S. Sykes
                                        United States District Court