**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK BENAVENTE and NICOLE VENTRESS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ONTARIO; et al.,<br><br>　　　　Defendants. | Case No.  5:23-CV-00266-SSS-DTBx<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AND PLACING DKT. NOS. 32-18 AND 32-19 UNDER SEAL** |

Pursuant to the Joint Stipulation for Dismissal and Request for Docket Nos. 32-18 and 32-19 to be Struck from the Record or Placed Under Seal filed by the Parties, it is hereby ordered that Docket Nos. 32-18 and 32-19 shall be **placed under seal**.

Additionally, pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action has ended and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

IT IS SO ORDERED.

DATED:   October 16, 2024

Honorable Sunshine S. Sykes
United States District Court